1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODAY'S IV, INC., a California Corporation doing business as WESTIN BONAVENTURE HOTEL AND SUITES ;<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL TRANSIT ADMINISTRATION; PETER M. ROGOFF, in his official capacity as Administrator, Federal Transit Administration; LESLIE T. ROGERS, in his official capacity as Regional Administrator, Federal Transit Administration Region IX Office; UNITED STATES DEPARTMENT OF TRANSPORTATION; ANTHONY FOXX, in his official capacity as Secretary, United States Department of Transportation; LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY, a public entity; and ARTHUR T. LEAHY, in his official capacity as Chief Executive Officer of the Los Angeles County Metropolitan Transportation Authority,<br><br>Defendants. | Case No.: LA CV13-00378 JAK (PLAx)<br><br>Related Case Nos.:<br><br>LA CV13-00453 JAK (PLAx)<br>LA CV13-00396 JAK (PLAx)<br><br>**JUDGMENT JS-6**<br><br>Judge: Hon. John A. Kronstadt |

On February 24, 2014, the Court heard cross-motions for summary judgment brought by Plaintiff Today's IV, Inc., d/b/a Westin Bonaventure Hotel in the above-captioned case (2:13-CV-00378-JAK-PLA), Plaintiff 515/555 Flower Associates, LLC in 2:13-CV-453-JAK-PLA (collectively, "Plaintiffs") and by Defendants in both cases: Federal Transit Administration ("FTA"), Peter M. Rogoff, Leslie T. Rogers, United States Department of Transportation, Anthony Foxx, Los Angeles County Metropolitan Transportation Authority, and Arthur T. Leahy (collectively, "Defendants"). After supplemental briefing, on May 29, 2014, the Court granted in part and denied in part those motions. On September 12, 2014, the Court GRANTED IN PART Plaintiffs' request for injunctive relief.

Accordingly, **FINAL JUDGMENT** is entered as follows:

1. In favor of Plaintiffs and against Defendants as to the following injunctive relief:
    a. The Court **REMANDS** the June 29, 2012 Regional Connector Record of Decision ("ROD") and **PARTIALLY VACATES** the ROD.
    b. The FTA shall prepare a supplemental analysis under the National Environmental Policy Act ("NEPA") that addresses the feasibility of Open-Face Shield and SEM tunneling alternatives.
    c. Unless and until FTA completes the Supplemental NEPA analysis, Defendants and their agents, contractors, subcontractors and representatives, are **ENJOINED** from commencing any cut and cover construction along the Lower Flower Segment of the Project.
    d. The Court shall retain jurisdiction to enforce the terms of this Injunction.
2. In favor of Defendants and against Plaintiffs as to all other relief sought by Plaintiffs.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: October 24, 2014

John A. Kronstadt
United States District Judge