JOHN C. CRUDEN
Assistant Attorney General
JARED S. PETTINATO, MT Bar No. 7434
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611, Room 2121
Washington, D.C. 20044-7611
(202) 305-0203
(202) 353-0506 (fax)
Jared.Pettinato@usdoj.gov
*Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| TODAY'S IV, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL TRANSIT ADMINISTRATION, et al., <br><br> Defendants. | No. 2:13-CV-378-JAK-PLA <br><br> Related Case Nos. <br>     2:13-CV-396-JAK-PLA, <br>     2:13-CV-453-JAK-PLA <br><br> Judge John A. Kronstadt <br><br> **FEDERAL DEFENDANTS' NOTICE OF FILING OF THE FSEIS/ROD** <br><br> <u>Hearing Date:</u> <br> None Scheduled |

Federal Defendants the Federal Transit Administration (FTA), Acting FTA Administrator Therese W. McMillan, FTA Region IX Administrator Leslie T. Rogers, the United States Department of Transportation, and United States Transportation Secretary Anthony Foxx (collectively, the FTA), are hereby filing

with the Court an electronic version of the FTA and Los Angeles County Metropolitan Transportation Authority's (Metro) December 16, 2015, Final Supplemental Environmental Impact Statement and Supplemental Record of Decision (FSEIS/ROD) in three parts. Exs. 1-3, *available at* https://www.metro.net/projects/connector/report_connector_seis-rod.

Under Federal Defendants' January 5, 2015, notice of manual filing, ECF No. 184, Federal Defendants had intended to lodge two hardcopy versions of the FSEIS/ROD with the Clerk of Court. The Clerk of Court rejected those yesterday. Today, the FTA is sending via overnight mail two CDs with electronic copies of the FSEIS/ROD and one courtesy hardcopy of the FSEIS/ROD to the Clerk of Court's office.

Respectfully submitted this January 6, 2016,

JOHN C. CRUDEN
Assistant Attorney General

*/s/ Jared S. Pettinato*
JARED S. PETTINATO
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0203
(202) 353-0506 (fax)
Jared.Pettinato@usdoj.gov

*Attorneys for Federal Defendants*

FED. DEFS.' NOTICE OF FILING OF THE FSEIS/ROD
Nos. 2:13-CV-378-JAK-PLA, 2:13-CV-396-JAK-PLA, 2:13-CV-453-JAK-PLA      2

OF COUNSEL:

U.S. Department of Transportation
Office of Chief Counsel
PAUL M. GEIER
Assistant General Counsel for Litigation
PAULA LEE
Trial Attorney
Washington, D.C.

NANCY-ELLEN ZUSMAN
Assistant Chief
Office of Chief Counsel
Federal Transit Administration
Chicago, IL

GWENDOLYN FRANKS
Regional Counsel for Region 10
Office of Chief Counsel
Federal Transit Administration
Seattle, WA

MARTIA FOX
Regional Counsel for Region 9
Office of the Regional Counsel
Federal Transit Administration
San Francisco, CA