# EXHIBIT 1

Los Angeles County
Metropolitan Transportation Authority

# Regional Connector Transit Corridor

Final Supplemental Environmental Impact Statement (SEIS)
and Supplemental Record of Decision (ROD)

*December 2015*







U.S. Department
of Transportation

**Federal Transit
Administration**

SUPPLEMENTAL ENVIRONMENTAL IMPACT STATMENT

for the

REGIONAL CONNECTOR TRANSIT CORRIDOR PROJECT

prepared by the

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL TRANSIT ADMINISTRATION

and the

LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY

Submitted pursuant to:

The National Environmental Policy Act of 1969, 42 U.S.C. §§ 42 U.S.C. 4321 et. seq, 23 CFR 771, and the Order re Plaintiffs' Combined Motion for Summary Judgment and Defendants' Motion and Cross-Motion for Summary Judgment, dated May 28, 2014 and Order re Plaintiff Today's IV, Inc. and 515/555 Flower Associates, LLC's Motion for Injunctive Relief, dated September 12, 2014, issued by the U.S. District Court in Today's IV. Inc. v. FTA et. al. (Today's IV), Case No. LA CV13-00378 JAK (PLAx), Japanese Village, LLC v. FTA et al. (Japanese Village), Case No. LA CV13-00396 JAK (PLAx), 515/555 Flower Assoc., LLC v. FTA (Flower Associates), Case No. LA CV00453 JAK (PLAx) and the Judgments issued on October 24, 2014 by the U.S. District Court in Today's IV and Flower Associates).

This Final Supplemental Environmental Impact Statement and Supplemental Record of Decision document has been prepared pursuant to Pub. L. 114-94, 23 USC 139 (n)(2)(A).

_____

Leslie T. Rogers
Region IX Regional Administrator
Federal Transit Administration

Date: _DEC 1 6 2015_

_____

Phillip Washington
Chief Executive Officer
Los Angeles County
Metropolitan Transportation Authority

Date: _12/16/2015_

**EXECUTIVE SUMMARY** .................................................................................................. ES-1

## 1.0 BACKGROUND, PURPOSE AND SCOPE OF THE SEIS

1.1 Background .............................................................................................................. 1-1
1.2 Purpose and Scope of this Supplemental Environmental Document ............................. 1-1
1.3 Environmental Review Process ................................................................................... 1-3
1.4 Project Schedule ...................................................................................................... 1-3

## 2.0 ALTERNATIVES CONSIDERED

2.1 Project Background ................................................................................................... 2-1
    2.1.1 Efforts Leading to the Identification of the Project ........................................... 2-1
    2.1.2 Construction Methods of the Project .............................................................. 2-3
    2.1.3 Construction Staging for the Project .............................................................. 2-4
2.2 Development of Alternatives ...................................................................................... 2-7
    2.2.1 Flower Street Existing Conditions ................................................................... 2-7
        2.2.1.1 Flower Street Segment Surface Context and Constraints ...................... 2-8
        2.2.1.2 Flower Street Underground Context and Constraints ........................... 2-8
    2.2.2 Little Tokyo ................................................................................................. 2-14
    2.2.3 Tunnel Construction Methods ...................................................................... 2-14
        2.2.3.1 Cut and Cover Method .................................................................... 2-14
        2.2.3.2 Earth Pressure Balance Tunnel Boring Machine Method ...................... 2-15
        2.2.3.3 Sequential Excavation Method ......................................................... 2-18
        2.2.3.4 Open-Face Shield Tunneling ........................................................... 2-20
        2.2.3.5 Ground Improvement Methods ........................................................ 2-22
2.3 Alternatives Considered in the SEIS .......................................................................... 2-28
    2.3.1 Construction Methods and Staging for Tunneling Method Alternatives ............. 2-28
        2.3.1.1 Construction Staging Areas .............................................................. 2-32
    2.3.2 Description of Tunneling Method Alternatives ................................................ 2-36
        2.3.2.1 Alternative A – EPBM/Open-Face Shield/SEM Project Profile Alternative .... 2-36
        2.3.2.2 Alternative B – EPBM/SEM Low Alignment Alternative ........................ 2-40

## 3.0 TRANSPORTATION AND CIRCULATION

3.1 Affected Environment ............................................................................................... 3-1
    3.1.1 Transit ......................................................................................................... 3-1
    3.1.2 Traffic Circulation ......................................................................................... 3-1
        3.1.2.1 Roadway Network ........................................................................... 3-1
        3.1.2.2 Parking ......................................................................................... 3-2
        3.1.2.3 Pedestrians ................................................................................... 3-2
        3.1.2.4 Bicycles ........................................................................................ 3-4
        3.1.2.5 Operational Impacts ....................................................................... 3-4
3.2 Environmental Consequences .................................................................................... 3-4
    3.2.1 Alternative A – EPBM/Open-Face Shield/SEM Project Profile ......................... 3-4
        3.2.1.1 Construction Impacts ...................................................................... 3-4
        3.2.1.2 Operational Impacts ....................................................................... 3-12
    3.2.2 Alternative B – EPBM/SEM Low Alignment Alternative ................................... 3-13
        3.2.2.1 Construction Impacts ...................................................................... 3-13
        3.2.2.2 Operational Impacts ....................................................................... 3-16
3.3 Mitigation Measures ................................................................................................. 3-16


Metro

## 4.0 AFFECTED ENVIRONMENT AND ENVIRONMENTAL CONSEQUENCES

### 4.1 VISUAL QUALITY

4.1.1 Affected Environment ........................................................................................................4.1-1
    4.1.1.1 Visual Resources ..........................................................................................4.1-1
    4.1.1.2 Scenic Vistas ................................................................................................4.1-3
4.1.2 Environmental Consequences ......................................................................................4.1-4
    4.1.2.1 Alternative A – EPBM/Open-Face Shield/SEM Project Profile ...................4.1-5
        4.1.2.1.1 Construction Impacts ..........................................................................4.1-5
    4.1.2.2 Alternative B – EPBM/SEM Low Alignment ...............................................4.1-10
        4.1.2.2.1 Construction Impacts ........................................................................4.1-10
4.1.3 Mitigation Measures ...................................................................................................4.1-14

### 4.2 AIR QUALITY

4.2.1 Affected Environment ........................................................................................................4.2-1
4.2.2 Environmental Consequences ......................................................................................4.2-1
    4.2.2.1 Alternative A – EPBM/Open Face Shield/SEM Project Profile ...................4.2-2
        4.2.2.1.1 Construction Impacts ..........................................................................4.2-2
    4.2.2.2 Alternative B – EPBM/SEM Low Alignment .................................................4.2-5
        4.2.2.2.1 Construction Impacts ..........................................................................4.2-5
4.2.3 Mitigation Measures .....................................................................................................4.2-8

### 4.3 CLIMATE CHANGE

4.3.1 Affected Environment ........................................................................................................4.3-1
4.3.2 Environmental Consequences ......................................................................................4.3-2
    4.3.2.1 Alternative A – EPBM/Open Face Shield /SEM Project Profile ...................4.3-2
        4.3.2.1.1 Construction Impacts ..........................................................................4.3-2
    4.3.2.2 Alternative B – EPBM/SEM Low Alignment .................................................4.3-3
        4.3.2.2.1 Construction Impacts ..........................................................................4.3-3
4.3.3 Mitigation Measures .....................................................................................................4.3-4

### 4.4 NOISE AND VIBRATION

4.4.1 Affected Environment ........................................................................................................4.4-1
4.4.2 Environmental Consequences ......................................................................................4.4-2
    4.4.2.1 Alternative A – EPBM/Open Face Shield/SEM Project Profile ...................4.4-5
        4.4.2.1.1 Construction Impacts ..........................................................................4.4-5
    4.4.2.2 Alternative B – EPBM/SEM Low Alignment .................................................4.4-6
        4.4.2.2.1 Construction Impacts ..........................................................................4.4-6
4.4.3 Mitigation Measures .....................................................................................................4.4-7

### 4.5 GEOTECHNICAL, SUBSURFACE, AND SEISMIC HAZARDS

4.5.1 Affected Environment ........................................................................................................4.5-1
    4.5.1.1 Geology.... ......................................................................................................4.5-1
4.5.2 Environmental Consequences ......................................................................................4.5-3
    4.5.2.1 Alternative A – EPBM/Open Face Shield/SEM Project Profile ...................4.5-3
    4.5.2.2 Alternative B – EPBM/SEM Low Alignment .................................................4.5-4
4.5.3 Mitigation Measures .....................................................................................................4.5-5

### 4.6 ENERGY RESOURCES

4.6.1 Affected Environment ........................................................................................................4.6-1



4.6.2 Environmental Consequences ................................................................................4.6-1
    4.6.2.1 Alternative A – EPBM/Open Face Shield/SEM Project Profile.............................4.6-2
        4.6.2.1.1 Construction Impacts.............................................................................4.6-2
    4.6.2.2 Alternative B – EPBM/SEM Low Alignment...................................................4.6-3
        4.6.2.2.1 Construction Impacts.............................................................................4.6-3
4.6.3 Mitigation Measures ..........................................................................................4.6-3

**4.7 HISTORIC RESOURCES**
4.7.1 Affected Environment ........................................................................................4.7-2
    4.7.1.1 SEIS Study Area.......................................................................................4.7-2
    4.7.1.2 Built Environment Resources ....................................................................4.7-2
4.7.2 Environmental Consequences ................................................................................4.7-3
    4.7.2.1 Alternative A – EPBM/Open Face Shield/SEM Project Profile.............................4.7-8
        4.7.2.1.1 Construction Impacts.............................................................................4.7-8
        4.7.2.1.2 Section 106 Effects Analysis for Historic Properties ...............................4.7-9
    4.7.2.2 Alternative B – EPBM/SEM Low Alignment...................................................4.7-9
        4.7.2.2.1 Construction Impacts.............................................................................4.7-9
        4.7.2.2.2 Section 106 Effects Analysis for Historic Properties ...............................4.7-10
4.7.3 Mitigation Measures ..........................................................................................4.7-11

**4.8 ENVIRONMENTAL JUSTICE**
4.8.1 Affected Environment ........................................................................................4.8-1
4.8.2 Environmental Consequences ................................................................................4.8-5
    4.8.2.1 Alternative A – EPBM/Open Face Shield/SEM Project Profile Alternative ...............4.8-5
        4.8.2.1.1 Construction Impacts.............................................................................4.8-5
    4.8.2.2 Alternative B – EPBM/SEM Low Alignment...................................................4.8-8
        4.8.2.2.1 Construction Impacts.............................................................................4.8-8
4.8.3 Summary of Impacts of Tunneling Method Alternatives versus the Project ...........................4.8-10

**4.9 CUMULATIVE**
4.9.1 Affected Environment ........................................................................................4.9-1
    4.9.1.1 Project Time Frames.................................................................................4.9-2
    4.9.1.2 Current and Reasonably Foreseeable Related Actions .....................................4.9-2
    4.9.1.3 Projects Anticipated to be Completed prior to 2014 .........................................4.9-4
    4.9.1.4 Projects Potentially Under Construction 2014 to 2020 ......................................4.9-6
    4.9.1.5 Projects Potentially Under Construction post-2020 ..........................................4.9-9
4.9.2 Environmental Consequences ................................................................................4.9-10
    4.9.2.1 Alternative A – EPBM/Open Face Shield/SEM Project Profile.............................4.9-11
    4.9.2.2 Alternative B – EPBM/SEM Low Alignment...................................................4.9-11
4.9.3 Mitigation Measures ..........................................................................................4.9-11

**5.0 COMPARISON OF THE TUNNELING METHOD ALTERNATIVES VERSUS THE PROJECT**
5.1 Introduction .................................................................................................5-1
5.2 Description of the Project and Tunneling Method Alternatives.....................................5-1
5.3 Effectiveness in Meeting Purpose and Need ..........................................................5-2
5.4 Construction and Risk Considerations..................................................................5-2
5.5 Summary of Impacts of Alternatives versus the Project.............................................5-4
5.6 Operational Considerations ..............................................................................5-6
5.7 Schedule Impacts...........................................................................................5-7
5.8 Cost and Funding Considerations........................................................................5-9



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

5.9 Environmental Consequences .................................................................................................5-13
5.10 Summary of Findings ..........................................................................................................5-14

## 6.0 PUBLIC AND AGENCY OUTREACH

6.1 Introduction  .......................................................................................................................6-1
6.2 Highlights of Previous Outreach Efforts ...............................................................................6-1
6.3 Public Participation Plan (PPP) ............................................................................................6-2
6.4 Agency Coordination...........................................................................................................6-2
6.4.1 Mailings, Flyers, and Electronic Mailings ..........................................................................6-3
6.4.2 Website and Media Outreach ...........................................................................................6-3
6.5 Public Review Period ...........................................................................................................6-3
6.5.1 Public Hearings.................................................................................................................6-4
6.5.2 Public and Agency Comment .............................................................................................6-4

## FIGURES

Figure 2.1-1: Project Area from the Final EIS for the Locally Preferred Alternative ..................2-2
Figure 2.1-2: Flower Street Segment Construction Methods of the Project ............................2-5
Figure 2.1-3: The Project – Construction Staging Areas .........................................................2-6
Figure 2.2-1: Flower Street Segment Existing Conditions ......................................................2-7
Figure 2.2-2: Overview of Flower Street Tie-back Locations ..................................................2-9
Figure 2.2-3: Flower Street Segment Cross Section at Tunnel Cavern before Transition to Twin Tunnels
        (South of 5th Street) showing Tie-backs ...............................................................2-10
Figure 2.2-4: Flower Street Segment Ground Conditions........................................................2-11
Figure 2.2-5: Flower Street Segment: 4th Street Bridge Foundations Looking South from 3rd Street ....................2-13
Figure 2.2-6: Cut and Cover Construction Method Stages .....................................................2-16
Figure 2.2-7: EPBMs Used for Construction of Los Angeles Eastside LRT Tunnels................2-17
Figure 2.2-8: Cross-section of Typical EPBM .........................................................................2-17
Figure 2.2-9: SEM Construction Technique ...........................................................................2-18
Figure 2.2-10: SEM Construction Through Flower Street Tie-backs Looking North ...............2-20
Figure 2.2-11: Open-Face of Digger Shield used to Construct Metro Red Line Contract A146 Tunnels.............2-21
Figure 2.2-12: Open-Face Shield Tunnel Construction Through Flower Street Tie-backs (at SEM Cavern
        Interface with Twin Tunnels) ...............................................................................2-22
Figure 2.2-13: Possible Grouting Impacts Related to SEM Construction ..............................2-22
Figure 2.2-14: Grouting Equipment and Impacts ..................................................................2-26
Figure 2.2-15: Grouting Equipment and Impacts (San Francisco, MUNI LRT Tunneling, 2013) .........................2-27
Figure 2.3-1: Grout Holes Required on Flower Street for Alternatives A and B ......................2-31
Figure 2.3-2: Alternatives A and B – Grouting Activities Phase 1 ..........................................2-33
Figure 2.3-3: Alternatives A and B – Grouting Activities Phase 2..........................................2-34
Figure 2.3-4: Alternative A – EPBM/Open-Face Shield/SEM Project Profile Alternative.......................2-38
Figure 2.3-5: Alternative B – EPBM/SEM Low Alignment Alternative....................................2-42
Figure 3.1: Driveway Access, Traffic Circulation Impacts, and Staging Areas during Construction – The
        Project.....................................................................................................................3-6
Figure 3.2: Driveway Access, Traffic Circulation Impacts, Construction Staging, and Grouting Areas
        (Phase I) – Alternatives A and B ............................................................................3-7
Figure 3.3: Driveway Access, Traffic Circulation Impacts, Construction Staging, and Grouting Areas
        (Phase II) – Alternatives A and B ...........................................................................3-8
Figure 3.4: Flower Street LOS for Each Alternative (During Construction, 2014-2017) ...........3-9
Figure 3.5: Little Tokyo LOS for Each Alternative (During Construction, 2014-2017) .............3-10


Metro

Figure 4.1-1: Historic Properties and Scenic Resources along Flower Street ........................................4.1-2
Figure 4.1-2: Historic Properties and Scenic Resources in Little Tokyo ...............................................4.1-3
Figure 4.1-3: Location of Flower Street Key Observation Points (KOPs) 1 and 2 ...............................4.1-6
Figure 4.1-4: Before View of Flower Street Facing East Between 5th and 6th Streets..........................4.1-7
Figure 4.1-5: After View of Flower Street with Construction and Grouting Equipment Facing East Between 5th and 6th Streets ........................................................................................................4.1-7
Figure 4.1-6: Before View of Flower Street Facing West Between 5th and 6th Streets .........................4.1-8
Figure 4.1-7: After View of Flower Street with Construction and Grouting Equipment Facing West Between 5th and 6th Streets .......................................................................................4.1-8
Figure 4.1-8: Location of Flower Street KOP 3 .....................................................................................4.1-11
Figure 4.1-9: Before View of Flower Street Facing Southeast North of 5th Street ...............................4.1-12
Figure 4.1-10: After View of Flower Street Facing Southeast North of 5th Street ................................4.1-12
Figure 4.4-1: Noise Measurement Locations Evaluated in the Final EIS and this SEIS ........................4.4-2
Figure 4.4-2: Representative Sensitive Receptors and Grouting Areas along Flower Street – Alternatives A and B....................................................................................................................4.4-4
Figure 4.4-3: Representative Sensitive Receptor at the Staging Area in Little Tokyo............................4.4-5
Figure 4.5-1: Flower Street Subsurface Conditions ..............................................................................4.5-4
Figure 4.7-1: SEIS Study Area – Flower Street......................................................................................4.7-4
Figure 4.7-2: SEIS Study Area – Little Tokyo .......................................................................................4.7-5
Figure 4.8-1: Minority Populations in the Study Area by Census Block, 2008 to 2012 ........................4.8-3
Figure 4.8-2: Low-Income Households in the Study Area by Census Block, 2008 to 2012 ..................4.8-7
Figure 4.9-1: Projects Anticipated to be Completed Prior to 2014 .......................................................4.9-3
Figure 4.9-2: Year 2035 Rail Transit Projects ......................................................................................4.9-5
Figure 4.9-3: Projects Potentially Under Construction 2014 to 2020 ...................................................4.9-9

## TABLES

Table ES.1: Overview of Environmental Impacts Due to Construction of the Tunneling Method Alternatives ......................................................................................................................... ES-5
Table 2.3-1: Comparison of Project and Tunneling Method Alternatives ...........................................2-30
Table 2.3-2: Flower Street Construction and Grouting Staging and Grouting Activity Areas for the Project and Tunneling Method Alternatives ................................................................2-35
Table 2.3-3: Comparison of Flower Street Segment Excavation Materials Handling ...........................2-36
Table 2.3-4: Construction Duration Comparison..................................................................................2-40
Table 3.1-1: Level of Service (LOS) Categories and Criteria ................................................................3-2
Table 3.1-2: Existing Roadway Level of Service (LOS) Analysis (2014) ...............................................3-3
Table 3.2-1: Alternative A – Level of Service Analysis (During Construction, 2014-2017)....................3-11
Table 3.2-2: Alternative B – Level of Service Analysis (During Construction, 2014-2017).....................3-15
Table 4.2-1: Estimated Construction Equipment, Soil Excavation, and Vehicle Trips for Alternative A .............4.2-3
Table 4.2-2: Peak Daily Construction Emissions (Mitigated), lb/day – Alternative A..............................4.2-4
Table 4.2-3: Estimated Construction Equipment, Soil Excavation, and Vehicle Trips for Alternative B .............4.2-5
Table 4.2-4: Peak Daily Construction Emissions (Mitigated), lb/day – Alternative B.............................4.2-6
Table 4.3-1: Existing (2014) Conditions – GHG Emissions from Regional Traffic ................................4.3-1
Table 4.3-2: Alternative A – Construction GHG Emissions (2014-2017) ..............................................4.3-2
Table 4.3-3: Alternative B – Construction GHG Emissions (2014-2017) ..............................................4.3-3
Table 4.4-1: Summary of Construction Impacts ...................................................................................4.4-4
Table 4.5-1: Summary of Benefits and Challenges of Alternative A and B ............................................4.5-7
Table 4.6-1: Estimated Energy Consumption from Construction for Alternatives A and B....................4.6-2
Table 4.7-1: Historic Properties within the SEIS Study Area ...............................................................4.7-6
Table 4.8-1: Racial and Ethnic Character by Census Block, 2008 to 2012 ...........................................4.8-2


Metro

Table 4.8-2: Low-Income Households by Census Block, 2008 to 2012 ................................................4.8-4
Table 4.9-1: Major Renovation Project Anticipated to be Constructed Prior to 2014 ...........................4.9-4
Table 4.9-2: New Construction Estimated to be Completed Prior to 2014 ...........................................4.9-6
Table 4.9-3: Institutional and Public Facility Projects to be Completed Prior to 2014 .........................4.9-6
Table 4.9-4: Institutional and Public Facility Projects Potentially Under Construction 2014-2020 ......4.9-7
Table 4.9-5: Major Renovation Projects Anticipated Potentially Under Construction 2014-2020 .........4.9-8
Table 4.9-6: New Construction Projects Potentially Under Construction 2014-2020 ............................4.9-8
Table 5.2-1: Comparison of Project and Tunneling Method Alternatives ...............................................5-3
Table 5.6-1: Operational Summary of the Project and the Tunneling Method Alternatives – Flower Street
             Segment .......................................................................................................................5-7
Table 5.7-1: Comparison of Schedules for the Project and Tunneling Method Alternatives .................5-7
Table 5.7-2: Overview of Construction and Risk Factors Impacting the Construction Schedules for the
             Project and Tunneling Method Alternatives ....................................................................5-8
Table 5.8-1: Year of Expenditure Dollar Cost Estimate for the Flower Street Segment for the Tunneling
             Method Alternatives ($Million) ....................................................................................5-12
Table 5.9-1: Comparison of Environmental Effects During Construction in Little Tokyo ....................5-14
Table 5.10-1: Overview of Environmental Impacts Due to Construction of the Tunneling Method
             Alternatives ...................................................................................................................5-16
Table 6-1: Agency Distribution for the Draft SEIS.................................................................................6-3

**APPENDIX**

Appendix A: Final Flower Street Tunneling Method Alternatives Report
Appendix B: Regulatory Framework
Appendix C: Air Quality
Appendix D: Greenhouse Gases
Appendix E: Energy Resources
Appendix F: Noise and Vibration Prediction Model Outputs
Appendix G: Engineering Drawings
Appendix H: Mitigation Monitoring and Reporting Program
Appendix: I: Notifications and Collateral Materials
Appendix J: Public Comments
Appendix K: Supplemental ROD


Metro

# Abbreviations/Acronyms

AA — Alternative Analysis
ACHP – Advisory Council on Historic Preservation
APE – Area of Potential Effect
BID – Business Improvement District
CEQA – California Environmental Quality Act
CHL – California Historic Landmarks
CRHR – California Register of Historic Resources
EA – Environmental Assessment
EIR – Environmental Impact Report
EIS – Environmental Impact Statement
EPA – Environmental Protection Agency
EPBM — Earth Pressure Balance Method
FEIR — Final Environmental Impact Report
FEIS — Final Environmental Impact Statement
FHWA — Federal Highway Administration
FTA – Federal Transit Administration
GBV – Ground-borne vibration
KOPs — Key Observation Points
LADOT — Los Angeles Department of Transportation
LOS — Level of Service
LPA – Locally Preferred Alternative
LRT — Light Transit Rail
LRTP — Long Range Transportation Plan
LTCC – Little Tokyo Community Council
LTWG – Little Tokyo Working Group
METRO — Los Angeles County Metropolitan Transportation Authority
MMRP — Mitigation Monitoring and Reporting Plan
MOA – Memorandum of Agreement
MPH — Miles Per Hour
MPO — Metropolitan Planning Organization
MRDC — Metro Rail Design Criteria
NAEP – National Association of Environmental Professionals
NEPA – National Environmental Policy Act
NHPA – National Historic Preservation Act
NOA – Notice of Availability
NRHP – National Register of Historic Places
NTP — Notice To Proceed
PPP – Public Participation Plan
PPV – Peak Particle Velocity
ROD — Record of Decision
ROW — Right-Of-Way
RTP — Regional Transportation Plan
SAFETEA-LU — Safe, Accountable, Flexible, Efficient, Transportation Equity Act: A Legacy for Users
SCAG — Southern California Association of Governments
SEA — Supplemental Environmental Assessment
SEIS — Supplemental Environmental Impact Statement
SEM — Sequential Excavation Method



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

SHPO – State Historic Preservation Office
SR — State Route
TBM — Tunnel Boring Machine
TIFIA — Transportation Infrastructure Finance and Innovative Action
TSM — Transportation Systems Management
USDA — United States Department of Agriculture
USDOI — United States Department of Interior
USDOT — United States Department of Transportation
USFS — United States Forest Service
CCAA — California Clean Air Act
NAAQS — National Ambient Air Quality Standards
CO — Carbon Monoxide
$P_b$ — lead
$NO_2$ — Nitrogen dioxide
$O_3$ — Ozone (commonly known as smog)
$PM_{10}$ — Particulate matter smaller than 10 microns
$PM_{2.5}$ — Particulate matter smaller than 2.5 microns
$SO_2$ — Sulfur Dioxide
VOC — Volatile Organic Compounds
NOx— Oxides of nitrogen
CAA— Clean Air Act
Ppm— parts per million of air
Ppb — parts per billion by volume
AAM — Annual Arithmetic Mean
SoCAB — The South Coast Air Basin

Ⓜ Metro

# EXECUTIVE SUMMARY

# EXECUTIVE SUMMARY

This Supplemental Environmental Impact Statement (SEIS) was prepared to address the Order of the United States District Court for the Central District of California in *Today's IV, Inc. vs. Federal Transit Administration et al* and *515/555 Flower Associates, LLC vs. Federal Transit Administration et al (submitted pursuant to The National Environmental Policy Act of 1969, 42 U.S.C. §§ 42 U.S.C. 4321 et. seq, 23 CFR 771, and the Order re Plaintiffs' Combined Motion for Summary Judgment and Defendants' Motion and Cross-Motion for Summary Judgment, dated May 28, 2014 and Order re Plaintiff Today's IV, Inc. and 515/555 Flower Associates, LLC's Motion for Injunctive Relief, dated September 12, 2014, issued by the U.S. District Court in Today's IV. Inc. v. FTA et. al. (Today's IV), Case No. LA CV13-00378 JAK (PLAx), Japanese Village, LLC v. FTA et al. (Japanese Village), Case No. LA CV13-00396 JAK (PLAx), 515/555 Flower Assoc., LLC v. FTA (Flower Associates), Case No. LA CV00453 JAK (PLAx) and the Judgments issued on October 24, 2014 by the U.S. District Court in Today's IV and Flower Associates).*

The Judgment and Order for Partial Injunctive Relief by the Honorable John A. Kronstadt on May 28, 2014 and September 9, 2014, respectively, require that the Federal Transit Administration (FTA) as the federal lead agency pursuant to the National Environmental Policy Act (NEPA) with the Los Angeles County Metropolitan Transportation Authority (Metro) explain why open-face tunneling alternatives were rejected on the Lower Flower Segment in downtown Los Angeles. This SEIS is intended to provide more information on the tunnel construction alternatives on Flower Street that were withdrawn from consideration, specifically Open-Face Shield and Sequential Excavation Method (SEM) tunneling for the Flower Street portion of the Regional Connector project alignment between 4th Street and the 7th Street/Metro Center Station, as required by the Judgment.

This Final Supplemental Environmental Impact Statement and Supplemental Record of Decision document has been prepared pursuant to Pub. L. 114-94, 23 USC 139 (n)(2)(A) as amended by the Fixing America's Surface Transportation Act. The Supplemental ROD can be found in Appendix K.



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

## Alternatives Evaluated in this Supplemental Environmental Document

The two tunneling method alternatives identified and evaluated in the SEIS propose different combinations of underground construction as options to the cut and cover method planned for the Project between south of 4th Street and south of 6th Street along Flower Street:

- Alternative A – a combination of Earth Pressure Balance Tunnel Boring Machine (EPBM), Open-Face Shield, and SEM construction methods; and with similar horizontal and vertical alignment profiles to that of the Project.

- Alternative B – a combination of EPBM and SEM construction methods with a similar horizontal alignment profile, but a lower vertical alignment profile, than that of the Project.

The tunneling alternatives have the following alignment variations from that of the Project in order to address geologic conditions and other subsurface project constraints along Flower Street:

- Horizontal alignment – Along Flower Street, Alternatives A and B remain located under the existing street right-of-way. The horizontal alignments of these alternatives continue on tangent track from the 2nd/Hope Station south through the 4th Street Bridge foundation piles to 5th Street. The alignments then would transition from a wider oval track center to a narrow track center as the alignment approaches the planned double crossover immediately north of the narrow, rectangular 7th Street/Metro Center Station tail tracks structure.

  The tunneling method alternatives would have a short horizontal transition distance from the 5th Street section of the alignment to the double crossover located before the existing tail tracks structure which would limit the operating speed to 35 miles per hour (mph) as compared to the 55 mph provided by the Project.



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

**Figure ES.1:  Alternative A – EPBM/Open-Face Shield/SEM Project Profile Alternative**



**Figure ES.2:  Alternative B – EPBM/SEM Low Alignment Alternative**





- Vertical alignment – Alternative A would have the same vertical profiles as the Project with an average depth of 40 feet to top of rail (TOR) below ground level. The vertical alignment of Alternative B has a "sag" or low point of 105 feet to TOR below ground level. The sag alignment reduces the probability of the tunnel alignment impacting the 4th Street Bridge foundations, and encountering tie-backs located under Flower Street between 4th Street and just south of 5th Street.  Alternative B's lower alignment profile results in a greater depth for the 2nd/Hope Station (128 feet) compared to the Project and Alternative A (96 feet).

## Summary of Findings

Based on the environmental analysis in the SEIS and the engineering analysis documented in the *Final Flower Street Tunneling Methods Alternatives Report*, the construction method alternatives would not perform as well as the Project in meeting purpose and need, would impact Metro operations, would pose construction and safety risks, and would result in environmental impacts, as summarized below.

- **Purpose and Need** – Alternatives A and B would not perform as well as the Project in meeting the purpose and need identified for the Regional Connector project.  While they would provide an improved regional connection, implementation of these options would result in reduced operating speeds on the Flower Street segment – 35 mph compared to 55 mph provided by the Project. There would be a corresponding increase in travel times for Gold, Blue, and Exposition Line passengers, as well as for passengers transferring from the Red and Purple Lines. The speed reduction resulting from the tunneling method alternatives would have permanent negative operational effects over the Project due to increased travel times for the operational life of the Regional Connector project.

- **Construction and Risk Considerations** – Construction along the Flower Street segment must address significant challenges including physical operational challenges, difficult surface and underground conditions, and challenging geologic conditions.  The geologic conditions include the presence of groundwater, unstable soils, a challenging geologic interface between different soil and rock strata (mixed-face), and hazardous gases.  The Project was defined to address those constraints given the segment's high risk and challenges. The tunneling methods proposed by Alternatives A and B would result in significantly higher construction risks, a longer construction schedule, and a higher project cost.  The higher construction risks include increased risks of ground instability, loss, and settlement which could threaten public and worker safety.

- **Operational Considerations** – The speed reduction resulting from Alternatives A and B would have negative impacts on rail service headways, run times, and operations over the Project. With a slower operating speed – one-third slower than Metro operational requirements – Alternatives A and B would negatively impact passengers using the Gold, Blue, and Exposition Lines, as well as passengers transferring from the Red and Purple Lines at the 7th Street/Metro Center Station. Metro would be required to operate additional trains and increase the fleet size by approximately six vehicles with a corresponding increase in capital and operational costs. It should be noted that the Project and Alternatives A and B have been

 Metro

designed to allow for a future 5th/Flower Station. Construction of this station would result in slower operating speeds in the Flower Street segment as the closer station spacing would not allow the LRT trains to reach the desired 55 mph speed. While both alternatives would allow for a future 5th/Flower Street Station, the resulting station configuration for Alternatives A and B would not allow for cross-platform transfers negatively impacting passenger convenience, especially for visitors and infrequent users. Implementation of Alternatives A and B would result in a permanent, substandard operating segment at the heart of the region's LRT system.

- **Schedule Impacts** – Implementation of Alternatives A and B would delay start of revenue service by a minimum of 3.0 years beyond the Project's schedule.  The increase in schedule is partially due to longer construction timeframes – 15 and 7 months for Alternatives A and B respectively. In addition, both alternatives would require an additional 29 months over the Project's schedule for pre-construction activities required to revise the engineering design and re-procure the design-build construction contract.  A longer construction time would increase the project cost and delay operation of this much needed segment in the region's LRT system.

- **Cost and Funding Considerations** – Based on a cost analysis similar to that performed for the Project, the higher risk for Alternatives A and B translates to $67 to $123 million more for the baseline Year of Expenditure (YOE) cost for the Flower Street segment beyond the cost identified for the Project. Given the higher risk level, a range of an additional $276 to $403million would be required for the construction of Alternatives A and B beyond that identified for the Project.  Funding for these additional costs will need to be identified among limited federal, state, and local sources.

- **Environmental Considerations** – The two tunneling method alternatives shift a majority of the effects resulting from the handling of excavation materials from the Flower Street segment, a high-rise commercial district with wide streets, to Little Tokyo, a low to mid-rise mixed use district with visitor and cultural destinations, and identified as an environmental justice community. Use of grouting equipment, required for Flower Street segment ground stabilization for construction of the two alternatives would result in adverse visual, noise and vibration, air quality, and traffic effects during construction.

Based on the above conclusions, it was determined that the proposed tunneling alternatives in Alternatives A and B would result in a higher safety risk, would cost more money, would take longer to construct, and would result in additional adverse environmental effects than the Project. Even with the proposed methods to reduce construction risk associated with tunneling in the weak ground conditions under Flower Street, the tunneling method alternatives have a high risk of ground settlement problems. While implementing Alternatives A and B may be technically possible, for the reasons stated in this paragraph and above, those alternatives were considered infeasible as a matter of sound public policy, and thus were withdrawn from further consideration.[1]

---

[1] *See Res. Ltd., Inc. v. Robertson, 35 F.3d 1300, 1307 (9th Cir. 1997)*


**Metro**

Regional Connector
Final SEIS Administrative Document/Supplemental ROD

**Table ES.1: Overview of Environmental Impacts Due to Construction of the Tunneling Method Alternatives**

| Resource Area | The Project | Alternative A | Alternative B |
|---|---|---|---|
| **Transportation/ Circulation**<br>Flower Street Impacts<br><br><br>Little Tokyo Impacts | • 3 to 4 travel lanes available on Flower Street during construction<br>• Even with mitigation, the intersections of 4th, 5th and 6th and Flower Streets would be adversely affected during the AM peak hour. With mitigation, the resulting effect would not be adverse under NEPA. | • 2 travel lanes available on Flower Street during grouting and construction.<br>• Longer duration of traffic lane closure due to 12 months (possibly up to 24 months) of grouting activities.<br><br>• Increases and extends construction truck impacts on Little Tokyo by 15 months. | • 3 travel lanes available on Flower Street: 4th to 5th Streets; 2 travel lanes 5th to 6th Streets.<br>• Longer duration of traffic lane closure due to 8 months (possibly 16 months) of grouting activities.<br><br>• Increases and extends construction truck impacts on Little Tokyo by 7 months. |
| **Visual Quality** | • Construction staging area along the east side of Flower Street would have negative impacts on the visual quality/character that can be screened. | • Construction and grouting staging areas along east side of Flower Street would have adverse impacts on visual quality/character.<br>• Impacts cannot be mitigated due to size of grouting and plant equipment (over 100 feet tall).<br>• With two grouting areas, this alternative would have a more adverse effect than Alternative B. | • Construction and grouting staging areas along east side of Flower Street would have adverse impacts on visual quality/character.<br>• Impacts cannot be mitigated due to size of grouting and plant equipment (over 100 feet tall).<br>• With only one grouting area, this alternative would have less impact than Alternative A, but more than the Project. |
| **Air Quality**<br>Peak daily emissions | • During construction, regional construction emissions of VOC, NO$_x$, and CO will be adverse, significant and unavoidable under NEPA. With mitigation, localized construction emissions will be reduced to less than significant. | • Higher emissions during construction due to use of grouting equipment.<br>• Longer duration of construction emissions by 12 months (up to 24 months) on Flower Street; and by 15 months over the Project. | • Higher emissions during construction due to use of grouting equipment.<br>• Longer duration of construction emissions by 7 months (up to 16 months) on Flower Street; and by 7 months in Little Tokyo over the Project.<br>• With only one grouting area, this alternative would have less impact than Alternative A. |
| **Climate Change**<br>MTCO2e/year | • 2017[1] GHG emissions would be 4,870. | • 2017[1] GHG emissions would be 8,040.<br>• Higher GHG emissions than the Project due to use of grouting equipment. | • 2017[1] GHG emissions would be 4,950.<br>• Higher GHG emissions than the Project due to use of grouting equipment.<br>• Less GHG emissions than Alternative A due to need for only one grouting area. |
| **Noise and Vibration**<br>Flower Street Impacts | • Noise may inadvertently exceed FTA significance criteria during construction; mitigation measures will control exceedances. | • Results in increased construction noise level over the Project due to use of grouting equipment.<br>• Possible minor increase in vibration impacts due to TBM use further south on Flower Street. | • Results in some noise level increases over the Project due to use of grouting equipment.<br>• Results in lower noise level than Alternative A due to need for only one grouting area. |

Note: [1] Mid-point of construction.


**Metro**

# CHAPTER 1

## Background, Purpose and Scope of the SEIS

Regional Connector
Final SEIS Administrative Document/Supplemental ROD

# 1.0   BACKGROUND, PURPOSE AND SCOPE OF THE SEIS

## 1.1   Background

The Regional Connector Transit Corridor Project approval and certification of the Final Environmental Impact Statement/Environmental Impact Report (Final EIS/EIR) was the culmination of prior planning and environmental studies and projects completed in the past two decades. The Federal Transit Administration (FTA) is the federal lead agency pursuant to the National Environmental Policy Act (NEPA), with the Los Angeles County Metropolitan Transportation Authority (Metro) as the joint lead agency.  The Final EIS/EIR was prepared for the Board-designated Locally Preferred Alternative (LPA known as the "Project") and was completed in February 2012, with Metro Board of Directors approval of the Project on April 26, 2012.  A Record of Decision (ROD) was issued by FTA on June 29, 2012.

This Supplemental Environmental Impact Statement (SEIS) was prepared to address the Order of the United States District Court for the Central District of California in *Today's IV, Inc. vs. Federal Transit Administration et al* and *515/555 Flower Associates, LLC vs. Federal Transit Administration et al.*  The Judgment and Order for Partial Injunctive Relief by the Honorable John A. Kronstadt on May 28, 2014 and September 9, 2014, respectively, require that the FTA and Metro, prepare a supplemental analysis under NEPA that addresses the feasibility of Open-Face Shield and SEM tunneling alternatives. This SEIS is intended to provide more information on the tunnel construction alternatives on Flower Street that were withdrawn from consideration, specifically Open-Face Shield and Sequential Excavation Method (SEM) tunneling for the Flower Street portion of the Regional Connector project alignment between 4th Street and the 7th Street/Metro Center Station, as required by the Judgment.

This SEIS supplements the Final EIS/EIR, pursuant to FTA NEPA implementation procedures (23 CFR 771.130), to address the court's determinations in those orders, which are discussed in further detail below (submitted pursuant to The National Environmental Policy Act of 1969, 42 U.S.C. §§ 42 U.S.C. 4321 et. seq, 23 CFR 771, and the Order re Plaintiffs' Combined Motion for Summary Judgment and Defendants' Motion and Cross-Motion for Summary Judgment, dated May 28, 2014 and Order re Plaintiff Today's IV, Inc. and 515/555 Flower Associates, LLC's Motion for Injunctive Relief, dated September 12, 2014, issued by the U.S. District Court in Today's IV. Inc. v. FTA et. al. (Today's IV), Case No. LA CV13-00378 JAK (PLAx), Japanese Village, LLC v. FTA et al. (Japanese Village), Case No. LA CV13-00396 JAK (PLAx), 515/555 Flower Assoc., LLC v. FTA (Flower Associates), Case No. LA CV00453 JAK (PLAx) and the Judgments issued on October 24, 2014 by the U.S. District Court in Today's IV and Flower Associates). This Final Supplemental Environmental Impact Statement and Supplemental Record of Decision document has been prepared pursuant to Pub. L. 114-94, 23 USC 139 (n)(2)(A) as amended by the Fixing America's Surface Transportation Act.

## 1.2   Purpose and Scope of this Supplemental Environmental Document

The preparation of this SEIS is consistent with 23 CFR 771.130(f) which states that a supplemental EIS may be required to address issues of limited scope, such as the extent of proposed mitigation of the evaluation of location or design variations for a limited portion of the overall project.  This SEIS is a



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

limited-scope document that provides additional detail on tunneling methods not selected for construction along Flower Street, specifically Open-Face Shield and SEM tunneling for the Flower Street portion of the Regional Connector project alignment between 4th Street and the 7th Street/Metro Center Station. The two tunneling method alternatives identified and evaluated in the SEIS propose different combinations of underground construction as options to the cut and cover method planned for the Project between south of 4th Street and south of 6th Street along Flower Street:

- Alternative A – a combination of Earth Pressure Balance Tunnel Boring Machine (EPBM), Open-Face Shield, and SEM construction methods; and with similar horizontal and vertical alignment profiles to that of the Project.

- Alternative B – a combination of EPBM and SEM construction methods with a similar horizontal alignment profile, but a lower vertical alignment profile than that of the Project.

The SEIS evaluation effort focuses on the effects of proposed construction method changes to the Flower Street segment of the Regional Connector project, as described above, and the corresponding impacts on the Mangrove portal site in Little Tokyo, which may result from the use of different combinations of underground construction along the Flower Street segment.  There is no change in the location of the Project or the Project Area studied, which remains as presented in the Final EIS/EIR.

Potential effects related to the two tunnel method construction alternatives were assessed and areas with possible adverse effects were studied in the SEIS as presented in Chapter 3, Transportation and Circulation and Chapter 4, Affected Environment and Environmental Consequences.  The following environmental impact areas were identified as potentially being effected by the tunneling method alternatives and were studied in the SEIS:

- Transportation and Circulation
- Visual Quality
- Air Quality
- Climate Change
- Noise and Vibration
- Geotechnical
- Energy Resources
- Historic Resources
- Environmental Justice
- Cumulative

All of the other environmental topic areas were evaluated in the Final EIS/EIR, and no additional impacts were identified as resulting from implementation of either of the tunneling method alternatives under evaluation.  A Section 4(f) evaluation was documented in Chapter 5 of the Final EIS/EIR. Due to the fact there is no change in the location of the Project or the Project Area studied,



which remains as presented in the Final EIS/EIR, no further Section 4(f) analysis is necessary. Therefore, a Section 4(f) section was not included in the SEIS.

## 1.3    Environmental Review Process

### 1.3.1    Public Review Period of the Draft SEIS

The Draft SEIS was distributed for public review and comment prior to the issuance of this Final SEIS. The review period for the Draft SEIS was initiated on June 12, 2015 and ended July 27, 2015. Comments were submitted during the 45-day Draft SEIS review period to FTA or Metro. FTA and Metro held two public hearings on the content and findings of the Draft SEIS. The Notice of Availability (NOA) alerted the public and interested Federal, State, tribal, regional and local government agencies of the availability of the DSEIS, and invited comment on the DSEIS. Refer to Chapter 6, Public Outreach, for detailed information on the public outreach process including noticing, newspaper ads, and public hearing information.

### 1.3.2    Final SEIS and Supplemental ROD

The Final SEIS includes and responds to all of the comments received during the circulation of the Draft SEIS. The responses to comments are included in Appendix J. This document is a Final SEIS and Supplemental Record of Decision (ROD) document prepared pursuant to Pub. L. 114-94, 23 USC 139 (n)(2)(A).  The Supplemental ROD can be found in Appendix K. Coordination with participating and non-participating agencies was also initiated and detailed information can be found in Chapter 6, Public Outreach.

## 1.4    Project Schedule

The Project schedule reflected in the SEIS was based on initiation of final design and construction by the Design-Build Contractor with a Notice to Proceed (NTP) date of July 7, 2014 and a Revenue Service Date to occur in mid 2020.  Implementation of either of the tunneling method alternatives studied in this SEIS would extend the total project schedule from start of construction to revenue service by a minimum of 36 months or three years over the Project's schedule.  The longer schedule duration for the tunneling method alternatives is due to: 1) new pre-construction activities related to updating the engineering design and re-procuring of the construction contract; and 2) an extended construction duration due to muck removal for the tunneling alternative on Flower Street through the westbound tunnel to the Mangrove portal, which is more time-consuming than cut and cover construction. Extending the duration of muck removal from the Mangrove would also delay the construction of all station facilities, which are dependent on the completion of tunneling operations.


**Metro**

# CHAPTER 2

## Alternatives Considered

Regional Connector
Final SEIS Administrative Document/Supplemental ROD

# 2.0   ALTERNATIVES CONSIDERED

This chapter provides the background of the Regional Connector Project (Project) and the two alternatives for tunnel construction on the Flower Street segment as directed by the U.S. District Court in the Summary Judgment Order, Order re Injunctive Relief and Judgment. The Regional Connector Project, including the Flower Street Segment evaluated in this SEIS, is illustrated in Figure 2.1-1.  The Flower Street segment extends north from the existing 7th Street/Metro Center Station tail tracks structure to the south side of 4th Street. The northern limit for the Flower Street segment was identified as 4th Street as this is the location where construction of the Project and the two tunnel construction alternatives changes from tunnel boring machine to various construction techniques south to connect with the existing tail tracks structure of the 7th Street/Metro Center Station.  There is no change in the location of the Project or the Project Area studied, which remains as presented in the Final Environmental Impact Statement/Environmental Impact Report (EIS/EIR).

This chapter provides a discussion of: 1) the **Project Background** with an overview of the Regional Connector Project study process, including a discussion of the alternative development and evaluation process, which resulted in the identification of the Locally Preferred Alternative (the Project), and a description of the construction methods and staging needs of the Project along the Flower Street Segment; 2) **Development of Alternatives** discussing the basis for the identification and evaluation of the tunneling method alternatives, including Flower Street segment surface and underground constraints, and the tunneling construction methods considered; and 3) **Alternatives Considered in the SEIS** providing a description of the two alternatives for tunnel construction identified as the tunneling method alternatives in this SEIS.

## 2.1    PROJECT BACKGROUND

This section provides an overview of the Regional Connector Project study efforts leading to the identification of the Locally Preferred Alternative (LPA) or the Project, in actions taken by the Metro Board of Directors and as documented in the ROD issued by the FTA.  A description of the Project's construction methods and staging needs is provided.

### 2.1.1   Efforts Leading to the Identification of the Project

Alternatives for the Regional Connector Project were identified and evaluated as documented in the *Final Alternatives Analysis Report (December 2008)*, the *Draft EIS/Environmental Impact Report (EIR) (2010)*, the *Supplemental EA/Recirculated EIR (2011),* and  the *Final EIS/EIR (2012)*.

During the Alternatives Analysis (AA) study phase, an extensive outreach, research, and analytical process included the following activities:

- Comments received from community involvement activities, including meetings with stakeholders, public agencies, local jurisdictions, and the public.

- Analysis of the engineering and geographic constraints of building new infrastructure in a dense central business district.


Metro

Regional Connector
Final SEIS Administrative Document/Supplemental ROD

**Figure 2.1-1:  Project Area from the Final EIS/EIR for the Locally Preferred Alternative**



- Surveys of land use and travel patterns to determine the most ideal routes and station locations.

The AA process identified and screened 36 potential transportation alternatives in light of the project's purpose and need, goals, and objectives. The process included initial technical analyses and community and public agency feedback gathered at meetings and public workshops.  Alternatives considered in the AA represented the full spectrum of reasonable means of achieving the goals and objectives of the Regional Connector project.  The AA evaluated the potential alternatives based on their environmental impacts, efficiency, cost, effectiveness, and equity.

From the AA effort, the No Build, Transportation System Management, and three build light rail transit (LRT) alternatives emerged which were analyzed further in the Draft EIS and were confirmed and refined based on a unique and intense community engagement process. Based on this extensive public outreach effort, the Fully Underground LRT Alternative evolved to more adequately address the



**Metro**

Regional Connector
Final SEIS Administrative Document/Supplemental ROD

community of Little Tokyo's concerns. The Metro Board of Directors voted in February 2010 to add this alternative to the Draft EIS analysis.

On October 28, 2010, the Metro Board concurred with staff's recommendation to designate the Fully Underground LRT Alternative as the LPA, with elimination of the 5th/Flower Station, and authorized the project to proceed into the Final EIS phase.  The LPA is essentially the same configuration as the Fully Underground LRT Alternative as analyzed in the Draft EIS, except that the LPA does not include the 5th/Flower Station and it has been further refined to reduce impacts. Key refinements in the Flower Street segment included creation of an enhanced pedestrian walkway along the east side of Flower Street between 4th Street and the existing 7th Street/Metro Center Station entrance.  Changes were made in the Little Tokyo area, including the decision to insert the Tunnel Boring Machine (TBM) at the Mangrove property (formerly known as the Nikkei development) where it would begin excavating westward.   Tunnel boring activities from the Mangrove property insertion site would allow tunneling to proceed farther down Flower Street to 4th Street instead of ending at the proposed 2nd/Hope Station.

Metro published a Supplemental Environmental Assessment (EA) document to formally introduce refinements made to the LPA (the Project) after the publication of the Draft EIS in July 2011.  The Supplemental EA was recirculated through a 45-day comment period from July 22, 2011 to September 6, 2011. The preparation of the Final EIS/EIR was completed in January 2012, and the Metro Board of Directors approved the Project on April 26, 2012 with a ROD issued by the FTA on June 29, 2012.

### 2.1.2   Construction Methods of the Project

As discussed in the Final EIS/EIR, the Flower Street segment of the Project would be constructed with a combination of cut and cover and a tunneling method known as earth pressure balance tunnel boring machine (EPBM) method as summarized below and illustrated in Figure 2.1-2:

- 2nd/Hope Station to 4th Street – EPBM construction would be used to bore a single tunnel south to 4th Street where a reception pit would allow for the extraction of the EPBM for reuse on the second parallel tunnel drive.  The use of EPBM tunneling was identified as the most viable tunneling method given the unique underground conditions along this portion of the alignment, discussed in detail below, and to be in conformance with Metro tunneling policies. The depth of the tunnel was designed to avoid conflicts with abandoned construction tie-backs and adverse impacts to the existing 4th Street Bridge foundations, to accommodate a future 5th/Flower Station, and to provide sufficient ground cover over the tunnel at the reception pit south of 4th Street. Retrieval of the EPBM would be through a reception pit that would be backfilled as part of cut and cover tunnel construction project completion activities.

- 4th Street to the 7th Street/Metro Center Station Tail Tracks – This section of the Flower Street alignment would be built with the cut and cover construction method, which would require the relocation of utilities and the installation of soldier piles to create the required alignment structure box in Flower Street from 4th to 6th Street.  Excavation of the top portion of the street and provision of a temporary concrete decking system between the solider piles would



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

occur in a phased approach to minimize impacts to Flower Street traffic by allowing a minimum of three traffic lanes to remain open during the day time period.

### 2.1.3  Construction Staging for the Project

During construction, the Project, similar to any tunneling project, would require construction staging areas for:

- Equipment assembly and storage
- Construction materials delivery and storage
- Materials production
- Dewatering activities
- Construction worker parking
- Access roads
- Temporary trailer offices
- Demolition staging
- Removal of excavated materials, including truck staging areas
- Other related construction activities.

Construction staging areas are temporary as they would only be required during duration of construction activities, which is estimated to be 37 months on Flower Street and 38 months in Little Tokyo for the Project.  Staging areas would be located either within the street right-of-way or in off-street locations. As documented in the Final EIS/EIR, construction staging activities in the Flower Street segment from 4th and 6th Streets would be accommodated through temporary two lane traffic lane closures for the duration of construction as illustrated in Figure 2.1-3, with some additional short-term closures for specific construction activities, such as for solder pile efforts for cut and cover construction.  Street detours and closures would be coordinated with the Los Angeles Department of Transportation (LADOT).

During construction of the Project, removal of tunneling material excavated in this segment would be handled from the construction staging areas along Flower Street, while tunnel boring spoils would be transported back along the alignment within the newly constructed tunnels and removed at the Mangrove site (former Nikkei site) located at the northeast corner of 1st and Alameda Streets in Little Tokyo.  As illustrated in Figure 2.1-3, the Project would use two locations within the cut and cover excavation area along the eastern side of Flower Street to remove excavation materials and allow access to construction activities under the temporary concrete decking:

- Location 1: On Flower Street, just south of 4th Street; and
- Location 2: On Flower Street, just south of 5th Street.



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

**Figure 2.1-2:  Flower Street Segment Construction Methods of the Project**



**Metro**

Regional Connector
Final SEIS Administrative Document/Supplemental ROD

**Figure 2.1-3:  The Project – Construction Staging Areas**





Regional Connector
Final SEIS Administrative Document/Supplemental ROD

## 2.2    DEVELOPMENT OF ALTERNATIVES

This section presents the basis for identifying and evaluating the tunneling method alternatives in the SEIS.  It includes a discussion of the Flower Street segment surface and underground constraints, Metro Rail Design Criteria (MRDC), and the tunneling construction methods that shaped the Project and the tunneling method alternatives. This section's discussion draws on and reflects the *Final Flower Street Tunneling Method Alternatives Report (2015)* (Appendix A) prepared to document engineering and construction study efforts to identify and evaluate viable tunneling method options. This effort resulted in the identification of two possible tunneling method alternatives for further evaluation.  The alternatives presented in the following section of this chapter, Alternatives A and B, are the same as Alternatives A and B discussed in the tunneling method alternatives report.

Alternatives A and B propose different combinations of underground construction methods as alternatives to the cut and cover method planned for the Project along Flower Street between 4th Street and 7th Street:

- Alternative A considers an open-face tunnel shield to construct a portion of the tunnels from 4th Street south to approximately 5th street followed by SEM construction of the balance of the tunnels and double crossover to the existing 7th/Street Metro Center Station.

- Alternative B considers extending EPBM tunneling on a lower alignment to avoid tie-backs from 4th Street south to approximately 5th Street followed by SEM construction of the balance of the tunnels and double crossover to the existing 7th/Street Metro Center Station.

### 2.2.1   Flower Street Existing Conditions

There are a significant number of surface and underground constraints combined with the requirements of the MRDC and desired future operations of the Regional Connector Project that have framed the design and construction of the Flower Street section, as illustrated in Figure 2.2-1.

**Figure 2.2-1: Flower Street Segment Existing Conditions**



Metro

#### 2.2.1.1  Flower Street Segment Surface Context and Constraints

Flower Street has surface constraints to future subway construction which includes possible impacts to vehicular, bus, and shuttle traffic, impacts to pedestrian and bicycle circulation, and restricted access to off-street parking and adjacent properties. Flower Street is a one-way southbound major arterial ranging in width from five lanes between 3rd and 6th Streets to four lanes south of 6th Street. The street is heavily used by cars, local delivery trucks, buses, shuttles, and bicycles without a designated bike lane. There is heavy pedestrian activity on the sidewalks on both sides of the street, which is heaviest on weekdays with growing activity on weekends due to increasing numbers of residents and visitors.

Flower Street is lined with a diverse land use mix including high and mid-rise buildings consisting of commercial, office, hotel, and residential properties. Some of the specific properties include the Citigroup Center and Bank of America along the east side of the street, and the City National Plaza and World Trade Center on the west side; mid-rise office buildings converted to residential uses; the Standard Hotel and Westin Bonaventure Hotel; the California Club and Maguire Gardens; and the Los Angeles Central Library garage.

#### 2.2.1.2    Flower Street Underground Context and Constraints

There are significant underground constraints which pose challenges to the design and construction of the future rail tunnel on the Flower Street segment of the Regional Connector Project. These constraints  include: 1) connecting with the existing narrow, shallow rectangular tail tracks structure of the 7th Street/Metro Center Station; 2) numerous abandoned underground tie-backs (used to support the excavation of building foundations) extending into the path of the future rail tunnel from adjacent building foundations along both sides of Flower Street south of 3rd Street; 3) unstable soil conditions; 4) many utilities; and 5) the 4th Street Bridge foundations which restrict the location of a future rail tunnel to a narrow vertical and horizontal corridor between the foundation piers.

Metro Rail Design Criteria (MRDC) has been developed and documented to reduce construction risks and to ensure the design and construction of rail system projects will meet Metro's long-term operational requirements. For the Flower Street segment of the Regional Connector project, MRDC criteria were used to design the Project and to evaluate the two tunneling method alternatives.  In addition to the very constrained physical setting  noted above, the design of the Project and two tunnel alternatives included rail transit operational considerations to address: 1) the alignment and grade of the connection with the existing 7th Street/Metro Center Station; 2) provisions for a new track crossover; 3) accommodation of a future 5th/Flower Station; and 4) design of the vertical alignment to facilitate the final operational speed of this vital central regional segment in the Metro light rail transit (LRT) system which will carry more trains than any other rail segment in Los Angeles. Changes to the vertical alignment will have potential impacts to the depth of the 2nd/Hope Station.

#### Connection to Existing 7th Street/Metro Center Station

In the Flower Street segment, the Regional Connector project alignment will connect with and operate from the existing 7th Street/Metro Center Station tail tracks structure located just north of the station's side loading platforms.  Any tunneling connection must be designed to consider the fit with



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

the geometry and size of the tail tracks structure as well as the alignment gradient required to ensure a smooth operational connection. In addition, a new double track crossover will be necessary north of the existing tail tracks as the Regional Connector project is a trunk system which will accommodate a significant number of LRT system trains. As identified in the MRDC, this new double crossover with No. 10 turnouts will provide operational flexibility during single-track operations, such as when one track is required to store a disabled train.

**Tie-Backs**

Tie-backs consisting of steel bars or cables grouted in the ground were used to laterally support the excavations for and construction of parking and building foundations for the Los Angeles Central Library garage, the Citigroup Center, and Bank of America along the east side of Flower Street, and the City National Plaza, Westin Bonaventure Hotel, and World Trade Center on the west side as shown in Figures 2.2-1, 2.2-2, and 2.2-3. Following industry practice, these tie-backs were abandoned within the street after construction was complete but it is uncertain if the tie-backs were de-tensioned. Along Flower Street, steel tie-backs are typically located every six to eight feet, and range in size from 30 to 90 feet in length, and extend below ground at a 15 to 45 degree angle across the width of the street right-of-way from both sides. There are multiple rows consisting of hundreds of tie-backs forming a "mesh" that are located within the Flower Street segment tunnel alignment, particularly south of 4th Street and with an even higher density south of 5th Street.

**Figure 2.2-2: Overview of Flower Street Tie-back Locations**



These tie-backs pose a major obstruction to tunnel construction under Flower Street, particularly for tunnel boring machines whose cutter heads could become entangled with the steel and cable tie-backs. Any construction method used on Flower Street must address removal of tie-backs by torch cutting or avoidance through a deeper alignment. Tie-backs pose another risk to tunneling activities as many of the existing tie-backs were installed when quality control of hole drilling and concreting was not as well-developed as it is today, and the tie-backs may become pathways for surface or



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

groundwater to flow into the tunnels or excavation areas. During tunneling, groundwater flow along the edge of the tie-back can erode the surrounding soil resulting in potentially large amounts of soil and water flowing into the tunnel. If uncontrolled, this can progressively lead to ground settlement, which if allowed to continue can create a sinkhole at the ground surface.

**Figure 2.2-3: Flower Street Segment Cross Section at Tunnel Cavern before Transition to Twin Tunnels (South of 5th Street) showing Tie-backs**



**Ground Conditions**

The geologic conditions include the presence of groundwater, unstable soils, a challenging geologic interface between different soil or rock strata (mixed face), and hazardous gases. A description of these conditions and the challenges they pose to tunneling are presented below.

Before development of downtown Los Angeles, Flower Street served as a natural drainage path which became a stream during rainfall with seasonal variations of groundwater below ground. Today, development has affected groundwater flow due to cuts and fills altering the street's topography, the leveling and paving of streets, and constructing of buildings with deep parking structures. Groundwater is anticipated to follow the historic underground water course and pose problems for the stability of open-face tunnel excavations. Borings made for building sites along Flower Street between 5th and 7th Streets have encountered groundwater seepage at relatively shallow depths ranging from 15 to 35 feet, which is close to or within the proposed tunnel envelope. Groundwater within the lower portion of the alluvial deposits, most likely perched above the Fernando Foundation, has been reported at depths of 18 to 27 feet adjacent to Flower Street between 2nd and 5th Streets.

Ground conditions under Flower Street consist of fill and alluvial soils overlaying the Fernando Formation found at approximately 40 feet below ground surface, as shown in Figure 2.2-4:

- The fill is a combination of gravel, sand, silt, and clay mixed with construction debris. The depth of fill material varies along Flower Street.
- The water-bearing alluvial deposit consists of interlayered silty clays, sandy silts, clayey sands, and silty sands, with some sand layers containing variable gravel and cobbles.

**Metro**

- The Fernando Formation is primarily comprised of weak to very weak siltstone/claystone.

**Figure 2.2-4: Flower Street Segment Ground Conditions**



The Fernando Formation is comprised of a "weak" to "very weak" mix of siltstone and claystone which is a qualitative statement about its relative strength to support tunneling based on its unconfined compressive strength and the rock strength category of the International Society of Rock Mechanics (1978). The siltstone and claystone are weakly cemented or held together, which does not provide a strong condition for tunneling with an unsupported face, especially near the interface between the fill and alluvial soils and the Fernando Formation.

The geologic interface where the alluvial soils meet the Fernando Formation is a recognized geologic tunneling hazard. If the tunnel is located fully below the geologic interface, and there is adequate depth in the Fernando Formation (one tunnel diameter or approximately 22 feet) between the top of the tunnel and interface, tunneling risks are reduced.  High tunneling risks occur when the geologic interface is located just above the tunnel, or within the face ("mixed face") of the tunnel being excavated.

When tunneling through weak rocks, the "stand-up" time, or the time the rock could accommodate an unsupported tunnel face, would not be long enough to avoid a collapse and ground loss resulting in tunnel failure without ground stabilization.  Ideal tunneling conditions are competent ground void of water without any mixed-face conditions or obstructions with good "standup" time that accommodates an unsupported mining face for several hours without the risk of ground loss and resultant settlement. The existing top layer of alluvium, fill materials, sands, and gravels is unstable and not suitable for tunneling purposes without significant ground stabilization efforts as discussed below in Section 2.2.3.5. Even with extensive ground stabilization, such as grouting, total ground stability is not assured given the geologic conditions along Flower Street.

The major ground condition hazard on Flower Street is the alluvial materials running in an uncontrolled flow into the tunnel, and with the presence of groundwater, that risk is increased.



**Metro**

Typically these risks are mitigated by either modifying the soft ground using grouting techniques to create ground conditions that inhibit water flow or through the use of pressurized-face (closed-face) TBMs, which can safely deal with such conditions with limited risk of ground loss.

In the past, both sides of the current I-110 Freeway were lined with oil wells. Today, construction still encounters methane and hydrogen sulfide (H2S), with recent methane gas occurrences observed during construction of the Wilshire Grand Plaza located at Figueroa and 7th Streets one block west of the Flower Street alignment. Several sections of the project tunnels will be constructed through Methane Buffer Zones; and Cal/OSHA has classified all of the underground construction for the Regional Connector as "potentially gassy." Metro requires specific designs and tunneling methods where gassy conditions are present including the use of pressurized face tunnel boring machines and the installation of double-gasketed segmental precast tunnel lining to prevent methane from entering the tunnels.

The aforementioned geologic conditions on Flower Street can contribute to ground instability, ground loss, and settlement if not addressed by the construction method including cut-and-cover or tunneling with ground stabilization techniques, such as grouting, to reduce the risks. Even with grouting, total ground stability during tunneling is not assured given the geologic conditions along Flower Street.

### Utilities

Construction of underground stations and guideway tunnel structures would result in impacts to existing utilities located under Flower Street. The utilities include gas, electricity, water, sewer, communication lines, and storm drains. The storm drains range in size up to an 84-inch diameter reinforced concrete pipe approximately 18 feet below the ground surface. Utility relocation will be required as part of the project for impacted utilities, regardless of the construction technique. Impact mitigation to existing utilities is typically provided by relocating and/or protecting the utilities in place. For the Project, utilities would be protected by hanging them underneath the street decking system provided in the cut and cover sections on Flower Street with construction occurring below the utilities. The exception is those utilities that are in conflict with installation of the street decking and support of excavation structures. For the other identified tunneling methods, such as the use of tunnel boring machines, utility relocation would be necessary for utilities that are located within a three to four foot zone known as the "support of excavation system corridor" around the tunnel. As discussed below in Section 2.2.3, tunneling methods other than cut and cover in the Flower Street segment have been identified as requiring ground stabilization due to poor ground conditions as discussed above and illustrated in Figure 2.2-4. The recommended ground stabilization technique is high-pressure grouting to stabilize ground conditions to enable tunneling.

### 4th Street Bridge Foundations

The 4th Street Bridge crosses Flower Street at a raised elevation to connect the west side of downtown with the higher Bunker Hill area to the east. The bridge is built on four sets of bridge piers located on either side of Flower Street with foundations that extend 64 feet below the surface on the west side and 83 feet below on the east side as shown in Figure 2.2-5. These foundations include piles that are "battered" or slanted at approximately 10 degrees from the vertical. Any tunnel located in this portion



of Flower Street must "thread the needle" between these piers, or use a deeper alignment to avoid impacting the piers.

**Figure 2.2-5: Flower Street Segment: 4th Street Bridge Foundations
Looking South from 3rd Street**



**Future 5th/Flower Station**

While the 5th/Flower Station is not included in the funded Regional Connector project, the Flower Street segment is required by action of the Metro Board of Directors to be designed and constructed so as not to preclude a future 5th/Flower Station. This station would be constructed between 4th and 5th Streets under Flower Street. Based on the MRDC, the future station should be built on a 370-foot long tangent alignment with a maximum vertical grade of one percent. The Project alignment using cut and cover construction allows for the construction of a station in the future. The ability of each of the tunneling alternatives to accommodate a future 5th/Flower Station is discussed in Section 2.3 of this chapter.

**2nd/Hope Station**

The Flower Street portion of the Regional Connector project has the challenge of connecting at one end with the existing and relatively shallow 7th Street/Metro Center Station tail tracks structure (42 feet from the surface to top of rail) and at the other end with the future 2nd/Hope Station located under Bunker Hill at a depth of 96 feet from top of rail (TOR) to the ground surface. This proposed station depth is due to the significant elevation variation from Flower Street to the higher Bunker Hill area where the 2nd/Hope Station is located. As the TOR elevation is fixed at the existing station and tail tracks, any modification to the project's vertical alignment depth along Flower Street, such as proposing a deeper alignment to avoid conflicts with the hundreds of tie-backs located under the


**Metro**

Regional Connector
Final SEIS Administrative Document/Supplemental ROD

street, may impact the elevation of the future 2nd/Hope Station. A deeper alignment along Flower Street would require shifting the 2nd/Hope Station even deeper resulting in higher risks associated with the construction of a deeper station.

## 2.2.2   Little Tokyo

Any changes to tunneling methods on Flower Street would have impacts in the Little Tokyo area.  A deeper tunnel alignment to avoid tie backs in order to tunnel further under Flower Street than proposed in the Project would increase the amount of tunnel excavation materials to be handled through the tunnel portal at the Mangrove site in Little Tokyo.  Under the Project, 81 percent of the tunnel excavation materials from construction of the Flower Street segment would be handled on Flower Street and 19 percent through the Mangrove site.  Any reduction in cut and cover construction and the related reduction in the handling of the excavation materials along the Flower Street segment would increase the quantity of tunnel muck excavation materials at the Mangrove site in Little Tokyo.

## 2.2.3   TUNNEL CONSTRUCTION METHODS

This section provides an overview of tunnel construction methods considered for the Flower Street portion of the Regional Connector, both through the AA/DEIS/FEIS process described in Section 2.1.1 and for this SEIS as documented and supported in the *Final Flower Street Tunneling Method Alternatives Report (2015)* (Appendix A). This report documented engineering and construction evaluation efforts to identify viable tunneling method options if possible to the planned cut and cover construction, and resulted in the identification of two possible construction method alternatives for further evaluation in this SEIS.  As discussed below, the alternative construction methods considered include: earth pressure balance pressurized face tunneling, sequential excavation method, and open-face shield tunneling. Ground improvement techniques required to support implementation of the proposed tunneling alternatives are also discussed.

## 2.2.3.1   Cut and Cover Method

Cut and cover is a tunneling excavation method in which a concrete deck is installed over the underground construction site to minimize disruption to surface street operations, while allowing for construction activities to occur below.  The excavation support system provides temporary support for the adjacent ground while the permanent cast-in-place concrete structures are constructed.  The deck is then removed and the excavation is backfilled and the street is restored.  This construction method involves a sequence of five activities illustrated in Figure 2.2-6.  Cut and cover has been successfully used on past Metro rail projects, where the excavation support system of braced soldier pile and lagging minimized settlement and accommodated surface traffic operations and underground utility requirements. This construction technique is relatively unaffected by the variations and uncertainty related to the presence of man-made and natural obstructions and geologic conditions, such as those that exist along Flower Street.

Key benefits of this method for the Flower Street segment is that it allows for the easy removal (cut in place) of tie-backs as they are encountered during excavation, and that the support system can be revised to adapt to unforeseen underground conditions.  Given the challenging geologic conditions in this segment, including perched groundwater and a geologic strata consisting of fill and alluvium over



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

"weak rock," can be managed based on past cut and cover construction experience in downtown Los Angeles.  The presence of weak rock, which is generally stiffer than the alluvium, provides for positive conditions for excavation stability with the soldier piles drilled into the relatively stiff Fernando Formation.

As this method has been used successfully for construction of all of the underground transit stations and major modern buildings in downtown Los Angeles, cut and cover was identified as the preferred construction method for the Flower Street segment of the Project north from the 7th Street/Metro Center Station tail tracks structure to the southern side of 4th Street, where tunnel construction would shift to the use of an EPBM tunnel boring machine. Small segments of the tunneling method alternatives studied in this SEIS also would be constructed with the cut and cover method, including shafts for tunnel boring machine retrieval, emergency exits, and a train control room.

### 2.2.3.2 Earth Pressure Balance Tunnel Boring Machine Method

Earth pressure balance tunnel boring machines, commonly known as EPBMs, are one type of a pressurized face tunnel boring machine. EPBM refers to a pressurized closed-face TBM with the ability to apply pressure in the cutterhead chamber that is equal to the pressure of the ground being excavated by the rotating cutterhead located at the front of the machine as shown in Figure 2.2-7.  The cylindrical shield behind the cutterhead is sealed and provides ground support accommodating safe installation of the tunnel lining.  The soil excavated by the cutterhead is removed as a semi-solid in muck cars by rail or a conveyor as shown in Figure 2.2-8. EPBMs are most suitable for tunneling through soft soil and weak rock.  They are the preferred type of tunnel boring machine for tunneling in the Los Angeles area due to past experience.

Pressurized face tunnel boring machines became the tunneling method of choice for underground rail projects in the Los Angeles area following the Metro Red Line construction experience with open-face tunneling, which resulted in excessive settlement on Hollywood Boulevard. Based on the recommendations of a specially convened Metro Tunnel Advisory Panel in 1995 the Metro Board instituted the policy to reduce or avoid construction risk of excessive settlement resulting from use of open-face tunnel shields by requiring pressurized-face (EPBM) tunneling. Since then, pressurized closed-face TBMs, and specifically EPBMs, have been used successfully for Metro Projects, such as the Metro Gold Line Eastside Extension project.



**Metro**

Regional Connector
Final SEIS Administrative Document/Supplemental ROD

**Figure 2.2-6: Cut and Cover Construction Method Stages**



**STAGE 1:** Relocate Utilities



**STAGE 2:** Install soldier piles and construction shoring system



**STAGE 3:** Complete shoring system and excavate down from ground surface



**STAGE 4:** Place a temporary concrete deck over excavated area and construct rail tunnel



**STAGE 5:** Backfill and restore surface once tunnel box is complete



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

**Figure 2.2-7: EPBMs Used for Construction of Los Angeles Eastside LRT Tunnels**



The primary risk to the use of EPBMs under Flower Street is the presence of the many tie-backs. These represent a hazard to closed-face tunneling as the cutterhead is not capable of "chewing-up" or otherwise processing the steel tie-backs. If tie-backs were to become entangled with the cutterhead, the entangled and displaced tie-backs could disturb surrounding soils causing raveling of the adjacent ground resulting in settlement beneath utilities, roadway surfaces, and adjacent structures. To remove tie-backs in advance of the EPBM requires a very hazardous and time consuming process working through the spokes of the cutterhead or ahead of the cutterhead to manually cut and remove the tie-backs. For the Project, the overall risk in encountering the numerous tie-backs along Flower Street will be reduced through the recommended use of cut and cover construction south from 4th Street with EPBM tunneling only north of this location where tie-back locations are minimal and fairly well known.

**Figure 2.2-8: Cross-section of Typical EPBM**

For the Project, EPBM tunneling has been recommended for use along Flower Street between the south side of 4th Street north to the 2nd/Hope Station with the provision that limited number of tie-backs are identified and removed in advance of tunneling by excavating tie-back removal pits with cut and cover techniques to remove the tie-backs within the tunnel corridor.



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

The two tunneling method alternatives studied in the SEIS assume that tunneling from Little Tokyo to the 4th and Flower Street intersection would be constructed as defined in the Project using EPBMs. Alternative B evaluates the extension of EPBM tunneling activities further south to the south side of 5th Street.

### 2.2.3.3 Sequential Excavation Method

Sequential Excavation Method (SEM) is a tunnel mining method that involves a sequence of excavation and installation of initial ground support systems, shown in Figure 2.2-9. In soft ground conditions, it typically uses conventional excavation equipment, such as excavators or roadheaders, together with an initial ground support system including lattice girders and sprayed-on concrete (shotcrete).  SEM was considered for the Flower Street portion of the Project, but was identified as having a high risk for creating possible ground collapse and settlement conditions due to the shallow tunnel cover and unstable soil conditions.  It is preferable to use SEM in deep tunnel alignments with adequate ground cover and favorable ground conditions not requiring extensive ground stabilization, such as through the use of grouting.

**Figure 2.2-9: SEM Construction Technique**




Industry practice: Ground cover should be no less than the width of the tunnel excavation.

Small tunnel sections are excavated and temporarily supported in a specific sequence.

SEM risk is reduced with a layer of competent ground cover above the tunnel equal to or greater than the width of the tunnel. Less cover increases the risk of ground settlement and large ground loss, and requires the use of extensive pre-support and ground stabilization efforts.  If used on Flower Street, the SEM excavation would be approximately 60 feet in width to accommodate the two track system and double crossover.  An SEM excavation of this size would require a suitable ground cover of 60 feet or more.  Due to the alignment and grade constraints, an SEM tunnel on Flower Street would only have approximately 20 feet or less of poor soil cover. The low cover combined with ground water and gas conditions and a close proximity to utilities result in a high risk for excessive ground settlement, subsidence, or collapse.  In addition, SEM relies upon the natural arching effect of the ground, and minimal arching is anticipated under Flower Street due to low ground cover, poor ground, and existing



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

utilities. Use of SEM would require extensive use of ground stabilization, such as grouting discussed below. Even with grouting, total ground stabilization is not assured given the geologic conditions along Flower Street, and the high risk for ground settlement would remain.

While tie-backs, shown in Figure 2.2-10, would be directly removed from the tunnel face under SEM, the absence of a tunnel shield, which stabilizes the soil, increases the risk of creating unstable conditions where mixed-face conditions are present, as they are along Flower Street.  Tie-backs can act as conduits for water to enter tunnel excavations, and may block effective grouting efforts.

For the Project, SEM has been recommended for use in portions of the project alignment with stronger soil conditions and for smaller spaces, such as cross passages.  Use of SEM has been identified and evaluated for construction of the two tunneling method alternatives in the portion of the Flower Street alignment that connects south from 5th Street to the 7th Street/Metro Center Station and tail tracks structure as described in Section 2.3, Alternatives Considered in the SEIS as follows:

- Alternative A – Open-face shield tunneling to just south of 5th Street where construction would change to SEM for one block to the south side of 6th Street where construction would become cut and cover to provide the connection to the existing 7th Street/Metro Center station tail tracks structure; and

- Alternative B – Earth pressure balance tunnel boring machine (EPBM) to the south side of 5th Street where construction would change to SEM for approximately one-and-a-half blocks to connect with the existing 7th Street/Metro Center station tail tracks structure.

During initial preparation of this SEIS, an alternative using SEM construction for the Flower Street segment from south of 4th Street south to the 7th Street/Metro Center Station, or possibly a full SEM alternative was considered. The use of SEM construction in the 4th to 5th Street Flower Street segment or further north to 3rd Street was identified as having a significantly higher risk than construction using an open-face shield or EPBM tunnel boring machine due to the existing ground conditions, and was removed from further consideration.

An SEM alternative would have a high risk for excessive settlement, uncontrolled subsidence, or collapse due to the width of the tunnel compared to the minimal thickness of poor soil cover possible along Flower Street.  SEM increases the risk of tunnel collapse and threatens public and worker safety due to the absence of a tunnel boring machine (TBM) shield which assists in supporting the Flower Street segment's weak ground.  Potential mitigation against subsidence or tunnel collapse with SEM methods, such as a pipe canopy or other support system, would be inadequate and too costly and slow to implement an SEM alternative.



**Figure 2.2-10: SEM Construction Through Flower Street Tie-backs Looking North**

![SEM construction figure]

### 2.2.3.4 Open-Face Shield Tunneling

An open-face TBM also called a "digger shield," is a steel shield equipped with an excavator like a backhoe to excavate the tunnel. The excavated material (muck) is moved by the excavator through the shield to muck cars or conveyor systems behind the shield. The shield provides ground support for erection of the precast segmental lining behind the excavator as the machine advances forward. The disadvantage of open-face tunnel boring machines compared to a pressurized closed-face TBM is the inability to support the face and prevent ground loss and groundwater and gas inflows. Ground control risks are always present when an open tunnel face is in alluvium and where water is present, or where a mixed-face heading is present, such as alluvium over the Fernando Formation, as occurs along Flower Street, as shown in Figure 2.2-4. In such conditions, the ground at the heading of the open-face shield could become unstable with a high risk of unacceptable loss of ground, raveling, running, or flowing of disturbed soil into the tunnel heading all of which can result in excessive ground settlement and possible creation of a sinkhole at the ground surface.

This was the case during the construction of the Metro Red Line A146 contract (segment between Pershing Square and 7th Street/Metro Center stations) when the tunnel was constructed using the open "digger" shield shown in Figure 2.2-11. In portions of the alignment, the upper part of the tunnel encountered cohesionless sand, which ran uncontrolled into the tunnel face and created a void ahead of and over the tunnel shield. A number of ground losses occurred during tunneling with volumes as great as 36 cubic yards (more than the size of a full-size automobile). Further surface settlement was avoided by a soil stabilization program consisting of holes drilled from the ground surface to backfill the voids created by the ground losses with concrete, known as compaction grouting.



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

**Figure 2.2-11: Open-Face of Digger Shield used to Construct Metro
Red Line Contract A146 Tunnels**



Open-face shield tunneling has the advantage that when an obstruction, such as a tie-back is encountered, it can be more easily removed via openings in the shield as illustrated in Figure 2.2-12. The tunnel face is accessible and the tie-back can be removed in pieces manually by torch cutting or metal cut-off saw. It is a time-consuming effort that requires grouting where unstable soils are present.

The Metro Red Line Hollywood experience with ground loss and collapse using open-face shield tunneling served as the baseline example of the methods and risks that the Metro Board of Directors has directed staff to avoid on future subway projects.  Based on that Metro tunneling experience, open-face tunnel shields, and any tunneling method that would have to rely upon grouting from inside the tunnel to ensure safe construction, with the exception of grouting for cross passage construction, are now deemed by Metro to result in an unacceptable level of risk to workers and the public. Grouting from the tunnel face does not reliably provide the needed ground improvement beneath streets and utilities, particularly under large storm drains similar to the one located in the center of Flower Street, and would result in "windows" of ungrouted soil which would become unstable as shown in Figure 2.2-13.

For the Regional Connector Project, open-face shield tunneling was considered and rejected for the Project due to high risks related to possible uncontrolled settlement in the alluvial and fill materials underlying the street and the mixed-face geologic conditions identified along Flower Street. The resulting instability of the tunnel face would pose unacceptable risks without complete soil stabilization, such as the use of grouting.  Even with grouting, total ground stabilization is not assured with the geologic conditions along Flower Street, and the risk for ground settlement would remain.

**Metro**

Regional Connector
Final SEIS Administrative Document/Supplemental ROD

**Figure 2.2-12: Open-Face Shield Tunnel Construction Through Flower Street Tie-backs (at SEM Cavern Interface with Twin Tunnels)**



Open-face shield tunneling was considered and evaluated in Alternative A for construction of an approximately one block portion of the tunnels between 4th and 5th Streets. The balance of the underground construction considered in Alternative A from the end of the open-face shield tunneling at 5th Street to the 7th Street/Metro Center Station evaluated the SEM method of underground construction using the constructed tunnels at 5th Street for underground access.

**Figure 2.2-13: Possible Grouting Impacts Related to SEM Construction**



**Metro**

Regional Connector
Final SEIS Administrative Document/Supplemental ROD

### 2.2.3.5    Ground Improvement Methods

Given weak ground soils, perched groundwater, and mixed-face geologic interface conditions along the Flower Street segment, ground improvement methods have been identified and evaluated for SEM, open-face shield, or EPBM tunneling south along Flower Street from 4th Street. These ground improvement methods include permeation grouting, ground freezing, compaction grouting, compensation grouting, and jet grouting, and would be performed from the ground surface as discussed below.

**Permeation Grouting**

Permeation grouting involves filling the pore spaces in soil with chemicals or fine cement, while individual soil grains are not disturbed or moved, to solidify the soil and reduce the capacity for water to flow through the soil. The structure and dimension of the soil pore spaces dictate the type of grout that can be effectively used. Generally, permeation grouting is suitable for sandy soils containing less than 10 to 20 percent silt or clay. As documented in *The Geotechnical Baseline Report*, the silt and clay content varies from 70 percent in the alluvial soils layer to greater than 90 percent in the Fernando Formation.

For tunneling projects, permeation grouting is done from the ground surface or, when unusual or extreme conditions dictate, from the tunnel face. This grouting method requires drilling and injecting grout into the targeted ground areas requiring stabilization. Typical drilling spacing is four to six feet between grout holes. Working from the surface permits control of the grouting to the targeted ground requiring improvement. Permeation grouting from the tunnel face requires horizontal and sub-horizontal grout holes which can easily miss the targeted areas, and therefore not able to achieve the required ground improvement. In addition, the resulting grouting may be compromised by the many tie-backs and utilities located under Flower Street. Locating conflicting utilities to avoid issues with grouting efforts would be similar to cut and cover utility relocation efforts and would require additional time and cost, and still may result in extensive construction impacts due to the unknown exact location of some utilities.

This ground stabilization technique was not recommended for further consideration on Flower Street due to the soils content (silt and clay) of the alluvial conditions which would limit the extent of grout permeation, making it difficult to improve the ground conditions. The interlayered nature of the sands and fine soils would also make it difficult to achieve a uniformly grouted condition, and some areas would not be groutable or marginally groutable due to soil conditions. With so many utility lines located under Flower Street, there is a high risk that permeation grouting would damage or penetrate existing and relocated utility lines causing service disruptions and halting construction. The inherent and unavoidable but temporary impact from permeation grouting is the significant surface disturbance due to grouting equipment and possible grouting spillage.

**Ground Freezing**

Ground freezing is based on withdrawing heat from the ground soil as the process converts in-situ water in the soil pore spaces into ice. The ice binds the soil particles imparting strength to the frozen soil mass. For the creation of a frozen soil body, a pattern of vertical, and sometimes horizontal, freeze


Metro

pipes are installed in drilled holes. Each freeze pipe consists of an open-end inner pipe and a closed-end freeze pipe. The inner pipe is filled with a cooling medium, usually brine or liquid nitrogen. The coolant removes the heat from the soil, and the freeze takes place over time as the frost penetrates the soil. Setting up for the freeze, establishing the freeze, tunneling, and demobilizing the freezing is time-consuming taking months to complete and would occupy a minimum of two to three traffic lanes on the surface. It is not feasible to do freezing from an underground position due to the challenges in drilling shafts to position the pipes at exactly the right location around the future tunnel envelope. There is also a significant challenge in obtaining a full freeze zone coverage due to the significant number of utilities and tie-backs located under this street segment.

This ground stabilization technique was not recommended for further consideration and was identified as not feasible on this project. In the Flower Street segment, once the limited perched groundwater is frozen, the freeze could not continue because the alluvial soils are substantially dry and do not contain a sufficient quantity of water to freeze. Along Flower Street, the freeze would be incomplete, not uniform and continuous, and would provide insufficient ground stability for tunneling.

**Compaction Grouting**

Compaction grouting involves injection of very stiff grout at a high pressure into the ground creating grout columns and densifying the surrounding soils at the injection points. The grout holes are typically vertical and spaced on a grid of six to 12 feet apart. The resulting grout columns are not designed to overlap or even touch each other, as the soils left in place between the columns are presumed to be densified. Developed in the 1970s, compaction grouting has had limited use as subsequent compensation grouting development provided a more manageable and effective technique for tunneling applications. Today, compaction grouting is seldom used as a tunneling settlement mitigation method. The introduction of pressurized-face tunneling has reduced tunneling ground losses, which further decreases the need for the use of this technique.

This ground stabilization technique was not recommended for further consideration as it was seen as not being effective for preventing large ground loss and reducing the risk of surface subsidence along Flower Street if tunneling were continued south of 4th Street. The alluvial deposits located along the Flower Street segment would be difficult to improve by compaction grouting and would not prevent an unstable tunnel face with raveling or running ground. Keeping the placement of the grout in a globular mass sufficient to provide density required for tunneling would be difficult due to the interlayered nature of the ground soils, as well as the many utilities and abandoned tie-backs located under Flower Street. Relocation of utilities would require additional time and cost, and may still result in extensive construction impacts due to the unknown precise location of some utilities.

**Compensation Grouting**

Compensation grouting is used concurrently with tunneling or excavation to mitigate ground settlement resulting from excavation or tunneling activities. Steel or plastic grout pipes with sleeve ports are installed in holes drilled from the surface or grout pits prior to tunneling. Compensation grouting displaces the surrounding soils at the grouting points along the grout pipe to compensate for settlement caused by construction activities. As the grout penetrates the ground, it forms a network of



wedges and displaces and "heaves" the ground to compensate for settlement. As tunneling advances and settlement occurs, compensation grouting is activated to maintain settlement within acceptable limits.  Once the ground movement is stabilized, the grouting pipes and equipment are abandoned in place. Implementation along Flower Street would require shafts to be drilled within the street ROW to install the grout pipes, whose placement may be constrained by the tie-backs and utilities located under Flower Street.  Similar to other grouting techniques, utility relocation would require additional time and cost, and may still result in extensive construction impacts due to the unknown precise location of some utilities.

This ground stabilization technique was not recommended for further consideration to provide ground improvement in support of tunneling efforts on Flower Street.  Compensation grouting would be only suitable for mitigation of settlement of utilities along this segment of the project, and would be completely ineffective in avoiding ground loss and collapse of the tunnel face leading to a sinkhole in the street by open-faced TBM or SEM tunneling.

**Jet Grouting**

Jet grouting mixes cement grout with the in-situ soil to result in a stronger mixed grout-soil material. With jet grouting, the weak soils under Flower Street would be strengthened resulting in "firm" ground conditions that would allow for tunneling and in some cases, reduce tunneling risks.  The technique requires drilling grout holes on a five- to-10 foot spacing throughout the area to be grouted such that the neighboring grout-soil mix columns would overlap or touch each other.  Grout holes would typically extend from the ground surface creating vertical grout-soil mix columns extending approximately 40 feet from the ground surface to reach the relatively stronger Fernando Formation, as shown in Figure 2.2-14.  The resulting grout columns would improve ground stability, but may be compromised by the many tie-backs and utilities along Flower Street.

Jet grouting was identified as the most suitable method to improve the existing soil conditions along Flower Street, and to provide adequate strength given the width and depth of the required grout-soil mix block above the tunnel crown.  The method has relatively good control over assuring the quality of grouted soil blocks but has remaining concerns of extensive environmental impacts on the street, the risk of utility damages, and the risk of incomplete ground improvement. A jet grouting canopy, installed by horizontal drilling, alone would not provide adequate support for the tunnel under Flower Street. A major risk is the interference created by utilities that prevent full coverage by jet grouting.  As previously illustrated in Figure 2.2-13, it would not be possible to fully jet grout below the 84-inch diameter storm drain and a "window" of ungrouted ground would be present above the tunnel. The ungrouted ground would tend to transmit groundwater and, if intersected by the tunnel excavation using SEM or open-face shield methods, would be the point where an uncontrollable run or flow of soil in the tunnel would start, which in turn could lead to a sinkhole at the street surface.

Ground stabilization through jet grouting would be required for the open-face shield tunneling and SEM tunnel construction portions of both tunneling alternatives A and B primarily due to the unstable soil conditions along Flower Street.  Without an extensive jet grouting program, construction of these alternatives would have a substantial risk of tunnel face instability with the high potential for soil runs during tunneling by open-face shield or SEM, particularly when dealing with tie-backs.


Metro

Regional Connector
Final SEIS Administrative Document/Supplemental ROD

**Figure 2.2-14: Grouting Equipment and Impacts**



This method has extensive street level environmental impacts due to the type and size of grouting equipment required for grout production and delivery, and the challenge in controlling grouting activities. Grouting equipment includes grout drilling rigs, a mixing plant, compressors, pumps, generators, cement delivery trucks, and support machinery.  The drilling rigs are typically more than 100 feet in height. Jet grouting requires high grouting pressure, typically 6,000 pounds per square inch (psi), and this high pressure makes it difficult to control spills and unintended grout discharges. Grouting spills and discharges typically occur when uncoupling hoses and when the grout under pressure breaks out either around the grout pipe casing or through the ground.  With so many utility lines located under Flower Street, there is a high risk that high pressure grouting can damage or penetrate into the utility lines causing major service disruptions and halting construction.  An example of probable jet grouting equipment and resulting impacts are shown in Figure 2.2-15 for a similar LRT tunneling project when under construction in San Francisco for the MUNI system.

As discussed in Section 2.3 of this chapter and in Chapter 3, Transportation and Circulation, Section 4.1 Visual Quality, Section 4.2 Air Quality, Section 4.2 Climate Change, Section 4.4 Noise and Vibration, 4.6 Energy Resources, and Chapter 5, Comparison of the Alternatives, grouting would have traffic and transit, air quality, climate change, noise and vibration, visual and aesthetic, historic resource, and environmental justice impacts.

**Metro**

Regional Connector
Final SEIS Administrative Document/Supplemental ROD

**Figure 2.2-15: Grouting Equipment and Impacts (San Francisco, MUNI LRT Tunneling, 2013)**










**Metro**

Regional Connector
Final SEIS Administrative Document/Supplemental ROD

## 2.3    ALTERNATIVES CONSIDERED IN THE SEIS

As analyzed and documented in the *Final Flower Street Tunneling Method Alternatives Report (2015)*
(Appendix A) and summarized in Table 2.3-1, Alternatives A and B propose different combinations of
underground construction methods as alternatives to the cut and cover method planned for the
Project along Flower Street between 4th Street and 7th Street.  This section presents an overview of the
construction methods for each of the tunneling method alternatives, including the need for ground
stabilization for the proposed construction methods along the Flower Street segment, construction
staging requirements, and an evaluation of the tunneling method alternatives.

### 2.3.1    Construction Methods and Staging for Tunneling Method Alternatives

Construction methods for Alternatives A and B propose different combinations of underground
construction methods as alternatives to the cut and cover method planned for the Project along
Flower Street between 4th Street and 7th Street.

1.  EPBM/Open-Face Shield/SEM Project Profile Alternative (Alternative A) – a combination of
    EPBM, Open-Face Shield and SEM construction methods; and with similar horizontal and
    vertical alignment profiles to that of the Project.

2.  EPBM/SEM Low Alignment Alternative (Alternative B) – a combination of EPBM and SEM
    construction methods with a similar horizontal alignment profile, but a lower vertical
    alignment profile, than that of the Project.

The two tunneling alternatives have the following alignment variations from that of the Project in order
to address geologic conditions and other subsurface project constraints as previously discussed:

- Horizontal alignment – Along Flower Street, Alternatives A and B remain located under the
  existing street right-of-way. The horizontal alignments of these alternatives continue on
  tangent track from the 2nd/Hope Station south through the 4th Street Bridge foundation piles
  to 5th Street.  The alignments then would transition from a wider oval track center to a narrow
  track center as the alignment approaches the planned double crossover immediately north of
  the narrow, rectangular 7th Street/Metro Center Station tail tracks structure.

  As further discussed below in Section 2.3.2.1 describing Alternative A and Section 2.3.2.2
  presenting Alternative B, these alternatives would have a short horizontal transition distance
  from the 5th Street section of the alignment to the double crossover located before the existing
  tail tracks structure, which would limit the LRT operating speed to 35 mph as compared to the
  55 mph specified by the MRDC Operating Standards, and provided by the Project.

- Vertical alignment – Alternative A would have the same vertical profile as the Project with an
  average depth of 40 feet to top of rail (TOR) below ground level.  The vertical alignment of
  Alternative B has a "sag" or a low point of 105 feet to TOR below ground level. The sag
  alignment reduces the probability of the tunnel alignment impacting the 4th Street Bridge
  foundations and encountering tie-backs located under Flower Street between 4th Street and
  just south of 5th Street.  The abandoned steel tie-backs typically range from 30 to 90 feet in
  length, and extend below ground at a 15 to 45 degree angle to a depth of approximately 45 to



64 feet across the width of the street right-of-way from both sides. The 4th Street Bridge foundations extend 64 feet below the surface on the west side and 83 feet on the east side. Alternative B's lower alignment profile at 105 feet to TOR avoids tunneling impacts from the tie-backs and bridge foundations.  It does result in a greater depth for the 2nd/Hope Station (128 feet) compared to the station depth for the Project and Alternative A (96 feet).

In addition to the construction methods described above, the tunneling method alternatives would require small segments of cut and cover construction for shafts to allow for emergency exits, tunnel boring machine retrieval, and train control room ventilation.  Both alternatives would require the use of grouting to stabilize Flower Street soil conditions to allow for tunnel construction as shown in Figure 2.3-1.  Alternative-specific shaft requirements are described in the discussions about each alternative below.

**Metro**

Regional Connector
Final SEIS Administrative Document/Supplemental ROD

## Table 2.3-1:  Comparison of Project and Tunneling Method Alternatives

| | The Project | Alternative A<br>EPBM/Open-Face Shield/SEM<br>Project Profile | Alternative B<br>EPBM/SEM Low Alignment |
|---|---|---|---|
| **Construction Description**[1] | • EPBM to south of 4th Street<br>• C&C from 4th Street to 7th Street/Metro   Center Station tail tracks | • EPBM to 4th Street<br>• Open-face shield TBM to 5th Street<br>• SEM from 5th to 7th Street/Metro Center Station tail tracks | • EPBM to south of 5th  Street<br>• SEM from 5th Street to 7th Street/Metro Center Station tail tracks |
| **Horizontal Alignment** | Baseline | Slight shift to west of Project alignment | Slight shift to west of Project alignment |
| **Depth To Top of Rail** | 40' | 40' | 40' to 105' (at sag) |
| **Mucking Locations** | • Flower Street<br>• Mangrove site in Little Tokyo | • Flower Street (for emergency exits and train control room vent only)<br>• Mangrove site in Little Tokyo | • Flower Street (for emergency exit and train control room vent only)<br>• Mangrove site in  Little Tokyo |
| **Handling of Flower Street Segment Excavation Materials (by location)** | Flower Street Site: 81%<br>Mangrove Site: 19% | Flower Street Site: 25%<br>Mangrove Site: 75% | Flower Street Site: 20%<br>Mangrove Site: 80% |
| **Corresponding Excavation Materials/ Construction Trucks Per Day** | On Flower Street segment: 32<br>In Little Tokyo: 8 | On Flower Street segment: 18<br>In Little Tokyo: 22 | On Flower Street segment: 8<br>In Little Tokyo: 32 |
| **Construction Shaft** | TBM retrieval shaft at 4th Street<br>(part of cut and cover construction) | TBM retrieval shaft south of  4th St. | EPBM removed through Mangrove portal |
| **Permanent Shafts** | • Emergency exit south of 4th Street<br>• Emergency exit south of 5th Street<br>• Train control room vent shaft 7th Street/ Metro Center tail tracks structure | • Emergency exit south of 4th Street<br>• Emergency exit south of 5th Street<br>• Train control room vent shaft 7th Street/ Metro Center Station tail tracks structure | • Emergency exit south of  5th Street<br>• Train control room vent shaft 7th Street/ Metro Center Station tail tracks structure |
| **2nd/Hope Station Depth** | 96' | 96' | 128' |
| **Maximum Design Speed** | 55 mph | 35 mph | 35 mph |
| **Double Track Crossover Before 7th Street/Metro Center Station** | Yes | Yes | Yes |
| **Future 5th/Flower Station** | Center platform with mezzanine | Side platform with no mezzanine | Side platform with mezzanine<br>Requires tunnel reconstruction |
| **Project Delivery Duration** (months)<br>• **Construction**<br>• **Pre-Construction Activities**[2]<br>• **Total Duration (difference)** | 78<br>--<br>78 | 93 (+ 15 months)<br>29<br>122 (44 months or 3.7 years longer) | 85 (+ 7 months)<br>29<br>114 (36 months or 3 years longer) |
| **Project Cost** (Millions, YOE)[3] | $171 | $295-332[4]<br>(+$124 to $161 more than the Project) | $295-332[4]<br>(+$67 to $95 more than the Project) |

Notes: [1] **Construction Techniques** include C&C - Cut and cover; EPBM- earth pressure balance tunnel boring machine; SEM- sequential excavation method. [2] **Pre-construction Activities** include engineering design revisions and re-procurement of the design-build construction contract. [3] **Project Cost YOE** is the year of expenditure using 2017 as mid-point of construction. [4] **Project Cost** Range for two alternatives provides a low and high cost estimate based on risk. The range does not include increased costs resulting from procurement delay, construction delay, or escalation due to delays.

 Metro

Regional Connector
Final SEIS Administrative Document/Supplemental ROD

**Figure 2.3-1: Grout Holes Required on Flower Street for Alternatives A and B**



**Metro**

Regional Connector
Final SEIS Administrative Document/Supplemental ROD

### 2.3.1.1 Construction Staging Areas

Similar to the Project as discussed in section 2.1.3, Alternatives A and B would require construction staging areas.  Construction staging areas are temporary for the duration of construction, and would be located either within the street right-of-way or in off-street locations.  Potential construction staging areas have been identified for Alternatives A and B and are summarized in Table 2.3-2 in comparison to the Project. Two grouting phases are required for the tunneling method alternatives to allow for the shifting of grouting activities from one side of Flower Street to the other to accommodate the reach of the grouting rigs.  The two phases of grouting activities are illustrated in Figures 2.3-2 and 2.3-3 with construction and grouting staging activities in the Flower Street segment accommodated through temporary traffic lane closures between 4th and 6th Streets. Detours and closures would be coordinated with the LADOT.

During construction of the two tunneling method alternatives, removal of excavated materials in the Flower Street segment would be handled either along Flower Street or would be transported back along the alignment within the newly constructed tunnels and removed at the Mangrove site in Little Tokyo.  As shown in Table 2.3-3, the two alternatives would significantly decrease the amount of tunnel excavation materials handled along Flower Street and correspondingly increase the materials handled through the Mangrove site. Under the Project, the higher percentage (81 percent) of the total excavation materials from the Flower Street segment handled along Flower Street is due to cut and cover construction that would be loaded into trucks on-site.  With the reduction in cut and cover construction proposed by the two alternatives, the increase in tunneling would be handled with tunnel boring spoils transported back along the alignment within the newly constructed tunnels and removed at the Mangrove site at the northeast corner of 1st and Alameda Streets where it would be removed by trucks traveling through Little Tokyo.

Under Alternative B, extending EPBM tunneling to 5th Street, along with a deeper alignment, is proposed under Flower Street.  The deeper alignment would require lowering the 2nd/Hope Station deeper from 96 feet to 128 feet below the ground surface.  This added tunnel length and alignment depth would result in an increased quantity of tunnel excavation materials to be handled through the Mangrove site. The additional excavated materials for the deeper 2nd/Hope Station also would be removed from the station site.



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

**Figure 2.3-2:  Alternatives A and B – Grouting Activities Phase I**



**LEGEND**

| | |
|---|---|
| ▨ | 2-Lane closure for duration of construction/grouting |
| ▩ | 2-Lane closures at a time |
| ▭ | Existing Driveways |
| ▬ | Underground Construction Access Locations |
| ⬤ | Grouting Rig |
| ▭ | Grouting Plant Area |

**Alternative B:**

- Jet grouting south of 5th St to 6th St
- Two lane closure required at a time
- Grouting duration estmated at 4 months during this phase (possibly up to 8 months depending on underground conditions encountered) assuming 2 drill rigs and the following:
  - 5-day mobilization
  - 5 working days per week
  - One ten-hour shift per day
  - 3-holes per shift per rig
- Total grouting duration (both phases) is 8 months (possibly up to 16 months)

**Alternative A:**

- Jet grouting south of 4th St to 6th St
- Two lane closure required at a time
- Grouting duration estmated at 6 months during this phase (possibly up to 12 months depending on underground conditions encountered) assuming 2-4 drill rigs and the following:
  - 5-day mobilization
  - 5 working days per week
  - One ten-hour shift per day
  - 3-holes per shift per rig
- Total grouting duration(both phases) is 12 months (possibly up to 16 months)

**Metro**

Regional Connector
Final SEIS Administrative Document/Supplemental ROD

**Figure 2.3-3:  Alternatives A and B – Grouting Activities Phase II**



Grout Plant 1: Alt A & B

Construction Staging Area

Los Angeles Public Library

Construction Staging Area

Grout Plant 2: Alt A

Citigroup Center

City National Plaza

Westin Bonaventure Hotel

**LEGEND**

| | |
|---|---|
| | 2-Lane closure for duration of construction/grouting |
| | 2-Lane closures at a time |
| | Existing Driveways |
| | Underground Construction Access Locations |
| | Grouting Rig |
| | Grouting Plant Area |

**Alternative B:**
- Jet grouting south of 5th St to 6th St
- Two lane closure required at a time
- Grouting duration estmated at 4 months during this phase (possibly up to 8 months depending on underground conditions encountered) assuming 2 drill rigs and the following:
  - 5-day mobilization
  - 5 working days per week
  - One ten-hour shift per day
  - 3-holes per shift per rig
- Total grouting duration (both phases) is 8 months (possibly up to 16 months)

**Alternative A:**
- Jet grouting south of 4th St to 6th St
- Two lane closure required at a time
- Grouting duration estmated at 6 months during this phase (possibly up to 12 months depending on underground conditions encountered) assuming 2-4 drill rigs and the following:
  - 5-day mobilization
  - 5 working days per week
  - One ten-hour shift per day
  - 3-holes per shift per rig
- Total grouting duration(both phases) is 12 months (possibly up to 16 months)

**Metro**

Regional Connector
Final SEIS Administrative Document/Supplemental ROD

Technically every station along the project alignment could serve as a tunnel spoil removal site, but the Final EIS/EIR restricts tunnel spoil removal to the Mangrove site due to the potential for additional impacts the other station locations and the right-of-way constraints.  Handling tunnel spoils at the 2nd/Hope station area adjacent to the Disney Hall, the Music Center, the Colburn School of Music, the Broad Museum, the Museum of Contemporary Art, and two high-rise residential buildings would be difficult given the built-out nature of this station area with noise-sensitive land uses. Similarly, the 2nd/Broadway Station cannot serve as a spoils removal location due to the built out nature of surrounding land uses. In addition, the right of way is narrow and congested at this segment of 2nd Street.

Spoil removal under Alternatives A and B assumes that the excavated materials by tunneling methods under Flower Street are removed through the bored tunnels to the portal at Little Tokyo using the tunneling conveyor or muck transport systems in the tunnels which are not designed to accommodate discharge at 2nd/Broadway station. Changing the muck conveyance system to discharge at 2nd/Broadway station would adversely affect the construction of the 2nd/Broadway cut and cover station causing significant delay to the project. Additionally, the 2nd and Broadway station site is a narrow site in a heavily built up area with limited surface area to accommodate muck handling and disposal operations from the tunnel.

**Table 2.3-2: Flower Street Construction and Grouting Staging and Grouting Activity Areas for the Project and Tunneling Method Alternatives**

| | Construction Staging Two locations occupying two travel lanes on east side of Flower Street: • South of 4th Street • South of 5th Street | Grouting Staging Areas Two locations occupying two travel lanes on east side of Flower Street: • South of 4th Street • Between 5th and 6th Streets | Grouting Activities Two phases occupying two travel lanes at a time: • Phase I – two middle travel lanes • Phase II – two travel lanes on west side of street |
|---|---|---|---|
| **The Project** | Both locations | -- | -- |
| **Alternative A** | Both locations | Both locations | Both phases |
| **Alternative B** | Both locations | North of 6th street only | Both phases |

A comparison of the quantity of Flower Street segment excavation materials that would be handled either along Flower Street or through the Mangrove site by Alternatives A and B as compared to the Project is provided in Table 2.3-3.  As discussed below in the description of each tunneling method alternatives, with the extension of tunneling further south on Flower Street, there would be a major shift in the handling of excavated materials from Flower Street to Little Tokyo. This would have a corresponding increase in the number of excavation trucks required to handle the higher quantity of excavated materials at the Mangrove site. Under Alternative A, Flower Street truck activity would be approximately cut in half, while the number of trucks operating through Little Tokyo would more than double. Alternative B has a more significant impact on Little Tokyo with quadruple the number of trucks. For both alternatives, the duration of the impacts would increase by 7 months under Alternative B to 15 months under Alternative A.


Metro

Regional Connector
Final SEIS Administrative Document/Supplemental ROD

**Table 2.3-3: Comparison of Flower Street Segment Excavation Materials Handling**

| Impact | The Project | Alternative A | Alternative B |
|---|---|---|---|
| **Hauling of Excavated Materials from Flower Street** | | | |
| - On Flower Street<br>  • Percentage of total Flower Street excavation materials<br>  • Duration of hauling activities | 81%<br>9 Months | 25%<br>1 Month | 20%<br>1 Month |
| - In Little Tokyo<br>  • Percentage of total excavation materials<br>  • Duration of hauling activities | 19%<br>2.5 Months | 75%<br>19 Months | 80%<br>17 Months |
| **Excavation/Construction Trucks Per Day** | | | |
| - On Flower Street | 32 | 18 | 8 |
| - In Little Tokyo | 8 | 22 | 32 |
| **Duration of Truck Impacts  (for hauling excavated materials)** | 9 Months | 19 Months (10 months longer than the Project) | 17 Months (8 months longer than the Project) |

Source: *Final Flower Street Tunneling Method Alternatives Report (2015)*

## 2.3.2   Description of Tunneling Method Alternatives

### 2.3.2.1   Alternative A – EPBM/Open-Face Shield/SEM Profile Alternative

Alternative A would extend tunneling south to the 7th Street/Metro Center Station through the use of a combination of open shield tunnel boring and sequential excavation method (SEM) construction techniques.  The EPBM/Open-Face Shield/SEM Project Profile Alternative, as illustrated in Figure 2.3-4, is defined as follows:

> EPBM-bored tunnels are constructed following the Project alignment to south of 4th Street, then open-face shield tunnel excavation from 4th Street to 5th Street (abandoning the shields underground), and SEM tunnel construction from 5th Street to the 7th/Metro Center Station tail tracks structure

The Flower Street horizontal alignment of this alternative would remain similar to the Project with a slight shift to the west with the alignment continuing south on tangent track from the 2nd/Hope Station through the 4th Street Bridge piles to 5th Street. It would transition from a wider track center to a narrow track center by the time the alignment approaches the required double crossover immediately north of the narrow 7th Street/Metro Center Station tail tracks structure.

The vertical alignment for this alternative would be similar to that of the Project with a tunnel alignment depth of approximately 40 feet to TOR below the street surface.  Alternative A would allow for construction of a double track crossover and a future 5th/Flower Street Station; and the 2nd/Hope Station would be located at the same depth (96 feet) as the Project. For this alternative, the operational speed would be limited to 35 mph due to the short horizontal transition distance from the 5th Street segment to the double crossover before the existing tail tracks structure. The future 5th/Flower Street Station configuration would have to be a side platform station without a mezzanine,


Metro

as the narrow center-to-center spacing of the twin tunnels would preclude construction of a center platform, and the relatively shallow depth would not provide sufficient distance for a mezzanine. Passengers would not be able to make cross-platform transfers, but would have to exit the station to transfer from one travel direction to the other. Deviations would be required from Metro rail design standards to accommodate the site-specific conditions.

Alternative A would require three separate cut and cover excavation sites for: 1) emergency exit construction and tunnel boring machine retrieval shaft south of 4th Street; 2) an emergency exit construction located south of 5th Street; and 3) a train control room vent shaft south of the 7th Street/Metro Center Station tail tracks structure. Similar to the Project, cut and cover excavation materials would be handled from the construction staging sites located along Flower Street, while tunnel muck would be removed through the bored tunnel to the Mangrove portal site in Little Tokyo.

With the lengthening of tunnel boring activities further south on Flower Street, there would be a corresponding increase in the amount of excavated materials handled through the Mangrove site over the Project conditions. For Alternative A, it is estimated that 25 percent (compared to 81 percent for the Project) of the excavated materials would be handled from locations along Flower Street, with an increase to 75 percent (compared to 19 percent under Project conditions) of tunneling materials would be accommodated through the Little Tokyo site.

**Construction Method Risks and Need for Grouting**

The Flower Street SEM excavation for the crossover may be as wide as 60 feet, but would only have approximately 20 feet thickness or less of poor soil cover combined with close proximity to utilities, ground water, and methane gas conditions making it a very high risk for excessive settlement, uncontrolled subsidence or collapse. SEM relies on the natural arching effect of the ground, and not much arching can be expected along Flower Street due to the low ground cover, poor soils conditions, and many utilities. In such poor ground conditions, SEM construction is more susceptible to earthquake forces and its seismic design requirements would be greater compared than those for cut and cover excavation.

Due to the use of a combination of open-face shield tunnel boring and SEM tunnel construction techniques, the use of extensive jet grouting would be required from south of 4th Street to 6th Street for Alternative A. Without grouting, this alternative has substantial risk of tunnel face instability with the high potential for soil runs during tunneling by open-face shield or SEM, particularly when dealing with tie-backs. There would be approximately five feet of the Fernando Formation above the open-face shield section. Based on the limited number of borings, the location of the Fernando Formation has substantial uncertainty and the stability of the open-face shield tunnel face is not guaranteed. Ground improvement would be required. In addition, the open-face shield tunneling would encounter the Pacific Electric tunnel which may include pea gravel backfill between its final lining and the surrounding ground as commonly used in earlier tunneling methods. As the open-face shield tunnel approaches, this backfill may run into the new tunnel creating large voids around the Pacific Electric tunnel directly underneath Flower Street and the adjacent properties. For the SEM portion of the



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

**Figure 2.3-4:  EPBM/Open-Face Shield/SEM Profile (Alternative A)**





Regional Connector
Final SEIS Administrative Document/Supplemental ROD

tunneling, the single twin-tunnel is larger and the tunnel will have varying amounts of mixed face conditions in the tunnel heading. In this situation, there would be a high risk of subsidence creating sinkholes on Flower Street and therefore jet grouting would be required.

The jet grouting for the open-face shield and SEM portions would require drilling grout holes on a six-foot by six-foot pattern throughout the area to be grouted as previously shown in Figure 2.3-1. Grout holes would extend from the ground surface through the weak fill and alluvial soils to just into the relatively stronger Fernando Formation, a distance of more than 40 feet. Alternative A would require a 50-foot-wide zone in Flower Street to be grouted. Depending on the number of required grout holes, two to four drill rigs would be utilized to drill and grout this area. Approximately 1,900 jet holes are expected for Alternative A and would require approximately 12 months (with a risk of doubling the effort for up to 24 months) using two drill rigs.

For Alternative A, the horizontal tunnel alignment is shifted slightly to the east between 5th and 6th Streets, and the tunnel alignment occupies the middle of Flower Street between 4th and 5th Streets. Therefore, the jet grouting staging areas would occupy the east side of Flower Street during a majority of the jet grouting activities. As previously presented, Figures 2.3-2 and 2.3-3 illustrate the grouting and staging areas required along Flower Street for Phases I and II of grouting activities for this alternative. As shown in the figures, construction of Alternative A would require long term closure of two travel lanes on the east side of Flower Street for location of the grouting plant and equipment storage, along with an additional two lane closure on the west side to accommodate grouting activities. A total of four lanes would be closed for 12 months, possibly up to 24 months due to unforeseen underground conditions, when grouting is taking place.

**Schedule Impacts**

Implementation of Alternative A would extend the project construction duration by 15 months over the Project, and the longer construction duration is due only to construction changes along Flower Street and related impacts to Little Tokyo. Under the Project, cut and cover excavation and construction work would occur concurrently with the excavation of the bored tunnels and other construction activities throughout the alignment. For Alternative A, the primarily tunneling work needs to be performed sequentially, which results in a longer construction timeframe. While the required grouting activity can be performed concurrently with the EPBM tunneling work, but not the SEM effort, grouting activity will further impact construction duration with Alternative A requiring two to four grouting rigs for approximately 12 months, and possibly up to 24 months depending on the underground conditions experienced along Flower Street during construction. In addition, muck removal for this alternative would occur through the westbound track tunnel to the Mangrove portal, and with the extension of tunneling further south on Flower Street, would require longer tunnel runs with increased amounts of excavated materials over those of the Project. Extending the use of the westbound tunnel track would delay the construction of all station facilities, which are dependent on the completion of tunneling operations.

The resulting construction method-related schedule changes are not simply add-ons to the construction schedule duration identified for the Project. The Regional Connector project construction schedule is complex and involves the carefully considered interrelationships between many activities,



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

some that can be performed concurrently, while other activities are sequential. Due to the need to remove all Flower Street segment tunnel spoils through the Mangrove portal, the tunneling operation would continue until excavation and construction of the Flower Street segment. This would hold the start of station construction work for the 2nd/Hope and 2nd/Broadway stations and all cross passages until after the Flower Street segment tunneling is complete.

**Table 2.3-4: Construction Duration Comparison**

| | Project (Months) | Alternative A (Months) | Alternative B (Months) |
|---|---|---|---|
| Pre-construction[1] | --[2] | 29 | 29 |
| Construction | 78 | 93 | 85 |
| Total Duration | 78 | 122 | 114 |
| **Duration Difference** Compared to the Project | | | |
| Months | -- | 44 | 36 |
| Years | -- | 3.7 | 3.0 |
| Revenue Service Date | Mid 2020 | Early 2024 | Mid 2023 |

Note: [1] Pre-construction Activities include engineering design revisions and re-procurement of the design-build construction contract.
[2] Pre-construction activities already completed
Source: *Final Flower Street Tunneling Method Alternatives Report (2015)*

As shown in Table 2.3-4, implementation of Alternative A would require 44 months over the Project's schedule. The longer duration is due to: 1) an additional 29 months for pre-construction activities; and 2) a longer construction duration by 15 months. Pre-construction activities for this alternative would include the preparation of detailed engineering design plans, re-procurement activities for the design-build project contract, and re-permitting efforts. As the Project is currently under construction, implementation of either tunneling method alternative would require stopping current construction activities and re-mobilization efforts for the new alternative project configuration using different construction techniques and equipment than the Project. Alternative A would have a longer construction duration as the identified tunneling excavation and construction activities would have to be performed sequentially rather than concurrently as under the Project. Additional construction time would be required for the jet grouting activities that must be performed prior to tunneling efforts to provide needed ground stabilization. In summary, under Alternative A, the duration of construction activities along the Flower Street segment would be reduced, while the duration of construction activities in Little Tokyo would increase. For this alternative, the total project schedule from initiation of construction to start of revenue service would be 10.2 years compared to 6.5 years for the Project.

### 2.3.2.2   Alternative B – EPBM/SEM Low Alignment Alternative

Alternative B would extend tunneling south to the 7th Street/Metro Center Station through the use of a combination of earth pressure balance tunnel boring machine (EPBM) and sequential excavation method (SEM) construction techniques. The EPBM/SEM Low Alignment Alternative, as shown in Figure 2.3-5, is defined as follows:



EPBM-bored tunnels are constructed on a deep alignment to south of 5th Street and then when the track centers are too close to permit use of EPBMs, construction changes to SEM tunneling the remaining distance to the 7th/Metro Center Station tail track structure.

The Flower Street horizontal alignment of this alternative would remain similar to the Project with a slight shift to the west with the alignment continuing south on tangent track from the 2nd/Hope Station through the 4th Street Bridge piles to 5th Street, and transitioning from a wider track center to a narrow track center by the time the alignment approaches the required double crossover immediately north of the narrow 7th Street/Metro Center Station tail tracks structure. The operational speed would be limited to 35 mph due to the short horizontal transition distance from 5th Street to the double crossover before the existing tail tracks structure.

The vertical alignment for Alternative B would be designed with a modified "sag" to reduce the probability of the tunnel alignment encountering tie-backs located under Flower Street between 4th Street and impacting the 4th Street Bridge foundations. This alternative's vertical alignment design would result in an alignment depth varying from 40 feet at the high point to 105 feet to TOR below street surface at the low point. The resulting 5.9 percent gradient on the south end and a 4.6 percent gradient on the north end of the sag would also contribute to the reduction of the Flower Street segment's operational speed from 55 mph under the Project to 35 mph for this alternative.

On steep grades, Metro design criteria limits the grade of the track profile for three-car LRT trains to prevent train slippage. The design criteria identifies a maximum grade of five percent grade change for a track length of 500 to 1,000 feet between vertical points of intersection with flatter segments, and six percent for a grade length of less than 500 feet between vertical points of intersection. Provision of horizontal and vertical curves in the same track segment further reduce the maximum allowable grades. A track profile that does not follow the criteria can result in a reduced design speed that may not meet the Metro Design Criteria requirement for operating headways. The desired operational speed for the Flower Street segment is 55 miles per hour (mph), as identified by MRDC Section 10 – Operations, which is provided by the Project.

The deeper alignment proposed by Alternative B would have significant impacts on the future 5th/Flower and the 2nd/Hope stations:

- The modified sag provides for a flat spot at a one percent grade to accommodate a future 5th/Flower Station. The future station would have to be configured as a side platform since the narrow center-to-center spacing of the twin tunnels would preclude construction of a center platform. The depth of this alternative's tunnels would accommodate construction of a mezzanine. Construction of the future station side platforms would require demolition of a portion of each tunnel in order to provide an opening to connect with the two side platforms.



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

**Figure 2.3-5:  EPBM/SEM Low Alignment Alternative (Alternative B)**





Transit service would be interrupted for a substantial length of time to permit this major construction work to take place. Deviations would be required from Metro rail design standards to accommodate the site-specific conditions.

- Due to this alternative's greater depth, the 2nd/Hope Station would be shifted down by 32 feet from the Project station depth (96 feet) to 128 feet from TOR to the street surface. This station location would be deeper because the low point in Alternative B was shifted to the north to accommodate a future 5th/Flower Station. The greater station depth would have an increased risk to stability and safety of excavation shoring; this is an unprecedented depth for work of this nature in Los Angeles, which is not addressed by Metro Support of Excavation standards. Excavating at this depth would increase the difficulty in ventilating the excavation pit during construction, and increase the risk of exposure to hazardous gases. The greater depth would increase the amount of spoils (23,000 cubic yards) handled at the 2nd/Hope station site.

Alternative B would require a minor amount of cut and cover construction for two shafts: 1) an emergency exit south of 5th Street; and 20 a train control room vent shaft north of the 7th Street/Metro Center Station rail tracks structure. This alternative would not require a tunnel boring machine retrieval shaft as the EPBM would be disassembled and removed through the tunnel to the Mangrove site in Little Tokyo with the EPBM shield left in place. Similar to the Project, cut and cover excavation materials would be handled from excavation sites located along Flower Street, while tunnel muck would be handled through the construction tunnel to the Mangrove portal site in Little Tokyo.

With the extension of tunneling activities further south on Flower Street, there would be a corresponding increase in the amount of excavated materials handled through the Mangrove site over the Project conditions. For Alternative B, it is estimated that 20 percent (compared to 81 percent for the Project) of the excavated materials would be handled from locations along Flower Street, with an increase to 80 percent (compared to 19 percent under Project conditions) of the tunneling would be accommodated through the Little Tokyo site.

**Construction Method Risks and Need for Grouting**

For Alternative B, ground stabilization would be required for the SEM section of the tunneling, but not the EPBM portion. For the SEM portion of the tunneling, the single twin-track tunnel is larger and the tunnel will have varying amounts of mixed-face geologic conditions in the tunnel heading. In this situation, there would be a high risk of creating sinkholes or subsidence on Flower Street. Mitigation by jet grouting would be required.

The jet grouting for the SEM portion would require drilling grout holes on a six-foot by six-foot pattern throughout the area to be grouted as previously shown in Figure 2.3-1. Grout holes would extend from the ground surface through the weak fill and alluvial soils to just into the relatively stronger Fernando Formation, a distance of more than 40 feet. Alternative B would require a 50-foot-wide zone in Flower Street to be grouted. Approximately 1,000 jet holes would be drilled and grouted for this alternative requiring require approximately 8 months (with a risk of doubling the effort for up to 16 months) using two drill rigs as shown in Figure 2.3-1.



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

The SEM tunneling and related grouting activities for Alternative B would be located between south of 5th Street to just south of 6th Street. As shown in Figures 2.3-2 and 2.3-3, the jet grouting staging areas would occupy the east side of Flower Street during a majority of the jet grouting activities. As shown in the figures, construction of Alternative B would require long term closure of two travel lanes on the east side of Flower Street to house the grouting plant and for equipment storage, along with an additional two closure on the west side to accommodate grouting activities. A total of four lanes would be temporarily closed for eight months, possibly extending to 16 months due to unforeseen underground conditions, when grouting is taking place.

**Schedule Impacts**

Implementation of Alternative B would extend the project construction duration by seven (7) months over the Project, and the longer construction duration is due only to changes on Flower Street and related impacts to Little Tokyo. As stated previously, under the Project, cut and cover excavation and construction work would occur concurrently with the excavation of the bored tunnels and other construction activities throughout the alignment. For Alternative B, the primarily tunneling work needs to be performed sequentially, which results in a longer construction timeframe. While the required grouting activity can be performed concurrently with the EPBM tunneling work, but not the SEM work, grouting activity will further impact construction duration with Alternative B requiring two grouting rigs for approximately eight months, and possibly up to 16 months depending on the underground conditions experienced along Flower Street during construction. Due to the need to remove all Flower Street segment tunnel spoils through the Mangrove portal, the tunneling operation would continue until the SEM work is complete. This would hold the start of station construction work for the 2nd/Hope and 2nd/Broadway stations, and of the 2nd/Broadway SEM cavern and all cross passages until after the Flower Street segment tunneling is complete.

The resulting construction method-related scheduled changes are not simply add-ons to the Project construction schedule. As shown previously in Table 2.3-4, implementation of Alternative B would require 36 months over the Project's schedule. The longer duration is due to: 1) an additional 29 months for pre-construction activities; and 2) a longer construction duration by seven (7) months. Pre-construction activities for this alternative would include the preparation of detail engineering design plans, re-procurement activities for the design-build project contract, and re-permitting efforts. As the Project is currently under construction, implementation of this alternative would require stopping current construction activities and re-mobilization efforts for the new alternative project configuration using different construction techniques and equipment than the Project. Alternative B would have a longer construction duration as the identified tunneling excavation and construction activities would have to be performed sequentially rather than concurrently as under the Project. Additional construction time would be required for the jet grouting activities that must be performed prior to tunneling efforts to provide needed ground stabilization. In summary, under Alternative B, the duration of construction activities along the Flower Street segment would be reduced under this alternative, while the duration of construction activities in Little Tokyo would increase. For Alternative B, the total project schedule from initiation of construction to start of revenue service would be 9.5 years compared to 6.5 years for the Project.



# CHAPTER 3

# Transportation and Circulation

Regional Connector
Final SEIS Administrative Document/Supplemental ROD

# 3.0   TRANSPORTATION AND CIRCULATION

This chapter evaluates traffic circulation, transit, parking, pedestrian, bicycle, and rail operational conditions in the Project Area, and the resulting impacts from Alternatives A and B compared to the Project. In order to compare potential impacts during construction of the tunneling method alternatives, only impacts from construction activities along Flower Street and in Little Tokyo were analyzed. Impacts from construction activities for other portions of the project alignment were not analyzed as they would be similar for the tunneling method alternatives as for the Project.

## 3.1   Affected Environment

This section identifies the existing conditions being evaluated for the Project Area transportation environment. The transportation environment consists of transit, traffic circulation, parking, other modes (e.g., pedestrians and bicycles), and operations.

### 3.1.1   Transit

Existing bus and rail transit services, including destinations, existing headways, service characteristics, and operating time periods, remain unchanged from those documented in the Final EIS/EIR.

### 3.1.2   Traffic Circulation

This section describes the existing (2014) traffic conditions in the Project Area.

#### 3.1.2.1   Roadway Network

Traffic was evaluated along Flower Street and key roadways within the Little Tokyo area that could potentially be impacted by changes in construction methods proposed by Alternatives A and B. The evaluated roadway segments are listed below:

1. Flower Street north of 5th Street
2. Flower Street north of 6th Street
3. First Street at Alameda Street
4. Alameda Street at First Street
5. Alameda Street at Temple Street
6. Central Street south of First Street
7. San Pedro Street at First Street
8. San Pedro Street at Second Street
9. Temple Street at Alameda Street
10. Temple Street at Judge John Aiso Street

Level of Service (LOS) is the measurement used to relate the quality of traffic service, and is used to analyze roadways by assigning quality levels of traffic based on measurements such as speed, density,


Metro

Regional Connector
Final SEIS Administrative Document/Supplemental ROD

etc.  The LOS categories are shown in Table 3.1-1.  Table 3.1-2 shows the existing LOS at each of the ten study area roadway segments along Flower Street and in Little Tokyo.

**Table 3.1-1: Level of Service (LOS) Categories and Criteria**

| Level of Service | Average Vehicle Delay (in seconds) | Definition |
|---|---|---|
| A | <10.0 | EXCELLENT. No vehicle waits longer than one red light and no approach phase is fully used. |
| B | >10.0 and <20.0 | VERY GOOD. An occasional approach phase is fully utilized; many drivers begin to feel somewhat restricted within groups of vehicles. |
| C | >20.0 and <35.0 | GOOD. Occasionally, drivers may have to wait through more than one red light; backups may develop behind turning vehicles. |
| D | >35.0 and <55.0 | FAIR. Delays may be substantial during portions of the rush hours, but enough lower volume periods occur to permit clearing of developing lines, preventing excessive backups. |
| E | >55.0 and <80.0 | POOR. Represents the most vehicles that intersection approaches can accommodate; may be long lines of waiting vehicles through several signal cycles. |
| F | >80.0 | FAILURE. Backups from nearby intersections or on cross streets may restrict or prevent movement of vehicles out of the intersection approaches.  Tremendous delays with continuously increasing queue lengths. |

As shown in Table 3.1-1, all ten study area roadway segments currently operate at an acceptable LOS C or better during both the morning (AM) and evening (PM) peak hours.

### 3.1.2.2    Parking

For the SEIS, the affected Flower Street and Little Tokyo street segments for each of the two tunneling method alternatives were surveyed to review the existing number of parking spaces and associated peak period parking restriction information to provide a baseline for assessing impacts. There are no changes to the parking information presented in the Final EIS/EIR.  In summary, there is limited on-street parking along Flower Street and adjacent to the Mangrove site in Little Tokyo. On Flower Street, metered two hour parking (8:00 AM to 8:00 PM) is provided only on the east side of the street in two locations between: 1) 4th and 5th Streets; and 2) 6th Street and Wilshire Boulevard.

### 3.1.2.3    Pedestrians

The central downtown area experiences heavy pedestrian traffic on weekdays, particularly during the commute and lunch hours.  Much of the pedestrian traffic occurs in areas with daytime employment, such as Bunker Hill, the Financial District, and the Historic Core. Pedestrian movement also occurs between the Civic Center and Little Tokyo along Temple, 1st, and 2nd Streets.


Metro

**Table 3.1-2: Existing Roadway Level of Service (LOS) Analysis (2014)**

| No. | Roadway | No. of Lanes | Peak Hour Capacity[1] | AM Peak Hour | | | PM Peak Hour | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Volume | V/C[2] | LOS | Volume | V/C | LOS |
| 1 | Flower St n/o 5th St | 6 | 4,800 | 1,239 | 0.258 | A | 1,595 | 0.332 | A |
| 2 | Flower St n/o 6th St | 6 | 4,800 | 1,219 | 0.254 | A | 1,651 | 0.344 | A |
| 3 | First St at Alameda St | 4 | 3,200 | 1,385 | 0.433 | A | 1,756 | 0.549 | A |
| 4 | Alameda St at First St | 4 | 3,200 | 2,218 | 0.693 | B | 1,976 | 0.618 | B |
| 5 | Alameda St at Temple St | 4 | 3,200 | 2,395 | 0.748 | C | 2,177 | 0.680 | B |
| 6 | Central St s/o First St | 3 | 2,400 | 858 | 0.358 | A | 1,142 | 0.476 | A |
| 7 | San Pedro St at First St | 4 | 3,200 | 570 | 0.178 | A | 847 | 0.265 | A |
| 8 | San Pedro St at Second St | 4 | 3,200 | 1,093 | 0.342 | A | 1,299 | 0.406 | A |
| 9 | Temple St at Alameda St | 4 | 3,200 | 697 | 0.218 | A | 1,092 | 0.341 | A |
| 10 | Temple St at Judge John Aiso | 4 | 3,200 | 1,050 | 0.328 | A | 1,302 | 0.407 | A |

Notes:
[1] Capacity values of 800 vehicles per hour per through lane for arterial segment analysis based on 2010 Los Angeles Congestion Management Plan (CMP), Appendix D guidelines
[2] V/C = volume to capacity ratio
Source: Los Angeles City Department of Transportation, 2014; Los Angeles CMP; and AECOM, 2014

Despite heavy pedestrian activity, analysis of the area near the evaluated alternatives along Flower Street between 3rd and 6th Streets, including the Project, did not reveal any particularly problematic pedestrian crossings (insufficient crosswalks, sidewalk overcrowding, inadequate pedestrian walk signal time, etc.).



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

The Financial District attracts a high number of pedestrians during weekdays. Seventh Street experiences large volumes of pedestrians due to Metro rail portals and bus stops, the location of hotels (Sheraton, The Standard, and the Los Angeles Athletic Club), major retail and restaurant row along 7th Street (The Bloc/former Macy's Plaza and 7th at Fig Shopping Center), and employment centers throughout. While weekend pedestrian activity has increased as well, weekday volumes are still higher. Unlike years past where pedestrian activity decreased at night in the central downtown area as a majority of the daytime population left after business hours, downtown has experienced a resurgence of nighttime activity due to residents and visitors. The growing residential population has activated the evening pedestrian experience, as have tourists, convention center attendees, and LA Live entertainment venue visitors. Previous pedestrian hubs remain, such as Little Tokyo and the Arts District, that have high evening activity due to increases in housing and a solid commercial base of restaurants and cultural destinations.

### 3.1.2.4    Bicycles

There are no exclusive bike lanes on Flower Street or adjacent to the Mangrove site in Little Tokyo. There are bike lanes in/around the vicinity of the Financial District along Figueroa Street. In Little Tokyo, there is a shared-lane or sharrowed bike route along 1st and 2nd Streets. These streets in both areas are used by bicyclists, particularly along Flower Street near City National Plaza, where bicycle messengers assemble in between delivery assignments.

### 3.1.2.5    Operational Impacts

The operational impacts resulting from implementation of the tunneling method alternatives on traffic circulation, transit, parking, pedestrian, and bicycle is discussed, along with the resulting quality of rail system operational performance.

## 3.2      Environmental Consequences

This section describes the potential impacts of Alternatives A and B on transit, traffic circulation, parking, pedestrians, and bicyclists during construction and operation. Impact conclusions for the tunneling method alternatives are based on the thresholds identified in Appendix B – Regulatory Framework Section 1.1 of this document.

### 3.2.1    Alternative A – EPBM/Open Face Shield/SEM Project Profile

### 3.2.1.1    Construction Impacts

Alternative A would result in an increase in the level and duration of excavation-related activity in Little Tokyo over Project conditions, as previously presented in Table 2.3-1, and would have corresponding construction-related transportation impacts. Even though surface-related excavation activities along Flower Street under Alternative A are reduced in comparison to conditions under the Project, the required grouting operations would result in the closure of two additional travel lanes at a time to provide space for grouting equipment and staging areas for the two phases of grouting activity. Alternative A would decrease the share of excavation materials handled on Flower Street from 81 percent under the Project to 25 percent. Correspondingly, it would increase the quantity of Flower


Metro

Regional Connector
Final SEIS Administrative Document/Supplemental ROD

Street excavation materials handled in Little Tokyo from 19 percent under the Project to 75 percent, and would increase the duration of those activities and impacts by 15 months. It should be noted that these percentages reflect the volume of excavated materials from the Flower Street segment only, not of the entire Regional Connector project.

For Alternative A, a minor amount of cut and cover construction would be required for three shafts: an emergency exit and tunnel boring machine retrieval shaft south of 4th Street, an emergency exit south of 5th Street, and a train control room vent shaft north of the 7th Street/Metro Center Station tail tracks structure. The excavated materials of these shafts would be primarily handled along Flower Street.

In order to stabilize the ground for open-face shield and SEM excavations, extensive jet grouting will be required from south of 4th to 6th Streets. Construction of Alternative A would require the closure of two travel lanes at a time for approximately 12 months to accommodate the two phases of grouting activities. Grouting activities could extend up to approximately 24 months due to unforeseen underground conditions. Figure 3.1 shows driveway access, traffic circulation impacts, and staging areas required for the Project, and Figures 3.2 and 3.3 illustrate the grouting areas, as well as equipment staging areas, required along Flower Street for Alternatives A and B. During Phase I, construction of Alternative A would require the closure of two lanes on the east side of Flower Street for construction and grouting equipment staging, as well as closure of the two center travel lanes for grouting activities. During Phase II, the two lanes on the west side of Flower Street would be used for grouting activities along with the two lanes on the east side for equipment staging. A total of four lanes would be temporarily closed during periods when grouting is taking place for approximately 12, possibly up to 24 months.

Additionally, as discussed in Chapter 2, there is potential for encountering tie-backs along Flower Street. There are multiple rows consisting of hundreds of tie-backs forming a "mesh" that are located within the Flower Street segment tunnel alignment, particularly south of 4th Street and with an even higher density south of 5th Street. If this were to occur, garage and driveway access could be affected by emergency work related to tie-backs.

**Transit**

Alternative A may require relocation of two Flower Street bus stops between 4th and 6th Streets due to Phase II grouting activities along the eastern side of the street. Although construction would occur during nighttime and weekend hours, under the two phased grouting scenario (shown in Figures 3.2 and 3.3), construction would require the use of two traffic lanes at a time for grouting equipment during weekday hours. Additionally, bus service may need to be rerouted in the case of night closures of Flower Street in its entirety.

Alternative A would have an adverse transit effect on Flower Street between 4th and 6th Streets due to the need for additional lane closures compared to the Project.



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

**Figure 3.1: Driveway Access, Traffic Circulation Impacts, and Staging Areas during Construction – The Project**





Regional Connector
Final SEIS Administrative Document/Supplemental ROD

**Figure 3.2: Driveway Access, Traffic Circulation Impacts, Construction Staging, and Grouting Areas (Phase I) – Alternatives A and B**



Note: Figure is representative of a concept grouting operation. The final grouting and traffic plans would be dependent on the Contractor's design.



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

**Figure 3.3: Driveway Access, Traffic Circulation Impacts, Construction Staging, and Grouting Areas (Phase II) – Alternatives A and B**



Note: Figure is representative of a concept grouting operation. The final grouting and traffic plans would be dependent on the Contractor's design.

Metro

Regional Connector
Final SEIS Administrative Document/Supplemental ROD

**Traffic Circulation**

Under Alternative A, handling of Flower Street segment excavation materials on Flower Street would decrease from 81 percent under the Project to 25 percent, with a corresponding increase in the amount of Flower Street segment materials handled through the Mangrove portal site in Little Tokyo. The number of soils excavation and construction trucks using the Flower Street route would decrease to 18 trucks per day compared to 32 for the Project, while the number of trucks using the Little Tokyo haul routes would increase to 22 trucks per day versus eight trucks under the Project.

Table 3.2-1 shows the effect of the shift in excavation truck trips from Flower Street to Little Tokyo on study area roadway segments.  Table 3.2-1 also reflects the reduction in capacity on Flower Street from six lanes to two lanes to accommodate construction and grouting equipment staging.  Figures 3.4 and 3.5 provide a comparison of the Project and Alternative A in the Flower Street and Little Tokyo study areas, respectively.

**Figure 3.4: Flower Street LOS for Each Alternative (During Construction, 2014-2017)**





Metro

Regional Connector
Final SEIS Administrative Document/Supplemental ROD

**Figure 3.5: Little Tokyo LOS for Each Alternative (During Construction, 2014-2017)**



Metro

Regional Connector
Final SEIS Administrative Document/Supplemental ROD

**Table 3.2-1: Alternative A – Level of Service Analysis (During Construction, 2014-2017)**

| No. | Roadway | No. of Lanes | Peak Hour Capacity[1] | AM Peak Hour | | | PM Peak Hour | | |
|-----|---------|-------------|----------------------|--------|---------|-----|--------|------|-----|
| | | | | Volume | V/C[2] | LOS | Volume | V/C | LOS |
| 1 | Flower St n/o 5th St | 2 | 1,600 | 1,217 | 0.761 | C | 1,573 | 0.983 | E |
| 2 | Flower St n/o 6th St | 2 | 1,600 | 1,197 | 0.748 | C | 1,629 | 1.018 | F |
| 3 | First St at Alameda St | 4 | 3,200 | 1,407 | 0.440 | A | 1,778 | 0.556 | A |
| 4 | Alameda St at First St | 4 | 3,200 | 2,240 | 0.700 | C | 1,998 | 0.624 | B |
| 5 | Alameda St at Temple St | 4 | 3,200 | 2,417 | 0.755 | C | 2,199 | 0.687 | B |
| 6 | Central St s/o First St | 3 | 2,400 | 880 | 0.367 | A | 1,164 | 0.485 | A |
| 7 | San Pedro St at First St | 4 | 3,200 | 592 | 0.185 | A | 869 | 0.272 | A |
| 8 | San Pedro St at Second St | 4 | 3,200 | 1,115 | 0.348 | A | 1,321 | 0.413 | A |
| 9 | Temple St at Alameda St | 4 | 3,200 | 719 | 0.225 | A | 1,114 | 0.348 | A |
| 10 | Temple St at Judge John Aiso | 4 | 3,200 | 1,072 | 0.335 | A | 1,324 | 0.414 | A |

Notes:
[1] Capacity values of 800 vehicles per hour per through lane for arterial segment analysis based on 2010 Los Angeles Congestion Management Plan Appendix D guidelines
[2] V/C = volume to capacity ratio
Bolded and shaded intersections operate at or approaching an unacceptable LOS E or worse, per City guidelines
Source: Los Angeles City Department of Transportation, 2014; Los Angeles Congestion Management Plan (CMP); AECOM, 2014

During construction, evening peak period traffic operations along Flower Street north of 5th Street and north of 6th Street would degrade to unacceptable LOS E and F, respectively, due to the additional two lane closure required for construction activities, compared to LOS A for the Project.

While the LOS would remain unchanged with the shift in excavation truck trips from Flower Street to Little Tokyo – with only a slight increase in the volume/capacity ratio – travel times may increase for



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

vehicles circulating along the Little Tokyo haul routes.  Under Alternative A, the duration of these impacts would be 15 months longer than the Project.

Construction of Alternative A would have an adverse effect on traffic on Flower Street between 4th and 5th Streets when compared to the Project.  Although the majority of the impacts identified under Alternative A would be temporary, they would be adverse and unavoidable.

### Parking

There is limited on-street parking along Flower Street and adjacent to the Mangrove site in Little Tokyo, and there are no changes from the conditions identified in the Final EIS/EIR.  Under Alternative A, construction-related parking impacts along the Flower Street segment would be similar to those identified for the Project. As stated in the Final EIS/EIR, parking effects would be considered adverse before mitigation only in the Little Tokyo community portion of the alignment – in street segments where reduction in traffic lanes and roadway space would be utilized for street enhancements and/or underground station construction; however parking impacts would not be adverse after implementation of mitigation identified in the Final EIS/EIR.

### Other Modes

Pedestrian access along Flower Street to adjoining properties and bicycle traffic movements would be maintained during construction of Alternative A.  Portions of sidewalks may be temporarily closed for decking construction at cut and cover shaft locations similar to the Project.  Bicycle riders could be affected by uneven roadway surfaces, cracks, metal surfaces, or other dangerous conditions, due to the different construction methods proposed under this alternative.

Temporary closures of sidewalks and crosswalks may be necessary. Lane reductions and street closures could inhibit the flow of bicycle traffic during construction, particularly along Flower Street during grouting activities on the central and eastern sides of the street.  Although temporary, the identified potential impacts during construction on pedestrian and bicycle movements would be adverse and unavoidable similar to the Project.

### 3.2.1.2   Operational Impacts

There would be no operational impacts from implementation of Alternative A on traffic circulation, transit, parking, or other modes beyond those identified for the Project.

There would be a reduction in the light rail transit (LRT) operational speed in the Flower Street segment for Alternative A, which would be reduced to 35 mph from 55 mph under the Project and identified as required by Metro Rail Design Criteria, Section 10 Operations.  The speed reduction would have impacts on rail headway and runtimes compared to the Project, and Alternative A would offer less travel time savings than the Project. Increased travel times may result in a reduction in project ridership, and a corresponding decrease in air quality and climate change benefits as SOV drivers are not attracted to shift to rail service.



### 3.2.2    Alternative B – EPBM/SEM Low Alignment Alternative

#### 3.2.2.1    Construction Impacts

Alternative B would result in an increase in the level and duration of excavation-related activity in Little Tokyo over the Project, as previously presented in Table 2.3-1, and would have corresponding construction-related transportation impacts.  Even though surface-related excavation activities along Flower Street under Alternative B are reduced in comparison to conditions under the Project, the required grouting operations would result in the closure of two additional travel lanes at a time to provide space for grouting equipment and staging areas for the two phases of grouting activity. Alternative B would decrease the share of excavation materials handled on Flower Street from 81 percent under the Project to 20 percent.  Correspondingly, it would increase the quantity of Flower Street excavation materials handled in Little Tokyo from 19 percent under the Project to 80 percent, and would increase the duration of those activities and impacts by seven months. It should be noted that these percentages reflect the volume of excavated materials from the Flower Street segment only, not of the entire Regional Connector project.

For Alternative B, a minor amount of cut and cover construction would be required for two shafts: an emergency exit south of 5th Street, and a train control room vent shaft north of the 7th Street/Metro Center Station tail tracks structure.  The excavated materials of these shafts would be handled along Flower Street. The excavated materials of these shafts would be primarily handled along Flower Street.

In order to stabilize the ground for SEM and extension of EPBM tunneling further south on Flower Street, extensive jet grouting will be required from 5th Street to 6th Street.  Construction of Alternative B would require the closure of two travel lanes at a time for approximately eight months to accommodate the two phases of grouting activities. Grouting activities could extend up to approximately 16 months due to unforeseen underground conditions.  Figures 3.2 and 3.3 illustrate the grouting area, as well as the equipment staging areas, required along Flower Street for Phases I and II.  During Phase I, construction of Alternative B would require the closure of two lanes on the east side for construction and grouting equipment staging , as well as closure of the two center travel lanes for grouting activities.  During Phase II, the lanes on the west side of Flower Street would be used for grouting activities along with the two lanes on the east side for equipment staging.  A total of four lanes would be temporarily closed when grouting is taking place for approximately for a total of eight months, possibly up to 16 months.

Additionally, as discussed in Chapter 2, there is potential for encountering tie-backs along Flower Street. There are multiple rows consisting of hundreds of tie-backs forming a "mesh" that are located within the Flower Street segment tunnel alignment, particularly south of 4th Street and with an even higher density south of 5th Street. If this were to occur, garage and driveway access could be affected by emergency work related to tie-backs.

**Transit**

Alternative B may require relocation of one major Flower Street bus stop between 5th and 6th Streets due to Phase II grouting activities along the eastern side of the street.  Although construction would



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

occur during nighttime and weekend hours, under the two phased grouting scenario (shown in Figures 3.2 and 3.3), construction would require the use of two traffic lanes at a time for grouting equipment during weekday hours. Additionally, bus service may need to be rerouted in the case of night closures of Flower Street in its entirety.

Alternative B would have an adverse transit effect on Flower Street between 5th and 6th Streets due to the need for additional lane closures compared to the Project.

**Traffic Circulation**

Under Alternative B, handling of Flower Street segment excavation materials on Flower Street would be decreased from 81 percent under the Project to 20 percent, with a corresponding increase in the amount of Flower Street segment materials handled through the Mangrove portal site in Little Tokyo. The number of excavation trucks using the Flower Street route would decrease by 24 trucks to eight trucks per day, while the number of trucks using the Little Tokyo haul routes would increase to 32 trucks per day versus eight for the Project.

Table 3.2-2 shows the effect of the shift in excavation truck trips from Flower Street to Little Tokyo on study area roadway segments. Table 3.2-2 also reflects the reduction in capacity on Flower Street from six lanes to two lanes to accommodate the two-phased construction and grouting equipment staging, as previously shown in Figures 3.2 and 3.3.

Traffic operations along Flower Street between 5th and 6th Streets would degrade to unacceptable LOS F during the PM peak due to the two lane closure required to accommodate construction and grouting equipment. In Little Tokyo, although the LOS would remain relatively unchanged with the shift in excavation truck trips from Flower Street to Little Tokyo – with only a slight increase in the volume/capacity ratio – travel times may increase for vehicles circulating along the Little Tokyo haul routes. Under Alternative B, the duration of these traffic impacts would be seven months longer than the Project.

Construction of Alternative B would have an adverse effect on traffic on Flower Street between 5th and 6th Streets when compared to the Project. Although the majority of the impacts identified under Alternative B would be temporary, they would be adverse and unavoidable.

**Parking**

There is limited on-street parking along Flower Street and adjacent to the Mangrove site in Little Tokyo, and there are no changes from conditions identified in the Final EIS/EIR. Under Alternative B, construction-related parking impacts would be similar to those identified for the Project. As stated in the Final EIS/EIR, parking effects would be considered adverse before mitigation only in the Little Tokyo community portion of the alignment, in portions where reduction in traffic lanes and roadway space would be utilized for street enhancements and/or underground station construction; however parking impacts would not be adverse after implementation of mitigation identified in the Final EIS/EIR.



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

**Other Modes**

Pedestrian access along Flower Street to adjoining properties and bicycle traffic movements would be maintained during construction of Alternative B; however, portions of sidewalks may be temporarily closed for decking construction at cut and cover shaft locations similar to the Project. Bicycle riders could be affected by uneven roadway surfaces, cracks, metal surfaces, or other dangerous conditions, due to different construction methods.

**Table 3.2-2: Alternative B – Level of Service Analysis (During Construction, 2014-2017)**

| No. | Roadway | No. of Lanes | Peak Hour Capacity[1] | AM Peak Hour | | | PM Peak Hour | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Volume | V/C[2] | LOS | Volume | V/C | LOS |
| 1 | Flower St n/o 5th St | 4 | 3,200 | 1,215 | 0.380 | A | 1,571 | 0.491 | A |
| 2 | Flower St n/o 6th St | 2 | 1,600 | 1,195 | 0.747 | C | 1,627 | 1.017 | **F** |
| 3 | First St at Alameda St | 4 | 3,200 | 1,409 | 0.440 | A | 1,780 | 0.556 | A |
| 4 | Alameda St at First St | 4 | 3,200 | 2,242 | 0.701 | C | 2,000 | 0.625 | B |
| 5 | Alameda St at Temple St | 4 | 3,200 | 2,419 | 0.756 | C | 2,201 | 0.688 | B |
| 6 | Central St s/o First St | 3 | 2,400 | 882 | 0.368 | A | 1,166 | 0.486 | A |
| 7 | San Pedro St at First St | 4 | 3,200 | 594 | 0.186 | A | 871 | 0.272 | A |
| 8 | San Pedro St at Second St | 4 | 3,200 | 1,117 | 0.349 | A | 1,323 | 0.413 | A |
| 9 | Temple St at Alameda St | 4 | 3,200 | 721 | 0.225 | A | 1,116 | 0.349 | A |
| 10 | Temple St at Judge John Aiso | 4 | 3,200 | 1,074 | 0.336 | A | 1,326 | 0.414 | A |

Notes:
[1] Capacity values of 800 vehicles per hour per through lane for arterial segment analysis based on 2010 Los Angeles CMP Appendix D guidelines
[2] V/C = volume to capacity ratio
Bolded and shaded intersections operate at or approaching an unacceptable LOS E or worse, per City guidelines
Source: Los Angeles City Department of Transportation, 2014; Los Angeles CMP; AECOM, 2014


Metro

Regional Connector
Final SEIS Administrative Document/Supplemental ROD

Temporary closures of sidewalks and crosswalks may be necessary. Lane reductions and street closures could inhibit the flow of bicycle traffic during construction, particularly along Flower Street during grouting activities on the central and eastern sides of the street.  Although temporary, the identified potential impacts during construction on pedestrian and bicycle movements would be adverse and unavoidable similar to the Project.

### 3.2.2.2    Operational Impacts

There would be no operational impacts from implementation of Alternative B on traffic circulation, transit, parking, or other modes beyond those identified for the Project.

There would be a reduction in the resulting LRT operational speed in the Flower Street segment for Alternative B, which would be reduced to 35 mph from 55 mph under the Project and identified as required by Metro Rail Design Criteria, Section 10 Operations. This speed reduction would have permanent negative operational impacts on headway and runtimes compared to the Project, and Alternative B would offer less travel time savings than the Project.  Increased travel times may result in a reduction in project ridership, and a corresponding decrease in air quality and climate change benefits as SOV drivers are not attracted to shift to rail service.

## 3.3    Mitigation Measures

Mitigation measures to reduce potential transportation impacts during construction were identified in the Final EIS/EIR.  Implementation of mitigation measures TR-1 through TR-13 from the Final EIS/EIR for the Project would apply for Alternatives A and B. Below is a summary of these mitigation measures, and a detailed description can be found in Appendix H:

- TR-1: Prior to construction, traffic management and construction mitigation plans shall be devised outlining access routes, haul truck activity, street closures, etc
- TR-2: Haul truck routes confirmed during final design and all haul truck activity
- TR-3: Construction worker parking and designated contractor designated areas
- TR-4: Implementation of safe pedestrian detours and crosswalks with ADA compliance
- TR-5: Proper signage for bicyclists of detours, travel lanes, and alternate routes
- TR-6: Permanently restriping Flower Street at the 4th Street intersection
- TR-7: Permanently restriping Flower Street at the 5th Street intersection
- TR-8: Permanently restriping Flower Street at the 6th Street intersection
- TR-9: Continued shuttle service and bus drop-off areas at City National Plaza
- TR-10: Design and implementation of linkages to the proposed Broadway Streetcar
- TR-11: Enhanced pedestrian walkways along Flower Street to better connect Financial District
- TR-12: Maintaining access to bus stops whenever possible and adequate signage
- TR-13: Temporary relocation of bus stops to nearby alternative locations

As with the Project, potentially adverse construction-related effects to traffic, transit, bicycle, and pedestrian circulation would remain after implementation of these mitigation measures for Alternative A and B, which would have additional transportation impacts along Flower Street and in Little Tokyo


Metro

Regional Connector
Final SEIS Administrative Document/Supplemental ROD

beyond those identified for the Project.   Parking effects would be considered adverse before mitigation
in the Little Tokyo area.



# CHAPTER 4

## Affected Environment and Environmental Consequences

# 4.0   AFFECTED ENVIRONMENT AND ENVIRONMENTAL CONSEQUENCES

The following sections discuss the impacts associated with environmental resources for the tunneling method Alternatives A and B. The construction methods described in Chapter 2.0, Alternatives Considered have varying construction impacts along the focused Flower Street segment and Little Tokyo area analyzed in this SEIS.  For some environmental resource areas, operational impacts are not changed from those identified in the Final EIS/EIR and are not discussed further.  Resource areas with no additional operational impacts beyond those identified for the Project in the Final EIS/EIR include:

- Visual Quality
- Air Quality
- Climate Change
- Geotechnical
- Energy Resources
- Historical Resources
- Cumulative

In order to identify potential impacts during construction of the tunneling method alternatives, possible effects from construction activities along Flower Street and in Little Tokyo were analyzed. Impacts from construction activities for other portions of the Project Area from the Final EIS/EIR were not analyzed because they would be the same for these alternatives as for the Project.

## 4.1   VISUAL QUALITY

This section summarizes the existing visual and aesthetic environment within the Study Area for this SEIS and evaluates the potential visual and aesthetic impacts resulting from construction of Alternatives A and B.  Potential visual impacts to historic resources are summarized in Section 4.7 Historic Resources of this SEIS.

### 4.1.1   Affected Environment

As identified in Section 4.4 Visual and Aesthetic Impacts of the Final EIS/EIR, the area for the visual impact analysis consists of the area one city block adjacent to each side of the two tunneling method alternatives along the Flower Street segment between 4th Street and 7th Street/Metro Center Station in the Financial District, and the Mangrove portal site in Little Tokyo.

#### 4.1.1.1   Visual Resources

The existing visual and aesthetic environment is characterized by an established urban landscape. Research was completed to locate visual and aesthetic resources.  These resources include, but are not limited to, structures of architectural or historic significance or visual prominence; public plazas, art, and gardens; heritage oaks or other trees or plants protected by the City of Los Angeles; consistent design elements (such as setbacks, massing, height, and signage) along a street or district; pedestrian amenities; and landscaped medians or park areas. Based on site reviews, the predominant visual resources along Flower Street and in Little Tokyo are recognized historic buildings.  Figures 4.1-1 and



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

4.1-2 illustrate identify Flower Street and Little Tokyo buildings respectively that are recognized as historic or visual resources adjacent to the proposed Alternative A and B alignments.

### Figure 4.1-1: Historic Properties and Scenic Resources along Flower Street



Along Flower Street:

- Pegasus Apartments, 612 South Flower Street
- The Standard Hotel, 550 South Flower Street
- The California Club, 538 South Flower Street
- Los Angeles Central Library and Maguire Gardens, 630 West 5th Street
- Tishman 615 Building , 811 Wilshire Boulevard
- Roosevelt Building, 727 West 7th Street
- Barker Brothers Building, 818 West 7th Street



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

In the Little Tokyo Area:

- Little Tokyo Historic District
- Los Angeles Hompa Hongwanji Temple
- Union Center Arts

**Figure 4.1-2: Historic Properties and Scenic Resources in Little Tokyo**



#### 4.1.1.2    Scenic Vistas

The City of Los Angeles General Plan and the Scenic Highways Plan within the General Plan's Circulation Element state that there are no scenic highways in downtown Los Angeles. Although Objective 11 of the General Plan's Circulation Element is to "preserve and enhance access to scenic resources and regional open space," there are no such features adjacent to the alternatives under evaluation along Flower Street or in the Little Tokyo area.

Metro

Regional Connector
Final SEIS Administrative Document/Supplemental ROD

## 4.1.2   Environmental Consequences

Potential impacts to historic resources are evaluated in Section 4.7 Historic Resources of this SEIS. Scenic byways, scenic vistas, and protected public view corridors are not located along the Flower Street segment or Mangrove portal site in Little Tokyo, the Study Area for this SEIS.  Therefore, the two tunneling method alternatives would neither impede views from any nationally recognized scenic highways, designated scenic routes, corridors, or parkways nor would they affect any otherwise recognized or valued public viewing locations.

**Methodology**

The extent of the potential impact from a particular visual change is subjective and depends upon the degree of alteration, the scenic quality of the area disturbed, and the sensitivity of the viewers. The degree of alteration refers to the extent of change, including changes to a structure height, landscaping, and setback, as well as the introduction of construction equipment.  Scenic quality is often indicated by a city's special zoning and planning overlay zones, but can also be assessed based on memorability of the view, and unity of the elements within the view.

Due to the location of the tunneling method alternatives in downtown Los Angeles, construction activities would be visible to several different groups of people.  To assess their potential responses to the tunneling method alternatives, it is important to identify and categorize different types of viewers depending on their sensitivity to change in the landscape.  Viewer groups who currently experience the Study Area include local residents of downtown Los Angeles; patrons and employees of businesses and public facilities in the Financial District and Little Tokyo, and motorists passing through the Study Area. Viewer sensitivity varies depending on the location of the viewer at the time the view is experienced, the duration of that view, the typical activities being undertaken while the view is experienced, and the number of viewers in the sensitive viewer group.  A description of each viewer group follows, in order from the most to least sensitive.

The Pegasus Apartments and Roosevelt Building are multi-family residences located directly adjacent to the project alignment along Flower Street and currently have views of the project site in the Financial District. In addition, a multi-family residential complex (Savoy Community Association) is located at the southeast corner of the intersection of Alameda and 1st Streets, directly across the street from the Mangrove site in Little Tokyo.

Patrons and employees of Los Angeles Central Library and Maguire Gardens, California Club, Standard Hotel, City National Plaza, Citigroup Center Plaza, and 811 Wilshire Boulevard currently have direct views of the project site along Flower Street. In addition, patrons and employees of businesses and community facilities currently have direct and indirect views of the Mangrove site in Little Tokyo. Patrons and employees are typically considered less sensitive viewers because they would generally continue to patronize and work in the area despite negative impacts and aesthetics of the area and project site. Patrons and employees at these locations would have a moderate sensitivity to changes in the Study Area.


Metro

Regional Connector
Final SEIS Administrative Document/Supplemental ROD

Motorists pass through the project site along the Flower Street segment in the Financial District, as well as the Mangrove site in Little Tokyo. Motorists are generally considered to be the least sensitive of the viewers identified here as views are fleeting and temporary.  However, motorists traveling in the Study Area during peak traffic periods may have a longer duration of views while waiting at traffic signals.

### 4.1.2.1   Alternative A – EPBM/Open Face Shield/SEM Project Profile

#### 4.1.2.1.1  Construction Impacts

**Scenic Resources**

There would be no impact from Alternative A to either Flower Street or in the Little Tokyo area as there are no adjacent scenic resources within view from a scenic highway. Potential impacts to visual character and setting, including the setting of historic resources are discussed below.

Construction of Alternative A would not result in adverse effects to scenic resources. Therefore, construction of this alternative would not contribute to a cumulative scenic resource impact

**Visual Quality/Visual Character**

During construction of Alternative A, activities occurring aboveground in roadways and along sidewalks would temporarily alter the existing visual character and views along Flower Street and in the vicinity of the Mangrove property in Little Tokyo.  Construction equipment and staging locations would be visible to nearby land uses and passersby; however, the construction sites themselves would be screened from public view by temporary construction barriers to the extent possible.

Flower Street Impacts

As previously mentioned, highly visible jet grouting and mixing equipment, with certain pieces over 100 feet tall, are of a size, type, and quantity that could not be entirely screened.  The proposed grouting rigs to be used for construction of Alternative A are similar in size to the drill rigs and cranes to be used for cut and cover construction under the Project.  The difference is due to the number of grouting rigs and supporting equipment, and the duration of grouting compared to cut and cover construction. Grouting rigs are supported by cement and water silos that are similar in size to the rigs, and require mixing and electrical generation equipment to facilitate the mixing and flow of the grouting material.

The construction and grouting staging sites are proposed to be located generally in the travel lanes along the east side of Flower Street, from south of 4th Street to 6th Street as discussed and illustrated in Chapter 2, Alternatives Considered.  Staging locations were not located on east-west streets such as 5th Street as they typically provide access to the north-bound and south-bound I-110 Freeway two blocks to the west of Flower Street. In the case of 5th Street, while the street is five lanes in width, taking two lanes for equipment storage would reduce the peak period carrying capacity and operations of the street, while Flower Street serves only south-bound downtown traffic and has more capacity to store equipment. In addition, locating construction and grouting activities on 5th Street would result



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

in access impacts to the Los Angeles Central Library and a restaurant business that would need to be closed for the duration of construction due to equipment blocking both views of the business and parking/valet access for the building.

On Flower Street, grouting equipment would be located directly adjacent to the previously identified visual resources, including the Los Angeles Central Library and Maguire Gardens, California Club, The Standard Hotel, and the Pegasus Apartments. As a result of the numerous types, amount, and scale of the equipment associated with grouting, this segment of Flower Street would exhibit an altered visual environment.

As part of a visual character analysis, several viewpoints or key observation points (KOPs) were selected that represented valued views along this segment of Flower Street. The two KOPs, KOP 1 and KOP 2, are located along Flower Street, between 5th and 6th Streets. Each of these KOPs represents public pedestrian, transit rider, and vehicle driver views along Flower Street of nearby valued visual resources such as the Los Angeles Central Library and Maguire Gardens, and the California Club. Figure 4.1-3 shows the locations of KOP 1 and KOP 2.

**Figure 4.1-3: Location of Flower Street Key Observation Points (KOPs) 1 and 2**



Figures 4.1-4 through 4.1-7 illustrate "before and after" visual simulations, which compare the existing affected environment (before) to the visual character of the use of jet grouting and mixing and other construction equipment (after). The "after" representations of the construction equipment to be used under Alternative A are considered to be conceptual at this time and may not represent the exact construction equipment and/or conditions that would occur if Alternative A were to be constructed.

The view from KOP 1, illustrated in Figures 4.1-4 and 4.1-5, includes an east-facing view of the Los Angeles Central Library and Maguire Gardens, and the California Club along Flower Street from City National Plaza on the west side of Flower Street. The Los Angeles Central Library building is not clearly visible in the view; however, the associated Maguire Gardens includes the mature trees on the left side. The California Club building includes a historic red-brick building toward the right side of the



view. This view is representative of the experience of local residents, patrons, and employees, and passing motorists and pedestrians. Both the Los Angeles Central Library and the California Club and Maguire Gardens are considered to be visual resources.

**Figure 4.1-4: Before View of Flower Street Facing East Between 5th and 6th Streets**



**Figure 4.1-5: After View of Flower Street with Construction and Grouting Equipment Facing East Between 5th and 6th Streets**



The before and after views from KOP 2, shown in Figures 4.1-6 and 4.1-7, includes a west-facing view of City National Plaza from within the Maguire Gardens grounds on the east side of Flower Street. The angular orange sculpture is visible within the center of the plaza and is the Plaza's iconic artwork.



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

This view is representative of the experience specifically of patrons and employees, and passing pedestrians of Maguire Gardens. City National Plaza is considered to be a visual resource.

**Figure 4.1-6: Before View of Flower Street Facing West Between 5th and 6th Streets**



**Figure 4.1-7: After View of Flower Street with Construction and Grouting Equipment Facing West Between 5th and 6th Streets**





Although it is not uncommon to have construction activities in a heavily urbanized environment consisting of high- and mid-rise buildings, construction of Alternative A would require the use of large-scale jet grouting and mixing equipment along Flower Street that would noticeably reduce the visual quality or alter viewing context from the perspective of KOP 1 and KOP 2.  From KOP 1, views of the mature trees and garden setting of Maguire Gardens, as well as the California Club would be disrupted and blocked by construction activities.  Similarly, from KOP 2, west-facing views from within Maguire Gardens toward City National Plaza would be blocked.  The visual intrusion of the construction and grouting equipment from the perspective of both KOPs would dominate views for all viewer groups. Temporary construction impacts on visual character along Flower Street would be adverse.  Mitigation may not be available to reduce these impacts due to the size, type, and quantity of the construction and grouting equipment.

Little Tokyo Impacts

For Alternative A, construction activities proposed for the Mangrove site would result in an increased number of muck trucks driving through the Little Tokyo area.  Although the trucks would not directly impact the visual environment, view of the truck would be temporary and fleeting.  Views of the Mangrove site during construction may alter the visual environment for residents, area patrons and employees, as well as passing motorists. Temporary construction impacts on visual character near the Mangrove site would not be reduced with screening to not adverse.

In summary, unlike the Project which does not require the use of grouting, construction of Alternative A would alter the visual quality of the street due to major equipment being located adjacent to historic properties during the entire duration of grouting, approximately 12 months and possibly up to 24 months. Overall, Alternative A would result in more intense, but temporary impacts to the visual character along Flower Street as compared to the Project. Therefore, it would contribute to a temporary cumulative visual impact. All other visual and aesthetic effects from construction of this alternative would not be substantially adverse. Alternative A would result in temporary construction-related adverse effects on the visual character of Flower Street between 4th and 6th Streets that could not effectively be mitigated.  Therefore, it would contribute to a temporary cumulative visual character impact. There would be no impacts beyond those identified for the Project, in Little Tokyo.

**Nighttime Lighting/Shade and Shadow**

During construction of Alternative A, nighttime lighting would predominantly consist of security lighting that would be directed on-site.   Construction is expected to occur in two shifts per day, while grouting activities are currently anticipated to take place in one ten-hour, daytime shift per day. Depending on the final contractor work schedule, which may include a second nighttime grouting shift, there would be a potential for nighttime lighting impacts on hotels and businesses along Flower Street.  Lighting from construction activity would be limited to the street level, which is currently highly lighted during the night. These construction impacts would be temporary.

The construction of Alternative A would not result in adverse nighttime lighting or shade and shadow impacts along Flower Street based on a single daytime grouting shift.  While there would be an increase in truck activity level and duration in Little Tokyo, the trucks would only be operated during



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

the day.  Therefore, this alternative would not contribute to cumulative nighttime lighting or shade and shadow impacts.

### 4.1.2.2 Alternative B – EPBM/SEM Low Alignment

#### 4.1.2.2.1 Construction Impacts

**Scenic Resources**

There would be no impact from Alternative B to either Flower Street or in the Little Tokyo area as there are no adjacent scenic resources within view from a scenic highway. Potential impacts to visual character and setting, including the setting of historic resources are discussed below.

Construction of Alternative B would not result in adverse impacts to scenic resources.  Therefore, construction of this alternative would not contribute to a cumulative scenic resource impact.

**Visual Quality/Visual Character**

During construction of Alternative B, activities occurring aboveground in roadways and along sidewalks would temporarily alter the existing visual character and views along Flower Street and adjacent to the Mangrove property in Little Tokyo in similar ways to those identified for Alternative A.

Flower Street Impacts

As previously discussed for Alternative A, highly visible jet grouting and mixing equipment, with certain pieces over 100 feet tall, are of a size, type, and quantity that could not be entirely screened. While the proposed grouting rigs to be used for construction of Alternative B are similar in size to the drill rigs and cranes to be used for the Project's cut and cover construction, the number of grouting rigs and supporting equipment, and the duration of the grouting compared to cut and cover construction would have additional impacts over those of the Project.

For Alternative B, the single construction and grouting staging site required for this alternative is proposed to be located generally in the travel lanes along the east side of Flower Street between just south of 5th Street to 6th Street as discussed and illustrated in Chapter 2, Alternatives Considered. Staging locations were not located on east-west streets such as 5th Street as they typically provide access to the north-bound and south-bound I-110 Freeway two blocks to the west of Flower Street. Taking of two lanes on east-west streets for equipment storage would reduce the peak period carrying capacity and operations of the street, while Flower Street serves only south-bound downtown traffic and has more capacity to store equipment. Similar to Alternative A, locating construction and grouting activities on 5th Street would result in access impacts to the Los Angeles Central Library and a restaurant business that would need to be closed for the duration of construction.

On Flower Street, grouting equipment would be located directly adjacent to the previously identified visual resources, including the Los Angeles Central Library and Maguire Gardens, California Club, The Standard Hotel, and the Pegasus Apartments.  As a result of the numerous types, amount, and scale of the equipment associated with grouting, this segment of Flower Street would exhibit an altered visual environment.


**Metro**

Regional Connector
Final SEIS Administrative Document/Supplemental ROD

Construction staging locations would be visible to nearby land uses and passersby; however, the construction sites themselves would be sheltered from direct public view by temporary construction barriers. As previously mentioned, highly visible jet grouting equipment, with certain pieces over 100 feet tall that could not be screened, would be located in travel lanes along the east side of Flower Street, from south of 5th Street to just south of 6th Street. As a result of the numerous types, amount, and scale of the equipment associated with jet grouting and mixing, this segment of Flower Street would exhibit an altered visual environment.

As part of the visual character analysis for Alternative B, one KOP was selected that represented a valued view along this segment of Flower Street, and the location where construction conditions along the street would change versus those of the Project. Construction activities in/around the Little Tokyo area remain unchanged, with the exception being the increased length of time of associated construction haul activities due to changes in construction along Flower Street. Figure 4.1-8 illustrates the location of the KOP 3, which is located along Flower Street between 5th and 6th Streets.

**Figure 4.1-8: Location of Flower Street KOP 3**



The before and after views from KOP 3, illustrated in Figures 4.1-9 and 4.1-10, represents public pedestrian, transit rider, and vehicle driver views along Flower Street of valued visual resources such as the Los Angeles Central Library and Maguire Gardens, and the California Club. The figures compare the existing affected environment (before) to the visual character of the use of jet grouting, mixing, and other construction equipment (after). The "after" representation of the construction equipment to be used under Alternative B are considered to be conceptual at this time and may not represent the exact construction conditions that would occur if Alternative B were constructed.

Metro

Regional Connector
Final SEIS Administrative Document/Supplemental ROD

**Figure 4.1-9: Before View of Flower Street Facing Southeast North of 5th Street**



**Figure 4.1-10: After View of Flower Street Facing Southeast North of 5th Street**



**Metro**

Regional Connector
Final SEIS Administrative Document/Supplemental ROD

Although it is not uncommon to have construction activities in a heavily urbanized environment consisting of high- and mid-rise buildings, the construction of Alternative B, including the use of large-scale jet grouting equipment, would noticeably reduce visual quality or alter viewing context from the perspective of KOP 3.  Views of the mature trees of the Citigroup Center Plaza, and Maguire Gardens, as well as the California Club would be disrupted and blocked by construction activities. The visual intrusion of the construction equipment would dominate views for all viewer groups. Furthermore, temporary construction impacts on visual character would be adverse. Mitigation may not be available to reduce these impacts due to the size of the equipment.

Little Tokyo Impacts

For Alternative B, construction activities proposed for the Mangrove site would result in an increased number of muck trucks driving through the Little Tokyo area.  Although the trucks would not impact the visual environment, as views of the truck would be temporary.  Views of the Mangrove site during construction may alter the visual environment for residents, area patrons and employees, as well as passing motorists.  Temporary construction impacts on visual character near the Mangrove site would not be adverse with mitigation similar to the Project. All other visual and aesthetic effects from construction of this alternative would not be substantially adverse.

In summary, unlike the Project which does not require the use of grouting, construction of Alternative B would alter the visual quality of the street due to major equipment being located adjacent to historic properties during the entire duration of grouting, approximately 8 months and possibly up to 16 months. Overall, Alternative B would result in more intense, but temporary impacts to the visual character along Flower Street during construction as compared to the Project. Alternative B would result in temporary construction-related adverse effects on the visual character of Flower Street between 5th and 6th Streets.  Therefore, it would contribute to a temporary cumulative visual character impact.  There would be no impacts, beyond those identified for the Project, in Little Tokyo.

**Nighttime Lighting/Shade and Shadow**

During construction of Alternative B, nighttime lighting would predominantly consist of security lighting that would be directed on-site.  Construction is expected to occur in two shifts per day, while grouting activities are currently anticipated to take place in one ten-hour, daytime shift per day. If the contractor adds a second nighttime grouting shift were added, there would be a potential for nighttime lighting impacts on hotels and businesses along Flower Street. Lighting from construction activity would be limited to the street level, which is currently highly lighted during the night.   These construction impacts would be temporary.

The construction of Alternative B would not result in adverse nighttime lighting or shade and shadow impacts along Flower Street based on a single daytime grouting shift. While there would be an increase in truck activity level and duration in Little Tokyo, the trucks would only be operated during the day. Therefore, this alternative would not contribute to cumulative nighttime lighting or shade and shadow impacts.



### 4.1.3   Mitigation Measures

Mitigation measures to reduce potential visual quality impacts during construction were identified in the Final EIS/EIR for the Project.  Implementation of mitigation measures VA-1 through VA-5 from the Final EIS/EIR would apply for Alternatives A and B.  Below is a summary of the identified mitigation measures and a detailed description can be found in Appendix H:

- VA-1: Co-ordination with station area communities
- VA-2: Appropriate integration of urban design elements for the LRT at the street level
- VA-3: Minimizing lighting impacts during construction through shielding
- VA-4: Appropriately locating stockpiles in less visually sensitive locations
- VA-5: Placement of construction sheds and barricades to avoid obstructing views

Alternatives A and B would have additional visual quality impacts along Flower Street beyond those identified for the Project due to the type, size, and quantity of grouting and support equipment required for construction of these alternatives.  Mitigation may not be available to reduce these impacts during construction due to the size of the equipment.  As with the Project, Alternative A and B would have no adverse effects after implementation of the mitigation measures and the removal of construction grouting equipment.



## 4.2    AIR QUALITY

This section describes the existing air quality conditions in the Project Area from the Final EIS/EIR or Study Are for the SEIS, and the potential impacts from construction of the tunneling method alternatives compared to the Project. This section focuses on the evaluation of the tunnel method alternatives compared to what was previously analyzed as part of the Final EIS/EIR.  The analysis focuses on potential short-term impacts of emissions during construction of the tunneling method alternatives compared to the Project. While short-term construction impacts associated with the Project, Alternative A and Alternative B could result in potentially adverse air quality impacts, operation of the new transit project would result in a long-term air quality benefit compared to existing conditions due to decreased regional vehicle miles travelled.

Operationally, a qualitative assessment found that reduced emissions in some locations for Alternative B, the deeper alternative, would be more than offset by increased emissions associated with long term operational demands entering the 7th/Metro station and slower and less efficient transit operations.

### 4.2.1    Affected Environment

Section 93.123(c)(5) of EPA's Transportation Conformity regulation does not require CO, PM10 and PM2.5 hot-spot analyses for construction-related activities for temporary increases in emissions if such increases occur for less than five years at any individual site. Both construction method alternatives have an expected duration of less than five years. In order to examine potential air quality impacts during construction, this analysis draws on South Coast Air Quality Management District's (SCAQMD) regional CEQA thresholds of significance and Localized Significance Thresholds (LST's).

The air quality area of analysis includes the four-county region covered by the South Coast Air Basin (SoCAB), which includes all of Orange County and the urban, non-desert portions of Los Angeles, Riverside, and San Bernardino Counties.  The SoCAB area has high levels of air pollution, particularly from June through September. Pollutant concentrations in the SoCAB vary by location, season, and time of day. Concentrations of $O_3$, for example, tend to be lower along the coast and in far inland areas of the basin and adjacent desert and higher in and near inland valleys.

Over the past 30 years, substantial progress has been made in reducing air pollution levels in Southern California. Previously, the Environmental Protection Agency (EPA) designated SoCAB as a non-attainment area for all National Ambient Air Quality Standards (NAAQS) except sulfur dioxide ($SO_2$) (the SoCAB was designated as an attainment/maintenance area for $SO_2$ in 1979). The EPA now designates SoCAB as in attainment for nitrogen dioxide ($NO_2$), $SO_2$, and CO. Particulate matter ($PM_{10}$ and $PM_{2.5}$), Pb (lead), and ozone ($O_3$) levels, while reduced substantially from their peak, remain above relevant NAAQS and California Ambient Air Quality Standards (CAAQS), and $PM_{10}$ levels also remain above the CAAQS.



## 4.2.2   Environmental Consequences

In order to compare potential impacts during construction of the tunneling method alternatives to the Project, impacts from construction activities along Flower Street and Little Tokyo were analyzed. Impacts from construction activities for other portions of the Project Area were not analyzed because they would be the same for these alternatives as for the Project. The construction methods that would be employed for each of the alternatives are described in Chapter 2, Alternatives Considered.

Construction emissions from the two tunneling method alternatives were estimated using the same methodology that was used for the Final EIS/EIR, which is described in more detail in the Air Quality Impacts and Health Risk Assessment Technical Memorandum, which is incorporated into the Final EIS/EIR as Appendix Q. The emission calculations include reductions from the mitigation measures listed in Chapter 4.5, Air Quality, of the Final EIS/EIR.

### 4.2.2.1   Alternative A – EPBM/Open Face Shield/SEM Project Profile

Short-term regional and localized air quality impacts generated during construction were evaluated by comparing estimated peak daily emissions to SCAQMD's regional CEQA thresholds of significance and LST's, consistent with the Final EIS/EIR. The emissions estimate includes the following sources: off-road construction equipment, fugitive dust, construction worker commuting, and haul truck transport.

#### 4.2.2.1.1   Construction Impacts

The estimated construction equipment use, soil excavation quantities, number of daily haul truck trips (for removal of excavation materials) and number of construction workers for each phase of Alternative A is listed in Table 4.2-1.

**Air Quality Plan Consistency**

Because construction of Alternative A would not result in a population increase, Alternative A would not conflict with the growth projections used to develop the 2012 Air Quality Management Plan (AQMP). Growth projections from local general plans adopted by cities in the SoCAB and VMT projections developed by the SCAG are some of the inputs used to develop the AQMP. Construction of Alternative A would not conflict with the implementation of the AQMP, and there would be no impact.

**Ambient Air Quality Standard Violation**

Peak daily emissions from activities along Flower Street during construction of Alternative A are compared to SCAQMD's CEQA significance thresholds to evaluate potential regional air quality impact, as presented in Table 4.2-2. The emissions estimate includes the following sources: off-road construction equipment, construction worker commuting, haul truck trips, and fugitive dust from earthmoving activities.

As presented in Table 4.2-2, peak daily emissions for construction activities along Flower Street exceed the SCAQMD's regional CEQA significance threshold for NOx of 100 pounds per day. With implementation of proposed mitigation measures, mass daily emissions of NOx would be reduced but



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

would remain adverse. Therefore, emissions of NOx generated during construction of Alternative A
have the potential to contribute substantially to an existing or projected air quality violation. Regional
air quality impacts related to emissions of NOx remain adverse and unavoidable.

**Table 4.2-1: Estimated Construction Equipment, Soil Excavation, and Vehicle Trips for Alternative A**

| Construction Phase | Construction Equipment | Soil Excavation (cubic yards) | Daily Haul Truck Trips | Construction Workers |
|---|---|---|---|---|
| **Alternative A** | | | | |
| Earth Pressure Boring Under Flower Street, West Bound | 2 dozers (357 hp) 4 excavators(168 hp) 2 cranes (399 hp) 5 flatbeds (479 hp) | 13,917 | 20 | 20 |
| Earth Pressure Boring Under Flower Street, East Bound | 2 dozers (357 hp) 4 excavators(168 hp) 2 cranes (399 hp) 5 flatbeds (479 hp) | 13,917 | 20 | 20 |
| Jet Grouting on Flower Street | 4 drill/injection rigs (755 hp) 4 generators (689 hp) 4 compressors (207 hp) 5 flatbeds (479 hp) | 0 | 0 | 40 |
| Open Face/Shield Tunneling Under Flower Street | 2 dozers (357 hp) 4 excavators(168 hp) 2 cranes (399 hp) 5 flatbeds (479 hp) | 17,373 | 20 | 20 |
| Sequential Excavation Method Tunneling Under Flower Street | 2 dozers (357 hp) 4 excavators(168 hp) 2 cranes (399 hp) 5 flatbeds (479 hp) | 19,097 | 20 | 20 |
| Cut and Cover Along Flower Street | 2 dozers (357 hp) 4 excavators(168 hp) 2 cranes (399 hp) 1 drill rig (291 hp) 5 flatbeds (479 hp) | 20,925 | 20 | 30 |

Source: The Connector Partnership, 2014

With implementation of mitigation measures, construction of Alternative A, similar to the Project,
would still result in a cumulatively considerable contribution to regional air quality. Therefore, regional
air quality impacts under NEPA would be adverse.

Peak daily on-site emissions during each construction phase for Alternative A were also compared with
the emissions from the SCAQMD Localized Significance Thresholds (LST) look-up tables, as



presented in Table 3-4 of the Air Quality Appendix C. The emissions used from the SCAQMD look-up tables were for a one-acre site and a distance of 25 meters to the closest receptor, because these were the smallest size and shortest distance available in the LST look-up tables. Note that the LST values in Tables 3-1 through 3-5 of Appendix C have been updated using the 1-acre values consistent with the guidance from the SCAQMD. However, the updates do not change the impact determination and mitigation measures described in the Draft SEIS and discussed below. Peak daily on-site emissions from construction of Alternative A did not exceed the values from the look-up tables. Therefore, on-site construction emissions from Alternative A would not be anticipated to cause an LST to be exceeded.

**Table 4.2-2: Peak Daily Construction Emissions (Mitigated), lb/day – Alternative A**

| Emission Source | VOC | NOx | CO | SO$_2$ | PM$_{10}$ | PM$_{2.5}$ |
|---|---|---|---|---|---|---|
| Construction Equipment[1] | 45.5 | **307.7** | 360.4 | 1.7 | 7.4 | 0.1 |
| Construction Worker Commuting | 0.2 | 0.6 | 7.0 | 0.0 | 3.3 | 0.0 |
| Haul Trucks | 1.7 | 7.4 | 7.6 | 0.0 | 0.7 | 0.7 |
| Total = | 47 | **316** | 375 | 2 | 11 | 1 |
| SCAQMD Significance Threshold | 75 | 100 | 550 | 150 | 150 | 55 |

Note: Values that exceed the SCAQMD significance threshold are in **bold** and shaded.
[1] Fugitive dust emissions generated during earthmoving activities are included in the daily PM10 and PM2.5 emissions for construction equipment.
Source: AECOM, 2014

**Cumulatively Considerable Air Quality Impact**

The SoCAB is classified as nonattainment for O$_3$, PM$_{10}$ and PM$_{2.5}$. Table 4.2-2 shows that peak daily emissions of NOx, which is an O$_3$ precursor, exceed the SCAQMD's CEQA significance threshold. Therefore, construction of Alternative A could result in a cumulatively considerable net increase of O$_3$ precursor emissions. These impacts would occur over the duration of construction and would be temporary.  Mitigation measures including use of model year 2014 off-road equipment would be implemented, which would reduce NOx construction emissions, but impacts would remain adverse. Thus, the cumulative impact from these emissions is expected to remain adverse and unavoidable.

**Sensitive Receptor Exposure to Substantial Pollutant Concentrations**

Construction activities would include operation of diesel-fueled off-road equipment, resulting in emissions of diesel particulate matter (DPM), a recognized toxic air contaminant (TAC). However, because carcinogenic DPM health risk is estimated using the annual average concentration over long exposure periods (40 to 70 years), the Office of Environmental Health Hazard Assessment (OEHHA) does not suggest estimating carcinogenic health risk for exposure periods less than nine years. Construction of Alternative A, over an estimated duration of approximately 4 years, would be less than the nine-year exposure period indicated by OEHHA. The most conservative distance to evaluate exposure to sensitive receptors is 25 meters (80 feet).  As discussed above, emissions generated



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

during construction of Alternative A would not exceed the LSTs and, therefore, would not substantially affect nearby receptors. The impact would not be adverse.

**Objectionable Odors**

Construction of Alternative A would not result in any major sources of odor, and would not involve operation of any of the common types of facilities that are known to produce odors (e.g., landfill, coffee roaster, wastewater treatment facility). Diesel exhaust, which could be considered an objectionable odor source, would be associated with construction equipment operation, but it would be intermittent and temporary and would dissipate rapidly from the source with an increase in distance. Thus, Alternative A construction would not expose sensitive receptors to odorous impacts, and this impact would not be adverse.

### 4.2.2.2    Alternative B – EPBM/SEM Low Alignment

As described in Section 4.2.2.3, short-term regional and localized air quality impacts generated during construction were evaluated by comparing estimated peak daily emissions to SCAQMD's regional CEQA thresholds of significance and LST's, are consistent with the Final EIS/EIR.

#### 4.2.2.2.1  Construction Impacts

The estimated construction equipment use, soil excavation quantities, number of daily haul truck trips and number of construction workers for each phase of Alternative B is listed in Table 4.2-3.

**Table 4.2-3: Estimated Construction Equipment, Soil Excavation, and Vehicle Trips for Alternative B**

| Construction Phase | Construction Equipment | Soil Excavation (cubic yards) | Daily Haul Truck Trips | Construction Workers |
|---|---|---|---|---|
| **Alternative B** | | | | |
| Earth Pressure Boring Under Flower Street | 2 dozers (357 hp) 4 excavators(168 hp) 2 cranes (399 hp) 5 flatbeds (479 hp) | 44,292 | 20 | 20 |
| Jet Grouting on Flower Street | 2 drill/injection rigs (755 hp) 2 generators (689 hp) 2 compressors (207 hp) 5 flatbeds (479 hp) | 0 | 0 | 20 |
| Sequential Excavation Method Tunneling Under Flower Street | 2 dozers (357 hp) 4 excavators(168 hp) 2 cranes (399 hp) 5 flatbeds (479 hp) | 22,487 | 20 | 20 |



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

**Table 4.2-3: Estimated Construction Equipment, Soil Excavation, and Vehicle Trips for Alternative B**

| Construction Phase | Construction Equipment | Soil Excavation (cubic yards) | Daily Haul Truck Trips | Construction Workers |
|---|---|---|---|---|
| Cut and Cover Along Flower Street | 2 dozers (357 hp)<br>4 excavators(168 hp)<br>2 cranes (399 hp)<br>1 drill rig (291 hp)<br>5 flatbeds (479 hp) | 16,231 | 20 | 30 |

Source: Regional Connector Partnership, 2014

**Air Quality Plan Consistency**

Because construction of Alternative B would not result in a population increase, Alternative B would not conflict with the growth projections used to develop the 2012 AQMP. Growth projections from local general plans adopted by cities in the SoCAB and VMT projections developed by the SCAG are some of the inputs used to develop the AQMP. Construction of Alternative B would not conflict with the implementation of the AQMP, and there would be no impact.

**Ambient Air Quality Standard Violation**

Peak daily emissions from activities along Flower Street during construction of Alternative B were compared to SCAQMD's regional CEQA significance thresholds to evaluate potential air quality impacts, as presented in Table 4.2-4. Peak daily emissions include the following sources: off-road construction equipment, construction worker commuting, haul truck trips, and fugitive dust from earthmoving activities.

**Table 4.2-4: Peak Daily Construction Emissions (Mitigated), lb/day – Alternative B**

| Emission Source | VOC | NOx | CO | SO$_2$ | PM$_{10}$ | PM$_{2.5}$ |
|---|---|---|---|---|---|---|
| Construction Equipment[1] | 37.0 | **186.8** | 256.3 | 1.2 | 4.4 | 4.0 |
| Construction Worker Commuting | 0.1 | 0.4 | 5.3 | 0.0 | 0.1 | 0.3 |
| Haul Trucks | 1.1 | 7.4 | 4.5 | 0.0 | 2.9 | 0.3 |
| Total = | 38 | **195** | 266 | 1 | 7 | 5 |
| SCAQMD Significance Threshold | 75 | 100 | 550 | 150 | 150 | 55 |

Note: Values that exceed significance threshold are in **bold** and shaded.
[1] Fugitive dust emissions generated during earthmoving activities are included in the daily PM10 and PM2.5 emissions for construction equipment.
Source: AECOM, 2014

As presented in Table 4.2-4, peak daily emissions for construction activities along Flower Street exceed the CEQA significance threshold for NOx of 100 pounds per day. With implementation of proposed mitigation measures, mass daily emissions of NOx would be reduced but would remain adverse Therefore, emissions of NOx generated during construction of Alternative B have the potential to



contribute substantially to an existing or projected air quality violation. Regional air quality impacts related to emissions of NOx remain adverse and unavoidable.

With implementation of mitigation measures, emissions of peak daily NOx would not be reduced below a level of significance. With implementation of mitigation measures, construction of Alternative B, similar to the Project, would still result in a cumulatively considerable contribution to regional air quality. Therefore, regional air quality impacts under NEPA would be adverse.

Peak daily on-site emissions during each construction phase for Alternative B were also compared with the emissions from the SCAQMD LST look-up tables, as presented in Table 3-5 of the Air Quality Appendix C. The emissions used from the SCAQMD look-up tables were for a one-acre site and a distance of 25 meters to the closest receptor, because these were the smallest size and shortest distance available in the LST look-up tables. Note that the LST values in Tables 3-1 through 3-5 of Appendix C have been updated using the 1-acre values consistent with the guidance from the SCAQMD. However, the updates do not change the impact determination and mitigation measures described in the Draft SEIS and discussed below. Peak daily on-site emissions from construction of Alternative B would not exceed the values from the look-up tables. Therefore, on-site construction emissions from Alternative B would not be anticipated to cause an LST to be exceeded.

**Cumulatively Considerable Air Quality Impact**

The SoCAB is classified as nonattainment for $O_3$, $PM_{10}$ and $PM_{2.5}$. Table 4.2-4 shows that peak daily emissions of NOx, which is an $O_3$ precursor, exceed the SCAQMD's CEQA significance threshold. Therefore, construction of Alternative B could result in a cumulatively considerable net increase of $O_3$ precursor emissions. These impacts would occur over the duration of construction and would be temporary. Mitigation measures including use of model year 2014 off-road equipment would be implemented, which would reduce NOx construction emissions, but would remain adverse. Thus, the cumulative impact from these emissions is expected to remain adverse and unavoidable.

**Sensitive Receptor Exposure to Substantial Pollutant Concentrations**

Construction activities would include operation of diesel-fueled off-road equipment, resulting in emissions of DPM, a recognized TAC. However, because carcinogenic DPM health risk is estimated using the annual average concentration over long exposure periods (40 to 70 years), OEHHA does not suggest estimating carcinogenic health risk for exposure periods less than nine years. Construction of Alternative B, over an estimated duration of approximately 4 years, would be less than the nine-year exposure period indicated by OEHHA. The most conservative distance to evaluate exposure to sensitive receptors is 25 meters (80 feet). As discussed above, emissions generated during construction of Alternative B would not exceed the LSTs and, therefore, would not substantially affect nearby receptors. The impact would not be adverse.

**Objectionable Odors**

Construction of Alternative B would not result in any major sources of odor, and would not involve operation of any of the common types of facilities that are known to produce odors (e.g., landfill, coffee roaster, wastewater treatment facility). Diesel exhaust, which could be considered an



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

objectionable odor source, would be associated with construction equipment operation, but it would be intermittent and temporary and would dissipate rapidly from the source with an increase in distance.  Thus, Alternative B construction would not expose sensitive receptors to odorous impacts, and this issue would not be adverse.

### 4.2.3    Mitigation Measures

Mitigation measures to reduce the potential regional air quality impacts during construction were identified in the Final EIS/EIR.  Implementation of mitigation measures AQ-1 through AQ-22 from the Final EIS/EIR for the Project would apply for Alternatives A and B.   Below is a summary of these mitigation measures and a detailed description can be found in Appendix H:

- AQ-1: Adherence to  SCAQMD standards for off-road engine emissions
- AQ-2:  Requirement  to  use  equipment  that  meets  current  standards  for  criteria  pollutant emissions
- AQ-3: Adherence to SCAQMD Rule 403 for fugitive dust
- AQ-4: Dirt at construction sites to not exceed 25 feet and street sweeping shall be co-ordinated with local businesses
- AQ-5:  Requirement  of  contractor  to  utilize  SCAQMD  Rule  403  Section (d) (5)  for  material removal
- AQ-6: Haul trucks shall not fill materials all the way to the top during removal of sand, soil, etc
- AQ-7: Haul trucks shall be covered during removal of sand, soil, etc
- AQ-8: Traffic speeds on unpaved roads to be restricted to 15 mph
- AQ-9: Proper implementation of SCAQMD Rule 403 when gusts exceed 25 mph
- AQ-10: Suspension of heavy equipment operations during second stage smog alerts
- AQ-11: Watering and/or covering of on-site debris, dirt, or rusty materials
- AQ-12: Utilization of LADWP electricity rather than diesel or gas generators
- AQ-13: Heavy-duty trucks shall not idle and regular inspections shall be performed
- AQ-14: Construction worker parking shall be configured to minimize traffic interference
- AQ-15: Construction activity that affects traffic flow shall be limited to off-peak hours
- AQ-16: Ongoing maintenance and adherence of specifications of construction equipment
- AQ-17: Dedicated turn lanes for movement of trucks where appropriate
- AQ-18: Requirement of construction equipment to meet EPA standards
- AQ-19: Maintenance and cleanliness of all trucks and construction equipment
- AQ-20: Use of low-sulfur fuel where possible
- AQ-21: Stations and project to be constructed consistent with Energy and Sustainability Policy
- AQ-22: Appropriate detour routes for minimal idling

As with the Project, potentially adverse construction related air quality effects would remain after implementation of these mitigation measures for Alternatives A and B.



## 4.3    CLIMATE CHANGE

This section evaluates the existing climate change conditions and greenhouse gas (GHG) emission levels in the project area, and the potential impacts from construction of the tunneling method alternatives compared to the Project. The analysis only addresses GHG emissions during construction as operations and the associated climate change impacts would be nearly identical under the Project and the tunneling method alternatives.

Regional vehicle miles travelled (VMT) reductions from implementation of the Project and the tunneling method alternatives would result from increased transit ridership and a corresponding reduction in miles travelled from single occupancy vehicles. These reductions in regional VMT would not be substantially impacted by implementation of either of the tunneling method alternatives, which represent variations in construction method only.  For the two tunneling method alternatives, the regional reduction in GHG emissions due to traffic congestion relief is greater than the new emissions associated with operation of the Project and the tunneling method alternatives.  The environmental analysis assumes a conservative, worst-case, condition when determining potential impacts.  Section 4.6, Climate Change, of the Final EIS/EIR describes GHG emissions from existing regional transportation sources in the Project Area and analyzes the potential climate change impacts of the Project.  The Final EIS/EIR determined that no adverse climate change impacts would be associated with the Project since a regional decrease of GHG emissions will result from its implementation.

### 4.3.1    Affected Environment

The following analysis identifies existing GHG emission levels generated by the transportation sector based on 2014 forecasted VMT within the Los Angeles region. Data on VMT in the region and emission factors from the EMFAC2007 model were used to estimate emissions of GHG.  Since the EMFAC model only generates emissions of carbon dioxide ($CO_2$) and methane ($CH_4$), the California Climate Action Registry (CCAR) General Reporting Protocol was used to estimate emissions of nitrous oxide ($N_2O$). Table 4.3-1 summarizes the results of existing, regional GHG emissions from the transportation sector.

**Table 4.3-1: Existing (2014) Conditions – GHG Emissions from Regional Traffic**

| Regional Vehicle Miles Travelled (VMT/yr)[1] | GHG Emission Factor (grams per mile) | | | GHG Emissions (Metric Tons per year) | | | Total (MTCO$_2$e/Yr) |
|---|---|---|---|---|---|---|---|
| | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2$ | $CH_4$ | $N_2O$ | |
| 147,037,695,000 | 365.21 | 0.028 | 0.173 | 53,699,637 | 4,117 | 25,438 | 53,729,191 |
| | Global Warming Potential = | | 1 | 21 | 310 | 61,671,726 | |

Note:
[1] Regional VMT data obtained from the SCAG's 2012-2035 Regional Transportation Plan, Transportation Conformity Analysis Appendix Table 11 (2014 data for SCCAB and SCAB).  Available at:
http://rtpscs.scag.ca.gov/Documents/2012/final/SR/2012fRTP_TransportationConformityReport.pdf .
Source: AECOM, 2014



### 4.3.2   Environmental Consequences

The following discussion summarizes the evaluation of potential climate change adverse effects for each of the tunneling method alternative. Construction of the alternatives and the Project would result in GHG emissions predominately in the form of carbon dioxide ($CO_2$) during operation of construction equipment, excavation materials haul trucks, and worker commuting. Construction emissions were estimated using the California Air Resources Board's (CARB's) OFFROAD and EMFAC emissions model, for diesel and gasoline mobile source emission factors, respectively, and the proposed construction schedule. The GHG emissions from construction are presented for the construction duration of the tunneling method for Alternative A and Alternative B compared to the Project and amortized over the operational lifetime of the project assumed to be 30-years in duration as recommended by the SCAQMD.

#### 4.3.2.1   Alternative A –  EPBM/Open Face Shield/SEM Project Profile

#### 4.3.2.1.1 Construction Impacts

Analysis of potential climate change and GHG-related construction impacts from Alternative A was based on estimated GHG emissions from operation of construction equipment, excavation material haul trucks, and workers commuting to and from the project site.  Estimated GHG emissions that may occur during construction of Alternative A are presented in Table 4.3-2.

**Table 4.3-2: Alternative A – Construction GHG Emissions (2014-2017)**

| GHG Emission Source | Annual GHG Emissions (MTCO2e/yr) | | | | Total Project (MTCO2e/Project) | Amortized Emissions (MTCO2e/30-yr Project Lifetime) |
|---|---|---|---|---|---|---|
| | 2014 | 2015 | 2016 | 2017 | | |
| Construction Equipment | 2,373 | 16,277 | 7,663 | 8,658 | 34,971 | 1,166 |
| Construction Worker Commuting | 20 | 148 | 86 | 94 | 348 | 11 |
| Excavation Materials Haul Trucks | 0 | 119 | 288 | 305 | 712 | 24 |
| Total = | 2,393 | 16,544 | 8,037 | 9,057 | 36,031 | 1,201 |

Source: AECOM, 2014
Note: SCAQMD recommends for construction-related GHG emissions to be amortized over the operational lifetime of the project, which is recommended by SCAQMD as 30-years in duration

Construction of Alternative A along the Flower Street segment would result in a net increase in GHG emissions over a finite period (less than four years).  For this analysis, amortized construction-related GHG emissions were compared to SCAQMD's proposed threshold for industrial projects of 10,000 $MTCO_2e/yr$ to determine impact significance.  As presented in Table 4.3-2, construction of Alternative A would result in approximately 36,031 metric tons of carbon dioxide equivalent ($MTCO_2e$), which



would result in an amortized value of 1,201 MTCO$_2$e. Therefore, GHG emissions generated during construction of Alternative A would not have an adverse effect on climate change.

In addition, the CEQ recommends a reference point of 25,000 MT per year of direct GHG emissions as a "useful indicator" of when federal agencies should evaluate climate change impacts in their NEPA documents.  The amortized construction emissions for Alternative A would be below the threshold recommended by CEQ and therefore further evaluation of climate change impacts are not warranted.

In summary, operation of Alternative A would result in a net decrease in regional GHG emissions. Temporary construction-related GHG emissions, as presented in Table 4.3-2, would be offset by long-term reductions in regional VMT and associated GHG emissions, as presented in Section 4.6, Climate Change, of the Final EIS/EIR.  Furthermore, amortized construction-related GHG emissions for Alternative A would be less than the SCAQMD's proposed threshold for industrial projects of 10,000 MTCO$_2$e/yr. Therefore, project-related GHG emissions resulting from implementation of Alternative A would not have an adverse effect on climate change.

### 4.3.2.2    Alternative B –  EPBM/SEM Low Alignment

### 4.3.2.2.1  Construction Impacts

Analysis of potential climate change and GHG-related construction impacts from Alternative B was based on estimated GHG emissions from operation of construction equipment, excavation material haul trucks, and worker commuting to and from the project site.  Estimated GHG emissions that may occur during construction of Alternative B are presented in Table 4.3-4.

**Table 4.3-3: Alternative B Construction GHG Emissions (2014-2017)**

| GHG Emission Source | Annual GHG Emissions (MTCO2e/yr) | | | | Total Project (MTCO2e/Project) | Amortized Emissions (MTCO2e/30-yr Project Lifetime) |
|---|---|---|---|---|---|---|
| | 2014 | 2015 | 2016 | 2017 | | |
| Construction Equipment | 0 | 9,093 | 10,058 | 4,383 | 23,534 | 784 |
| Construction Worker Commuting | 0 | 81 | 335 | 262 | 678 | 23 |
| Excavation Materials Haul Trucks | 0 | 118 | 508 | 305 | 931 | 31 |
| Total = | 0 | 9,292 | 10,901 | 4,950 | 25,143 | 838 |

Source: AECOM, 2014
Note: SCAQMD recommends for construction-related GHG emissions to be amortized over the operational lifetime of the project, which is recommended by SCAQMD as 30-years in duration


Metro

Regional Connector
Final SEIS Administrative Document/Supplemental ROD

Construction of Alternative B along the Flower Street segment would result in a net increase in GHG emissions over a finite period (three years). For this analysis, amortized construction-related GHG emissions were compared to SCAQMD's proposed threshold for industrial projects of 10,000 $MTCO_2e/yr$ to determine impact significance. As presented in Table 4.3-3, construction of Alternative B would result in approximately 25,143 metric tons of carbon dioxide equivalent ($MTCO_2e/$), which would result in an amortized value of 838 $MTCO_2e$. Therefore, GHG emissions generated during construction of Alternative B would not have an adverse effect on climate change.

In addition, the CEQ recommends a reference point of 25,000 MT per year of direct GHG emissions as a "useful indicator" of when federal agencies should evaluate climate change impacts in their NEPA documents. The amortized construction emissions for Alternative B would be below the threshold recommended by CEQ and therefore further evaluation of climate change impacts are not warranted.

Operation of Alternative B would result in a net decrease in regional GHG emissions. Temporary construction-related GHG emissions, as presented in Table 4.3-3, would be offset by long-term reductions in regional VMT and associated GHG emissions, as presented in Section 4.6, Climate Change, of the Final EIS/EIR. Furthermore, amortized construction-related GHG emissions for Alternative B would be less than the SCAQMD's proposed threshold for industrial projects of 10,000 $MTCO_2e/yr$. Therefore, project-related GHG emissions resulting from implementation of Alternative B would not have an adverse effect on climate change

### 4.3.3   Mitigation Measures

Mitigation measures identified in the Final EIS/EIR, under air quality, including use of newer, more efficient off-road vehicles during construction would result in GHG emission reductions. As described in the analysis above, the long-term reduction in GHG emissions and regional VMT from implementation of the Regional Connector project would result in a net benefit to the regional GHG emissions inventory and associated climate change impacts. Therefore, potential construction-related impacts from the Project or the tunneling method alternatives would not be adverse.



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

## 4.4    NOISE AND VIBRATION

This section discusses the existing noise and vibration environment within the Study Area for the SEIS and evaluates the potential noise and vibration impacts resulting from construction of Alternatives A and B. The construction methods that would be employed for each of the tunneling method alternatives are described in Chapter 2, Alternatives Considered. Operation and operational impacts of Alternatives A and B would be the same as the Project; therefore no operational noise analysis was performed. Noise and vibration conditions and analytical information related to the Project and the entire project alignment is described in Chapter 4.7, Noise and Vibration of the Final EIS/EIR.

### 4.4.1    Affected Environment

During the Final EIS/EIR analysis efforts, noise levels were measured at two locations along Flower Street (Sites 1 and A) and two locations in Little Tokyo at the Savoy apartment building (Sites G and H), as shown in Figure 4.4-1. Although the changes in construction methods on Flower Street are the focus of this noise and vibration analysis, an evaluation of potential impacts to Little Tokyo as a result of increased muck truck activity, was also conducted. Measurements included the following:

- Site 1: A short-term (10-minute) measurement was conducted at Maguire Gardens at the Los Angeles Central Library on Flower Street. A one-hour Leq of 67 dBA was measured at 2:00 PM. and a peak-hour Leq of 68 dBA was estimated at this location based on the 24-hour measurement obtained at the Westin Bonaventure. Noise levels at this location are dominated by traffic noise from Flower and 5th Streets.

- Site A: A 24-hour measurement was conducted on the pool deck of the fourth floor of the Westin Bonaventure on Flower Street. An Ldn of 71 dBA and a peak-hour Leq of 68 dBA was measured at 6:00 AM.

- Site G: A 24-hour measurement was conducted at ground level to approximate noise in certain units of the Savoy Condominium in Little Tokyo where traffic noise levels are dominated by street traffic on Alameda Street. An Ldn of 73 dBA and a peak hour Leq of 75 dBA were measured at 7:00 PM.

- Site H: A 24-hour measurement was conducted at ground level to approximate noise in certain condo units in the Savoy Condominium building where noise levels are dominated by the traffic on 1st Street and train noise from Metro Gold Line operations. An Ldn of 72 dBA and a peak hour Leq of 72 dBA were measured at 7:00 PM.


**Metro**

Regional Connector
Final SEIS Administrative Document/Supplemental ROD

**Figure 4.4-1: Noise Measurement Locations Evaluated in the Final EIS/EIR and this SEIS**



### 4.4.2   Environmental Consequences

Noise and vibration effects during construction of Alternatives A and B were evaluated using the FTA's detailed guidance manual on *Transit Noise and Vibration Impacts Assessment (May 2006).* No operational impacts analysis was included in the SEIS as operations under both alternatives would remain the same as the Project.

Mitigation measures for construction were identified, evaluated, and documented as part of the detailed assessments conducted as part of the Final EIS/EIR. In general, any impact resulting from the construction of Alternatives A and B would require the same or similar mitigation measures as was identified and recommended as part of the Final EIS/EIR.  Therefore, where impacts are predicted during construction, the mitigation measures proposed are based on the control measures identified in the Final EIS/EIR, and other supplementary documents prepared in support of the Project.

### Methodology

The various noise and vibration modeling assumptions, source reference levels for each of the proposed construction equipment and other operating characteristics (such as equipment usage


Metro

factors) are described below. These data are based on FTA data, as well as information included in the Final EIS/EIR and other supplemental support documents.  Qualification of a receptor as "sensitive" under FTA standards depends on the distance of the receptor from the proposed facility, and on the type of facility. Detailed information on significant thresholds is found in Appendix B – Regulatory Framework. In this SEIS effort, the following evaluation parameters were used:

- For each construction scenario, worst case or conservative parameters were applied:
  - All equipment was applied to the closest distance from each of the receptors;
  - Construction activities and phases were evaluated when all potential pieces of equipment were active (Source: Final EIS/EIR, Appendix K: Description of Construction); and receptors;
  - All construction scenarios included drilled holes rather than pile driving.

- Construction equipment noise reference levels and usage factors from both the FTA and the Federal Highway Administration (FHWA) guidelines were used for all noise sources except:
  - Grouting Plant – applied maximum usage of 100 percent; and,
  - Grouting Drill Rigs – applied maximum usage of 100 percent.

Additionally, the analysis considered impacts to historic resources along Flower Street and in Little Tokyo, as identified from the National Historic Register, from the Final EIS/EIR and confirmed in the SEIS.

In the grouting activity scenarios, two grouting plants were assumed for Alternative A and one for Alternative B.  These plants were modeled to include compressors, pumps, generators, a mixing plant, and two grouting drill rigs per plant as discussed in Section 2.3.1, Construction Methods and Staging for Tunneling Method Alternatives, and Figures 2.3-2 and 2.3-3.

Figure 4.4-2 illustrates the Flower Street segment with identified sensitive receptors and construction scenarios which were assumed for this SEIS analysis.  Construction detail considered in the analysis also included muck removal truck volumes developed by taking total trips per day and dividing by the estimated work day.  Additionally, the TBM was assumed to be 22-feet in diameter, and was modeled at the shallowest point of each alternative's vertical alignment in order to capture the maximum predicted noise and vibration caused by the TBM operations at the street level.

Similar to the Project, Alternatives A and B would have two construction staging areas located on the east side of Flower Street: 1) just south of 4th Street; and 2) just south of 5th Street.  In addition to the two construction staging sites, and as shown in Figure 4.4-2: Alternative A would have two grouting plants located on the east side of Flower Street: 1) between 5th and 6th Streets (Grouting Plant 1); and 2) just south of 4th Street (Grouting Plant 2).  Alternative B would have a single grouting plant located between 5th and 6th Streets (Grouting Plant 1).



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

**Figure 4.4-2: Representative Sensitive Receptors and Grouting Areas along Flower Street – Alternatives A and B**



### Little Tokyo

The Mangrove property in Little Tokyo, shown below in Figure 4.4-3, was identified under the Project and remains the location for the removal of the tunnel excavation materials by truck for Alternatives A and B.  For purposes of the noise and vibration analysis, the duration of the construction methods identified for Alternatives A and B was taken into account for identifying impacts to sensitive receptors in the Little Tokyo area, due to extended construction and haul truck activities.  Alternatives A and B would shift a majority of muck truck activities from Flower Street to this site in Little Tokyo and for a longer duration than the Project resulting in increased exposure to truck noise and vibration.   As shown in Table 4.4-1, the construction duration for Alternative A would be 15 months longer than the Project and 7 months longer for Alternative B.

**Table 4.4-1: Summary of Construction Impacts**

| Alternative | Muck Truck Activity | | Excavation Duration |
|---|---|---|---|
| | Flower Street | Little Tokyo | Difference over Project (Months) |
| Project | 81% | 19% | -- |
| Alternative A | 25% | 75% | 15 |
| Alternative B | 20% | 80% | 7 |

**Metro**

**Figure 4.4-3: Representative Sensitive Receptor at the Staging Area in Little Tokyo**



#### 4.4.2.1    Alternative A – EPBM/Open Face Shield/SEM Project Profile

#### 4.4.2.1.1  Construction Impacts

Under Alternative A, maximum cumulative noise levels ($L_{eq}$) from street and surface construction activities along Flower Street are predicted to occur from the construction and grouting staging sites that would be located in front of the Maguire Gardens and the Los Angeles Central Library, and between 4th and 5th Streets adjacent to the Citigroup Center and The Westin Bonaventure Hotel.

The construction noise levels under Alternative A are anticipated to be 3 to 6 dBA greater than the levels predicted under the Project.  The increase in noise levels is due to the use of four grouting rigs required by this alternative to provide ground stabilization.  Grouting activities would operate from: 1) a joint construction and grouting staging site located between 4th and 5th Streets; and 2) a grout plant located adjacent to the construction staging area between 5th and 6th Streets.  Construction is expected to occur in two shifts per day, while grouting activities are currently planned to take place in one ten-hour, daytime shift per day for a 12 month time period, possibly extending up to 24 months due to unforeseen underground conditions. Depending on the final contractor work schedule, a second nighttime grouting shift may be added.

Metro

Except for Maguire Gardens, all of the identified sensitive receptors include indoor land uses. Although the noise levels predicted at the exterior facade of the Flower Street buildings would be reduced for interior spaces due to the buildings' transmission loss of 20 to 25 dBA, implementation of the control measures identified in the Final EIS/EIR are recommended to minimize any exceedances of the FTA construction noise criteria. Mitigating noise generated by grouting equipment would be challenging due to the size of the equipment, with the grouting rigs more than 100 feet in height.

Implementation of mitigation measures identified for the Project would reduce adverse noise effects to sensitive or historic buildings to not substantially adverse, though impacts would remain due to the size of the grouting equipment.  Due to daytime-only grouting operations, construction of Alternative A is expected to result in noise levels below the "severe" impacts level identified by FTA noise criteria, and would not result in adverse noise effects on sensitive land uses under NEPA. Refer to Appendix F for noise and vibration prediction model outputs for Alternative A.

Under Alternative A, maximum vibration levels from both surface and tunneling construction activities are predicted to range from 0.003 in/sec PPV at the Los Angeles Central Library to 0.118 in/s PPV at the Westin Bonaventure Hotel.  The higher vibration level at the Westin Bonaventure Hotel is due to the TBM operations, which are estimated to occur approximately 45 feet from the hotel's Flower Street building edge, and at a higher depth than that of the Project at approximately 30 feet below street level. Overall, the construction vibration levels under Alternative A are predicted to be essentially equal to the levels predicted under the Project. No exceedances of the vibration damage threshold of 0.5 in/sec for sensitive properties or 0.2 in/sec for fragile historic properties are predicted.  Similarly, most of the identified receptors include indoor land-uses, except for Maguire Gardens. With regard to the physical structure of the gardens, Alternative A would not result in any adverse effects or damage due to construction-related activities. Therefore, the ground-borne vibration levels predicted at the Los Angeles Central Library's exterior façade would not be adverse due to the coupling loss at the building's foundation of approximately 10 VdB.

In summary, adverse noise or vibration effects from construction of Alternative A to sensitive land uses or historic resources are not anticipated. The Little Tokyo alignment remains unchanged; however the duration of construction noise would be extended.

### 4.4.2.2    Alternative B – EPBM/SEM Low Alignment

### 4.4.2.2.1 Construction Impacts

Under Alternative B, the construction noise levels are predicted to be 6 to 7 dBA greater than the noise levels predicted under the Project.  The increase in noise levels is due to the use of two grouting rigs required by this alternative to provide ground stabilization.  Grouting activities would operate from a single joint construction and grouting staging site located on the east side of Flower Street between 4th and 5th Streets.  Construction is expected to occur in two shifts per day, while grouting activities are currently planned to take place in one ten-hour, daytime shift per day for an 8 month time period, possibly extending up to 16 months due to unforeseen underground conditions. Depending on the final contractor work schedule, a second nighttime grouting shift may be added.


Metro

Except for Maguire Gardens, all of the selected receptors include indoor land uses. Similar to Alternative B, Although the noise levels predicted at the exterior facade of the Flower Street buildings would be reduced for interior spaces due to the buildings' transmission loss of 20 to 25 dBA, implementation of the control measures identified in the Final EIS/EIR are recommended to minimize any exceedances of the FTA construction noise criteria.  Mitigating noise generated by grouting equipment would be challenging due to the size of the equipment, with the grouting rigs more than 100 feet in height. With daytime operation of the grouting equipment, noise effects would be below "severe" impact levels identified under FTA criteria.

Implementation of mitigation measures identified for the Project would reduce adverse noise effects to sensitive or historic buildings to not substantially adverse, though impacts would remain due to the size of the grouting equipment.  Due to daytime-only grouting operations, construction of Alternative B is expected to result in noise levels below the "severe" impacts level identified by FTA noise criteria, and would not result in adverse noise effects on sensitive land uses under NEPA. Refer to Appendix F for noise and vibration prediction model outputs for Alternative A.

Under Alternative B, the construction vibration levels from both surface and tunneling construction activities are predicted to be essentially equal to the levels predicted under the Project. No exceedances of the vibration damage threshold of 0.5 in/sec for sensitive properties or 0.2 in/sec for fragile historic properties are predicted.  Similarly, most of the selected receptors include indoor land-uses (except Maguire Gardens at Site R5).  Therefore, the ground-borne vibration levels predicted at the exterior facade of the Los Angeles Central Library would not be adverse due to the coupling loss at the building's foundation of approximately 10 VdB.

In summary, adverse noise or vibration effects from construction of Alternative B to sensitive land uses or historic resources are not anticipated. The Little Tokyo alignment remains unchanged; however the duration of construction noise would be extended.

### 4.4.3   Mitigation Measures

Mitigation measures to reduce potential noise and vibration impacts during construction were identified in the Final EIS/EIR.  Implementation of mitigation measures NV-1 through NV-29 from the Final EIS/EIR for the Project would apply for Alternatives A and B. Below is a summary of these mitigation measures, and a detailed description can be found in Appendix H:

- NV-1: Monitoring for sensitive and/or historic structures within 21 feet of construction
- NV-2: Preparation of vibration monitoring plan for sensitive buildings
- NV-3: Appropriate distances maintained during construction to vibration-sensitive locations
- NV-4: Use of less vibration-sensitive equipment near sensitive locations
- NV-5: Heavy construction vehicles routed away from vibration-sensitive locations
- NV-6: Earthmoving equipment to be operated far from vibration-sensitive locations
- NV-7: Sequencing of vibration producing construction activities
- NV-8: Avoidance of nighttime construction near vibration-sensitive locations
- NV-9: Use of minimal impact devices


Metro

- NV-10: Use of non-impact demolition methods near vibration-sensitive locations
- NV-11: Use of building protection measures to prevent deterioration
- NV-12: Use of pavement breakers, vibratory rollers, and packers far from sensitive locations
- NV-13: Appropriate procedures for noise complaints and measures to reduce construction noise below FTA criteria
- NV-14: Temporary noise barriers around construction sites and equipment
- NV-15: Use of back-up alarms/warning procedures where feasible
- NV-16: Use of mufflers for construction equipment near sensitive land uses
- NV-17: Portable noise sheds for smaller construction equipment
- NV-18: Specific requirements in/around vicinity of the Walt Disney Concert Hall
- NV-19: Maintenance and operation of TBM by contractor to minimize vibration impacts
- NV-20: Coordination and notification of TBM use in/around vicinity of Disney Concert Hall, Colburn School, and Broad Art Foundation Museum
- NV-21: Delivery train speed in/around Disney Concert Hall, Colburn School, and Broad Art Foundation Museum
- NV-22: Use of resilient system to support and fasten delivery train tracks
- NV-23: Use of conveyor system on delivery train if exceedances of FTA annoyance criteria
- NV-24: Coordination of delivery train during vacancies at Disney Concert Hall, Colburn School, and Broad Art Foundation Museum
- NV-25: Coordination and notification of tunneling activities prior to commencement
- NV-26: Appropriate notification strategies in/around Little Tokyo and monitoring ground borne noise (GBN)/ground borne vibration (GBV) levels during TBM activity
- NV-27: Implementation of measures around Disney Concert Hall and Colburn School as needed to reduce GBN
- NV-28: During final design, conduct engineering studies to verify GBN and implement appropriate measures if needed, in/around Hikari Lofts and Nakamura Tetsujiro Building
- NV-29: During final design, conduct engineering studies to verify GBN and implement appropriate measures if needed, in/around the Japanese Village Plaza and Broad Art Foundation Museum.

As with the Project, there would be no potentially construction-related adverse effects after implementation of these mitigation measures for Alternatives A and B. However, the alternatives may have additional noise impacts along Flower Street beyond those identified for the Project due to the size and type of grouting and support equipment required for ground stabilization. Additionally, Alternative A and B would increase the muck truck activity in Little Tokyo for a longer duration than the Project.



## 4.5   GEOTECHNICAL, SUBSURFACE, AND SEISMIC HAZARDS

This section discusses the geology, soils, seismicity, hazardous materials, and subsurface obstructions along Flower Street, and evaluates their potential impacts on the construction and operation of Alternatives A and B.  The information presented in this section is based on the following documents that provided the basis for the Final EIS/EIR:

1. Geotechnical-Subsurface-Seismic-Hazardous Materials Technical Memorandum (Appendix U) in the Metro Regional Connector Transit Corridor Final EIS/EIR.

2. Final Geotechnical Data Report, Rev. 1 (GDR), Regional Connector Transit Corridor Project, March 30, 2013.

3. Geotechnical Baseline Report, Rev. 1a (GBR), Regional Connector Transit Corridor Project, August 1, 2013.

### 4.5.1   Affected Environment

Generally, conditions related to geologic, subsurface, seismicity, and hazardous materials along the Flower Street portion of the Project and two tunneling method alternatives have remained unchanged from those discussed in the Final EIS/EIR Chapter 4.09 Geotechnical/Subsurface/Seismic/Hazardous Materials and in Appendix U in the Final EIS/EIR.  This section provides a more focused discussion on the Flower Street conditions, and the construction techniques considered for the two tunneling method alternatives and evaluation of potential impacts.  There are no construction changes to the Little Tokyo portion of the project due to the two tunneling method alternatives.

#### 4.5.1.1   Geology

Along the Flower Street segment of the alignment, alluvium and fill materials overlie the Fernando Formation consisting primarily of weak to very weak clayey siltstone.  The alluvial deposit consists of interlayered silty clays, sandy silts, clayey sands, and silty sands with some sand layers containing variable gravel and few cobbles. The fill materials consist of a mixture of gravel, sand, silt, and clay mixed with construction debris. The depth of fill material varies along Flower Street with the maximum fill depth estimated to be about 40 feet below ground surface.  Occasional boulders are also present in the alluvium.  The principal geologic conditions on Flower Street that control tunneling risk are: groundwater, geologic interface of different soil or weak rock strata, and hazardous gases.

Groundwater seepage at relatively shallow depths (ranging from approximately 15 to 35 feet below ground surface) was encountered in geotechnical borings drilled for the many building sites lining Flower Street between 5th and 7th Streets.  Within the lower portion of the alluvial deposits adjacent to Flower Street between 2nd and 5th Streets, groundwater (most probably perched above the Fernando Formation) has been reported at depths from approximately 18 to 27 feet below ground surface, which is close to or within the tunnel vertical alignment horizon.  Groundwater problems would be magnified at the alluvium-Fernando interface.

Along Flower Street, the geologic interface of alluvial soils over the weak rock of Fernando Formation, as illustrated in Figure 4.5-1, is a geologic tunneling hazard. If tunneling is located fully below the


**Metro**

geological interface, and there is some Fernando Formation between the tunnel and interface, there exists a reduced potential hazard.  If the interface is located just above the tunnel, or within the face of the tunnel being excavated, the hazard is that the alluvial materials would run uncontrolled into the tunnel during construction. With the presence of ground water, this condition would cause an uncontrolled flow into the tunnel under construction. Tunneling through alluvium conditions with open face or SEM techniques has a high risk of losing control of the tunneling face due to the lack of face support, which can result in an uncontrolled flow of alluvium and other soils into the tunnel.  The uncontrolled flow of soils into the tunnel creates a void in front of and above the tunnel heading causing substantial subsidence of the ground surface including possible sink holes open to the surface. Additionally, the void created in an uncontrolled flow of material into the tunnel can cause significant settlement and damage to existing utilities and adjacent structures. Most importantly, an uncontrolled flow of ground into the tunnel creates a serious safety hazard with a potential for serious injuries or death to the underground construction workers and public on the surface.

Geologic conditions may be mitigated by grouting to create non-running/non-flowing ground conditions, or by using another method, such as use of earth pressure balance machines (EPBMs), which inherently can safely address with Flower Street segment geotechnical conditions. The *Final Flower Street Tunneling Method Alternatives Report (2015)* identified that even when jet grouting is used, substantial risks of utility damages would remain due to the grouting operation, along with risks of excessive settlement and tunnel failures due to incomplete coverage of the grouted mass or migration of groundwater along abandoned tie-backs located under Flower Street.

Methane and hydrogen sulfide ($H_2S$) are anticipated to be encountered as described in the Geotechnical Baseline Report (GBR) prepared for the Final EIS/EIR, and experienced on recent construction projects in the project area (Wilshire Grand Plaza at 7th Street/Figueroa Street).  Several sections of the tunnels are to be constructed through Methane Buffer Zones.  Cal/OSHA has classified all of the underground construction for the Regional Connector project as "potentially gassy." Geotechnical investigations performed during Advanced Conceptual Engineering, Preliminary Engineering, and Advanced Preliminary Engineering indicate the various presence of methane gas ($CH_4$) and hydrogen sulfide ($H_2S$) in the ground along Flower Street.  For example, a maximum field $H_2S$ reading of 5 parts per million (ppm) was detected in Boring E2-2, which is located near the intersection of Flower Street and 3rd Street. Close to this location, a methane gas concentration of 1,000 ppm was detected in Boring MB2.  In addition, a methane gas concentration as high as 87 percent was detected during the basement excavation of the Los Angeles Central Library located on the southeast corner of Flower Street and 5th Street.  Hydrogen sulfide is highly toxic and could result in human health effects to individuals who are exposed, particularly construction workers.  Methane is explosive if allowed to accumulate to a range of five to twelve percent at atmospheric oxygen level.

Metro Rail Design Criteria (MRDC) requires specific underground designs where gassy conditions are present.  In order to prevent the entry of gases into the tunnel and underground stations, a gas barrier must be incorporated into the design either with the use of EPBMs, and installation of a double-gasket, segmental precast tunnel lining, or encasing the station and tunnel cast-in-place structures with a high density polyethylene (HDPE) membrane.



### 4.5.2   Environmental Consequences

The following sections summarize the evaluation of potential impacts of geotechnical conditions, soils, seismicity, hazardous materials, and subsurface obstructions that would occur with construction of Alternatives A and B.

#### 4.5.2.1   Alternative A – EPBM/Open Face Shield/SEM Project Profile

In this alternative, EPBM-bored tunnels would be constructed following the Project alignment to south of 4th Street, with open-face shield tunnel excavation from 4th Street to 5th Street, and SEM tunnel construction from 5th Street to the 7th Street/Metro Center Station tail tracks structure.

Sequential Excavation Method (SEM) tunneling for the segment south of 4th Street would allow for removal of tie-backs through the face of the shield or within the SEM excavation. However, without the undertaking of special mitigating measures, such as complete ground stabilization, Alternative A would have a high level of risk of tunnel face instability with the potential for soil runs during tunneling by open-face shield or SEM, particularly when dealing with the tie-backs under Flower Street. The open-face shield section of the alignment would occur in the diminishing thickness of the Fernando Formation above the shield.  There would be approximately five feet of Fernando Formation cover above the open-face shield section.

In addition, the top of the Fernando Formation is an erosional surface, and the geologic profile is based on a limited number of borings.  Thus the thickness of the Fernando Formation above the tunnel has uncertainty and the stability of the ground surface on Flower Street is not guaranteed. Significant ground improvement would be required as previously discussed in Chapter 2, Alternatives Considered. For the SEM portion of the tunneling, the single twin-track tunnel diameter is very large and the tunnel would have varying amounts of mixed face geologic conditions in the tunnel heading. In this situation, there would be a high risk of creating sinkholes or subsidence on Flower Street. Ground improvement by jet grouting would be required for Alternative A.  Mitigation of impacts may not be successful given the complexity and severity of the Flower Street underground conditions.

The jet grouting for the SEM portion of this alternative would require drilling grout holes on a six-by-six foot pattern throughout the area to be grouted as illustrated in Figure 2.3-1.  Grout holes would extend from the ground surface through weak fill and alluvial soils to just into the relatively stronger Fernando Formation.  A 50-foot-wide zone in Flower Street would be grouted and requires setting up a grout plant on Flower Street. Depending on the number of required grout holes, two to four drill rigs would be utilized to drill and grout.  For Alternative A, a total of approximately 1,900 grout holes would be drilled and grouted.

Although jet grouting would improve the ground conditions for ground control during SEM tunneling, significant risk of ground loss and excessive settlement due to SEM would remain, and these risks cannot be mitigated. This is primarily because grouting must be done through a series of borings designed to have overlapping grout columns.  Given mixed face soil conditions, ground water inflows and ground loss can still occur which would damage utilities and existing buildings, basements, and other structures and pose a safety threat to workers, the public, and construction operations.  Also,



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

with the significant number of existing utilities under the street and with a dense grout pipe pattern required, the existing utilities would have a high risk of being damaged by the high pressure grouting operation, which could result in adverse impacts or interruption of utility services even before the tunneling starts. Alternative A is not located within the 100-year flood hazard area.

Due to the potential gassy conditions under Flower Street, using SEM tunneling, or open-shield TBM, would increase risks of hazardous gas for construction and likely require significant additional measures to mitigate these safety issues. An open face shield allows hazardous gasses into the tunnel at the tunnel face. SEM has greater safety risk of gas on account of greater exposure to the excavated ground. Whereas hazardous gas can be safely handled in a cut and cover excavation, a SEM-mined cavern would need significant ventilation to meet Cal/OSHA standards.

**Figure 4.5-1: Flower Street Subsurface Conditions**



In summary, construction of Alternative A would require ground improvement along Flower Street utilizing jet grouting for mitigation of mixed face instability and potential excess ground settlements associated with Open Face Shield and SEM tunneling. The risk assessment provided in *Final Flower Street Tunneling Method Alternatives Report (2015)* identified that even when jet grouting is used, a high level of risk resulting in utility damages would remain due to the grouting operation, along with the high level risks of excessive settlement and tunnel failures due to incomplete coverage of the grouted mass or migration of groundwater along abandoned tie-backs located under Flower Street.

Implementation of Alternative A would result in high risk of adverse effects due to mixed face instability and potential excess ground loss, settlement, and sinkholes.

### 4.5.2.2   Alternative B – EPBM/SEM Low Alignment

For this alternative, EPBM-bored tunnels would be constructed on a deep alignment to south of 5th Street transitioning to SEM tunneling from south of 5th Street to the 7th Street/Metro Center Station



tail tracks.  The EPBM-bored tunnels would be extended to south of 5th Street in a deeper alignment to avoid abandoned tie-backs.  The EPBM would be disassembled and removed through the tunnel to the Mangrove portal site with the EPBM shield left in place. For the SEM tunneling section, the single twin-track tunnel has a larger diameter and the tunnel will have varying amounts of mixed face geologic conditions in the tunnel heading. In this situation, there would be a high risk of creating sinkholes or subsidence on Flower Street.  Ground improvement by jet grouting would be required for Alternative B, with approximately 1,000 grout holes required as illustrated in Figure 2.3-1.

With extension of tunneling further south to the 7th Street/Metro Center Station tail tracks structure through the use of SEM, there would be a significant increase in the amount of excavated materials being handled through the Mangrove site in Little Tokyo over the Project conditions. Cut and cover excavation materials would be handled from locations along Flower Street under the Project, while tunnel muck from the EPBM and SEM operations would be handled through Little Tokyo.

In addition, due to the potential gassy conditions under Flower Street, using SEM tunneling would have a high level of construction risks related to hazardous gas and likely require significant additional measures to mitigate these safety issues.  SEM would also have a higher level of safety risk for workers due to gas conditions from the greater exposure to excavated ground.  Whereas hazardous gas can be safely handled in a cut and cover excavation, a SEM-excavated cavern would require significant ventilation to meet Cal/OSHA standards. Alternative B is not located within the 100-year flood hazard area.

In summary, construction of Alternative B would require ground improvement along Flower Street utilizing jet grouting for mitigation of mixed face instability and potential excess ground settlements associated with SEM tunneling. The risk assessment provided in the *Final Flower Street Tunneling Method Alternatives Report (2015)* identified that even when jet grouting is used, a high level risk of utility damages would remain due to the grouting operation, along with the risks of excessive settlement and tunnel failures due to incomplete coverage of the grouted mass or migration of groundwater along tie-backs located under Flower Street.

Implementation of Alternative B would result in a high risk of adverse effects due to mixed face soils instability and potential excess ground loss, settlement, and sinkholes.

### 4.5.3 Mitigation Measures

Mitigation measures to reduce potential geotechnical impacts during construction were identified in the Final EIS/EIR for the Project; implementation of mitigation measures GT-1 through GT-21 would apply for Alternatives A and B.  Below is a summary of these mitigation measures and a detailed description can be found in Appendix H:

- GT-1: Before construction, survey of structures and geotechnical/ settlement monitoring plans in place as well as gathering of soil data during and after final design
- GT-2: Use of ground improvement methods such as grouting where potential settlement during excavation



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

- GT-3: Grouting of tunnel alignment prior to construction to minimize settlement
- GT-4: Monitoring of settlement and leveling surveys prior to tunneling to monitor ground movement
- GT-5: Description of tunneling monitoring requirements in contract documents and soil documentation of soils encountered during construction in Geotechnical Baseline Report
- GT-6: Preparation of a Contaminated Soil/Groundwater Management Plan
- GT-7: Notification to appropriate agencies if contaminated soil or groundwater is encountered
- GT-8: Sampling of soil and/or groundwater if impacted by hazardous materials
- GT-9: Procedures for proper handling of contaminated soil and/or groundwater with regulatory agencies
- GT-10: Use of dust control measures shall be implemented for contaminated soil
- GT-11: Proper collection, treatment, and discharge of groundwater per applicable standards
- GT-12: Preparation of a Worker Health and Safety Plan
- GT-13: Appropriate measures, such as impermeable grout, to avoid spreading of contaminated groundwater
- GT-14: Testing for subsurface gases conducted along all portions of underground alignment
- GT-15: Construction will be consistent with City of Los Angeles Methane Mitigation Standards
- GT-16: Specialized excavation methods shall be implemented to protect workers and public
- GT-17: Surveying of asbestos prior to demolition and appropriate removal
- GT-18: Implementation by contractor of Best Management Practices (BMPs)
- GT-19: Consistency with municipal code requirements for structures within methane/buffer zones
- GT-20: Development by Metro of an Environmental Site Assessment program
- GT-21: Development and implementation of plans by Metro for pre-demolition and demolition abatement of hazardous building materials

The mitigated impacts of Alternatives A and B are expected to be greater than those of the Project, as even when jet grouting is used, the possibility of substantial risk of utility damages due to the grouting operation and excessive settlement would remain high.



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

**Table 4.5-1:  Summary of Benefits and Challenges of Alternative A and B**

| Alternative | Description | Advantages | Disadvantages |
|---|---|---|---|
| Alternative A | • EPBM to 4th Street<br>• Open face shield TBM to 5th Street<br>• SEM from 5th to 7th Street/Metro Center Station<br>• Depth to top of rail: 40'<br>• 2nd/Hope Station depth: 96' | • Total amount of excavation materials is reduced due to replacement of cut and cover section. | • High risk of excessive settlement on Flower Street due to removal of existing tie-backs encountered by digger shield and SEM.<br>• Removal of tie-backs encountered by digger shield and SEM would be time consuming and result in a significant delay to the project schedule.<br>• Jet grouting is required to mitigate ground instability for digger shield and SEM excavations.<br>• High risk of sinkholes and subsidence on Flower Street exists because of the large SEM cross section and potential imperfection of grouted ground mass; risk of tunnel collapse cannot be mitigated.<br>• High risk of existing utilities being damaged due to jet grouting operations.<br>• High risk of hazardous gas impacts due to open face shield and SEM excavations.<br>• Major increase in tunnel spoils handled through Mangrove Site; would result in higher level of environmental impacts in Little Tokyo. |
| Alternative B | • EPBM to south of 5th  Street<br>• SEM from 5th Street to 7th Street/ Metro Center<br>• Depth to top of rail: 40' to 105' (at sag)<br>• 2nd/Hope Station depth: 128' | • Total amount of excavation materials is reduced due to replacement of cut and cover section.<br>• Conflicts with existing tie-backs between 3rd and 4th Streets would be minimized. | • Jet grouting is required to mitigate ground instability for SEM section.<br>• High risk of sinkholes and subsidence on Flower Street exists because of the large SEM cross section and potential imperfection of grouted ground mass; risk of tunnel collapse cannot be mitigated.<br>• High risk of existing utilities being damaged due to jet grouting operation<br>• High risk of hazardous gas impacts due to SEM excavations.<br>• 2nd/Hope Station depth increase of 32 feet would increase project construction cost.<br>• Major increase in spoils handled through Mangrove Site; would result in higher level of environmental impacts in Little Tokyo. |

Note:  EPBM – earth pressure balance tunnel boring machine; SEM – sequential excavation method



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

## 4.6    ENERGY RESOURCES

This section evaluates the existing energy resources in the Project Area, and the energy usage impacts from construction of the tunneling method alternatives compared to the Project. The analysis only addresses energy usage during construction because operations of the Project and the evaluated alternatives would have nearly identical associated energy resource impacts. The environmental analysis assumes a conservative, worst-case, condition when determining potential impacts. Section 4.11, Energy Resources of the Final EIS/EIR describes energy demand of existing transportation sources in the project area and analyzes the potential energy resource impacts of the Project.  This section focuses on the evaluation of construction methods along Flower Street compared to what was previously analyzed for the Project in Final EIS/EIR.

### 4.6.1    Affected Environment

This section identifies existing annual energy usage by the transportation sector within the Los Angeles region.  Transportation in Los Angeles County continues to be dominated by single-occupancy automobiles.  In 2010, 72.3 percent of all people in the Southern California region drove alone to work (US Census Bureau). High percentages of single-occupancy vehicles result in higher vehicle miles travelled (VMT) throughout the state. In turn, high VMT translates into high energy use and increased air pollutants throughout the Southern California Association of Government (SCAG) region.

Metro's electricity use is split between powering the rail system and its transit facilities (Metro 2009). For both rail and facility electricity requirements, Metro buys power from the Los Angeles Department of Water and Power (LADWP), Southern California Edison (SCE), and Pasadena Water and Power (Metro 2009b). In 2008, Metro rail consumed 175 million kilowatt hours (kWh) of electricity (approximately 597 billion British Thermal Units [BTUs]) and Metro facilities consumed 69 million kWh (approximately 235 thousand BTUs) (Metro 2009).  Metro would purchase additional electricity from its current providers to operate the proposed project. Metro's *2009 Baseline Sustainability Report* presents goals and recommendations for tracking and improving these performance measures. Appendix W, Energy Resources Technical Memorandum in the Final EIS/EIR provides detailed information regarding existing energy supplies and usage.

### 4.6.2    Environmental Consequences

The following discussion summarizes the evaluation of potential energy resource impacts for the tunneling method alternatives.  Energy impact conclusions for each alternative are based on the significance criteria identified in Appendix B – Regulatory Framework.

In order to compare potential energy resource impacts during construction of the tunneling method alternatives to the Project, energy use impacts from construction activities along Flower Street and the associated construction activities at Little Tokyo were analyzed. Impacts from construction activities for other portions of the Regional Connector project were not analyzed as they would be the same for the evaluated alternatives as for the Project in the Final EIS/EIR.



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

Construction-related impacts from the evaluated alternatives and the Project were estimated using the Input-Output Approach developed by The California Department of Transportation (Caltrans, 1983), which is the same methodology used for the Final EIS/EIR, and is described in Appendix W of the Final EIS/EIR.  This method assigns an energy-to-dollar ratio to various roadway construction activities, which converts construction dollars into energy consumption.  Construction-related impacts were estimated by applying a highway construction energy factor to the total estimated direct construction cost for the evaluated alternatives and the Project; indirect cost including contractor fees and schedule delay costs were not considered in this analysis.  The estimated construction costs, in 2013 dollars, were based on engineering assumptions and unit price per construction component.

### 4.6.2.1    Alternative A – EPBM/Open Face Shield/SEM Project Profile

#### 4.6.2.1.1  Construction Impacts

Analysis of potential energy resource-related construction impacts was based on direct costs estimated for construction of Alternative A. Indirect costs such as contractor markup fees and schedule delay costs do not contribute to energy consumption and therefore were not considered in the analysis. Potential energy impacts that may occur during construction of Alternative A are presented in Table 4.6-1.  The energy impacts for Alternative A would be temporary for the 15 month extension in duration of construction activities.

**Table 4.6-1:  Estimated Energy Consumption from Construction for Alternatives A and B**

| Construction Description | Construction Year Dollars (thousands)[1] | Energy Consumption Factor (Btu/2013$) | Total Btu Consumption[2] (billions) |
|---|---|---|---|
| **Alternative A** | | | |
| Flower Street: <br> • EPBM with Open Face Shield tunnel excavation <br> • SEM tunnel construction | $64,359 | 5,017 | 323 |
| **Alternative B:** | | | |
| Flower Street: <br> • EPBM <br> • SEM tunnel construction | $58,726 | 5,017 | 295 |

Acronyms: Btu = British thermal unit; Btu/2013$ = British thermal unit per 2013 dollars; EPBM = earth pressure balance machine; SEM = sequential excavation method
Note:
1.  Construction year dollars were estimated based on unit price as of 2013.  Construction costs presented in the table do not include indirect costs associated with contractor markup fees and project schedule delay costs.
2.  Inputs and supporting energy calculations are provided in Appendix B.
Source: AECOM 2014

In summary, construction of Alternative A would result in short-term, temporary energy usage within the project area due to fuel and electricity usage during equipment operation.  The short-term energy usage would be offset by the energy resource benefits from project operation due to reduced VMT from commuter vehicles.  As the long-term energy resource benefits exceed the short-term energy



usage impacts during construction, the construction-related energy resource impacts would not be adverse.

### 4.6.2.2    Alternative B –  EPBM/SEM Low Alignment

#### 4.6.2.2.1 Construction Impacts

Analysis of potential energy resource-related construction impacts was based on direct costs estimated for construction of Alternative B. Indirect costs such as contractor markup fees and schedule delay costs do not contribute to energy consumption and therefore were not considered in the analysis. Potential energy impacts that may occur during construction of Alternative B are presented in Table 4.6-1. The energy impacts for Alternative B would be temporary for the seven month extension in duration of construction activities.

In summary, construction of Alternative B would result in short-term, temporary energy usage within the project area due to fuel and electricity usage during equipment operation. The short-term energy usage would be offset by the energy resource benefits from project operation due to reduced VMT from commuter vehicles. As the long-term energy resource benefits exceed the short-term energy usage impacts during construction, the construction-related energy resource impacts would not be adverse.

### 4.6.3    Mitigation Measures

Mitigation measures identified in the Final EIS/EIR, under air quality, including use of newer, more efficient off-road vehicles would result in reduced energy consumption and ensure energy resources were not consumed in an a wasteful or inefficient manner.  As described in this analysis, the long-term reduction in energy use from implementation of the Regional Connector project would result in a net benefit to existing energy resources.



## 4.7    HISTORIC RESOURCES

This section evaluates potential impacts of Alternatives A and B to historic properties along Flower Street and in Little Tokyo. The Final EIS/EIR identified the baseline condition for historic resources within a Project Area of Potential Effects (APE). The Flower Street and Little Tokyo areas, which together comprise the APE of the two alternatives evaluated in this SEIS, were included in the Project APE. As the baseline condition is essentially unchanged since approval of the Final EIS/EIR, it is used herein for the current impact assessment. Historic resources were defined as built environment, archaeological, and paleontological resources. The affected environment for archaeological resources and paleontological resources was considered further only for potential additional impacts related to the change in the vertical limits of excavation under Alternative B (excavation under Alternative A would remain within the limits of the Project APE). In this SEIS, only built environment historic resources located in the APE of the two alternatives have been revisited for potential project impacts or effects. The current study describes the built environment historic properties within the SEIS Study Area, a subset of the Project APE located along Flower Street and in Little Tokyo.

The SEIS is intended to meet the requirements of the court order (as discussed in Chapter 1) to provide information on the construction method alternatives that were previously withdrawn from consideration. There is no change to the APE of the Project. However, information on the SEIS and the construction method alternatives and their potential impacts to historic resources were provided to SHPO. There are no changes to the APE relating to the tunneling method alternatives nor is there potential for Alternatives A and B to have impacts on historic properties that may be different from those identified in the Final EIS/EIR for the Project. The Final EIS/EIR states that in areas where new underground tunnel boring machine segments will be constructed, avoidance of paleontological resources will not be feasible.

For archaeological resources, five possible resources are identified in the Project Area in the Final EIS/EIR, including the Los Angeles Zanja System which crosses Flower Street south of 9th Street. Along Flower Street segment of the Regional Connector project, possible archaeological impacts are not anticipated to occur due to the ground conditions, which consist of fill from other downtown locations to support development in this portion of the street corridor. This corridor has been heavily-developed since the early 1920s, which also would have destroyed any archeological resources that may have been located in the area.  From a historic resource perspective, the former Pacific Electric tunnel will be negatively impacted by any underground project on Flower Street. However, any additional impacts on archaeological resources would be minimized with implementation of the established mitigation measures in the Memorandum of Agreement (MOA) between Metro and the State Historic Preservation Officer (SHPO), in the Mitigation Monitoring and Reporting Program (MMRP) for the Project (see Section 8, Mitigation Monitoring and Reporting Program, of the Final EIS/EIR), and in the Cultural Resources Mitigation Management Plan (CRMMP).

**Metro**

Regional Connector
Final SEIS Administrative Document/Supplemental ROD

The potential impacts on historic properties that are further considered are those caused by noise and vibration generated from the construction and operation of the project. As Alternatives A and B propose different construction methods and some modifications to the vertical and horizontal alignment along Flower Street, the potential impacts of these alternatives on historic properties may be different from those identified in the Final EIS/EIR for the Project. Supplemental noise and vibration analysis for these tunneling method alternatives has been performed as discussed in Section 4.4, Noise and Vibration Technical Report. In addition, analysis for potential impacts on visual quality caused by the two tunneling method alternatives was conducted as discussed in Section 4.1, Visual Quality.

This section references the mitigation measures for historic properties under NHPA Section 106 in the MOA between Metro and SHPO, and mitigation measures carried forward and included in the MMRP for the Project (see Section 8, Mitigation Monitoring and Reporting Program, of the Final EIS/EIR) and in the CRMMP for historic properties under NHPA and NEPA.

### 4.7.1   Affected Environment

#### 4.7.1.1  SEIS Study Area

FTA and Metro, with concurrence from SHPO as part of Section 106 consultation, established the original Area of Potential Effect (APE) to ensure identification of historic properties under NEPA and NHPA that may be directly or indirectly affected by the project. The APE was analyzed in the Final EIS/EIR. Changes to the APE relating to the Project and the tunneling method alternatives were submitted to SHPO.

Because the tunneling method alternatives propose different construction methods within the same project location, the SEIS Study Area is a focused sub-area within the APE where those changed construction methods would be used.  Figures 4.7-1 and 4.7-2 show the SEIS Study Area within a portion of the APE.  The map illustrates the project APE with the boundaries of the "direct APE" and an "indirect APE" to show the limits of ground disturbance and adjacent areas in the project vicinity that may be impacted. This differentiation is only for informational purposes, as the established APE included both the direct and indirect areas. The direct APE is the area where resources would be physically impacted by construction activities, while the indirect APE includes the larger area where project impacts might include pollutant noise and vibration impacts to historic properties, changes to their visual or historic setting, or limitations on access during construction. The maps also show the location of built environment resources that were identified as historic properties under NEPA and NHPA in the Final EIS/EIR.

#### 4.7.1.2  Built Environment Resources

Sixteen historic properties that were identified by the Project analysis are located within the SEIS Study Area.  These were identified and evaluated through intensive survey. An analysis of the potential adverse effects to historic properties under NHPA was also conducted in support of the Final EIS/EIR. On June 1, 2010, SHPO concurred with FTA's determination of eligibility and finding of effects. The built environment technical studies and SHPO correspondence that supported these results are contained in the Final EIS/EIR. For the current analysis, because the results of the Project analysis are



less than five years old, and there have been no apparent changes to the historic properties in the APE, the affected environment in the Project analysis is used as the baseline in the SEIS analysis.

The SEIS Study Area contains 16 historic properties (15 of which are individual buildings or structures) that are either listed in or determined eligible for listing in the NRHP (Table 4.7-1). This includes the Little Tokyo Historic District, of which ten contributing buildings are located within the SEIS Study Area (see Figure 4.7-2). Therefore, there are 16 historic properties composed of 25 historic buildings or structures within the analysis area.

### 4.7.2   Environmental Consequences

The following analysis examines potential adverse effects of the tunneling method alternatives to historic properties. The Regulatory Framework for the analysis can be found in Appendix B - Regulatory Framework. This analysis also incorporates the findings of the Section 4.7 Noise and Vibration, from the Final EIS/EIR, to inform the assessment of potential impacts and effects related to ground borne vibration (GBV) and ground borne noise (GBN) on historic properties and it also incorporates the findings of the visual quality analysis related to potential visual intrusion on historic properties.



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

**Figure 4.7-1: SEIS Study Area – Flower Street**



Metro

Regional Connector
Final SEIS Administrative Document/Supplemental ROD

**Figure 4.7-2: SEIS Study Area – Little Tokyo**



Metro

Regional Connector
Final SEIS Administrative Document/Supplemental ROD

**Table 4.7-1: Historic Properties within the SEIS Study Area**

| Resource Name | Address | NRHP Eligibility | Distance to the Alignment |
|---|---|---|---|
| Barker Brothers | 818 West 7th Street | Eligible | 30 ft |
| Fine Arts Building | 811 W. 7th Street | Eligible | 76 ft |
| Engine Company No. 28 | 644 S. Figueroa Street | Listed | 206 ft |
| Roosevelt Building | 727 West 7th Street | Listed | 5 ft |
| General Petroleum-Mobil Oil Building | 612 South Flower Street | Listed | 10 ft |
| Tishman 615 Building, Wildflower Building | 811 Wilshire Blvd. | Eligible | 27 ft |
| Superior Oil Company Building | 550 South Flower Street | Listed | 13 ft |
| The California Club | 538 South Flower Street | Eligible | 38 ft |
| Los Angeles Central Library | 630 West 5th Street | Listed | 255 ft |
| 2nd Street Tunnel, Bridge (tunnel) #53C 1318 | 2nd Street, between Grand Avenue and Figueroa Street | Eligible | Crosses over alignment |
| Walt Disney Concert Hall | 111 South Grand Avenue | Eligible | 77 ft |
| Little Tokyo Historic District (10 contributing buildings, below) | Various (bounded by San Pedro Street, 1st Avenue, and Central Avenue) | Listed (National Historic Landmark) | |
| *Japanese Union Church of Los Angeles* | *120 North San Pedro Street* | *Listed* | *658 ft* |
| *San Pedro Firm Building* | *108-116 North San Pedro Street* | *Listed* | *585 ft* |
| *Mark Kuwata Real Estate* | *301 East 1st Street, 104-106 North San Pedro Street, 104-106 Judge John Aiso Street* | *Eligible* | *472 ft* |
| *1-3 story commercial building, Anzen Hardware* | *309-313 East 1st Street* | *Listed* | *472 ft* |
| *1-3 story commercial building, Little Tokyo Hotel* | *325 East 1st Street* | *Listed* | *448 ft* |
| *1-3 story commercial building, Ace Japanese Restaurant* | *331-335 East 1st Street* | *Listed* | *453 ft* |
| *A. Sperl Building* | *337-339 East 1st Street* | *Listed* | *440 ft* |
| *3+ story commercial building, Daimora Hotel* | *341-345 East 1st Street* | *Listed* | *421 ft* |
| *Far East Café Building* | *347-353 East 1st Street* | *Listed* | *300 ft* |
| *Former Nishi Hongwanji Buddhist Temple* | *119 North Central Avenue* | *Listed* | *181 ft* |
| Koyasan Buddhist Temple | 342 East 1st Street | Eligible | 105 ft |
| John A. Roebling's Sons Co. | 216 South Alameda Street | Eligible | 828 ft |
| J.R. Newberry Company Building | 900 East 1st Street | Eligible | 170 ft |
| 1st Street Viaduct | 1st Street between Vignes Street and Mission Road | Eligible | 1,173 ft |

Note: The California SHPO concurred with FTA's determination of eligibility for these properties on June 1, 2010.



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

No changes to the proposed demolition, partial take, subsurface easement, or alteration of a historic property is anticipated within the SEIS Study Area under the Project and two tunneling method alternatives. Short-term impacts from construction including dirt, unintended damage, traffic congestion, limited parking and access, and visual changes are anticipated to be temporary. The Project analysis indicated that Metro would employ BMPs to minimize these changes and they should be short-term. These conditions are the same under the tunneling method alternatives. Cumulative impacts to built environment historic properties are not anticipated to change from the Project conditions, and can be found in Section 4.19 Cumulative Impacts, in the Final EIS/EIR.

**Noise and Vibration**

Historic properties that are close to the cut and cover construction activities and which may be affected by construction-related vibration include:

- Barker Brothers
- Roosevelt Building
- General Petroleum-Mobil Oil Building (The Pegasus Apartments)
- Superior Oil Building (The Standard Hotel)
- The California Club
- Los Angeles Central Library
- 2nd Street Tunnel
- Walt Disney Concert Hall

In the Project analysis, detailed potential GBN impacts resulting from the operation of the Project were identified at the Walt Disney Concert Hall, in addition to other sensitive historic buildings. Both "frequent" one Light Rail Transit (LRT) vehicle pass-by scenarios and "occasional/infrequent" two LRT vehicle pass-by scenarios would occur, generating GBN levels that would potentially exceed the FTA annoyance criterion for the Walt Disney Concert Hall. Project operation would result in GBV levels that would not exceed the FTA criteria for the most sensitive use at the Walt Disney Concert Hall. Mitigation measures were confirmed to reduce the GBN impact. Moderate noise effects/impacts from other project activities would not exceed the FTA criteria; therefore, no adverse effects to historic properties are anticipated from project operations in the Project analysis after implementation of confirmed mitigation measures in the MOA and MMRP.

**Visual Quality**

The Project analysis concluded that the construction activities occurring aboveground would only temporarily alter the visual character and setting of historic properties along Flower Street and in Little Tokyo. Temporary construction staging locations and equipment would be visible, but would not have a permanent adverse effect that would diminish the integrity of the historic properties. Therefore, there would be no adverse effects from visual intrusion related to the construction of the project.

**Differential Settlement**

The Project analysis identified cut and cover and TBM construction activities may have potential differential settlement impacts on historic properties/historic resources. According to the Description



of Construction in the Final EIS/EIR, buildings situated near cut and cover and tunneling excavation that would be susceptible to differential settlement include:

- Superior Oil Company Building (now The Standard Hotel)
- The California Club
- 2nd Street Tunnel
- Walt Disney Concert Hall
- Former Nishi Hongwanji Buddhist Temple (Little Tokyo Historic District)

The MOA and the MMRP outline several mitigation measures related to the protection of historic properties including measures to address potential noise and vibration and differential settlement.

### 4.7.2.1    Alternative A – EPBM/Open Face Shield/SEM Project Profile

The two tunneling method alternatives would be built entirely with tunneling construction techniques and, based on the Final EIS/EIR findings, would have impacts on paleontological resources. Under Alternative A, which has a vertical profile similar to the Project, in areas where new underground EPBM/Open Face Shield/SEM segments would be constructed, avoidance of impacts to paleontological resources will not be feasible.

Nevertheless, any new impacts along the Flower Street segment Alternative A would be minimized with the implementation of mitigation measures included in the Final EIS/EIR and the protocols defined in the project Paleontological Monitoring and Mitigation Plan.

#### 4.7.2.1.1  Construction Impacts

**Noise and Vibration**

Under Alternative A, the construction noise levels are predicted to be 3 to 6 dBA greater than the levels predicted under the Project due to the presence of grouting along Flower Street (see Section 4.4, Noise and Vibration). No exceedances of the vibration damage threshold of 0.5 in/sec for sensitive properties or 0.2 in/sec for fragile historic properties are predicted.

**Differential Settlement**

As discussed in Section 4.5 Geotechnical, Subsurface and Seismic Hazards, risk of ground loss and excessive settlement due to the open-face Shield and SEM tunneling will remain even when jet grouting is employed to improve the ground conditions along Flower Street. The risk of tunnel collapse cannot be ruled out. This is because grout columns do not always overlap in practice and there is no guarantee that all of the ground within the columns will be adequately grouted. Groundwater inflows and ground loss can still occur which could damage utilities and existing buildings, basements, structures and provide a safety threat to workers, the public, and building operations.

**Visual Quality**

As discussed in Section 4.1 Visual Quality, although Alternative A would noticeably reduce visual quality or alter the viewing context of historic properties along Flower Street due to the presence of



large and tall grouting equipment, the impact would be temporary and would not result in an adverse
effect once construction equipment was removed.

### 4.7.2.1.2  Section 106 Effects Analysis for Historic Properties

Alternative A does not pose any additional effects to historic properties in the SEIS Study Area. The
resulting impacts and effects would be essentially the same as previously analyzed. There would be no
additional adverse effects with implementation of confirmed mitigation measures identified in the
MMRP and MOA Implementation of the MMRP and MOA would specify the requirements for pre- and
post-construction surveys, geotechnical investigations, building protection measures, and TBM
specifications. Mitigation measures for noise and vibration during operation and construction would
further reduce potential effects to historic properties so they fall below FTA impact threshold criteria
for noise and vibration. If these mitigation measures are properly implemented, construction of this
alternative would not directly alter a characteristic of these historic properties in a manner that would
diminish the integrity of the historic properties' location, design, setting, materials, workmanship,
feeling, or association.

Alternative A would have adverse impacts on archaeological resources that would not be feasible to
mitigate, and thus the construction and cumulative impact will be adverse and unavoidable.

### 4.7.2.2    Alternative B – EPBM/SEM Low Alignment

#### 4.7.2.2.1   Construction Impacts

The two tunneling method alternatives would be built entirely with tunneling construction techniques
and, based on the Final EIS/EIR findings, would have unavoidable impacts on paleontological
resources. Alternative B would potentially have greater impact on paleontological resources than the
Project due to a deeper vertical profile that would be 45 or 65 feet deeper, respectively, along the Flower
Street segment and 32 feet deeper, respectively, at the 2nd/Hope Station location. On the basis of
current geologic maps, the surface geology underlying the Flower Street segment is almost entirely
Younger Quaternary alluvial-fan deposits of low paleontological sensitivity. However, these deposits
likely overly Older Quaternary alluvial deposits of Pleistocene age with the potential to contain
vertebrate fossils. The potential sensitivity of these deposits increases with depth. Therefore, the
potential for Alternative B to impact paleontological deposits is greater than that of the Project. In
addition, the mapped surface geology underlying the 2nd/Hope Station location is a composite of
paleontologically sensitive Puente and Fernando Formations bordered by Older Quaternary alluvium to
the east. Both the Puente and Fernando Formations were identified in the Final EIS/EIR as having high
paleontological sensitivity with the potential to contain marine and terrestrial mammals and other
fossils. Deeper excavations into these formations have the potential to impact paleontological
resources that would not be impacted by the shallower excavations planned for the Project. Avoidance
of paleontological resources would not be feasible.

Nevertheless, any new impacts along the Flower Street segment and at the planned 2nd/Hope Station
location caused by the deeper vertical profile proposed for Alternative B would be minimized with the



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

implementation of mitigation measures included in the Final EIS/EIR and the protocols defined in the
project Paleontological Monitoring and Mitigation Plan.

**Noise and Vibration**

Under Alternative B, the construction noise levels are predicted to be 6 to 7 dBA greater than the noise
levels predicted under the Project due to the presence of grouting activity along Flower Street. . No
exceedances of the vibration damage threshold of 0.5 in/sec for sensitive properties or 0.2 in/sec for
fragile historic properties are predicted.

**Differential Settlement**

Qualitatively, EPBM-bored tunneling typically causes less differential settlement impact on adjacent
buildings and structures than cut and cover construction. Therefore, the extension of the EPBM-bored
tunnel to south of 5th Street under this alternative would reduce the different settlement impacts on
some historic properties located adjacent to this EPBM-bored tunnel section (but would be adjacent to
cut and cover section under the Project). However, risk of ground loss and excessive settlement due to
SEM tunneling will remain even when jet grouting is employed to improve the ground conditions
along Flower Street. The risk of tunnel collapse cannot be ruled out. This is because grout columns do
not always overlap in practice and there is no guarantee that all of the ground within the columns will
be adequately grouted. Groundwater inflows and ground loss can still occur which could damage
utilities and existing buildings, basements, structures and provide a safety threat to workers, the
public, and building operations.

**Visual Quality**

Under Alternative B, a larger amount of excavated materials from the Flower Street portion of the
project would be handled from Little Tokyo. Unlike the Project, the construction of Alternative B would
also include the use of jet grouting equipment associated with the SEM construction technique
proposed along Flower Street from south of 5th Street to just south of 6th Street. Highly visible jet
grouting equipment would be located generally along the eastern traffic lanes of Flower Street, from
south of 5th Street to 6th Street.  Although Alternative B construction would noticeably reduce visual
quality or alter the viewing context of historic properties, it would be a temporary impact, and would
not result in an adverse effect once construction equipment was removed.

**4.7.2.2.2  Section 106 Effects Analysis for Historic Properties**

Alternative B does not pose any additional impacts or effects to historic properties in the SEIS Study
Area. The resulting impacts and effects would be essentially the same as previously analyzed and
identified for the Project. There would be no additional adverse effects with implementation of
confirmed mitigation measures identified in the MMRP and MOA. Implementation of the MMRP and
MOA would specify the requirements for pre- and post-construction surveys, geotechnical
investigations, building protection measures, and TBM specifications. Mitigation measures for noise
and vibration during operation and construction would further reduce potential effects to historic
properties so they fall below FTA impact threshold criteria for noise and vibration. If these mitigation
measures are properly implemented, construction of this alternative would not directly alter a


Metro

Regional Connector
Final SEIS Administrative Document/Supplemental ROD

characteristic of these historic properties in a manner that would diminish the integrity of the historic properties' location, design, setting, materials, workmanship, feeling, or association.

Alternative B would have adverse impacts on archaeological resources that would not be feasible to mitigate, due to the use of EPBM for a longer segment along Flower Street versus Alternative A in addition to the deeper vertical depth, and thus the construction and cumulative impact will be adverse and unavoidable.

### 4.7.3 Mitigation Measures

Implementation of mitigation measures CR/B-1 through CR/B-6, CR/A-1 through CR/A-6, CR/P-1 through CR/P-6,  from the Final EIS/EIR for the Project would apply for Alternatives A and B.  Below is a summary of these mitigation measures and a detailed description can be found in Appendix H:

- CR/B-1: Appropriate documentation and co-ordination with historic resource archives to adversely affected properties/resources
- CR/B-2: Surveying of historic properties and/or resources within 21 feet of vibration producing construction
- CR/B-3: Review of historical protection measures by qualified architectural historian
- CR/B-4: Reference to MOA and specific requirements for historic properties adversely impacted
- CR/B-5: Removal and incorporation of historic buildings for 1st/Central Station
- CR/B-6: Proper protection from dirt for adjacent historic properties
- CR/A-1: Construction personnel to be trained by qualified lead archaeologist
- CR/A-2: Presence of archaeological monitor during ground-disturbing activities
- CR/A-3: Native American cultural resources consultant to be present during ground-disturbing activities
- CR/A-4: Halting of work should human remains be found during ground-disturbing activities
- CR/A-5: Preparation of an Archaeological Resource Management Report with findings
- CR/A-6: Appropriate identification and documentation program for any disturbance of historic resources
- CR/P-1: Preparation of a Paleontological Monitoring Report by a qualified paleontologist with monitoring specifications
- CR/P-2: Monitoring of Puente Formation, Fernando Formation, and Quatemary alluvium and deposits during construction
- CR/P-3: The use of field data forms at fossil locals for samples and collections
- CR/P-4: Testing for microfossils at Puente Formation and Fernando Formation
- CR/P-5: Recovered fossils to be listed in database and repositioned at the Natural History Museum (NHM) of Los Angeles
- CR/P-6: Paleontologist to prepare final monitoring and mitigation report


Metro

## 4.8  ENVIRONMENTAL JUSTICE

This section describes the existing Environmental Justice communities in the Study Area for the SEIS and presents the results of the evaluation of the potential construction impacts of the tunneling method alternatives. The environmental analysis assumes a conservative, worst-case, condition when determining potential impacts. Background information in this section is based on the Environmental Justice Technical Memorandum (Appendix EE) and Section 4.17 Environmental Justice Impacts presented in the Final EIS/EIR.

### 4.8.1   Affected Environment

This section describes the affected environment as it relates to an analysis of environmental justice for the two tunneling method alternatives being analyzed in this SEIS. General construction activities for the Project for locations other than along Flower Street and the Mangrove site area in Little Tokyo remain unchanged from the Final EIS/EIR.

The general boundaries of the Study Area are illustrated in Figure 4.8-1. While the Study Area encompasses those census blocks within the general boundaries, the purpose of this SEIS effort is to analyze potential impacts of the two tunneling method alternatives. Environmental justice analysis conducted for the two tunneling alternatives pertains specifically to those populations located along Flower Street and in Little Tokyo.

The affected environment along Flower Street includes the alignment-adjacent areas of the Financial District and Bunker Hill in downtown Los Angeles. These areas are characterized largely by business activities with high rise office buildings, hotels, and commercial properties.  A limited number of high rise apartment buildings are located on Flower Street, along with the Los Angeles Public Library, the California Club, and smaller ground floor retail businesses. The Mangrove portal site is located on the eastern edge of Little Tokyo – a thriving historic and cultural destination characterized by a mix of retail businesses, housing, and cultural institutions.

The Final EIS/EIR was based on 2008 census information. The analytical information presented and used in this SEIS has been updated to reflect 2010 census information, which has identified significant growth in downtown residential population and employment since 2008.

**Minority Populations**

The racial and ethnic character of the populations within the Study Area by census block is listed in Table 4.8-1 (Racial and Ethnic Character by Census Block, 2008 to 2012), and shown on Figure 4.8-1 (Minority Populations in the Study Area by Census Block, 2008 to 2012).  Based on U.S. Census Bureau data, all census block groups in the study area were identified as environmental justice areas due to higher minority averages in comparison to the surrounding community (i.e., Los Angeles County), or because 50 percent or more of the population was considered minority. However, census blocks are much larger than the area affected by the Project and tunneling method alternatives.  Field



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

work confirmed that the Flower Street corridor is predominantly commercial and has limited residents, while Little Tokyo is an identified environmental justice community.

**Table 4.8-1:  Racial and Ethnic Character by Census Block, 2008 to 2012**

| Census Tract | Census Block Group | Total Population | White | Black or African American | Asian | Hispanic or Latino | Amer. Indian/ Alaskan Native | Nat. Hawaiian/ Other Pacific Islander | Other Races | Two or More Races | Percent Minority |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2060.31 | 1 | 2,088 | 31.4% | 4.8% | 50.1% | 9.2% | 0.1% | 0.1% | 0.6% | 3.7% | **68.6%** |
| 2062 | 1 | 1,028 | 16.4% | 47.5% | 2.4% | 31.1% | 0.7% | 0.1% | 0.1% | 1.7% | **83.6%** |
| 2062 | 2 | 2,358 | 10.4% | 16.5% | 55.8% | 14.5% | 0.3% | 0.1% | 0.2% | 2.3% | **89.6%** |
| 2073.01 | 1 | 1,115 | 34.5% | 24.5% | 10.6% | 25.2% | 1.0% | 0.1% | 0.2% | 4.0% | **65.5%** |
| 2073.01 | 2 | 3,406 | 38.1% | 18.8% | 17.5% | 19.4% | 0.9% | 0.2% | 0.3% | 4.8% | **61.9%** |
| 2073.02 | 1 | 2,209 | 48.7% | 18.4% | 8.9% | 17.5% | 1.0% | 0.0% | 0.4% | 5.3% | **51.4%** |
| 2073.02 | 2 | 1,501 | 45.6% | 20.0% | 9.6% | 19.7% | 1.1% | 0.1% | 0.6% | 3.3% | **54.4%** |
| 2074 | 1 | 1,363 | 20.6% | 21.9% | 7.3% | 48.4% | 0.3% | 0.0% | 0.2% | 1.3% | **79.4%** |
| 2075.01 | 1 | 2,218 | 27.6% | 7.9% | 46.3% | 14.5% | 0.3% | 0.1% | 0.2% | 3.1% | **72.5%** |
| 2075.02 | 1 | 2,589 | 19.9% | 4.9% | 60.0% | 12.4% | 0.1% | 0.2% | 0.2% | 2.4% | **80.2%** |
| 2077.1 | 1 | 2,490 | 35.0% | 11.7% | 34.5% | 15.5% | 0.2% | 0.2% | 0.2% | 2.7% | **65.0%** |
| **Total Study Area** | | **22,446** | **30.4%** | **15.6%** | **31.1%** | **18.6%** | **0.5%** | **0.1%** | **0.3%** | **3.3%** | **69.6%** |
| Los Angeles County | | 9,818,605 | 27.8% | 8.3% | 13.5% | 47.7% | 0.2% | 0.2% | 0.3% | 2.0% | **72.2%** |

Note: EJ – Environmental Justice; N/A – Not Applicable

Source: U.S. Census Bureau, American Community Survey 5-Year Estimate (2008-2012)



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

**Figure 4.8-1: Minority Populations in the Study Area by Census Block, 2008 to 2012**





**Metro**

Regional Connector
Final SEIS Administrative Document/Supplemental ROD

**Low-Income Households**

The median household income and households living below the poverty level (i.e., low-income households) within the Study Area are listed in Table 4.8-2 (Low-Income Households by Census Block, 2008 to 2012) and shown on Figure 4.8-2 (Low-Income Households in the Project Area by Census Block, 2008 to 2012).  The average median household income is $32,076. Table 4.8-2 also shows the percentage of households in each block group that are transit-dependent. All census block groups except one have greater percentages of transit-dependent households than Los Angeles County. Field work identifies that the project-adjacent areas of Flower Street and Little Tokyo do not appear to meet the criterion of being below the Los Angeles County median income level, as there is no low-income housing, rather both areas have only moderate and high rent housing.

**Table 4.8-2: Low-Income Households by Census Block, 2008 to 2012**

| Census Tract | Census Block Group | Total Households | Median Household Income | Percent Households Living Below Poverty Level | Percent Households Transit-Dependent |
|---|---|---|---|---|---|
| 2060.31 | 1 | 932 | $61,042 | 18.9% | 7.0% |
| 2062 | 1 | 226 | $4,589 | 76.6% | 88.1% |
| 2062 | 2 | 1,204 | $17,320 | 36.5% | 47.3% |
| 2073.01 | 1 | 861 | $7,682 | 65.7% | 74.0% |
| 2073.01 | 2 | 2,191 | $21,753 | 31.5% | 46.4% |
| 2073.02 | 1 | 1,266 | $32,241 | 24.0% | 24.6% |
| 2073.02 | 2 | 890 | $30,990 | 37.2% | 49.7% |
| 2074 | 1 | 15 | $10,795 | 100.0% | 100.0% |
| 2075.01 | 1 | 1,353 | $56,169 | 8.1% | 22.5% |
| 2075.02 | 1 | 1,741 | $19,698 | 35.8% | 41.6% |
| 2077.1 | 1 | 1,553 | $51,803 | 19.3% | 30.4% |
| **Total Study Area** | | **12,232** | **$32,076** | **30.5%** | **38.9%** |
| Los Angeles County | | 3,218,511 | $56,241 | 15.6% | 9.7% |

Notes: EJ – Environmental Justice; N/A – Not Applicable
Source: U.S. Census Bureau, American Community Survey 5-Year Estimate (2008-2012)

**Little Tokyo**

Los Angeles's Little Tokyo is one of only three remaining "Japantowns" in the US, and is a historic cultural center of national importance.  Prior to World War II, Little Tokyo was the largest Japanese American community in the country.  Its Japanese-American population has since decreased in size as a majority of the Japanese-American population has migrated to the suburbs, but Little Tokyo remains a historic and cultural focal point for Japanese Americans both in Los Angeles and throughout the US. It houses important cultural institutions, such as the Japanese American National Museum (JANM),



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

and a portion of the neighborhood is designated as a historic district on the National Register of Historic Places.  Impacts to Little Tokyo would affect not only local residents, but also the cultural footings of Japanese-Americans nationwide.

Throughout the planning and environmental review process for the Regional Connector project, residents of Little Tokyo have continuously expressed concern that construction of the project alternatives would negatively affect the community's cultural identity and economic viability. The Little Tokyo community has experience based on the impacts from the three-year construction effort for the Metro Gold Line Eastside Extension.  This included the construction of a new Little Tokyo/Arts District Station, as well as construction along Alameda Street between US-101 and 1st Street.

## 4.8.2   Environmental Consequences

This section summarizes the potential construction impacts of the two tunneling method alternatives evaluated in this SEIS as compared to the Project.  The mitigation measures identified in the Final EIS/EIR for the Project would apply for Alternative A and B, and are described below in Section 4.8.3.

### 4.8.2.1   Alternative A – EPBM/Open Face Shield/SEM Project Profile

#### 4.8.2.1.1  Construction Impacts

**Transit**

Under Alternative A , there are no impacts to transit services in Little Tokyo beyond those identified for the Project. A majority of the potential construction impacts of Alternative A would be temporary and unavoidable. There would be no disproportionate adverse effect to Little Tokyo EJ populations with implementation of mitigation measures.

**Traffic Circulation**

Construction of Alternative A would increase the excavation truck trips in Little Tokyo from 19 percent under the Project to 75 percent, and would occur for 15 months longer than the Project. Under Alternative A, the number of trucks using the Flower Street route would decrease to approximately 10 trucks per day, while the number of trucks using the Little Tokyo haul routes would increase to approximately 30 trucks per day.  Although the Level of Service (LOS) in the affected roadway segments would remain unchanged, travel times are expected to increase for vehicles traveling along the Little Tokyo haul routes. These increased travel times in and around Little Tokyo would be disproportionately borne by this community.

In summary, Alternative A would have a disproportionate adverse effect to the environmental justice population in Little Tokyo due to increased truck activity, and the longer duration of that truck activity as compared to the Project. This adverse effect would be temporary and unavoidable. This would be a disproportionate adverse effect to the Little Tokyo EJ community.

**Parking**

Parking impacts identified during construction of the Project would remain unchanged under construction of Alternative A.  Parking would be adverse only in the Little Tokyo community portion of



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

the alignment, but, there would be no disproportionate adverse effect to EJ populations with implementation of mitigation measures.

## Other Modes

Pedestrian access to adjoining properties in Little Tokyo and bicycle traffic movements would be maintained during construction of Alternative A; however, portions of sidewalks may be temporarily closed adjacent to construction locations. Temporary closures of sidewalks and crosswalks may be necessary. Lane reductions and street closures would restrict bicycle traffic flow during construction. Impacts would be reduced after implementation of proposed mitigation. There would be no disproportionate adverse effect to EJ populations with implementation of mitigation measures.

## Visual Quality

As described in Section 4.1, construction of Alternative A would not result in impacts to scenic resources or in nighttime lighting or shade and shadow impacts over the Project in Little Tokyo. Construction equipment and staging set ups for Alternative A would have an adverse effect, however they would be temporary. Therefore, there would be no disproportionate adverse effect to EJ populations with implementation of mitigation measures.

## Air Quality

As described in Section 4.2, along with Sections 2.3 and 3.0, during construction of Alternative A there may be no additional truck impacts to Little Tokyo beyond those of the Project. There would be an increase in the number and duration of daily truck traffic handling tunnel muck materials from the Flower Street segment. These impacts will not be adverse or have a disproportionate adverse effect on EJ populations with implementation of mitigation measures.



**Figure 4.8-2: Low-Income Households in the Study Area by Census Block, 2008 to 2012**



Metro

**Noise and Vibration**

As discussed in Section 4.4, Alternative A would shift muck truck activity from Flower Street to Little Tokyo for 15 months longer than the Project. The duration of construction and excavation efforts identified for Alternative A were taken into account for identifying impacts to receptors in the Little Tokyo area, due to extended duration of construction and increased haul truck activities. Although this is a temporary construction impact, this would be adverse to an environmental justice community. There would be no disproportionate adverse effect to EJ populations with implementation of mitigation measures.

**Energy**

Construction of Alternative A would result in a temporary energy demand of 323 billion Btu's, which would be higher than the energy demand estimated for the Project.  As discussed in Section 4.6, this impact would be temporary for the short-term duration of construction activities and would be offset by the long-term, beneficial decreases in energy use associated with operations. There would be no disproportionate adverse effect to EJ populations with implementation of mitigation measures.

**Historic Resources**

As presented in Section 4.7, Alternative A would have essentially the same impacts and effects on historic properties as identified for the Project in the Final EIS/EIR, and, therefore, the confirmed mitigation measures in the Memorandum of Agreement (MOA) and the Mitigation Monitoring and Reporting Plan (MMRP) would reduce effects to no adverse effect when implemented. There would be no disproportionate adverse effect to EJ populations with implementation of mitigation measures.

### 4.8.2.2    Alternative B – EPBM/SEM Low Alignment

#### 4.8.2.2.1  Construction Impacts

**Transit**

Under Alternative B, there would be no impacts to transit services in Little Tokyo beyond those identified for the Project.  A majority of the potential construction impacts would be temporary and unavoidable. There would be no disproportionate adverse effect to Little Tokyo EJ populations with implementation of mitigation measures.

**Traffic Circulation**

Construction of Alternative B would increase excavation truck trips in Little Tokyo from 19 percent under the Project to 80 percent, and would occur for seven months longer than the Project. Conversely, the truck trips on Flower Street would decrease from 81 percent under the Project to 20 percent in Alternative B.  Under this alternative, the number of trucks using the Flower Street route would decrease to 8 trucks (versus 32 trucks under the Project), while the number of trucks using the Little Tokyo haul routes would increase to 32 trucks (versus 8 trucks under the Project).  Travel times are expected to increase for vehicles travelling along the Little Tokyo haul routes.  These increased travel times in and around Little Tokyo would be disproportionately borne by this community.



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

In summary, Alternative B would have a disproportionate adverse effect to the environmental justice population in Little Tokyo due to increased truck activity, and the longer duration of that truck activity compared to the Project. This adverse effect would be temporary and unavoidable. This would be a disproportionate adverse effect to the Little Tokyo EJ community.

### Parking

Parking impacts identified during construction of the Project would remain unchanged under construction of Alternative B. Parking would only be affected in the Little Tokyo community portion of the alignment, but, there would be no disproportionate adverse effect to EJ populations with implementation of mitigation measures.

### Other Modes

Pedestrian access to properties in Little Tokyo and bicycle traffic movements would be maintained during construction of Alternative B; however, portions of sidewalks may be temporarily closed adjacent to construction locations. Temporary closures of sidewalks and crosswalks may be necessary. Lane reductions and street closures could inhibit bicycle traffic flow during construction. Impacts would be reduced after implementation of proposed mitigation. There would be no disproportionate adverse effect to EJ populations with implementation of mitigation measures.

### Visual Quality

As described in Section 4.1, construction of Alternative B would not result in impacts to scenic resources or in nighttime lighting or shade and shadow impacts over the Project in Little Tokyo. There would be no impact to Little Tokyo. Therefore, there would be no disproportionate adverse effect to EJ populations with implementation of mitigation measures.

### Air Quality

As described in Section 4.2, along with Sections 2.3 and 3.0, during construction of Alternative B there may be no additional truck impacts to Little Tokyo beyond those of the Project. There would be an increase in the number and duration of daily truck traffic handling tunnel muck materials from the Flower Street segment. These impacts will not be adverse or have a disproportionate adverse effect on EJ populations with implementation of mitigation measures.

### Noise and Vibration

As described in Section 4.4, Alternative B would shift muck truck activity from Flower Street to Little Tokyo and increase the duration of impacts by an additional 7 months over Project conditions. Although this is a temporary construction impact, this would be adverse to an environmental justice community. There would be no disproportionate adverse effect to EJ populations with implementation of mitigation measures.

### Energy

Construction of Alternative B would result in a temporary energy demand of 295 billion Btu's, which would be lower than the energy demand estimated for the Project. This impact would be temporary



for the short-term duration of construction activities and would be offset by the long-term, beneficial decreases in energy use associated with operations of this alternative. There would be no disproportionate adverse effect to EJ populations with implementation of mitigation measures.

**Historic Resources**

Alternative B would have essentially the same impacts and effects on historic properties as identified for the Project in the Final EIS/EIR, and, therefore, the confirmed mitigation measures in the MOA and the MMRP would reduce to no adverse effect when implemented. There would be no disproportionate adverse effect to EJ populations with implementation of mitigation measures.

### 4.8.3   Mitigation Measures

Mitigation measures to reduce potential environmental justice impacts during construction were identified in the Final EIS/EIR.  Implementation of mitigation measures EJ-1 through EJ-35 identified for the Project would be followed for Alternatives A and B.  Below is a summary of these mitigation measures and a detailed description can be found in Appendix H:

- EJ-1:Replacement of bus loading spaces on Alameda Street for JANM during construction
- EJ-2: Unmet demand for parking eliminated in Little Tokyo during construction shall be replaced within one block on reliant land uses
- EJ-3: Metro shall provide two acres of land on Mangrove property as alternative parking during construction
- Ej-4: Proper notices by Metro of traffic control plans, parking relocation, through typical communication devices
- EJ-5: Metro shall support efforts to curb non-legitimate use of disabled parking spaces
- EJ-6: Metro shall coordinate to develop a parking reservation system during construction
- EJ-7: Coordination with LADOT to open city parking lots for short-term use
- EJ-8: Coordination with the City to reduce impacts of government vehicles along 2nd Street during construction
- EJ-9: Coordination with the City and Little Tokyo Business Improvement District to facilitate financial incentives and priority parking to Little Tokyo patrons
- EJ-10: Coordination with Little Tokyo restaurants interested in curbside pickup
- EJ-11: Metro shall conduct annual parking needs assessment prior to construction and proper notification strategies to communicate parking to visitors and patrons
- EJ-12: Coordination to maintain visibility for businesses during construction
- EJ-13: Shall parcels used for construction staging be proposed for future redevelopment, Metro shall comply with the Joint Development Policy to involve the community
- EJ-14: Displaced commercial spaces in Little Tokyo shall be replaced with high quality commercial development consistent with community identity
- EJ-15: Coordination with Little Tokyo, Arts District, and City CRA to create joint development opportunities
- EJ-16: Metro shall implement various strategies to support affected services/businesses in Little Tokyo



- EJ-17: Surface level construction activities to be curtailed to extent possible during major Little Tokyo festivities and outdoor events
- EJ-18: Metro shall work with Little Tokyo Business Association to help offset neighborhood impacts associated with reduced revenue during construction
- EJ-19: Metro shall work with Little Tokyo community to minimize adverse impacts during utility relocation and protection of utilities
- EJ-20: Communication and advertising on transit buses and other means to announce construction plans and alternatives to travel and parking in Little Tokyo
- EJ-21: Avoidance of haul routes along 1st or Alameda Streets between 3rd St and US-101
- EJ-22: Publishing of safety and security information at stations in Japanese, Korean, and Spanish
- EJ-23: Publishing of project's safety education campaign in Japanese, Korean, and Spanish
- EJ-24: Involvement of Little Tokyo's Public Safety Association in development of safety and security plans
- EJ-25: Monitoring of committed mitigations designed to address safety and security concerns
- EJ-26: Appropriate orientation of system's ventilation equipment and minimizing of noise
- EJ-27: Implementation of receptor-based mitigation where needed to reduce construction-related pollutant levels
- EJ-28: maximize opportunities for enhancing access from existing land uses to new station
- EJ-29: Design of underground facilities to avoid subsurface impacts to buildings
- EJ-30: Proper monitoring of newly planted trees to ensure healthy growing
- EJ-31: Providing Little Tokyo and Arts District opportunities for input on 1st/Central design processes
- EJ-32: All information to be made available in Japanese and Korean
- EJ-33:TBM operations to be performed by contractor in 48 months
- EJ-34: Appropriate  procedures for rapid shut-down should vibration thresholds be reached
- EJ-35: Preparation of a cost-benefit analysis of using one versus two TBMs

Adverse effects would remain after implementation of these mitigation measures for the tunneling method alternatives, which would have additional adverse effects beyond those identified for the Project primarily due to the increased level and duration of the construction impacts on the Little Tokyo community.

**Impacts after Mitigation and Environmental Justice Determination**

For the Project, there would be no disproportionately high and adverse effects to Environmental Justice populations after mitigation measures identified in the Final EIS/EIR are implemented for construction effects.

Little Tokyo would experience expanded traffic congestion and travel times due to an increase in truck activity handling a greater proportion of the tunneling excavation materials. Construction of both Alternatives A and B would have a longer duration than that of the Project, which  would be



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

disproportionately experienced in the Little Tokyo community (over impacts of other communities) and would be considered disproportionately high and adverse to residents of Little Tokyo.

**Metro**

Regional Connector
Final SEIS Administrative Document/Supplemental ROD

## 4.9   CUMULATIVE IMPACTS

This section summarizes potential cumulative impacts that would result from the Regional Connector Transit Corridor project in combination with identified past, present and reasonably foreseeable projects. The information presented in this SEIS provides an update to prior reports developed as part of Final EIS/EIR including the Cumulative Impacts Technical Memorandum prepared for the project contained in Appendix GG, Cumulative Impacts Technical Memorandum.

Updated information in this section includes new renovation, construction, institutional/public facility, and transportation projects. Since completion of the Final EIS/EIR, eight new renovation, construction, and institutional/public facility projects are now anticipated to be completed by 2014, and 13 new projects will be under construction during 2014 to 2020. While all of these projects are located in the Project Area, only two projects will impact the Flower Street and Little Tokyo areas affected by the two tunneling methods alternatives: renovation of the former mixed-use Macy's Plaza, now known as the Bloc, located at 7th Street and Flower Street; and the new Wilshire Grand Hotel under construction at 7th Street and Figueroa Street.

Both projects will increase pedestrian activity and contribute to higher Metro Rail ridership in the Flower Street portion of the Project. From a transportation project perspective, there have been significant changes to rail transit project implementation schedules since completion of the Final EIS/EIR.  In addition, with the anticipated operation of the Regional Connector project, Metro has identified future operational changes such that Gold Line service will provide a one-seat ride for travel from East Los Angeles to Santa Monica, and the Blue Line from Azusa to Long Beach.  Reflecting this future operational change, information on other rail lines to be served by the Regional Connector Transit Corridor project has been added to this cumulative section. These lines include the Gold Line Foothill Extension, Crenshaw/LAX, and Purple Line Extension projects.

### 4.9.1   Affected Environment

The cumulative context includes the geographic area, timeframe, and/or type of projects that would contribute to the potential cumulative effect. This context differs for each discipline. Each discipline identifies a relevant geographic area for evaluation of direct, indirect, and cumulative impacts. The geographic range considered for the cumulative analysis can vary based on the resource area. For example, the geographic range over which air quality impacts would occur would not necessarily be the same as the geographic range considered for traffic impacts.

In addition, for some disciplines the scope of analysis for cumulative impacts is based on a list of reasonably foreseeable related projects while for others it is be based on general trends in demographics or other regional forecasts. The forecast approach was used in the analysis of cumulative operational impacts for the transportation and air quality disciplines. This approach was also used in the analysis of cumulative impacts for the climate change discipline, which combined construction and operational emissions per the South Coast Air Quality Management District's recommendation. The general geographic range used to forecast cumulative conditions for these three



disciplines was the Southern California Association of Government (SCAG) region, which also assumed operation of the rail projects identified in Figure 4.9-2.  All other disciplines used the list of reasonably foreseeable related projects as the scope of analysis for cumulative impacts, including the cumulative construction impacts analysis for the transportation and air quality disciplines for the Final EIS/EIR.

The purpose of this SEIS is to study the potential environmental consequences associated with construction and operation of the tunneling method alternatives as compared to the Project. Therefore, the evaluation of cumulative impacts is focused on specific disciplines identified as potentially being impacted by proposed construction method changes to the Flower Street segment of the Regional Connector project. For these disciplines, the general geographic range considered for the cumulative analysis are shown in Figure 4.9-1, along with the rail projects identified in Figure 4.9-2.

### 4.9.1.1    Project Time Frames

The following project-related time frames were used to identify project-related cumulative impacts.

**Construction Period: 2014 – 2020**

The project construction period has been identified as extending from initiation of construction to 2020.  A worst-case (i.e., maximum potential impact) scenario was assumed for each resource area. For example, it is assumed that all other related projects for which there is no current construction schedule will be under construction during the project construction period. Related projects within the general project area that may be under construction during this project's proposed construction period of 2014 to 2020, which were not previously analyzed as part of the Final EIS/EIR are listed in Tables 4.9-3 through 4.9-6.

**Year of Opening: 2020**

With initiation of Project revenue operations anticipated in 2020, potential effects from operation of the Project would begin to be seen. The planning horizon identified for the project is 2035, reflective of the planning horizon used in the two documents that guide Los Angeles County transportation investment decisions – Metro's adopted 2009 Long Range Transportation Plan (LRTP) and SCAG's adopted 2012 Regional Transportation Plan/Sustainable Communities Strategy (RTP/SCS).

### 4.9.1.2    Current and Reasonably Foreseeable Related Actions

There are two ways to address the question of what is reasonably foreseeable within the Project Area. The first is to evaluate the project effects in combination with a summary of projections contained in an adopted local, regional, or statewide plan, or related planning document, that describes or evaluates conditions contributing to the cumulative effect. The second method is to generally review a list of past, present, and probable future projects within the Project Area that are expected to be under construction or in operation during the same time frames as the Project. The most appropriate method may vary by discipline.



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

**Figure 4.9-1: Projects Anticipated to be Completed Prior to 2014**

Source: SCAG, 2012 Regional Transportation Plan

Forecasts for elements such as population, employment, land use, air quality, and transportation from regional plans were used in the analysis. Regional plans prepared by SCAG and general plans prepared by the City and County of Los Angeles and other nearby cities provided information on trends and forecasts relevant to the impact analysis for specific disciplines.

The following tables identify projects within the general Project Area that are either anticipated to be completed prior to start of construction in 2014, or which may be under construction during this project's proposed construction period of 2014 to 2020. The projects identified in this section include additional projects not previously analyzed as part of the Draft and Final EIS/EIR. There are several subcategories identified, including major renovations, new construction, transportation, and utility projects. The locations of the new additional construction projects are also identified in Figure 4.9-3.

The project lists were developed from information available from the Los Angeles Downtown Center Business Improvement District's (DCBID) fourth quarter 2014 project database and the City of Los Angeles' utility district Capital Improvements Program (CIP). The Community Redevelopment Agency (CRA) of the City of Los Angeles was dissolved per Assembly Bill 1x-26 which took effect in February



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

2012. Therefore, updated lists of potential projects in the Downtown Los Angeles and Little Tokyo CRA study areas are no longer available. However, it would appear that the projects listed in the DCBID database better meet the definition of "reasonably foreseeable". Many of these potential projects are only in the conceptual planning stages and the timing of construction or operations are unknown. Projects that do not have reported completion dates have been compiled in the tables of projects assumed to be under construction or completed between 2014 and 2020 as a worst-case scenario.

### 4.9.1.3    Projects Anticipated to be Completed Prior to 2014

Many of the projects identified in Tables 4.9-1, 4.9-2, and 4.9-3 are currently under construction and have identified completion dates prior to 2014. These lists may also include some projects which have recently been completed. The locations of related projects anticipated to be completed prior to 2014 are illustrated in Figure 4.9-1. The following projects listed below include capital improvements which were not previously included or have been modified since the release of the Final EIS/EIR.

**Transportation**

The following transportation capital improvements within the Project Area are currently identified as funded under Metro's 2009 LRTP and SCAG's 2012 RTP/SCS.  The transit projects listed in this section have been or are anticipated to be completed prior to 2014, and are shown in Figure 4.9-2. The project listed below was included in the Final EIS/EIR, but its construction and operational schedule has been modified since the release of the document.

- Metro Exposition Transit Corridor, Phase 1 to Culver City.  The first phase of this project, a nine mile light rail transit (LRT) line extending from the 7th Street/Metro Center Station to downtown Culver City, opened in 2012. In addition, Phase 2 extending service to Santa Monica started construction in 2012.

**Major Renovations**

As listed in Table 4.9-1, there is one project located within the Project Area that proposes to convert offices to residential housing and/or which involve a major renovation of an existing structure.

**Table 4.9-1: Major Renovation Project Anticipated to be Completed Prior to 2014**

| Number | Project Name | Address | Land Use | Units | Completion |
|--------|--------------|---------|----------|-------|------------|
| R-1 | Singer Sewing Building | 806 S. Broadway | Mixed Use | 9 | Late 2014 |

Note:  All projects are located within the City of Los Angeles
Source: DCBID project list, 4th quarter 2014



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

**Figure 4.9-2: Year 2035 Rail Transit Projects**



Source: Metro, 2014

**New Construction**

Table 4.9-2 lists new potential construction projects in the Project Area. New construction encompasses building new structures on vacant lots, as well as any demolition of older structures needed to clear the lots for construction. None of these projects are located along Flower Street or in Little Tokyo.

Metro

Regional Connector
Final SEIS Administrative Document/Supplemental ROD

**Table 4.9-2: New Construction Estimated to be Completed Prior to 2014**

| Number | Project Name | Address | Land Use | Units | Completion |
|--------|-------------|---------|----------|-------|-----------|
| C-1 | One Santa Fe | 1 N. Santa Fe Ave | Mixed Use | 4 | Completed |
| C-2 | Da Vinci | 909 W. Temple St | Mixed Use | 630 | Late 2014 |
| C-3 | 8th & Hope | 801 S. Hope St | Mixed Use | 290 | Late 2014 |
| C-4 | Olympic & Hill | 915 W. Hill St | Mixed Use | 281 | Late 2014 |
| C-5 | The Emerson | 225 S. Grand Ave | Mixed Use | 271 | Completed |
| C-6 | Pershing Apartments | 502 S. Main Street | Mixed Use | 69 | Late 2014 |
| C-7 | Ava Phase 2 | 210 E. 2nd St | Mixed Use | 280 | Late 2014 |

Note: All projects are located within the City of Los Angeles
Source: DCBID project list, 4th quarter 2014

**Utility Projects**

The City of Los Angeles maintains an extensive project list of public works projects. No additional major utility projects have been identified for completion by 2014, and there do not appear to be any planned within the Project Area. Most of the planned projects within the City are related to ongoing maintenance or replacement in-kind of existing infrastructure.

**Institutional and Public Facility**

Institutional and public facility projects located within the project area are listed in Table 4.9-3. This project is not located in the study areas covered by this SEIS.

**Table 4.9-3: Institutional and Public Facility Projects to be Completed Prior to 2014**

| Number | Project Name | Address | Land Use | Completion |
|--------|-------------|---------|----------|-----------|
| P-1 | 1st & Broadway Civic Center Park | 1st & Broadway | Public | Fall 2014 |

Note: All projects are located within the City of Los Angeles
Source: DCBID project list, 4th quarter 2014

#### 4.9.1.4    Projects Potentially Under Construction 2014 to 2020

Tables 4.9-4, 4.9-5, and 4.9-6 list projects which are currently in some stage of conceptual planning, but which do not have a defined schedule. Given the uncertainties of project development, the probability that these projects will occur is unknown. It may be reasonable to assume that this compilation of projects represents a worst-case condition for the construction period. The locations of these related projects are shown in Figure 4.9-3. The listed and illustrated projects include capital improvements which were not previously included, or have been modified since the release of the Final EIS/EIR.


Metro

Regional Connector
Final SEIS Administrative Document/Supplemental ROD

**Transportation**

The following transportation capital improvements, while not located within the Project Area, will have significant impacts to the Regional Connector Transit Corridor Project. They are all currently identified as funded under Metro's 2009 LRTP and SCAG's 2012 RTP/SCS.  The projects listed below were either not previously included in the Final EIS/EIR, or their construction schedule has been modified since the release of the document. In addition, as mentioned above, Metro's future LRT system operational plans call for Gold Line service to provide one-seat travel from East Los Angeles to Santa Monica, and the Blue Line from Azusa to Long Beach.

- Exposition Transit Corridor, Phase 2 to Santa Monica.  The second phase of this project, extending service from the Culver City station to downtown Santa Monica, initiated construction in 2012 and is scheduled for completion by 2015.

- Crenshaw/LAX Transit Project.  This line, extending LRT service from the Exposition Line at Crenshaw and Exposition Boulevards to the existing Green Line Aviation/LAX station, started construction in 2014 and has a planned completion date of 2018.

- Gold Line Foothill Extension, Phase 2A Pasadena to Azusa.  This project will extend existing Gold Line service east from its current Pasadena terminus to Montclair in two phases.  The first phase (Phase 2A), extending service to Azusa, began construction in 2011 and is projected to open for service in 2016.  Engineering design and environmental clearance for the second phase (Phase 2B) is underway and a construction schedule will be established.

- Purple Line Westside, Section 1 to Wilshire/La Cienega.  Extension of the Purple Line to the Westside from the existing Wilshire/Western Station is scheduled to be built in three phases. Section 1 to Wilshire/La Cienega started construction in 2014 with revenue service operations anticipated for 2023. Pre-construction activities for Section 2, continuing the Line further west to Century City, are planned to start in 2017 and be completed in 2026.

**Institutional and Public Facility**

The single institutional and public facility project located in the Project Area is listed in Table 4.9-3.

**Table 4.9-4: Institutional and Public Facility Projects Potentially Under Construction 2014-2020**

| Number | Project Name | Address | Land Use | Completion |
|--------|--------------|---------|----------|------------|
| P-1 | 110 Freeway Overcrossing Art Phase II | Los Angeles & Main St.  between Arcadia and Aliso St. | Public | N/A |

Note: Project located within the City of Los Angeles
Source: DCBID project list, 4th quarter 2014

**Major Renovations**

The project located within the Project Area, The Bloc (former Macy's Plaza), involves a major renovation of an existing retail, hotel, and office structure, including an underground pedestrian linkage to the 7th Street Metro Station.



Metro

Regional Connector
Final SEIS Administrative Document/Supplemental ROD

**Table 4.9-5: Major Renovation Projects Anticipated Potentially Under Construction 2014-2020**

| Number | Project Name | Address | Land Use | Completion |
|--------|--------------|---------|----------|------------|
| R-1 | The Bloc | 7th & Flower | Retail, Hotel, Office, Underground Pedestrian Linkage | Late 2015 |

Note: All projects are located within the City of Los Angeles
Source: DCBID project list, 4th quarter 2014

**New Construction**

Figure 4.9-3 provides a map of the location of new potential construction projects in the project area. New construction encompasses building new structures on vacant lots, as well as any demolition of older structures needed to clear the lots for construction. Table 4.9-6 includes a list of additional new projects which are identified to be in construction from 2014-2020. The list only includes those projects with identified construction schedules or in the entitlement process which were not previously included in the Final EIS/EIR, or where modifications to the project have been made. The list does not include projects in early conceptual planning phases where construction schedules are not identified.

**Table 4.9-6: New Construction Projects Potentially Under Construction 2014-2020**

| Number | Project Name | Address | Land Use | Units | Completion |
|--------|--------------|---------|----------|-------|------------|
| C-1 | Megatoys/Garey Building | 905 E. 2nd St | Mixed Use | 320 | Fall 2015 |
| C-2 | Valencia/888 Hope | 888 Hope St | Mixed Use | 218 | 2016 |
| C-3 | Onni Tower | 888 Olive St | Mixed Use | 283 | Q1 2015 |
| C-4 | 8th & Grand | 770 S. Grand Ave | Mixed Use | 700 | Fall 2015 |
| C-5 | Metropolis Phase I | 502 S. Main Street | Mixed Use | 69 | Fall 2016 |
| C-6 | Sares-Regis Little Tokyo/Block 8-D | 2nd & San Pedro St | Mixed Use | 240 | Fall 2015 |
| C-7 | 950 E Third St | 950 E Third St | Residential | 472 | N/A |
| C-8 | Metropolis Phase 2 | 8th & Francisco | Mixed Use | 1020 | N/A |
| C-9 | Topaz | 550 S. Main | Mixed Use | 159 | N/A |
| C-10 | Wilshire Grand Hotel | 930 Wilshire Blvd | Hotel, Retail, Office | 900 | 2017 |
| C-11 | Metropolis Hotel | 9th and Francisco | Hotel, Retail, Office | 350 | 2016 |

Note: All projects are located within the City of Los Angeles
Source: DCBID project list, 4th quarter 2014



**Figure 4.9-3: Projects Potentially Under Construction 2014 to 2020**



Source: SCAG, 2012 Regional Transportation Plan

**Utility Projects**

The City of Los Angeles maintains an extensive list of public works projects. No major utility projects have been identified within the Project Area during the construction period of 2014 to 2020. However, there do not appear to be many projects planned after 2014 within the City and there do not appear to be any planned within the project area. Most of the planned projects within the City are related to ongoing maintenance or replacement of in-kind of existing infrastructure.

**4.9.1.5  Projects Potentially Under Construction Post-2020**

**Transportation**

The following transportation capital improvements within the Project Area and/or interfacing with the Project are funded under Metro's 2009 LRTP and SCAG's 2012 RTP/SCS project list.  The projects listed below were: not previously included in the Final EIS/EIR, the construction schedule has been modified since the release of the document, or have increased importance to the Regional Connector Transit Corridor project due to Metro's future LRT system operational plans.



- Gold Line Eastside Transit Corridor Phase 2 – Extension of Gold Line Eastside service from its current terminus in East Los Angeles to communities farther east is being studied through preparation of a Draft EIS report planned for completion in 2014. The study evaluates two LRT alternatives along two service alignments, along SR-60 to Peck Road in South El Monte, and Washington Boulevard to Lambert Road in Whittier.  The selected alternative is anticipated to be operational by 2035. The SCAG 2012 RTP/SCS includes implementation of one branch alternative in the Financially-Constrained RTP project list, and construction of the second alternative in the Strategic Plan, which represents projects for which the region would pursue additional funding.

- Gold Line Foothill Extension, Phase 2B to Montclair.  Construction of the second phase from Azusa to Montclair is anticipated to be completed and in operation post-2020.

- Purple Line Westside, Section 1, service to Wilshire/La Cienega is planned to start operation in 2023. Section 2 to Century City is planned for revenue service in 2026. Building Section 3, west to a future Westwood/VA Hospital Station, will commence with pre-construction activities in 2025 and revenue service operation slated for 2035.

## 4.9.2   Environmental Consequences

Impact conclusions for all of the alternatives are based on the thresholds identified in Appendix B (Regulatory Framework) of this SEIS. Appendix GG, Cumulative Impacts Technical Memorandum of the Final EIS/EIR, summarizes the potential cumulative impacts that could result from the Regional Connector Transit Corridor project in combination with the identified past, present and reasonably foreseeable projects. The cumulative impacts analysis includes positive impacts as well as adverse effects, particularly with respect to the enhancements in regional mobility.

Additional analysis conducted for this SEIS includes analysis of the following resource areas:

- Transit, Traffic, Circulation, Parking, Pedestrian, and Other Modes
- Visual Quality
- Air Quality Impacts
- Climate Change
- Noise and Vibration
- Geotechnical
- Energy
- Historic Resources
- Environmental Justice

Cumulative impacts were analyzed in more detail for each of the resource areas within the Study Area for the SEIS.  Alternatives A and B would have increased truck activity, reduction in lane capacities, transit rerouting, increased construction duration and intensity compared to the Project. Cumulatively, these adverse effects would be unavoidable under traffic, transit, and environmental justice communities.

Although construction activities are temporary, under cumulative conditions, Alternatives A and B would affect vehicle travel times and traffic operations.  The impacts would also cumulatively effect



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

construction of development projects from 2014 to 2020 though none are located on Flower Street. Mitigation measures were identified; however the impacts would be unavoidable.

During operation with Alternatives A and B, the Project would have reduced operating speeds and increased travel times. Cumulative impacts from Alternatives A and B would result in decreased benefits of improved access and connectivity when compared to the Project.

Cumulative impacts and mitigation for the Project are provided in the Final EIS/EIR.  Technical Memoranda prepared for the Final EIS/EIR provides additional analysis detail on Project cumulative effects.  Cumulative impacts and related mitigation measures for each of the resource areas identified above that would occur with implementation of the alternatives are described in Chapter 2, Alternatives Considered of this SEIS. The following provides a summary of the cumulative adverse effects/impacts for the Project with Alternatives A and B.

### 4.9.2.1    Alternative A - EPBM/Open Face Shield/SEM Project Profile

As presented in Chapter 2, Alternatives Considered, Alternative A would be constructed with a combination of EPBM and SEM construction methods, and with a similar vertical alignment profile to that of the Project.

With implementation of mitigation, construction of Alternative A would contribute to cumulative effects associated with bus transit, traffic circulation, and environmental justice communities based on the increase truck activity, reduction in lane capacities, transit rerouting, and increased construction duration and intensity compared to the Project.  All other cumulative effects would not be adverse, or not adverse after mitigation.

### 4.9.2.2    Alternative B – EPBM/SEM Low Alignment

Alternative B would be built with a combination of EPBM and SEM construction methods with a lower vertical alignment profile than the Project. Chapter 2 provides detailed information on Alternatives Considered for this SEIS.

With implementation of mitigation, construction of Alternative B would contribute to cumulative effects associated with bus transit, traffic circulation, and environmental justice communities based on the increase truck activity, reduction in lane capacities, transit rerouting, and increased construction duration and intensity compared to the Project.  All other cumulative effects would not be adverse, or not adverse after mitigation.

### 4.9.3    Mitigation Measures

Mitigation measures listed for the Project contained within the specific Final EIS/EIR section for each environmental resource have been carried forward and included in the MMRP for the Project. They are the final committed mitigation measures for the Project and apply to results of this SEIS.



# CHAPTER 5

## Comparison of the Tunneling Method Alternatives Versus the Project

Regional Connector
Final SEIS Administrative Document/Supplemental ROD

# 5.0   COMPARISON OF THE TUNNELING METHOD ALTERNATIVES VERSUS THE PROJECT

This chapter presents a summary of the consequences associated with the construction and operation of the two tunneling method alternatives, Alternatives A and B. Information provided includes an overview of the construction descriptions of the two alternatives, and their resulting construction risk considerations, operational impacts, cost and schedule impacts, and environmental effects as valuated and documented in the SEIS.

## 5.1   Introduction

A summary discussion of the resulting information from the *Final Flower Street Tunneling Method Alternatives Report (2015)* and the SEIS is provided to allow for informed decision-making. The viability of a transportation system investment typically is based on the following planning, operational, and environmental factors, which are discussed in the following sections:

- **Purpose and Need** – Meeting the project purpose and need as identified in the project study efforts leading to the Final EIS/EIR and summarized in Chapter 1, Background, Purpose and Scope of the SEIS.
- **Construction and Risk Considerations** – Identifying appropriate construction methods and associated risks, and resulting project schedule impacts.
- **Operational Considerations** – Meeting Metro's operational goals for light rail transit service from a customer and rail system operational perspective.
- **Cost and Funding Considerations** – Developing cost estimates to reflect the construction methods and risks of the two alternatives.
- **Environmental Considerations** – Identifying and assessing environmental and community impacts and benefits.

## 5.2   Description of the Project And Tunneling Method Alternatives

Within the urban and densely built setting along the Flower Street portion of the Regional Connector project alignment, the Project proposes a combination of cut and cover from the 7th Street/Metro Center Station tail tracks structure to 4th Street, and EPBM tunneling north from 4th to 3rd Street. Two tunneling method alternatives (Alternatives A and B) were identified and evaluated in the SEIS that propose different combinations of underground construction as options to the cut and cover method planned for the Project. These alternatives were developed using a variety of tunneling techniques to assess opportunities to reduce the use of cut and cover.

The SEIS is a limited-scope document that provides additional detail on tunneling methods not selected for construction along Flower Street, specifically Open-Face Shield and SEM tunneling for the Flower Street portion of the Regional Connector project alignment between 4th Street and the 7th Street/Metro Center Station. The two tunneling method alternatives identified and evaluated in the



SEIS propose different combinations of underground construction as options to the cut and cover method planned for the Project:

- Alternative A – a combination of Earth Pressure Balance Tunnel Boring Machine (EPBM), Open-Face Shield, and SEM construction methods; and with similar horizontal and vertical alignment profiles to that of the Project.

- Alternative B – a combination of EPBM and SEM construction methods with a similar horizontal alignment profile, but a lower vertical alignment profile, than that of the Project.

Table 5.2-1 summarizes and compares the descriptions for the Project and Alternatives A and B.

## 5.3    Effectiveness in Meeting Purpose and Need

As discussed in Chapter 1, Purpose and Need in the Final EIS/EIR, the purpose of the Regional Connector project is to improve the region's public transit service and mobility by improving travel times and connecting the light rail transit (LRT) service of the Metro Gold Line and the Metro Blue Line.  As identified in the Final EIS/EIR, this rail link would serve communities across the region, allowing greater accessibility while serving population and employment growth in downtown Los Angeles. With operation of the Regional Connector, Gold Line service will provide a one-seat ride for travel from East Los Angeles to Santa Monica, and the Blue Line from Azusa to Long Beach.

The Project and tunneling method alternatives would improve the region's public transit service and mobility, and improve service to the growing population and employment in downtown Los Angeles; however, the transit service provided by the Project versus the tunneling method alternatives is superior.  Construction and implementation of the Project would result in 55 miles per hour (mph) operations in the Flower Street segment meeting the requirements of Metro Rail Design Criteria (MRDC), Section 10 Operations as discussed below in Section 5.6, Operational Considerations. Alternatives A and B would result in a speed reduction in this key LRT system to 35 mph as discussed in Chapter 2, Alternatives Considered. Slowing rail operations makes rail transit a less attractive option for potential riders and may impact LRT line and system ridership, and reduce air quality and climate change benefits compared to the Project.

## 5.4    Construction and Risk Considerations

There are a significant number of surface and underground constraints combined with the requirements of the MRDC and desired future operations of the Project that have framed the design and construction of the Flower Street section. Flower Street surface constraints to future subway construction include possible impacts to vehicular, bus, and shuttle traffic, impacts to pedestrian and bicycle circulation, and restricted access to off-street parking and adjacent properties.

As discussed in Section 2.2.1 of the SEIS, underground constraints that the design and construction of a tunnel along the Flower Street segment must address include:



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

### Table 5.2-1:  Comparison of Project and Tunneling Method Alternatives

| | The Project | Alternative A EPBM/Open-Face Shield/SEM Project Profile | Alternative B EPBM/SEM Low Alignment |
|---|---|---|---|
| **Construction Description**[1] | • EPBM to south of 4th Street<br>• C&C from 4th Street to 7th Street/Metro Center Station tail tracks | • EPBM to 4th Street<br>• Open-face shield TBM to 5th Street<br>• SEM from 5th to 7th Street/Metro Center Station tail tracks | • EPBM to south of 5th Street<br>• SEM from 5th to 7th Street/Metro Center Station tail tracks |
| **Horizontal Alignment** | Baseline | Slight shift to west of Project alignment | Slight shift to west of Project alignment |
| **Depth To Top of Rail** | 40' | 40' | 40' to 105' (at sag) |
| **Mucking Locations** | • Flower Street<br>• Mangrove site in Little Tokyo | • Flower Street (for emergency exit and train control room only)<br>• Mangrove site in Little Tokyo | • Flower Street (emergency exit and train control room only)<br>• Mangrove site in Little Tokyo |
| **Handling of Flower Street Segment Excavation Materials** (by location) | Flower Street Site: 81%<br>Mangrove Site: 19% | Flower Street Site: 25%<br>Mangrove Site: 75% | Flower Street Site: 20%<br>Mangrove Site: 80% |
| **Corresponding Excavation Materials/ Construction Trucks Per Day** | On Flower Street segment: 32<br>In Little Tokyo: 8 | On Flower Street segment: 18<br>In Little Tokyo: 22 | On Flower Street segment: 8<br>In Little Tokyo: 32 |
| **Construction Shaft** | TBM retrieval shaft at 4th Street (part of cut and cover construction) | TBM retrieval shaft south of 4th Street | EPBM removed thru Mangrove portal |
| **Permanent Shafts** | • Emergency exit south of 4th Street<br>• Emergency exit south of 5th Street<br>• Train control room vent shaft 7th Street/ Metro Center Station tail tracks structure | • Emergency exit south of 4th Street<br>• Emergency exit south of 5th Street<br>• Train control room shaft 7th Street/ Metro Center Station tail tracks | • Emergency exit south of 5th Street<br>• Train control room shaft 7th Street/ Metro Center Station tail tracks |
| **2nd/Hope Station Depth** | 96' | 96' | 128' |
| **Maximum Design Speed** | 55 mph | 35 mph | 35 mph |
| **Double Track Crossover Before 7th Street/Metro Center Station** | Yes | Yes | Yes |
| **Future 5th/Flower Station** | Center platform with mezzanine | Side platform with no mezzanine | Side platform with mezzanine Requires tunnel reconstruction |
| **Project Delivery Duration (months)**<br>• Construction<br>• Pre-Construction Activities[2]<br>• Total Duration (difference) | 78<br>--<br>78 | 93 (+ 15 months)<br>29<br>122 (44 months or 3.7 years longer) | 85 (+ 7 months)<br>29<br>114 (36 months or 3 years longer) |
| **Project Cost** (Millions, YOE)[3] | $171 | $295-332[4]<br>(+$124 to $161 more than the project) | $238-266[4]<br>(+$67 to $95 more than the project) |

Notes: [1] **Construction Techniques** include C&C - Cut and cover; EPBM- earth pressure balance tunnel boring machine; SEM- sequential excavation method. [2] **Pre-Construction Activities** include engineering design revisions and re-procurement of the design-build construction contract. [3] **Project Cost YOE** is the year of expenditure using 2017 as the mid-point of construction. [4] **Project Costs** Range for two alternatives provides a low and high cost estimate based on risk. The range does not include increased costs resulting from procurement delay, construction delay, or escalation due to delays.


Metro

- **Physical operational challenges**, including connecting to the existing narrow and shallow rectangular 7th Street/Metro Center Station tail tracks structure, providing a new double track crossover before the tail tracks connection, and accommodating a future 5th/Flower Station.

- **Significant underground constraints**, including: a large number of abandoned steel tie-backs ranging from 30 to 90 feet in length and extending across the street right-of-way from both sides; existing utilities and sewer lines ranging in size up to an 84-inch diameter reinforced concrete pipe approximately 18 feet below the ground surface; and 4th Street Bridge foundations and piles that extend 64 feet below the surface on the west side of Flower Street and 83 feet on the east side.

- **Challenging geologic ground conditions,** which require thorough consideration in the evaluation of tunneling feasibility within acceptable risks. Flower Street geologic conditions include the presence of groundwater, unstable soils, a challenging geologic interface between different soil or rock strata (mixed face), and hazardous gases.  Before development of downtown Los Angeles, Flower Street served as a natural drainage path which became a stream during rainfall with seasonal variations of groundwater below ground. Groundwater is anticipated to follow the historic underground water course and pose problems for the stability of open-face tunnel excavation. Borings made for building sites along Flower Street between 5th and 7th Streets have encountered water seepage at relatively shallow depths ranging from 15 to 35 feet, which is close to or within the proposed tunnel envelope. Groundwater within the lower portion of the alluvial deposits, most likely perched above the Fernando Formation, has been reported at depths of 18 to 27 feet on sites adjacent to the Flower Street right-of-way between 2nd and 5th Streets.  All of these factors result in conditions that are difficult to tunnel through without risking ground instability, ground loss, and settlement if not addressed by the tunneling construction method and/or ground stabilization techniques.  Both alternatives would require the use of jet grouting to stabilize soil conditions in the Flower Street segment to allow for tunneling construction.

The construction methods identified for the Project represent the tunneling methods that best address the significant underground constraints and lessen the construction risk along Flower Street, and have proven to be successful on other Metro projects, such as for the Gold Line Eastside Extension tunneling effort.

## 5.5    Summary of Impacts of Alternatives versus the Project

The SEIS analysis identified that Alternatives A and B would have the following major impacts when compared to the project:

1. Delay of Regional Connector Project completion;
2. Increased construction impacts to the Little Tokyo community and increased duration of those impacts;
3. Increased risks of excessive settlement, sinkholes and utility service disruption along Flower Street; and
4. Increased construction risks along the Flower Street segment.


**Metro**

Regional Connector
Final SEIS Administrative Document/Supplemental ROD

**Project Completion Delay**

It is estimated that both tunneling method alternatives would delay the project completion schedule by a minimum of 3.0 years beyond the Project's schedule.  Under the Project, the cut and cover construction along Flower Street would require only minimal ground improvement and could be carried out concurrently with construction of the remainder of the project.  The Open-Face Shield and SEM tunneling methods proposed by Alternatives A and B would require a substantial jet grouting program prior to open face TBM and SEM construction due to Flower Street geologic conditions. The grouting activities would delay construction of the project's other underground stations until the tunneling is completed as excavated materials from the Flower Street segment would be transported to the Mangrove site in Little Tokyo using conveyors through the tunnels.

**Increased Construction Impacts to Little Tokyo**

Under the Project conditions, a majority of excavated materials from the Flower Street segment would be handled through construction sites on Flower Street and only muck from EPBM-bored tunnels would be handled through the Mangrove site.  For Alternatives A and B, all of the muck generated from open-face shield and SEM tunneling would be transported to the Mangrove site through the tunnel, and only a minor quantity of excavated materials from shafts along Flower Street would be handled from construction sites on Flower Street.  This would result in a significant increase in the quantity of spoils handled through the Mangrove site.

Alternative A would increase excavation-related truck activity in Little Tokyo and would extend the duration of those impacts by 15 months. Alternative B would increase the excavation-related truck activity in Little Tokyo and would extend the duration of those impacts by 7 months. The increased quantity and duration of the muck handling activities would increase construction impacts to Little Tokyo, which is an environmental justice community.

**Increased Risks along Flower Street**

As discussed in Chapter 2, Alternatives Considered, there are significant underground constraints which pose challenges to the design and construction of the future rail tunnel on the Flower Street segment of the Regional Connector Project.  These constraints include: 1) connecting with the existing narrow, shallow rectangular tail tracks structure of the 7th Street/Metro Center Station; 2) numerous abandoned underground tie-backs (used to support the excavation of building foundations) extending into the path of the future rail tunnel from adjacent building foundations along both sides of Flower Street south of 3rd Street; 3) unstable soil conditions; 4) many utilities; and 5) the 4th Street Bridge foundations which restrict the location of a future rail tunnel to a narrow vertical and horizontal corridor between the foundation piers.

The tunneling method alternatives would increase construction risks related to excessive ground surface settlement, sinkholes, and utility service interruption along Flower Street.  These risks are mainly associated with the open-face shield and SEM tunneling in an area with significant underground infrastructure constraints and poor ground conditions.



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

## 5.6   Operational Considerations

With operation of the Regional Connector project, Gold Line service will provide a one-seat ride for
travel from East Los Angeles to Santa Monica, and the Blue Line from Azusa to Long Beach.  The
Regional Connector will serve as the trunk section for these two Metro LRT corridors.  As identified by
MRDC operating criteria, the required operational speed for the Flower Street segment is 55 mph.  The
Project provides a 55 mph operating speed in the Flower Street segment, meeting Metro's operating
criteria, while Alternatives A and B would result in a speed reduction in this key LRT system segment
to 35 mph, as shown in Table 5.2-1.  Reduction of the maximum operating speed in this key system
link would decrease rail service headways, operational efficiency, and operating capacity for the entire
Metro LRT system. These impacts would be permanently adverse.

Due to the slower speeds provided by Alternatives A and B, passengers would have a longer travel
time of approximately 1.2 minutes per one-way trip over the travel time provided by the Project.  While
this may appear minor based on individual perception, the cumulative impact for the forecast 90,000
daily boardings would be significant – approximately 1,800 hours of daily delay. Slowing rail operations
makes rail transit a less attractive option for potential riders and may impact LRT line and system
ridership, and reduce air quality and climate change benefits compared to the Project.

This slower speed in the heart of the region's LRT system would result in permanent operational
constraints, including slower operations providing less capacity and the need for Metro to operate
more trains to provide the same capacity as the Project.  For Alternatives A and B, the additional trip
time is estimated to require an increase in the fleet size of six vehicles with a corresponding increase
in capital and operating costs.

It should be noted that the Project and Alternatives A and B have designed to allow for a future
5th/Flower Station.  Construction of this station would result in slower operating speeds in the Flower
Street segment for the Project and Alternatives A and B as the closer station spacing would not allow
the LRT vehicles to reach the desired 55 mph operational speed.  While there currently is no funding
for this station, construction funding priorities may change in the future and implementation of this
station would be evaluated as a separate project.

For Alternative B, the resulting 5.9 and 4.6 percent gradients due to its "sag" to avoid underground
obstructions would result in increased maintenance requirements from the resulting increase in
friction between the rail tracks and train wheels.  The Flower Street segment of the alignment would
require more frequent track maintenance efforts to ensure operations remain below the desired noise
threshold.

A key element in designing the Flower Street segment of the project is to allow for future provision of a
5th/Flower Street Station.  While Alternatives A and B are designed to accommodate construction of a
future station, the resulting stations would be substandard and not as convenient for passengers.
Under the Project, a central platform is provided allowing for ease of cross-platform transfers for
passengers.  For Alternatives A and B there is insufficient room between the twin tunnels to allow for a
future center platform, and side platforms would be provided. Under Alternative B, passengers



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

desiring to travel in the reverse direction would need to circulate up to the mezzanine level, and then take an escalator or elevator down to the platform to complete their transfer. Alternative A would not have a mezzanine and passengers desiring to transfer would need to circulate up to the ground level and then back down again to complete their transfer. Alternatives A and B would result in a significant decrease in passenger convenience, especially for visitors and infrequent users who may not know the Metro LRT system well.

**Table 5.6-1: Operational Summary of the Project and the Tunneling Method Alternatives – Flower Street Segment**

|  | The Project | Alternative A | Alternative B |
|---|---|---|---|
| Maximum Speed (miles per hour) | 55 mph | 35 mph | 35 mph |
| Travel Time[1] | 2.1 | 3.3 | 3.3 |
| Double Track Crossover | Yes | Yes | Yes |
| Future 5th/Flower Station | Center platform with mezzanine | Side platform with no mezzanine | Side platform with mezzanine |

Note: [1] minutes to travel between 7th Street/Metro Center and 2nd/Hope stations

## 5.7    Schedule Impacts

A detailed discussion of the Project schedule impacts resulting from the tunneling method alternatives was developed in the *Final Flower Street Tunneling Method Alternatives Report (2015)*. Table 5.7-1 presents a summary of the resulting implementation schedules for Alternatives A and B.

**Table 5.7-1: Comparison of Schedules for the Project and Tunneling Method Alternatives**

| Alternative | Construction Duration | Change in Construction Duration (Over Project) | Required Pre-construction Activities | Total Project Delivery Duration | Revenue Service Date | Total Project Delivery Delay | |
|---|---|---|---|---|---|---|---|
|  | Months | Months | Months | Months | Date | Months | Years |
| The Project | 78 | -- | -- | 78 | Mid-2020 | -- | -- |
| Alternative A | 93 | 15 | 29 | 122 | Early-2024 | 44 | 3.7 |
| Alternative B | 85 | 7 | 29 | 114 | Mid-2023 | 36 | 3.0 |

Source: *Final Flower Street Tunneling Method Alternatives Report (2015)*

Table 5.7-2, on the following page, provides an overview of the construction and risk factors that would contribute to the lengthening of the total project delivery schedules for Alternatives A and B and correspondingly the Revenue Service Date (RSD), when compared to the Project.


Metro

Regional Connector
Final SEIS Administrative Document/Supplemental ROD

**Table 5.7-2: Overview of Construction and Risk Factors Impacting the Construction Schedules for the Project and Tunneling Method Alternatives**

|  | Project | Alternative A | Alternative B |
|---|---|---|---|
| Construction Factors | • Cut and cover section along Flower Street can occur concurrently with excavation of bored tunnels and other construction activities, including station construction. | • Requires extensive jet grouting along Flower Street between 4th and 6th Streets.<br>• Higher level of muck truck activity in Little Tokyo than the Project<br>• Extends duration of muck truck impacts in Little Tokyo.<br>• Delays station construction. Removal of excavation materials through the tunnel to the Mangrove portal would delay start of station construction work until after tunneling is complete.<br>• With extension of tunneling further south on Flower Street, longer tunnel runs would be required for excavated materials than the Project, and would extend construction duration. | • Requires extensive jet grouting along Flower Street between 5th and 6th Streets.<br>• Higher level of muck truck activity in Little Tokyo than the Project and Alternative A.<br>• Extends duration of muck truck impacts in Little Tokyo.<br>• Delays the start of station construction work and 2nd/ Broadway SEM cavern/cross passages until tunneling is complete.<br>• Removal of excavation materials through the Mangrove portal via the westbound tunnel would continue until SEM work is complete.<br>• SEM can occur concurrently with one of the EPBM tunnels. |

**Alternative A Schedule Impacts**

Implementation of Alternative A would require 44 months over the Project's project delivery schedule. The increased duration is due to: 1) an additional 29 months for pre-construction activities; and 2) a longer construction duration by 15 months. Pre-construction activities for this alternative would include the preparation of detailed engineering design plans; re-procurement activities for the existing design-build contract; and re-permitting efforts. As the Project is currently under construction, implementation of either tunneling method alternative would require stopping current construction activities, and initiation of re-procurement and follow-on-mobilization efforts for the new project configuration using different construction techniques and equipment than the Project. Given the design-build contract currently in place, Metro evaluated what would be required contractually to accommodate the construction changes identified by the two alternatives. Based on the magnitude in the difference of the Flower Street segment construction contract value, ranging between approximately $276 and $403 million for the two alternatives over the awarded Project cost for the same segment (as presented below in Table 5.8-1, re-procurement of the project design-build contract was recommended.

Alternative A would have a longer construction duration as the identified tunneling excavation and construction activities would need to be performed sequentially, rather than concurrently as under the Project. Additional construction time would be required for the jet grouting activities that must be performed prior to and during tunneling efforts to provide needed ground stabilization. The estimated construction duration reflects 12 months of grouting activities with the caveat that grouting work may increase up to 24 months due to unforeseen underground conditions.


Metro

In summary, the total project schedule impact for Alternative A would be 44 months or 3.7 years longer than the Project from initiation of construction to start of revenue service. As discussed in Section 2.3.1.1, the duration of construction activities for this alternative along the Flower Street segment would be reduced, while the duration of construction-related activities in Little Tokyo would increase.

**Alternative B Schedule Impacts**

Implementation of Alternative B would require 36 months over the Project's project delivery schedule. Similar to Alternative A, the increased duration is due to required pre-construction activities and an increased construction duration by seven months over the Project's schedule. Pre-construction activities would include preparation of detailed engineering design plans; re-procurement activities for the existing design-build contract; and re-permitting efforts. During construction of the Project, cut and cover excavation and construction work would occur concurrently with the excavation of the bored tunnels and other construction activities throughout the alignment.  For Alternative B, the primarily tunneling work would be performed sequentially as the tunnel boring machine bores one tunnel towards the 7th Street/Metro Center station box, and then is turned back towards Little Tokyo to bore the second parallel tunnel, which would increase the construction schedule. Due to the need to remove all Flower Street segment tunnel spoils through the Mangrove portal, the tunneling operation would continue until the SEM work is complete.  This would hold the start of station construction work for the cavern and all cross passages until after the Flower Street segment tunneling is complete. Start of station construction work would be delayed for the 2nd/Hope and 2nd/Broadway stations, and of the 2nd/Broadway SEM cavern and all cross passages until after the Flower Street segment tunneling is complete. Additional construction time would be required for the jet grouting activities that must be performed prior to and during tunneling efforts to provide needed ground stabilization. The estimated construction duration reflects eight months of grouting work with the caveat that grouting work may increase up to 16 months due to unforeseen underground conditions.

In summary, the total schedule impact would be 36 months or 3.0 years longer than the Project from initiation of construction to start of revenue service. As discussed in section 2.3.1.1, the duration of construction activities along the Flower Street segment would be reduced under this alternative, while the duration of construction-related activities in Little Tokyo would increase.

## 5.8    Cost and Funding Considerations

Capital cost estimates for the Flower Street portion of the two tunneling method alternatives were identified based on the efforts discussed below and documented in the *Final Flower Street Tunneling Method Alternatives Report (2015)*.  Capital costs are the expenses associated with the design and construction of a proposed transit system, with the project costs falling in one of two areas:

1. Construction Costs – including track and guideway elements, stations, and vehicle control and power system equipment.



**Metro**

Regional Connector
Final SEIS Administrative Document/Supplemental ROD

2. Non-construction Costs – including engineering, environmental, agency, and construction management services; permits; surveying, geotechnical, and other testing; vehicles; and insurance.

Capital cost estimates were developed for the two tunneling method alternatives using cost information identified for the Project as documented in Metro Contract No. C0980 Design Build contract as it represented the most current cost information available from a design-build project similar in scope and location. Construction of the two alternatives would be substantially similar to the Project, except for the Flower Street segment south from 4th Street to the 7th Street/Metro Center Station. New cost information was developed for the revised tunneling construction techniques proposed by each alternative by estimating the quantities for the individual line items required to build the two alternatives along the Flower Street segment. The costs applicable to the estimated quantities were derived from the bid information in Contract C0980. New construction costs, such as for SEM tunnel construction and grouting activities, were identified and alternative-specific quantities and costs were developed. Non-construction costs, similar to those identified for the Project, were included in the cost estimates for the two alternatives.

The resulting cost estimates were compiled in the Standardized Cost Categories (SCC) analytical format developed by the FTA. The SCC format identifies total project costs through nine project line item categories with the first five (10-50) detailing construction costs; the second set (60 ROW, Land, Existing Conditions; 70 Vehicles; and 80 Professional Services) delineating non-construction costs; and Line Item 90 identifying the Unallocated Contingency provision. Each line item has separate allocated contingency amounts.

The cost estimates for the two tunnel method alternatives included contingency factors similar to those identified for the Project. Contingency is a necessary part of the budget for this type of project in order to account for unknowable costs, based on project construction experience on similar projects. Contingency addresses risks including market volatility, unforeseen conditions, and outside influences to the successful progression and completion of a project within the forecasted budget and schedule. It is expected that a portion of the budgeted contingency will be required to cover costs incurred during construction of the project. Contingency factors (percentages) were identified by Metro based on agency experience on similar tunneling projects. Similar to the Project cost estimate, allocated contingencies were applied to each of the SCC construction cost line items based on the risk profile associated with each SCC classification. An overall project cost provision for unallocated contingency was captured in SCC Line Item 90. The unallocated contingency percentages used for the two tunneling method alternatives were the same as those identified for the Project in the C0980 cost estimate.

The cost estimating effort for the two alternatives took into consideration schedule delays and higher risks related to the tunneling methods proposed by the two alternatives. As the Project is currently under construction, implementation of either tunneling method alternative would require stopping current construction activities and pursuing a new contract procurement process to incorporate the new tunneling construction techniques.


Metro

Construction of either tunneling method alternative would require new pre-construction services, including preparation of detailed engineering design plans for the selected tunneling method alternative, revised environmental documentation based on the final plans, re-permitting, and re-mobilization of construction staff and equipment. These pre-construction activities were estimated to delay re-initiation of construction activities by approximately 29 months for either tunneling method alternative. The increased construction duration for the two alternatives is due to the identified tunneling excavation and construction method activities having to be performed sequentially, rather than concurrently, as included in the Project's construction plan described in detail in Section 2.1.2 and summarized above in Section 5.7. The increased construction duration would have related delay and escalation costs due to the suspension of construction activities and the typical inflationary increase in construction costs during the extended project period.

In addition, as presented above in Table 5.7-2, the construction methods proposed by the two tunneling alternatives would have higher risks related to the significant number of underground constraints and the unstable geologic conditions along Flower Street. Underground constraints include tunneling activities encountering the hundreds of tie-backs that anchor existing building and parking structure foundations which form a "mesh" within the proposed Flower Street segment tunnel alignment. The geologic conditions include the presence of groundwater, unstable soils, a challenging geologic interface between different soil or rock strata (mixed face), and hazardous gases, which would present less risk with cut and cover construction for the Project.

The cost estimates for each alternative, presented in Table 5.8-1, were prepared taking into account the tunnel construction method changes and related schedule delays and risks. Cost adjustments addressed the proposed SEM and Open Face Shield construction methods, which would require extensive jet grouting for ground stabilization. A schedule analysis was performed to identify the construction schedule for each alternative, with extended construction for Alternatives A and B taking into account the proposed construction techniques, along with pre-construction activities. An initial risk assessment resulted in the re-assessment of allocated and unallocated contingency percentages to address increased risk conditions presented by the two alternatives. A range of costs was identified for the two alternative, with a low and high cost estimates, to reflect the higher risk associated with construction of the two alternatives due to challenging subsurface conditions and obstructions.

Costs related to the identified pre-construction and construction schedule delays resulting from implementation of either of the two alternatives were identified and included in the project cost estimates presented in Table 5.8-1:

1. Additional Construction Duration Cost – reflecting the design-build contractor's increased overhead costs due to an extended construction duration by a minimum of 3.0 years.

2. Cost of Procurement Delay – costs for the engineering re-design, environmental review, re-procurement, re-permitting, and re-mobilization activities required for the two alternatives.

3. Escalation Costs due to Redesign and SEIS Delay – escalation costs for construction materials, equipment, and labor due to a minimum of a 3.0 year delay from the current Project schedule.


**Metro**

Regional Connector
Final SEIS Administrative Document/Supplemental ROD

4.  Construction Delay Cost to Overall Project – agency costs for the added delay to complete the overall project.

The cost estimating effort resulted in the identification of both baseline construction only and total project cost estimates for the two tunneling method alternatives.  The total Flower Street segment cost ranges between $510 and 575 million for Alternative A, and $447 and 503 million for Alternative B, as compared to $171 million for the Project.

Table 5.8-1: Year of Expenditure[1] Dollar Cost Estimate for the Flower Street Segment for the Tunneling Method Alternatives ($Million)

| SCC Category | SCC Line Item | Project | Alternative A | | Alternative B | |
|---|---|---|---|---|---|---|
| | | | Low | High | Low | High |
| 10.06 | Guideway – Underground Cut and Cover | 93.1 | 9.9 | 9.9 | 7.0 | 7.0 |
| 10.07 | Guideway – Underground Tunnel SEM | -- | 50.0 | 68.3 | 57.1 | 77.9 |
| 10.07 | Guideway – Underground EPBM | 31.5 | 46.6 | 46.6 | 50.1 | 52.5 |
| 10.07 | Guideway – Underground Tunnel Open Face TBM | -- | 41.8 | 56.9 | -- | -- |
| 20.03 | Underground station, stop, platform | -- | -- | -- | 30.6 | 32.0 |
| 40.02 | Site Utilities, Utility Relocation | 9.6 | 7.5 | 7.5 | 7.5 | 7.5 |
| 40.04 | Environmental mitigation | 0.1 | 0.4 | 0.4 | 0.5 | 0.5 |
| 40.07 | Auto, bus, van access, including roads, parking lots | 0.6 | 0.2 | 0.2 | 0.2 | 0.2 |
| 40.08 | Temporary Facilities and other indirect costs during construction | 0.4 | 0.1 | 0.1 | 0.1 | 0.1 |
| | **Total SCC 10-50** | 135.3 | 156.5 | 189.9 | 153.1 | 177.7 |
| 80.02 | Final Design | 11.2 | 19.0 | 19.4 | 15.4 | 15.7 |
| 80.04 | Project & Construction Management | 6.8 | 11.5 | 11.7 | 9.3 | 9.5 |
| 80.06 | Legal Permits, Survey, Testing, Inspection | 1.3 | 2.3 | 2.3 | 1.8 | 1.9 |
| | **Total SCC 10-80** | 154.7 | 189.3 | 223.3 | 179.6 | 204.8 |
| 90.00 | Unallocated Contingency | 16.7 | 20.5 | 24.2 | 19.5 | 22.1 |
| | **Total SCC 10-90** | 171.4 | 209. 8 | 247.5 | 199.1 | 226.9 |
| | Additional Construction Duration Cost (Contractor's extended overhead) | -- | 84.7 | 84.7 | 39.0 | 39.0 |
| | **Subtotal[2]** | **171.4** | **294.5** | **332.2** | **238.1** | **265.9** |
| | Cost for Procurement Delay | -- | 47.0 | 47.0 | 47.0 | 47.0 |
| | Escalation Costs due to Redesign/SEIS Delay | -- | 139.9 | 139.9 | 134.2 | 134.2 |
| | Construction Delay Cost to Overall Project | -- | 27.8 | 55.7 | 27.8 | 55.7 |
| | **Total** | **$171.4** | **$509.2** | **$574.8** | **$447.1** | **$502.8** |

Notes: [1] YOE – Year of Expenditure: 2017, as the mid-point of construction for the Project, was used to calculate the SCC 10- 50 line item costs

[2] Range for two alternatives provides a low and high cost estimate based on risk. The range does not include increased costs resulting from procurement delay, construction delay, or escalation due to delays.

Source: *Final Flower Street Tunneling Method Alternatives Report, Appendix B: Cost Risk Analysis Model for Baseline and Each Alternative (2015)*



Metro

Regional Connector
Final SEIS Administrative Document/Supplemental ROD

## 5.9 Environmental Consequences

Based on guidance provided in NEPA, this SEIS provides an analysis of the environmental consequences associated with construction and operation of the tunneling method alternatives. The following environmental impact areas were studied in the SEIS:

- Transportation and Circulation
- Visual Quality
- Air Quality
- Climate Change
- Noise and Vibration
- Geotechnical
- Energy Resources
- Historic Resources
- Environmental Justice
- Cumulative

In summary, the environmental analysis documented in the SEIS shows that construction of either of the two tunneling method alternatives would have adverse environmental effects, many of which could not be mitigated. These include shifting of a majority of the truck handling of tunnel excavation materials from the Flower Street segment, a high-rise commercial district with wide streets, to Little Tokyo, a low to mid-rise, mixed use district with visitor and cultural destinations, and identified as an environmental justice community.  Implementation of Alternatives A and B would extend the duration of construction impacts in Little Tokyo by a minimum of 3.0 years over the Project.

Construction of Alternatives A and B would require the use of jet grouting for ground stabilization with extensive equipment requirements, including jet grouting rigs and mixing plants more than 100 feet in height, along with mixers, compressor, generators, and related support equipment. The grouting equipment would require use of the two travel lanes on the east side of Flower Street between 4th and 6th Streets for Alternative A, and between 5th and 6th Streets for Alternative B, for the duration of the grouting activities. Grouting efforts would require the use of two travel lanes for eight to 16 months further reducing street capacity.  The construction impacts on Flower Street would result in significant traffic and circulation, visual, air quality, climate change, and noise impacts that would be difficult to mitigate or could not be mitigated. Alternatives A and B do not provide reduced environmental impacts during construction to those identified for the Project. In addition, the tunneling method alternatives would have higher and longer construction-related adverse environmental justice effects on Little Tokyo, as shown in Table 5.9-1.


**Metro**

Regional Connector
Final SEIS Administrative Document/Supplemental ROD

**Table 5.9-1: Comparison of Environmental Effects During Construction in Little Tokyo**

| Impact | The Project | Alternative A | Alternative B |
|---|---|---|---|
| **Hauling of Excavated Materials from Flower Street** | | | |
| - On Flower Street<br>• Percentage of total Flower Street materials<br>• Duration of hauling activities | 81%<br>9 Months | 25%<br>1 Month | 20%<br>1 Month |
| - In Little Tokyo<br>• Percentage of total excavation activities<br>• Duration of hauling activities | 19%<br>2.5 Months | 75%<br>19 Months | 80%<br>17 Months |
| **Excavation/Construction Trucks Per Day** | | | |
| - On Flower Street | 32 | 18 | 8 |
| - In Little Tokyo | 8 | 22 | 32 |
| **Duration of Truck Impacts (for hauling excavated materials)** | 9 Months | 19 Months<br>10 months longer | 17 Months<br>8 months longer |

Source: *Final Flower Street Tunneling Method Alternatives Report (2015)*

## 5.10   Summary of Findings

Based on the environmental analysis in the SEIS and the engineering analysis documented in the *Final Flower Street Tunneling Methods Alternatives Report (2015)*, the construction method alternatives would not perform as well as the Project in meeting purpose and need, would impact Metro operations, would pose construction and safety risks, and would result in environmental impacts, as summarized below, and presented in Table 5.10-1.

- **Purpose and Need** – Alternatives A and B would not perform as well as the Project in meeting the purpose and need identified for the Regional Connector project.  While they would provide an improved regional connection, implementation of these options would result in reduced operating speeds on the Flower Street segment – 35 mph compared to 55 mph provided by the Project.  There would be a corresponding increase in travel times for Gold, Blue, and Exposition Line passengers, as well as for passengers transferring from the Red and Purple Lines.  The speed reduction resulting from the tunneling method alternatives would have permanent adverse operational effects over the Project due to increased travel times for the operational life of the Regional Connector project.

- **Construction and Risk Considerations** – Construction along the Flower Street segment must address significant challenges including physical operational challenges, difficult surface and underground conditions, and challenging geologic conditions. The geologic conditions include the presence of groundwater, unstable soils, a challenging geologic interface between different soil and rock strata (mixed-face), and hazardous gases.  The Project was defined to address those constraints given the segment's high risk and challenges.  The tunneling methods proposed by Alternatives A and B would result in significantly higher construction risks, a longer construction schedule, and a higher project cost.  The higher construction risks include increased risks of ground instability, loss, and settlement which could threaten public and worker safety.



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

**Table 5.10-1: Overview of Environmental Impacts Due to Construction of the Tunneling Method Alternatives**

| Resource Area | The Project | Alternative A | Alternative B |
|---|---|---|---|
| **Transportation/ Circulation**<br><br>Flower Street Impacts | • 3 to 4 travel lanes available on Flower Street during construction<br>• Even with mitigation, the intersections of 4th, 5th and 6th and Flower Streets would be adversely affected during the AM peak hour. With mitigation, the resulting effect would not be adverse under NEPA. | • 2 travel lanes available on Flower Street during grouting and construction.<br>• Longer duration of traffic lane closure due to 12 months (possibly up to 24 months) of grouting activities. | • 3 travel lanes available on Flower Street: 4th to 5th Streets; 2 travel lanes 5th to 6th Streets.<br>• Longer duration of traffic lane closure due to 8 months (possibly 16 months) of grouting activities. |
| Little Tokyo Impacts | | • Increases and extends construction truck impacts on Little Tokyo by 15 months. | • Increases and extends construction truck impacts on Little Tokyo by 7 months. |
| **Visual Quality** | • Construction staging area along the east side of Flower Street would have negative impacts on the visual quality/character that can be screened. | • Construction and grouting staging areas along east side of Flower Street would have adverse impacts on visual quality/character.<br>• Impacts cannot be mitigated due to size of grouting and plant equipment (over 100 feet tall).<br>• With two grouting areas, this alternative would have a more adverse effect than Alternative B. | • Construction and grouting staging areas along east side of Flower Street would have adverse impacts on visual quality/character.<br>• Impacts cannot be mitigated due to size of grouting and plant equipment (over 100 feet tall).<br>• With only one grouting area, this alternative would have less impact than Alternative A, but more than the Project. |
| **Air Quality**<br>Peak daily emissions | • During construction, regional construction emissions of VOC, $NO_x$, and CO will be adverse, significant and unavoidable under NEPA. With mitigation, localized construction emissions will be reduced to less than significant. | • Higher emissions during construction due to use of grouting equipment.<br>• Longer duration of construction emissions by 12 months (up to 24 months) on Flower Street; and by 15 months over the Project. | • Higher emissions during construction due to use of grouting equipment.<br>• Longer duration of construction emissions by 7 months (up to 16 months) on Flower Street; and by 7 months in Little Tokyo over the Project.<br>• With only one grouting area, this alternative would have less impact than Alternative A. |
| **Climate Change**<br>MTCO2e/year | • 2017[1] GHG emissions would be 4,870. | • 2017[1] GHG emissions would be 8,040.<br>• Higher GHG emissions than the Project due to use of grouting equipment. | • 2017[1] GHG emissions would be 4,950.<br>• Higher GHG emissions than the Project due to use of grouting equipment.<br>• Less GHG emissions than Alternative A due to need for only one grouting area. |
| **Noise and Vibration**<br>Flower Street Impacts | • Noise may inadvertently exceed FTA significance criteria during construction; mitigation measures will control exceedances. | • Results in increased construction noise level over the Project due to use of grouting equipment.<br>• Possible minor increase in vibration impacts due to TBM use further south on Flower Street. | • Results in some noise level increases over the Project due to use of grouting equipment.<br>• Results in lower noise level than Alternative A due to need for only one grouting area. |

Note: [1] Mid-point of construction

 **Metro**

- **Operational Considerations** – The speed reduction resulting from Alternatives A and B would have negative impacts on rail service headways, run times, and operations over the Project. With a slower operating speed – one-third slower than Metro operational requirements – Alternatives A and B would negatively impact passengers using the Gold, Blue, and Exposition Lines, as well as passengers transferring from the Red and Purple Lines at the 7th Street/Metro Center Station. Metro would be required to operate additional trains and increase the fleet size by approximately six vehicles with a corresponding increase in capital and operational costs. It should be noted that the Project and Alternatives A and B have been designed to allow for a future 5th/Flower Station. Construction of this station would result in slower operating speeds in the Flower Street segment as the closer station spacing would not allow the LRT trains to reach the desired 55 mph speed. While both alternatives would allow for a future 5th/Flower Street Station, the resulting station configuration for Alternatives A and B would not allow for cross-platform transfers negatively impacting passenger convenience, especially for visitors and infrequent users. Implementation of Alternatives A and B would result in a permanent, substandard operating segment in the heart of the region's LRT system.

- **Schedule Impacts** – Implementation of Alternatives A and B would delay start of revenue service by a minimum of 3.0 years beyond the Project's schedule.  The increase in schedule is partially due to longer construction timeframes – 15 and 7 months for Alternatives A and B respectively.  In addition, both alternatives would require an additional 29 months over the Project's schedule for pre-construction activities required to revise the engineering design and re-procure the design-build construction contract.  A longer construction time would increase the project cost and delay operation of this much needed segment in the region's LRT system.

- **Cost and Funding Considerations** – Based on a cost analysis similar to that performed for the Project, the higher risk for Alternatives A and B translates to $67 to $123 million more for the baseline Year of Expenditure (YOE) cost for the Flower Street segment beyond the cost identified for the Project. Given the higher risk level along this segment, a range of total project costs identified an additional $276 to $403 million would be required for the construction of Alternatives A and B beyond that identified for the Project. Funding for these additional costs will need to be identified among limited federal, state, and local sources.

- **Environmental Considerations** – The two tunneling method alternatives shift a majority of the effects resulting from the handling of excavation materials from the Flower Street segment, a high-rise commercial district with wide streets, to Little Tokyo, a low to mid-rise mixed use district with visitor and cultural destinations, and identified as an environmental justice community. Use of grouting equipment, required for Flower Street segment ground stabilization for construction of the two alternatives would result in adverse visual, noise and vibration, air quality, and traffic effects that may not be mitigated.

**Metro**

Regional Connector
Final SEIS Administrative Document/Supplemental ROD

Alternatives A and B would result in a higher safety risk, would cost more money, would take longer to construct, and would result in additional adverse environmental effects than the Project. Even with the proposed methods to reduce construction risk associated with tunneling in the weak ground conditions under Flower Street, the tunneling method alternatives have a high chance of ground settlement problems and thus, were not carried forward as part of the Regional Connector project. While implementing Alternatives A and B may be technically possible, for the reasons stated in this paragraph and above, those alternatives were considered infeasible as a matter of sound public policy, and thus were withdrawn from further consideration.[i]

---

[i] *See Res. Ltd. v. Robertson, 35. ,3d 1300, 1307 (9th Cir. 1997)*


**Metro**

# CHAPTER 6

## Public and Agency Outreach

# 6.0   PUBLIC AND AGENCY OUTREACH

## 6.1   Introduction

The Regional Connector Transit Corridor Project approval and certification of the Final EIS/EIR was the culmination of prior planning and environmental studies and projects completed in the past two decades.  Per court order (Submitted pursuant to the National Environmental Policy Act of 1969, 42 U.S.C. §§ 42 U.S.C. 4321 et. seq, 23 CFR 771, and the Order re Plaintiffs' Combined Motion for Summary Judgment and Defendants' Motion and Cross-Motion for Summary Judgment, dated May 29, 2014 and Order re Plaintiff Today's IV, Inc. and 515/555 Flower Associates, LLC's Motion for Injunctive Relief, dated September 12, 2014 issued by the U.S. District Court in *Today's IV. Inc. v. FTA et. al.* (*Today's IV*), Case No. LA CV13-00378 JAK (PLAx), *Japanese Village, LLC v. FTA et al.* (*Japanese Village*), Case No. LA CV13-00396 JAK (PLAx), *515/555 Flower Assoc., LLC v. FTA* (*Flower Assoc.*), Case No. LA CV00453 JAK (PLAx) and the Judgments issued on October 24, 2014 by the U.S. District Court in *Today's IV* and *Flower Assoc.*), this SEIS is intended to provide more information on tunnel construction alternatives not pursued and to provide additional detail on tunneling methods not selected for use along Flower Street, specifically Open Face Shield and SEM tunneling for the Flower Street portion of the Regional Connector project alignment between 4th Street and the 7th Street/Metro Center Station.   This Final Supplemental Environmental Impact Statement and Supplemental Record of Decision document has been prepared pursuant to Pub. L. 114-94, 23 USC 139 (n)(2)(A) as amended by the Fixing America's Surface Transportation Act.

Public Outreach for this SEIS was focused on the two areas affected by the construction tunneling alternatives, Flower Street and Little Tokyo. Public notice of the availability of the Draft SEIS,  a 45-day public review period and notification of the completion of the Final SEIS was provided in compliance with the National Environmental Policy Act (NEPA)( 23 CFR 771.130).

## 6.2   Highlights of Previous Outreach Efforts

The Regional Connector Transit Corridor Project has garnered considerable stakeholder interest throughout the environmental process during including the AA, Draft EIS, and Final EIS phases. Recognizing the unique challenges and opportunities of the proposed project, as well as its potential benefits beyond the immediate downtown Los Angeles area, Metro developed a creative approach to ensure an inclusive, engaging and transparent outreach process. The community outreach effort was designed to build awareness and understanding of the project, provide opportunities for ongoing stakeholder involvement, and assist in the identification of potential mitigation measures.

Outreach included the engagement of a wide diversity of stakeholders and opinion leaders including business organizations, chambers of commerce, business improvement districts (BIDs), neighborhood councils, community councils, arts organizations, and residents groups in downtown Los Angeles. Particular outreach was done in the Little Tokyo community, located within the Project Area, one of the only three remaining "Japantowns" in the United States, and an environmental justice community. The Little Tokyo Working Group (LTWG) was created and included Metro staff and



leaders of the Little Tokyo Community Council (LTCC), which represented over 100 business and community organizations.

A collaborative effort, the group developed alternatives acceptable to the Little Tokyo community and appropriate mitigation measures to address construction and operational impacts. This collaboration led to the development of the Fully Underground LRT as the only acceptable alternative for the community. In 2010 the Metro Board approved the addition of the Fully Underground LRT Alternative to the Draft EIS for full environmental evaluation. Following the completion of the Draft EIS public review period, the Metro Board of Directors designated the Fully Underground LRT Alternative as the Locally Preferred Alternative (LPA) at the October 28, 2010 meeting.

Metro published a Supplemental Environmental Assessment (EA) document to introduce refinements made to the LPA in July 2011. The preparation of the Final EIS/EIR was completed in January 2012, and the Metro Board of Directors approved the Project on April 26, 2012. A Record of Determination (ROD) was issued by the FTA on June 29, 2012.

The formation and success of the LTWG, accompanied by Metro's desire to implement a transparent and proactive process in engaging this community, collectively provided an extraordinary opportunity for stakeholder engagement to defuse potentially volatile environmental justice issues, and in the process build trust, widespread enthusiasm, and support for a critical transit project.

Additionally, in April 2014 Metro was nominated for the Public Involvement/Partnership Award by the Environmental Protection Agency (EPA), an award given by the National Association of Environmental Professionals (NAEP), recognizing the community outreach efforts and proactive engagement of the Little Tokyo community in a focused and collaborative dialogue during the NEPA process in order to address their concerns.

## 6.3 Public Participation Plan (PPP)

A detailed Public Participation Plan (PPP) was developed at the commencement of the environmental effort, and included a stakeholder database, communications protocols, public input tracking, and a schedule for interfacing with the public, and recommendations for how meetings should be conducted. All elements of the PPP were applicable to this SEIS effort. The full PPP is provided in the Final Scoping Report as Appendix G in the Final EIS/EIR.

Project notifications, mailers, and updates for this SEIS followed the specification outlined in the PPP, including newspaper ads, media outreach, and in appropriate languages. Public meeting notifications were published in local newspapers and held in the Study Area.

## 6.4 Agency Coordination

The extensive consultation process with various cultural groups and agencies to identify traditional cultural properties and cultural practices was conducted during all phases of the environmental planning process has been documented for the Section 106 consultation process and detailed information can be found in Chapter 7, Public and Agency Outreach, of the Final EIS/EIR. This coordination has continued through this SEIS phase. Communication with the State Historic



Regional Connector
Final SEIS Administrative Document/Supplemental ROD

Preservation Office (SHPO) was undertaken by FTA staff. Metro provided a letter to SHPO on June 4, 2015 explaining the purpose of the SEIS, court order, and the alternatives under evaluation. The letter included information on the alternatives considered but withdrawn from consideration and discussion of anticipated impacts. SHPO submitted no comments pertaining to the alternatives considered in this SEIS.

Various informational documents including meeting notices, electronic e-blast, mail post cards, and other collateral materials provided the public with project information during the Draft SEIS process. Letters were also sent to participating, non-participating, and reviewing agencies. Participating letters were sent on June 2, 2015 and included a copy of the Notice of Availability (NOA).

Table 6-1: Agency Distribution for the Draft SEIS

| Resources Agency | |
|---|---|
| Department of Fish and Wildlife, Region 5 | Resources, Recycling and Recovery |
| Office of Historic Preservation | California Highway Patrol |
| Department of Parks and Recreation | Caltrans, District 7 |
| Department of Water Resources | Air Resources Board, Transportation Projects |
| Regional Water Quality Control Board, Region 4 | Department of Toxic Substances Control |
| Native American Heritage Commission | Public Utilities Commission |
| Office of Emergency Services, California | |

### 6.4.1  Mailings, Flyers, and Electronic Mailings

Notification of public hearings was sent via postal mail to the addresses on the stakeholder database. Postcards were sent by a mail house to households and businesses located within a 1 mile radius of the project. Additionally, notices were posted on Metro's website. Refer to Appendix I for copies of the published notification and post cards.

### 6.4.2  Website and Media Outreach

The project website (http://www.metro.net/regionalconnector/) serves as a central point where stakeholders can readily access current project-related information. The project website was initially used for the AA phase and was updated regularly during the Draft EIS, the Final EIS phases, and the current SEIS phase. Website content for the Regional Connector includes a project overview, schedule of upcoming meetings, summaries of past meetings and collateral materials including fact sheets, presentations materials, and other information from both the current and previous project phases. The website is updated at key study milestones.

## 6.5  Public Review Period

The Draft SEIS was distributed for public review and comment prior to the issuance of this Final SEIS. Comments were submitted during the 45-day Draft SEIS review period to FTA or Metro. FTA and



Metro held two public hearings on the content and findings of the Draft SEIS during the 45-day public review period. The NOA alerted the public and interested Federal, State, tribal, regional and local government agencies of the availability of the DSEIS, and invite comment on the DSEIS.  The NOA also provided notice that the FTA may issue a single Final Supplemental Environmental Impact Statement and Record of Decision document pursuant to Pub. L. 112-141, 126 Stat. 405, Section 1319(b) unless the FTA determines statutory criteria or practicability considerations preclude issuance of the combined document pursuant to Section 1319. In that case, FTA would issue a Final Supplemental Environmental Impact Statement followed by a supplement to the Record of Decision, as needed. All substantive comments on the content of the Draft SEIS are addressed in this Final SEIS.

### 6.5.1    Public Hearings

The Draft SEIS public participation process was initiated on June 12, 2015 and lasted for 45 days, ending July 27, 2015. The NOA was filed with the County Clerk on June 11, 2015. Ads, in English, Spanish, and Japanese, were published in local newspapers providing project information and the public comment period, and public hearings. Local newspaper publications included Rafu Shimpo (local Japanese publication), La Opinion (local Spanish publication), The Downtown News, and The Daily News. Copies of ads and postings can be found in Appendix I. During this time, there were two public hearings held within the study area, one in the Financial District and one in Little Tokyo. The public hearings were held:

- June 30, 2015 from 12:00 pm to 1:30 pm at the Los Angeles Central Library, Mark Taper Auditorium, 630 W. 5th Street, Los Angeles, CA 90071
- July 7, 2015 from 6:30 pm to 8:00 pm at the Japanese American National Museum, 100 N. Central Avenue, Los Angeles, CA 90012

### 6.5.2    Public and Agency Comment

A total of 13 public and agency comment letters were received during the public review period, including written materials submitted at the two public hearings. Comments were also submitted in the form of oral testimony at those hearings. A total of 2 public testimonies were recorded at the public hearings. Overall, a total of 6 comments by individuals (not agencies) were received on the Regional Connector Transit Corridor Project Draft SEIS.

Appendix J of this Final SEIS contains copies of all written comments, both mailed and comment cards from the public hearings, court transcripts, and responses to all comments received on the Draft SEIS.



# APPENDIX A

# FINAL FLOWER STREET TUNNELING METHOD ALTERNTIVES REPORT



## REGIONAL CONNECTOR TRANSIT CORRIDOR PROJECT

# Final Flower Street Tunneling Method Alternatives

**Prepared for:**



**Prepared by:**

**The Connector Partnership**
**432 East Temple Street**
**Los Angeles, California 90012**



| Review Copy | | |
|---|---|---|
| | Date | Initials |
| Originator | 7/2/2014 | JC/DD/XY |
| Checker | 8/19/2014 | WHH |
| Back checker (for Final) | 8/19/2014 | JC/DD/XY |
| Approved by | 12/07/2015 | JSP |

December 7, 2015



# Table of Contents

TABLE OF CONTENTS ........................................................................................................ I

LIST OF FIGURES ............................................................................................................. II

LIST OF TABLES .............................................................................................................. III

1.0    PREFACE ............................................................................................................ 1-1

2.0    EXECUTIVE SUMMARY ...................................................................................... 2-1

3.0    DEVELOPMENT OF PROJECT CONFIGURATION ............................................ 3-1

    3.1    Conceptual Engineering and DEIS/DEIR October 2010 ............................ 3-1

    3.2    Advanced Conceptual Engineering March 30, 2011 .................................. 3-2

    3.3    Draft (June 29, 2011) and Pre-Final (September 29, 2011) Preliminary Engineering (PE) Submittals ..................................................................... 3-3

    3.4    Draft Final PE December 20, 2011 .............................................................. 3-4

    3.5    Final PE March 30, 2012 .............................................................................. 3-4

    3.6    PE and FEIS/FEIR ........................................................................................ 3-4

    3.7    Record of Decision/ Procurement Documentation Pre-Construction Activities ...................................................................................................... 3-5

    3.8    Procurement and Start of Construction ................................................... 3-5

4.0    MAJOR CONSIDERATIONS FOR CONSTRUCTION METHOD ......................... 4-1

    4.1    Geologic Conditions .................................................................................. 4-1

    4.2    Cut-and-Cover Construction Method ....................................................... 4-2

    4.3    Open-Face Shield Tunneling ..................................................................... 4-3

    4.4    Sequential Excavation Method (SEM) ....................................................... 4-5

    4.5    Ground Improvement and Tunneling ........................................................ 4-7

        4.5.1    Permeation Grouting: Chemical or Cement ......................... 4-8
        4.5.2    Jet Grouting ........................................................................... 4-9
        4.5.3    Ground Freezing ................................................................... 4-13
        4.5.4    Compensation Grouting ...................................................... 4-17
        4.5.5    Compaction Grouting .......................................................... 4-18
        4.5.6    Summary and Conclusions on Ground Improvement for Tunneling.... 4-18
        4.5.7    Summary of Feasible Ground Improvement Methods......................... 4-19

    4.6    Pressurized-Face (Closed-Face Shield) Tunneling.................................. 4-20

    4.7    Transit Structure Configuration ............................................................. 4-23

        4.7.1    Deferred 5th/Flower Street Station ..................................... 4-23
        4.7.2    Pocket Track ......................................................................... 4-23
        4.7.3    Profile Requirements for Rail Operations............................ 4-23
        4.7.4    Crossovers ............................................................................ 4-23
        4.7.5    Tie-in at 7th/Metro Center Station ...................................... 4-24

**R E G I O N A L   C O N N E C T O R   T R A N S I T   C O R R I D O R   P R O J E C T**



**Metro**

    4.7.6  2nd/Hope Street Station.................................................................. 4-24
    4.7.7  4th Street Bridge Foundations ...................................................... 4-24

  **4.8**  **Underground Obstructions to Tunneling – Tiebacks ................................. 4-25**
    4.8.1  Tiebacks on Flower Street............................................................ 4-25
    4.8.2  Tieback Hazard for Pressurized-face Tunneling ............................. 4-26
    4.8.3  Tieback Hazard for Open Face Shield or SEM Tunneling.................. 4-27
    4.8.4  Advance Tieback Removal to Mitigate Tunneling Hazard.................. 4-27

**5.0**  **ALTERNATIVE ALIGNMENTS AND TUNNELING METHODS ....................... 5-1**

  **5.1**  **Baseline Alignment and Profile ........................................................ 5-3**

  **5.2**  **EPBM/Open Face Shield/SEM LPA Profile Alternative  (Alternative A)...... 5-4**

  **5.3**  **EPBM/SEM Low Alignment Alternative (Alternative B) ........................... 5-5**

**6.0**  **SCHEDULE.................................................................................... 6-1**

  **6.1**  **General ...................................................................................... 6-1**

  **6.2**  **Environmental Process Schedule..................................................... 6-1**

  **6.3**  **Baseline Schedule ....................................................................... 6-2**

  **6.4**  **EPBM/Open Face Shield/SEM LPA Profile Schedule  (Alternative A) ........ 6-4**

  **6.5**  **EPBM/SEM Low Alignment Schedule (Alternative B)............................. 6-6**

  **6.6**  **Summary of Schedule Impacts ....................................................... 6-8**

**7.0**  **COST ESTIMATE .......................................................................... 7-1**

**8.0**  **RISK IDENTIFICATION AND ASSESSMENT ......................................... 8-1**

  **8.1**  **Preface...................................................................................... 8-1**

  **8.2**  **Risk Assessment Methodology ...................................................... 8-1**

  **8.3**  **Cost Risk Analysis....................................................................... 8-4**
    8.3.1  Calculation of Capital Cost Estimate Allocated and Unallocated
           Contingency Ranges ................................................................ 8-4
    8.3.2  Delay/Consequential Cost Analysis.................................................. 8-4
    8.3.3  Comparison of Total Project Estimate for Each Alternative.................. 8-4

## List of Figures

Figure 4-1: Digger Shield Used to Construct Metro Red Line Contract A146 Tunnels............. 4-4
Figure 4-2: Sequential Excavation Method (SEM) Tunneling ........................................ 4-6
Figure 4-3: Grouting Methods for Tunneling................................................................ 4-8
Figure 4-4: Permeation Grouting from Surface............................................................ 4-9
Figure 4-5: Jet Grouting Sequence ......................................................................... 4-10
Figure 4-6: Jet Grouting Canopy by Horizontal Drilling............................................... 4-11
Figure 4-7: Staging for Jet Grouting Operation.......................................................... 4-11
Figure 4-8: Surface Jet Grouting Operation............................................................... 4-12

**R E G I O N A L   C O N N E C T O R   T R A N S I T   C O R R I D O R   P R O J E C T**



**Final Flower Street Tunneling Method Alternatives**
**Table of Contents**

Figure 4-9:  Jet Grout Zone above SEM Tunnel on Flower Street ........................................... 4-13

Figure 4-10: Individual Freeze Pipe Arrangement ................................................................ 4-15

Figure 4-11: Ground Freezing Pipe Installation in New York City, Prior to Starting Freeze.... 4-16

Figure 4-12: Ground Freezing Operation................................................................................ 4-16

Figure 4-13: Freeze Pipe Array ............................................................................................. 4-17

Figure 4-14: Types of Shield Machines ................................................................................. 4-20

Figure 4-15: EPBMs Used for Constructing Los Angeles Eastside LRT Tunnels.................. 4-22

Figure 4-16: Cross-Section of Typical EPBM ........................................................................ 4-22

Figure 4-17: Existing Tiebacks on Flower Street ................................................................... 4-26

Figure 5-1: Baseline and Tunneling Alternatives ................................................................... 5-2

Figure 5-2: Baseline/Locally Preferred Alternative Alignment Profile ..................................... 5-7

Figure 5-3: EPBM/Open Face Shield SEM LPA Profile (Alternative A)................................... 5-8

Figure 5-4: EPBM/SEM Low Alignment Alternative (Alternative B)......................................... 5-9

Figure 6-1: Baseline Summary Schedule ............................................................................... 6-3

Figure 6-2: EPBM/Open Face Shield SEM LPA Profile Alternative Summary Schedule
(Alternative A) ....................................................................................................... 6-5

Figure 6-3: EPBM/SEM Low Alignment Summary Schedule (Alternative B)........................... 6-7

## List of Tables

Table 4-1: Summary of Evaluation of Ground Improvement Techniques................................ 4-19

Table 6-1  Summary of Construction Duration and Schedule Delay ........................................ 6-8

Table 7-1: Base Cost Estimate for Flower Street Baseline  and Alternatives Including
Contingency ($M)................................................................................................... 7-1

Table 8-1: Allocation of Risks per Alternative ........................................................................ 8-2

Table 8-2: Summary Risk Analysis Results ($M).................................................................... 8-4



# 1.0  PREFACE

The Connector Partnership Joint Venture (CPJV), engaged by Los Angeles County Metropolitan Transportation Authority (LACMTA), conducted a tunnel feasibility and environmental assessment for Flower Street construction methods and alignment alternatives for the Regional Connector Transit Corridor Project. This effort was undertaken to evaluate feasibility of tunneling along Flower Street in response to community concerns about cut-and-cover construction impacts in this area.

This report builds on previous analysis to evaluate tunneling alternatives along Flower Street and supports preparation of a Supplemental Environmental Impact Statement (SEIS) for the Regional Connector Transit Corridor Project.  A draft report was issued August 19, 2014 and this final report is issued with no changes in technical content.  The environmental assessment of the tunneling alternatives is conducted and discussed in the SEIS.

Z:\60190193_Regional Connector\2000 DSDC C0980\400 - Technical\434 Flower Street\FlowerStreetTunnelingMethodAlternatives Updated Final 120715 B.docx



# 2.0   EXECUTIVE SUMMARY

In an effort to address concerns from the Financial District, regarding the potential construction impacts along Flower Street, the LACMTA Board, in April 2012, directed staff to examine various value engineering and cost saving methods to determine if certain specific construction methods and design features could be incorporated, to mitigate potential construction impacts along Flower Street, without causing an increase to the Life of Project (LOP) budget. The Board further directed staff that, if the analysis determined that the methods exceeded the LOP budget, the construction methods and design features should be included, as bid options, during the construction procurement to allow design-build proposers a process to include each feature and determine if it could be accomplished within the LOP budget.

At the time of the April 2012 Board Meeting, the Flower Street mitigation method under consideration was referred to as the "Low Alignment." This alignment, with a deeper segment between 4th and 5th Streets, would extend pressurized-face TBM tunneling from the Baseline termination, at south of 4th Street, to a point south of 5th Street, which would subsequently reduce the length of the cut-and-cover section with street decking system along Flower Street. The Low Alignment was considered as Alternative B in this study.

The Baseline and two alternatives have been evaluated in this study in order to fully respond to stakeholders concerns for tunneling alternatives along Flower Street.  The Baseline consists of earth pressure balance machine (EPBM) tunneling to south of 4th Street and the cut-and-cover with street decking system to the 7th/Metro Center Station along the Locally Preferred Alternative (LPA) vertical profile. Alternative A would extend tunneling south to the 7th/Metro Center Station along the LPA profile through the use of a combination of EPBM, open-face shield tunneling, and sequential excavation method (SEM) construction techniques in series. Alternative B would extend tunneling south toward the 7th/Metro Center Station along a lower profile (Low Alignment) through the use of a combination of EPBM and SEM construction technique. Both Alternatives A and B would minimize cut-and-cover construction, limiting it to the tie-in with the 7th/Metro Center tail tracks and street-surface exit shafts.

It was determined based on this study that it is not feasible to use pressurized-face tunnel boring machines (Earth Pressure Balance Machines [EPBM]) for tunneling where tiebacks are present. Unacceptable risks of excessive subsidence from ground loss are associated with open-face shield and SEM tunneling in mixed face geologic conditions with the tieback obstructions. The substantial amount of drilling from the ground surface for ground improvement by grouting that would be required to mitigate the hazard of mixed-face conditions and tiebacks would negate the benefit intended of avoiding street surface impacts by tunneling.

This study supports the environmental assessment presented in the Supplemental Environmental Impact Statement (SEIS). Based on this environmental assessment, no changes to the Project are being recommended. The assessment demonstrates that there are a variety of construction, operation, cost, and schedule concerns that make the tunneling alternatives infeasible, and that while some environmental impacts may be reduced along Flower Street, other impacts are similar along Flower Street and/or shifted to the other end of the alignment, in Little Tokyo area, which is an environmental justice community.



# 3.0   DEVELOPMENT OF PROJECT CONFIGURATION

The project configuration on Flower Street between 2nd/Hope Station and the existing Blue Line tail tracks at 7th/Metro Center Station has progressed from preparation of the Draft Environmental Impact Statement/Draft Environmental Impact Report (DEIS/DEIR) through the Final Environmental Impact Statement/Final Environmental Impact Report (FEIS/FEIR). From the engineering perspective, the work encompassed Conceptual Engineering, Advanced Conceptual Engineering, and Preliminary Engineering.

## 3.1    Conceptual Engineering and DEIS/DEIR October 2010

The project went through a number of design iterations, which have been significantly influenced by mitigation measures in the environmental process. This section presents the design and construction methods carried in the project at the conclusion of Conceptual Engineering and preparation of the DEIS/DEIR.

The DEIS/DEIR alignment under Flower Street included a pocket track between 3rd and 4th Streets and an underground station between 4th and 5th Streets. Both elements would require large cut-and-cover excavation over long sections of the alignment along Flower Street. The combined length and arrangement of these major structures and the cut-and-cover connection to the existing 7th/Metro Center structure left only short construction sections deemed not practical or cost effective to construct by tunneling. This left no practical section of the alignment to be constructed by tunneling, either by conventional tunneling techniques or pressurized-face Tunnel Boring Machines (TBM). See Sections 4.3, 4.4, and 4.6 for the descriptions of different tunneling techniques. Therefore, a cut-and-cover construction scheme was developed for this part of the Regional Connector project as has been typical for the underground station sites on the Los Angeles Metro system, including the existing 7th/Flower Street Blue Line tail tracks.

An additional construction consideration along Flower Street at the time of the DEIS/DEIR preparation is the existence of tiebacks that were abandoned in place after construction of many of the adjacent buildings along the Flower Street portion of the alignment. Use of tiebacks that extend into the public right-of-way was permitted upon approval by the City of Los Angeles for construction of the buildings. The tiebacks were used to temporarily support the ground for excavations required to construct the building foundations, or other underground structures, such as the ARCO Plaza (505 and 515 South Flower Street), 444 South Flower Street, Bank of America, Westin Bonaventure Hotel, and the Library Parking Garage.

Cost of transit structure is minimized by having the stations and tunnels deep enough to avoid existing utilities and to permit construction of the station in accordance with LACMTA standards with a concourse (mezzanine). However, in the case of Flower Street, the tunnel profile (depth below street) was dictated by the tie-in elevation to existing track at 7th/Metro Center Station and the minimum depth required for the 5th/Flower Station to be under the existing utilities. Also, the foundations for 4th Street ramps (bridge structures) placed a limit on tunnel depth to avoid impacting the existing drilled shaft bridge foundations. Alternative construction methods were not credible for this area, i.e. tunneling by pressurized-face TBMs at this shallow depth would encounter numerous tieback obstructions; and tunneling by SEM (see Section 4.4) would have greater risks.

Tunnel construction using a pressurized-face TBM was identified in conceptual engineering to be used only between the 2nd/Hope Station and the 1st/Central Station. Direction of tunneling



and associated environmental impacts had not been determined at that time. The direction of the tunnel drive would be either from west to east from 2nd/Hope Station or east to west from a shaft in 2nd Street between Central and San Pedro Streets.

In summary, during the conceptual engineering, the cut-and-cover method was considered to facilitate removal of existing tiebacks that are known to be present on Flower Street with the least cost and schedule impacts. Alternative construction methods, such as open face shield tunneling, were reviewed but rejected. See Section 4.8 for more description of tiebacks and their relevance to feasible construction methods on Flower Street. Cut-and-cover was determined to be the most appropriate construction method for the alignment between 3rd Street (2nd/Hope Station) and the tie in to the 7th/Metro Center Station.

On October 28, 2010, the LACMTA Board accepted the Draft EIS/EIR for the Regional Connector Transit Corridor and designated the Locally Preferred Alternative (LPA) as the Fully Underground LRT Alternative, which was used in the Baseline and Alternative A alignments described in this report. At that time the 5th/Flower Street Station was eliminated from the project definition due to cost considerations. However, the Board further stipulated the design and alignment should not preclude future construction of a 5th/Flower Street station.

## 3.2  Advanced Conceptual Engineering March 30, 2011

Implementing LACMTA Board direction, the Advanced Conceptual Engineering design was revised to eliminate the 5th/Flower Street Station, but did not preclude its construction in the future. The track alignment through the 2nd/Hope Station was refined to use larger radius curves that would improve rail operations and also allow for TBM tunneling through the station area. At the same time, the pocket track was moved to south of 4th Street. This allowed the TBM tunneling to be extended south to 4th and Flower Streets, thereby reducing the amount of cut-and-cover construction and increasing tunneling to reduce cost by optimizing usage of the pressurized-face TBM.

The continuation of pressurized-face TBM construction south of 4th Street was precluded by the presence of abandoned tiebacks south of 4th Street, the need for a box structure for a crossover, and the fixed elevation of the existing rail at the 7th/Metro Center tail tracks. As was the case for Conceptual Engineering (Section 3.1), the combined length and arrangement of these major structures left only short construction sections deemed not practical or cost effective to construct by tunneling.

During Advanced Conceptual Engineering, the presence of tiebacks on Flower Street continued to be recognized as a hazard for pressurized-face tunneling. As stated above, extending pressurized-face TBM tunnel to just south of 4th/Flower Streets was limited by the presence of tiebacks associated with construction of the Westin-Bonaventure Hotel. Had there been no tiebacks, or if tiebacks would have not been encountered by pressurized-face TBM tunneling (the tiebacks being either below or above the tunnel), the tunnel would have been extended. Such was not the case. See Section 4.8 for the full discussion of tiebacks and how their presence negatively affects the feasibility of tunneling and the great risks if attempting to tunnel through tiebacks.

In summary, a result of the refinements during Advanced Conceptual Engineering, major project configuration changes were:



- No station at 5th/Flower (but did not preclude future station construction)

- Pocket Track moved to south of 4th Street

- 2nd/Hope Station track geometry revised (horizontally and vertically) for operations and tunneling

- Pressurized-face TBM tunneling extended to south of 4th Street bridge (south of 4th and Flower Street intersection)

## 3.3    Draft (June 29, 2011) and Pre-Final (September 29, 2011) Preliminary Engineering (PE) Submittals

Project advancements and value engineering (VE) further refined the project configuration. As a specific VE recommendation to reduce costs, the rail elevation and station platform were raised at the 2nd/Hope Station by approximately 14 ft. The station depth reduction saved construction cost with shorter construction time, less excavation support, and significantly less station structure with one less flight of long escalators for this deep station.

LACMTA also determined that a pocket track for car storage was not required within the subsurface area of the project alignment. A possible storage track location was identified at Division 21, which is located north of the Metro Gold Line Chinatown Station. Eliminating the pocket track narrows the width of cut-and-cover construction from 4th Street to the 7th/Metro Center Blue Line tail tracks by several feet thus reducing potential construction impacts on Flower Street. LACMTA considered reducing construction impacts further by eliminating the underground cross over. However, crossovers are still required within the Flower Street section of the project to mitigate service delays to allow LACMTA to manage the operational impacts of disabled trains and track maintenance.

During this time, to address the cost, construction duration, and impact on the community, a raised deck over the cut-and-cover excavation was reviewed to minimize relocations of existing utilities. In addition in response to community concerns, LACMTA limited the height to approximately 10 inches that the "raised deck" could be constructed above the existing roadway. The low raised deck has less impact to adjacent properties and maintenance of street use. At the same time, design development eliminated construction work areas on private properties and work staging was restricted to the public right-of-way. Some work on adjacent properties would be needed to construct and maintain access at driveways and entryways, but by temporary easements, or rights of entry, rather than permanent "takes."

The Pre-Final PE Submittal of September 29, 2011 was the project configuration that LACMTA issued for Industry Review on October 20, 2011.

In summary, changes incorporated in the Pre-Final PE September 29, 2011 were as follows:

- Pocket track no longer on Flower Street

- Crossover (previously part of pocket track) on Flower Street located south of 5th Street

- Raised 2nd/Hope Station by 14 ft



**Final Flower Street Tunneling Method Alternatives**
**3.0 – Developement of Project Configuration**

- "Raised decking" along Flower Street limited in height, which reduced overall Flower Street construction impact and activity, while maintaining significant reduction in utility relocations and associated impacts.

- Modified construction staging areas to reduce private property easement requirements

## 3.4   Draft Final PE December 20, 2011

Station designs were refined to site-specific conditions, which included establishing street and traffic layouts in the 2nd/Hope Street Station area. Design/build technical requirements (performance specifications) were drafted. Characterization of existing utilities and utility relocations were refined. No changes were made to the project configuration on Flower Street.

## 3.5   Final PE March 30, 2012

The Final documents submitted March 30, 2012 did not change the configuration on Flower Street from the December 20, 2011 Draft.

## 3.6   PE and FEIS/FEIR

During Preliminary Engineering and preparation of the FEIS/FEIR, four major changes established the project configuration and tunneling limits. LACMTA's actions listed below document the fact that LACMTA considered and implemented changes that fine tuned the project configuration to further mitigate the construction impact to the public. This would result in the least public impact possible within the available budget.

First, the tunnel alignment was refined through Little Tokyo, resulting in a relocated station at 1st/Central Avenue. This new station site was initially proposed for the pressurized-face TBM tunnel shaft. In parallel with preparation of the FEIS/FEIR, the "Mangrove Site" at the northeast corner of 1st and Alameda Streets became available for a TBM tunnel work shaft when a development rights lease expired. As a mitigation of impact on the Little Tokyo community, the commitment was made by LACMTA that the Mangrove Site would be the main site for staging of tunneling operations. The pressurized-face TBMs would be assembled and launched from that site and tunneling would proceed to the west.

Second, two major structures, 5th/Flower Street Station and the pocket track, were not included in the preliminary design. As cost saving actions, the LACMTA Board eliminated the 5th/Flower Street Station when approving the Locally Preferred Alternative (LPA) (with the stipulation to not preclude future construction) and the pocket track was eliminated during PE. Deletion of these major structures reduced construction impact with a much narrower structure and reduced property takes or temporary construction easements along Flower Street.

Third, tunneling was extended south from the 2nd/Hope Street Station to 4th and Flower Streets where the TBMs would be removed through a shaft south of 4th Street. In addition to the mitigation of less construction impact, cost savings resulted from efficiencies with longer length of tunneling and avoiding the deep cut-and-cover construction between 3rd and 4th Streets. Tunneling also eliminated the impact of cut-and-cover construction to the community and reduced the construction impact to the 4th Street bridge foundations.

Fourth, during PE, LACMTA continued to search documentation of all tiebacks on Flower Street. LACMTA confirmed that hundreds of tiebacks currently exist in Flower Street that are

**R E G I O N A L   C O N N E C T O R   T R A N S I T   C O R R I D O R   P R O J E C T**

obstructions to tunneling, especially pressurized-face TBM tunneling. Existing records show the number of tiebacks along this segment as over 500 and potentially up to 800. (See Section 4.8 for more description of tiebacks and their relevance to feasible construction methods on Flower Street.) The major impacts from tieback obstructions for tunneling south of 4th Street were avoided by specifying construction by cut-and-cover. Due to the confirmed presence of numerous existing (abandoned) tiebacks along Flower Street south of 4th Street, the need for a box structure for a crossover, and the fixed elevation of the existing rail at the 7th/Metro Center tail tracks, pressurized-face TBM tunneling could not be extended farther south under Flower Street for the FEIS/FEIR alignment. This profile is presented in the FEIS/FEIR and in the Preliminary Engineering documents.

## 3.7    Record of Decision/ Procurement Documentation Pre-Construction Activities

In June 29, 2012, the FTA issued a Record of Decision (ROD) for the project. The ROD includes further commitments to mitigate adverse effects of the project as it proceeds and are described in the Mitigation Monitoring and Reporting Plan (MMRP). Contract documentation was initiated to procure a design build contractor. Subsequent to the ROD, three parties along Flower Street submitted challenges to the EIS/EIR for the Regional

## 3.8    Procurement and Start of Construction

Metro started procurement for a Request for Qualifications (RFQ) in 2012.  Qualified teams were issued a Request for Proposals (RFP) on January 7, 2013.  Construction Contract No. C0980 was Awarded May 6, 2014 and Notice to Proceed was July 7, 2014 and has started Final Design.  Current construction activities include utility relocation by Contract No. C0981R along the project alignment. Mitigations are being implemented as appropriate per the MMRP to help minimize construction impacts.


# 4.0   MAJOR CONSIDERATIONS FOR CONSTRUCTION METHOD

This section presents several engineering and practical construction topics addressed during development of the Regional Connector Transit Corridor Project configuration in general and specifically on Flower Street. Mitigation of environmental impacts is addressed in the FEIS/FEIR/SEIS.

Major factors considered were:

- Geologic Conditions (Section 4.1)

- Transit Structure Configuration (Operations) (Section 4.7)

- Underground Obstructions to Tunneling – Tiebacks (Section 4.8)

- Schedule (Section 6.0)

- Cost (Section 7.0)

- Risk (Section 8.0)

## 4.1   Geologic Conditions

Along Flower Street, alluvium and fill materials overlie the Fernando Formation consisting primarily of weak to very weak clayey siltstone. The alluvial deposit consists of interlayered silty clays, sandy silts, clayey sands, and silty sands with some sand layers containing variable gravel and few cobbles. The fill consists of mixtures of gravel, sand, silt, and clay with construction debris. The depth of fill material varies along Flower Street with maximum fill depth estimated to be about 40 ft below ground surface. Occasional boulders are also present in the alluvium. The principle geologic conditions on Flower Street that control tunneling feasibility and risk are groundwater, geologic interface of different soil or weak rock strata, and hazardous gases.

Groundwater seepage at relatively shallow depths that ranged from approximately 15 to 35 ft below ground surface was encountered in historical borings drilled for many building sites adjacent to Flower Street between 5th and 7th Streets. Groundwater within the lower portion of the alluvial deposits, most probably perched above the Fernando Formation, has been reported at depths from approximately 18 to 27 ft below ground surface adjacent to Flower Street in the area between 2nd and 5th Streets, which is close to or within the tunnel horizon. Groundwater problems will be magnified at the Alluvium–Fernando interface. Before development of downtown Los Angeles, Flower Street was more recognizable as a natural drainage path (stream during rainfall) with seasonal variations of groundwater in the Alluvium. In present day, development has affected the groundwater regime as a result of cuts and fills altering the topography, paving streets, and constructing buildings with deep basements.  However, groundwater is still anticipated to follow the ancient underground water course and pose problems for stability of open-face tunnel excavations.


Along Flower Street, the geologic interface of alluvial soils over the Fernando Formation (weak rock) is a recognized geologic tunneling hazard. If tunneling is fully below the geological interface and there is adequate Fernando Formation (one tunnel diameter, which is about 22 ft) between the tunnel and interface, there exists a reduced potential hazard. On the other hand, if the interface is just above the tunnel or within the face of the tunnel being excavated, the major hazard is the alluvial materials running uncontrolled into the tunnel. In the presence of ground water, this could cause an uncontrolled flow into the tunnel under construction. Both conditions are unacceptable risks that must be mitigated by grouting to create non-running/non-flowing ground conditions, or mitigated by using another method, such as pressurized-face TBM, which inherently can safely deal with such conditions.

Methane and hydrogen sulfide (H2S) are expected as described in the Geotechnical Baseline Report (GBR). Several sections of the tunnels are to be constructed through Methane Buffer Zones. Cal/OSHA has classified all of the underground construction for the Regional Connector as "potentially gassy." Metro requires specific designs where gassy conditions are present. The use of EPBMs for tunneling and installation of a double gasketed segmental precast tunnel lining provides a robust barrier to resist entry of methane into the tunnels. SEM or open-shield tunneling would increase risks of hazardous gas for construction and likely require significant additional measures to mitigate these safety issues. An open-face shield allows hazardous gasses into the tunnel at the tunnel face. SEM has greater safety risk of gas on account of greater exposure to the excavated ground. Hazardous gases in a cut-and-cover excavation also need to be safely handled, but open excavation allows easier control of hazardous gases.

## 4.2    Cut-and-Cover Construction Method

Cut-and-cover is the usually preferred method of constructing relatively large underground transit structures such as stations, crossovers, and pocket tracks. Becoming less so in current times, cut-and-cover has also been used extensively to construct relatively shallow running tunnels. The type of cut-and-cover construction along Flower Street is recognized to be a suitable method and has extensive precedent with construction of all major modern buildings in downtown Los Angeles, as well as transit stations.

On past LACMTA rail projects, the excavation support system consisted of braced soldier piles and lagging which minimized settlement of adjacent ground and facilities and accommodates utilities and traffic control requirements. An additional benefit of this method, which installs soldier piles in drilled holes at 6 to 8 ft spacing, is that the system can be revised to adapt to circumstances during construction, for instance, by changing soldier pile spacing. Cut-and-cover is the basis of construction on Flower Street in the FEIS/FEIR and for Preliminary Engineering.

The soldier piles are structural steel members placed in pre-bored (vertical) holes, which are than filled with concrete such that piles are encased in concrete. As excavation takes place, lagging is placed horizontally between the soldier piles. Traditional local Los Angles practice is to use timber lagging. Lateral support is either by tiebacks where real estate conditions permit or by structural steel struts across the excavation.

Regardless of type of excavation support system, to minimize public disruption on the street surface, a precast concrete deck is installed over the excavation to maintain street traffic and allow construction activities beneath. The excavation support system provides temporary support for the adjacent ground until the permanent structure is constructed. After the



permanent cast-in-place concrete structures are completed, the deck beams are removed, the excavation is backfilled and the street is restored.

Cut-and-cover is relatively unaffected by the variations and uncertainty regarding the presence of man-made and natural obstructions and geologic conditions. Obstructions, in the form of abandoned tiebacks, can be dealt with directly as they are encountered during excavation. The geologic conditions along Flower Street are known to have perched groundwater and a distinct change in geologic strata consisting of fill and alluvium over weak rock. For cut-and-cover construction, past experience in downtown Los Angeles indicates groundwater can be managed by pumping from sumps in the excavation or, in rare instances, from dewatering wells. The presence of "weak rock," which is generally stiffer than the alluvium, can be considered a positive condition for excavation stability where soldier piles would be founded within the relatively stiff Fernando Formation (the "weak rock").

In summary, the existing tiebacks and geologic conditions pose no extraordinary challenges for cut-and-cover construction, whereas for tunneling, the variations and uncertainty regarding the presence of man-made obstructions (tiebacks) and geologic conditions pose substantial construction hazards as elaborated subsequently in this document.

## 4.3    Open-Face Shield Tunneling

Tunnel construction with open-face machines (also called a "digger shield") was considered for the Regional Connector but was rejected as not being a satisfactory method of construction to mitigate risks of uncontrolled settlement in this mixed face geologic profile (condition) along Flower Street (and anticipated in Little Tokyo).

Ground control hazards are always present when an open tunnel face is in alluvium and where water is present, or where a mixed face heading is present (alluvium over Fernando Formation). The ground at the heading of the open-face shield could become unstable and subject to unacceptable loss of ground, raveling, running, or flowing of disturbed soil uncontrolled into the tunnel face, all of which could result in surface subsidence. This was the case during the construction of the Metro Red Line A146 contract when the tunnel was constructed using the digger shield shown in Figure 4-1. In much of the alignment, the upper part of the tunnel encountered cohesionless sand which ran uncontrolled into the tunnel face and created a void ahead of and over the tunnel shield. A number of ground losses occurred during tunneling with volumes as great as 36 cubic yards, or more than the size of a full-size automobile. Significant surface settlement was avoided by a soil stabilization program consisting of holes drilled from the ground surface to backfill with concrete the voids created by the ground losses. The Red Line case serves as an example of what methods and risks LACMTA will not accept for future projects: Open-face tunnel shields and any project that would have to rely upon grouting from inside the tunnel for safe construction are now deemed to have unacceptable risk. To avoid this geologic hazard, ground improvement by grouting from the ground surface ("preconditioned ground" in the Tunnel Advisory Report) would be required as a risk mitigation measure. Such grouting is costly, time consuming to undertake, and would create substantial construction impacts at the surface (street level) that were intended to be avoided with tunneling.


**Figure 4-1: Digger Shield Used to Construct Metro Red Line Contract A146 Tunnels**



A characteristic of a digger shield is that, when an obstruction such as a tieback is encountered during tunneling, the tunnel face is accessible and the tieback can be removed in pieces manually by torch cutting or metal cut-off saw. Special powered equipment operated remotely by miners would likely be used to assist in tieback removal to some extent. Regardless of possible mechanized assistance, manual labor would be required and job-specific safety hazards would exist for tieback removal.

The heading of an open-face shield would need to remain stable for sufficient time without sloughing and raveling into the tunnel face to permit workers to safely remove some tiebacks. Generally, tiebacks are installed on a downward angle and are expected to run downward across the face of the tunnel shield. Where the tunnel face is in uniform ground conditions, a portion of a tieback that intersects in the upper part of the tunnel would be relatively easy to remove, compared to tiebacks at lower depth, on the basis there being the least amount of soil to excavate.  On the other hand, any part of the tieback that intersects the open-face shield at the lower part of the tunnel would be buried; gaining safe access for miners would be difficult. To do so would require stopping tunneling and then manually excavating and supporting the tunnel face until the tieback can be manually dug out. The tunnel shield would be about 22 ft in diameter and the tunnel face requiring support would be as high as a two-story building.

A very difficult condition would exist where an open-face shield encounters the mixed-face conditon of the Alluvium-Fernando geologic contact with perched water in the face of the tunnel. In this case an attempt to remove a tieback that intersects in the upper part of the tunnel would likely lead to an uncontrolled loss of disturbed soil and water into the tunnel, settlement, and possibly a sinkhole at the ground surface.  Tunneling safely in such conditon requires mitigation


by ground improvement of the Alluvium by grouting or other measures to create firm ground conditions.  See Section 4.8.3 Tieback Hazard for Open Face Shield or SEM Tunneling.

Although open-face shield construction may be technically feasible, this method likely require soil stabilization from the street surface causing major disruption along Flower Street to locate a grout plant and manage (control) the grouting spoils. This would further complicate traffic management, have major impact on existing utilities, and potentially limit building access and have impacts similar to cut-and-cover construction.

Grouting from inside the tunnel is much more costly and is not considered to be a viable alternative to pre-grouting from the ground surface along Flower Street. Moreover, grouting from the tunnel face could not reliably provide the needed ground improvement beneath utilities, particularly the large storm drain, leaving "windows" of ungrouted soil which would become potential zones of unstable soil. Grouting from the tunnel face (from inside of the tunnel) will simply not provide the adequate ground improvement to ensure control of settlement for utilities and roadway surface.

The above describes difficulties typically experienced when the soil in the face of the TBM is mostly loose water-bearing alluvium. Generally a mixed face condition (water bearing alluvium over Fernando Formation) is even more difficult to control because the alluvium tends to ravel and flow into the face on top of the more stable Fernando Formation. However, a much more risky situation is created when any unfavorable soil condition is encountered unexpectedly because the ground control measure being implemented cannot be changed quickly enough. It should be noted that the crown of the tunnel alignment discussed in this report is very close to the alluvium/Fernando interface creating a significant risk of hazardous conditions with uncontrolled soils coming into the tunnel resulting in excessive settlement and possibly creation of a sinkhole at the ground surface.

## 4.4   Sequential Excavation Method (SEM)

Another tunneling technique is the Sequential Excavation Method (SEM), which is used globally for underground construction. The excavation is performed by mechanical excavators in a prescribed sequence with the initial ground support typically consisting of sprayed-on concrete (shotcrete). Figure 4-2 shows a typical SEM excavation sequence.



**Figure 4-2: Sequential Excavation Method (SEM) Tunneling**



For safe SEM operations, it is desirable to have a competent layer of good ground as thick as the width of the tunnel over the tunnels, i.e., 20 ft of good ground above a 20 ft diameter transit (running) tunnel. Less cover and weaker soils greatly increase the risk of settlement and large ground loss resulting in runs and flowing of ground that rapidly rise to the surface and form sinkholes. In order to mitigate this risk, tunneling would require more ground modification and a greater number of excavation sequences with slower advance rates. Such situations typically also require the use of extensive pre-support measures, which include ground improvement and/or forepoling or spiling. Forepoling is a conventional, ground pre-support method to advance tunnels in loose, caving, or running ground by driving pipes, timbers, steel sections, or concrete slabs ahead of the tunnel excavation. Similarly, spiling is a ground pre-support method by installing untensioned reinforcement (spiles) in drilled holes. Spiles consist of deformed steel reinforcing bars, steel pipe, or self-drilling bars, grouted in place. They are typically installed without end hardware in a row or multiple overlapping rows above the tunnel crown at a low angle to the longitudinal axis of the tunnel. See Figure 4-6 showing an SEM excavation with a canopy of spiles created by jet grouting.

As shown in cross-section in Figure 4-9, Flower Street SEM excavation for the crossover may be as wide as 60 ft but will only have about 20 ft thickness or less of poor soil cover combined with close proximity to utilities and ground water in potentially gassy conditions making it a very high risk for excessive settlement, uncontrolled subsidence, or collapse. SEM relies upon the natural arching effect of the ground. Not much arching can be expected in Flower Street because of the low ground cover, poor ground, and existing utilities. Use of SEM would require major ground improvements and/or forepoling or spiling work, which would have major impacts on both Flower Street and the construction schedule.

Compared to constructing the Metro guideway tunnels by cut-and-cover on Flower Street, SEM construction has more risk. It is preferable to use SEM in deep alignments with adequate ground cover and favorable ground conditions, and where extensive ground modification is not


required. Typically, machine bored tunneling is chosen because of its rapid advance rates and efficiency in long runs; whereas, the slower SEM method is considered for short runs and excavation of non-circular shapes. In another area of the Regional Connector project along 2nd Street, the track crossover cavern is fully within the Fernando Formation (with Fernando cover of approximately 35 ft above the tunnel crown), which makes use of SEM for construction at that location possible with acceptable risk.

## 4.5    Ground Improvement and Tunneling

Ground improvement is the general term used for the construction methods that make poor soil conditions stronger and/or less pervious. Poor soils include pervious soils below the ground water table and weak or loose soils. Where poor soils conditions are present, successful tunneling often relies on various methods to "improve the ground" in order to reduce or eliminate many risks associated with tunneling in such conditions. Implemented before tunneling, the ground improvement methods are either grouting or freezing:

- Permeation Grouting
- Jet Grouting
- Ground Freezing

Grouting techniques implemented during tunneling are:

- Compensation Grouting
- Compaction Grouting

As a guide to where and how ground improvement is implemented for tunneling, Figure 4-3 shows various methods. As can be seen on the figure, some methods are done well in advance of tunneling and some during tunneling. A closed, pressurized-face TBM is shown. In the detailed descriptions of each method below, use of various grouting techniques associated with open-faced TBMs and SEM tunneling are addressed, where applicable.


**Figure 4-3: Grouting Methods for Tunneling**



In the broad scope of geotechnical engineering and ground improvement, other methods exist that are not typically used in tunneling or the Regional Connector site conditions, such that they are not remotely applicable. They are mentioned here for the record, but are not elaborated further in this report. These other methods include vibro-compaction (insertion of vibrating probe in sands below water table, commonly used in marine construction), dynamic compaction (dropping very large weight to compact loose soils), wick drains (insertion of geotextile filters to increase rate of consolidation of poorly consolidated soils below the ground water table), and use of explosives to density loose soils. Dewatering is often considered a type of ground improvement where tunneling is below the ground water table. However for the Regional Connector, much of the tunnel alignment has little to no groundwater or groundwater is perched groundwater. Any tunneling scheme will have to accommodate groundwater. On its own, dewatering in the absence of other mitigating measures would not result in an improvement of site conditions that would make a specific tunneling method constructible, where it was not constructible before.

### 4.5.1 Permeation Grouting: Chemical or Cement

Permeation grouting involves filling the soil pore spaces with chemicals or fine cement, while individual soil grains are not disturbed or moved. The structure and dimension of the soil pore spaces dictate the type of grout that can be effectively used. Generally, permeation grouting is suitable for sandy soils containing less than 10 to 20% silt or clay.

For tunneling application, permeation grouting is done from the ground surface or, when unusual or extreme conditions dictate, from the tunnel face. Permeation grouting performed from the ground surface in most cases is the only practical scheme compared to grouting at the



tunnel face. Permeation grouting requires drilling and injecting grout to the targeted ground. The drilling pattern depends on the soil pore space structure.  Typical spacing of the drilling pattern is two to six feet between grout holes. See Figure 4-4 for a drill hole pattern for grouting from the ground surface. Working from the ground surface permits control of the grouting and provide substantial assurance of the targeted tunneling ground being improved. The inherent and unavoidable impact is the ground surface disturbance by grouting from surface.

**Figure 4-4: Permeation Grouting from Surface**



On the other hand, permeation grouting from tunnel will have essentially no impact on the ground surface; however, working from the confines of the tunnel face, it is difficult to assure satisfactory improvement of the soils targeted for ground improvement. In addition, when grouting from the tunnel face, the tunnel advance rate will be significantly reduced with the introduction of the drilling and grouting operations to the tunneling cycle. Grouting from the tunnel face is only possible with open-face TBMs or SEM tunneling.

Regardless of where the permeation grouting is done, the alluvial deposits along South Flower Street would be difficult to be improved by permeation grouting. The content of fines (silt and clay) would limit the extent of grout permeation and would require closer drill hole spacing. The interlayered nature of the sands and fine soils would also make it difficult to achieve a uniformly grouted condition. Some zones would be not groutable or marginally groutable. Particularly, the horizontal and sub-horizontal grout holes drilled from tunnel face could easily miss the targeted pervious layers and would not be able to achieve the ground improvement intended. Overall for grouting from the tunnel face, it would be difficult to control the quality of a zone intended to be grouted, which in turn creates a tunneling hazard.

## 4.5.2   Jet Grouting

Jet grouting mixes cement grout with the in-situ soil to result in a mixed grout-soil material. With jet grouting, weak soils would be changed to a stronger grout-soil mixture and create "firm"


ground conditions. Figure 4-5 shows the jet grouting procedure creating series of grout-soil mix columns in the ground.

**Figure 4-5: Jet Grouting Sequence**



The technique requires drilling grout holes on a 5 to 10 ft spacing throughout the area to be grouted such that the neighboring grout-soil mix columns would overlap or touch each other. Grout holes would typically extend from the ground surface creating vertical grout-soil mix columns. In rare cases, horizontal jet grouting is used to create grout-soil material canopy over a tunneling course to provide pre-supported tunneling ground in front of the face (see Figure 4-6). On account of its brute-force approach of replacing weak soils with grouted soil, jet grouting is a method that has control over achieving a high degree of improvement of the targeted ground, and achieving the required strength of the soils. However, the surface disturbance would be significant requiring a large staging area and a messy grouting operation. Figure 4-7 shows the jet grout plant set up on the street, and Figure 4-8 shows a jet grouting operation on urban streets.


**Figure 4-6: Jet Grouting Canopy by Horizontal Drilling**



**Figure 4-7: Staging for Jet Grouting Operation**





**Figure 4-8: Surface Jet Grouting Operation**



Along the Flower Street, vertical jet grouting would be the most effective technique to improve the ground conditions to permit tunneling with open-face shields or SEM. Jet grouting is considered the most suitable for the soil conditions in this area and would provide adequate strength and size of the grout-soil mix block above the tunnel crown. The method has relatively good control over assuring the quality of grouted soil blocks. Yet, the extensive environmental impacts on the street, the risk of utility damages, and the risk of incomplete ground improvement remain. Figure 4-9 shows typical jet grout zone that could be installed from the street above SEM tunneling section with abandoned tiebacks intersecting the tunnel and various utilities within the subsurface. A major risk is the interference created by utilities that prevent full coverage by jet grouting. As can be seen in Figure 4-9, it would not be possible to fully jet grout below the 60 inch diameter storm drain and a "window" of ungrouted ground would be present above the tunnel. The ungrouted ground would tend to transmit groundwater, and if intersected by the tunneling, would be the point where an uncontrollable run or flow of soil into the tunnel would start, which in turn can progressively lead to a sinkhole at the street surface.

The use of jet grouting canopy by horizontal drilling alone (see Figure 4-6). would not be considered feasible for the tunnel under the Flower Street. This technique is rarely used in North



**Metro**

America.  As tunneling takes place, it would be necessary to drill the holes out at an angle from the heading every few rounds over the length of the tunnel drive. This process is a very slow and difficult operation in order to achieve and ensure adequate coverage and full support of the ground.

**Figure 4-9:  Jet Grout Zone above SEM Tunnel on Flower Street**



SECTION @ STA R 7+50

### 4.5.3   Ground Freezing

Ground freezing is based on withdrawing heat from the soil. The process converts in-situ pore water into ice. The ice binds the soil particles imparting strength to the frozen soil mass. For the creation of a frozen soil body, a pattern of vertical (in very special instances horizontal or inclined) freeze pipes have to be installed in drill holes. Each freeze pipe (or freeze "pile: as



referred to in the industry) consists of the open-end inner pipe and the closed-end freeze pipe. The inner pipe is used for the supply of a cooling medium, usually brine, or liquid nitrogen. The inner pipe is connected to the supply line and the outer pipe to the return line (when brine is used) or the exhaust line (when liquid nitrogen is used). The coolant flows through the inner pipe. On its way back through the annulus, the coolant picks up heat from the soil. The freeze takes place over time as the frost penetrates the soil and a ring of frozen soil grows around the pipes. Figure 4-10 shows the individual freeze pipe arrangement.

The freeze pipes are arranged to achieve the required shape of frozen soil mass. The initial setup and freezing time of ground freezing operation must be considered for significant schedule impact. Figure 4-11 and Figure 4-12 show freeze pipe installation and ground freezing operation in an urban area. Setting up for the freeze, establishing the freeze, tunneling, and finally demobilizing the freeze would take months of time and occupy at least two to three traffic lanes.

Along the Flower Street section of the Regional Connector, feasibility of ground freezing has a fatal flaw of the being substantially dry and, in a sense, "not freeze-able," and thus not suitable to mitigate unstable ground conditions during tunneling. The groundwater within the alluvium along the Flower Street is perched groundwater. Once the limited perched groundwater is frozen, the freeze would not continue. In this situation, the freeze would be incomplete as non-uniform and discontinuous, and would not provide the sufficient ground stability for tunneling under Flower Street. Also, as can be seen in Figure 4-13, ground freezing would block off several lanes of the traffic for months of time in order to set up for the freeze, tunnel, demobilized, and restore the street. In addition, were there enough groundwater present, ground freezing from the surface would have extensive surface impacts and problems getting full coverage with utilities in the way. To freeze from underground, pipes installed horizontally would need to be drilled large distances from a large excavation (shaft) in order to position them properly around the tunnel. Such a scheme is impractical and ineffective.



**Metro**

**Figure 4-10: Individual Freeze Pipe Arrangement**




**Figure 4-11: Ground Freezing Pipe Installation in New York City, Prior to Starting Freeze**



**Figure 4-12: Ground Freezing Operation**




**Figure 4-13: Freeze Pipe Array**



### 4.5.4   Compensation Grouting

Compensation grouting is known as correctional measures, rather than a preventive measure to mitigate ground settlement due to the excavation or tunneling. For compensation grouting, steel or plastic grout pipes with sleeve ports are installed in the holes drilled from the ground surface or grout pits prior to tunneling. Typical application for protection of buildings is shown in Figure 4-3, items 7a and 7b.  Compensation grouting displaces the surrounding soils at grouting points along the grout pipe to compensate for settlement caused by construction activities, such as tunneling. A fluid grout mix is used to hydro-fracture the ground, and fills any pre-existing discontinuities and the fractures created in the process. As the grout penetrates the ground it forms a network of wedges and displaces/heaves the ground, "compensating" for settlement. As tunneling advances and settlement occurs, compensation grouting is activated to keep the settlement within the acceptable limit. Once the ground movement is stabilized, the grouting pipes and equipment are typically abandoned in place. Grout pipes are typically limited to a maximum length of 200 ft. Compensation grouting would be only suitable for mitigation of settlement of utilities by open-faced TBM tunneling or SEM tunneling along Flower Street. Implementation would require shafts in the street required to install grout pipes.  Compensation



grouting would be completely ineffective in avoiding excessive ground loss and collapse of the tunnel face leading to a sinkhole in the street.

### 4.5.5   Compaction Grouting

Compaction grouting involves injection of very stiff grout with low mobility at high pressure creating grout columns and densifying surrounding soils at the injection points. Grout holes are usually vertical and spaced on a grid of 6 to 12 ft. The grout bulbs are not designed to overlap or contact with each other, as the soils left in place between grout columns are presumed to be densified. Inclined holes if required to avoid utilities, should be no more than about 20 degree from the vertical line. An inclined or horizontal hole provides a greater horizontal effective area resulting refusal at low grout pressure due to surface/utility heave and resulting incomplete ground improvement. In general, a vertical column of grout and the resulting compacted soil provide the better support than inclined. Key to successful compaction grouting is deposition of the grout in such a manner that it remains in a globular mass at the injection point such that the surrounding soil can be radially densified.

Compaction grouting is a technique developed in the 1970's and has had limited use. Subsequent development of compensation grouting provided a more manageable and effective technique for tunneling applications. Compaction grouting is seldom a preferred choice in today's practice, or even considered at all, as a tunneling settlement mitigation method. Also, the advent of pressurized face tunneling, which has reduced tunneling ground losses, has decreased the need. Compaction grouting is shown in Figure 4-3 for completeness to illustrate the various methods. For the specific case shown, use from inside a very large tunnel (54 foot diameter Alaskan Way Tunnel) is proposed to mitigate settlement for a very specific situation where grouting from the ground surface would not be possible (under existing railway tunnel at depth of over 100 ft). However, the compaction grouting for the referenced tunnel has not yet taken place.

The alluvial deposits along South Flower Street would be difficult to improve by compaction grouting. Keeping the deposition of the grout in a globular mass would be difficult because of the interlayered nature of the soils. The high pressure grout may just crack the weak soil layers creating thin lenses of grout. Also, trying to grout effectively at high pressures above a wide SEM excavation cannot be done ahead  of the face, and would not prevent running ground. Essentially, compaction grout would only be used at low pressures to fill voids that have already developed. The SEM tunnel depth along the Flower Street is too shallow and there is no arresting layer above the tunnel that would stop a void so that the void could be filled before it reached the surface. Thus this technique is considered to be not effective for preventing large ground loss and reducing the risk of surface subsidence if Flower Street were to be tunneled.

### 4.5.6   Summary and Conclusions on Ground Improvement for Tunneling

Ground improvement using jet grout, compaction grout, permeation grout, compensation grout, or ground freezing would have to be employed from the ground surface for tunneling with an open face shield or by SEM under the Flower Street. However, as was the case on LACMTA's construction along Lankershim Street for the Red Line, the grouting operations will create extensive environmental impacts involving lane closures and multiple equipment operations. There is also significant possibility for damage to utilities, basements, and at the street level due to grout pressure and grout flowing into unplanned or undesirable locations. Similarly, the ground freezing operations will also create extensive environmental impacts on the street and may cause damage to utilities, basements, and at the street level. In fact, the numerous utilities


**Metro**

will be obstructions to the grouting and ground freezing operations increasing the risk of incomplete ground improvement. The existing utilities along the Flower Street include an 84-in diameter reinforced concrete storm drain which has the invert level as deep as 18 ft below ground surface. Additionally, extensive geotechnical instrumentation and monitoring points will need to be installed and monitored for any ground improvement operation.

### 4.5.7   Summary of Feasible Ground Improvement Methods

The following Table 4-1 summarizes the evaluation of various ground improvement methods discussed above.

**Table 4-1: Summary of Evaluation of Ground Improvement Techniques**

| Ground Improvement Technique | From Ground Surface | From Inside Tunnel |
|---|---|---|
| Permeation Grouting | • Difficult to permeate grout through the soil because of fine contents<br>• Non-uniform grout block because of the interlayered soil structure<br>• Difficult to control QAQC<br>• High surface disturbance<br>• Low tunneling schedule impact | • Difficult to permeate grout through the soil because of fine contents<br>• Non-uniform grout block because of the interlayered soil structure<br>• Very difficult to control QAQC<br>• Low surface disturbance<br>• High tunneling schedule impact |
| Jet Grouting | • Widely applicable for soil conditions<br>• Relatively uniform grout block<br>• Better control on QAQC<br>• High surface disturbance<br>• Low tunneling schedule impact | • Widely applicable for soil conditions<br>• Insufficient grout block size<br>• Better control on QAQC<br>• Low surface disturbance<br>• High tunneling schedule impact |
| Ground Freezing | • Insufficient quantity of groundwater<br>• Non-uniform frozen mass because of the interlayered soil structure and perched groundwater condition<br>• Difficult to control QAQC<br>• High surface disturbance<br>• High tunneling schedule impact | • Insufficient quantity of groundwater<br>• Non-uniform frozen mass because of the interlayered soil structure and perched groundwater condition<br>• Difficult to control QAQC<br>• Low surface disturbance<br>• High tunneling schedule impact |
| Compensation Grouting | • Extensive set up before tunneling<br>• Correctional measures rather than prevention measures<br>• Not recommended for high riser buildings<br>• High surface disturbance<br>• Low tunneling schedule impact | • Not applicable: Must be prepared and ready prior to tunneling. |
| Compaction Grouting | • Correctional measures rather than prevention measures<br>• Difficult to control QAQC<br>• High surface disturbance<br>• Low tunneling schedule impact | • Difficult to control QAQC<br>• Moderate surface disturbance (heave)<br>• High tunneling schedule impact |



## 4.6    Pressurized-Face (Closed-Face Shield) Tunneling

Tunneling with a shield refers to use of a circular tunnel shield with either an open face or a closed face ("pressurized face"). Types of tunnel shields are shown in Figure 4-14.

**Figure 4-14: Types of Shield Machines**



The cylindrical shield provides ground support and permits safe installation of a tunnel lining. Open-face shield tunneling is discussed in Section 4.3 of this report. Closed-face tunnel shields

are the modern-day evolution of a tunnel shield that once used compressed air to stabilize the ground and control groundwater. A closed-face tunnel boring machine, also generically termed "pressurized-face," has a rotating cutter head inside a sealed chamber at the front of the machine. There are two general types: slurry type, where the excavated soil is removed by mixing with slurry injected into the cutterhead chamber and pumped out of the tunnel as slurry, and earth pressure balance type, where pressure is maintained on the soil itself and the soil is removed as a semi-solid in muck cars by rail or by a conveyor. These two types of machines are known as Slurry Machines and Earth Pressure Balance Machines (EPBM).

In recent decades, pressurized-face TBMs have become the tunneling method of choice for projects in the Los Angeles area. The recent Eastside Extension project was successfully constructed using pressurized-face TBMs. The use of pressurized-face TBMs for LACMTA projects follows the recommendation in the 1995 report of a specially convened Tunneling Advisory Panel (TAP) entitled "Report on Tunneling Feasibility and Performance," wherein it is recommended that "…[LACMTA] for future tunneling, consideration be given to application of earth pressure balance tunnel boring machines…." The report further states "The choice of whether to permit an open face shield in preconditioned ground or require an earth pressure balance machine will depend on the degree of risk [Metro] wishes to share and on the overall cost." Preconditioned ground assumes the use of specific grouting techniques whereby soil stabilizing material such as cement is injected to reinforce the strength of the earth where tunneling may occur. Such preconditioning is used where ground conditions are less than desirable for TBM activity such as open face tunneling. The LACMTA Board accepted TAP's recommendation and LACMTA has instituted the policy to reduce or avoid construction risk of excessive settlement with open face tunnel shields by requiring pressurized-face tunneling. Since the Eastside Extension project, LACMTA's practice for soft ground tunneling has been to use pressurized-face tunneling equipment to control ground and prevent subsidence. Figure 4-15 shows the EPBMs used for tunneling of the LA Metro Eastside Extension Project Contract No. CO800. Figure 4-16 shows a typical EPBM in cross section.


**Figure 4-15: EPBMs Used for Constructing Los Angeles Eastside LRT Tunnels**



**Figure 4-16: Cross-Section of Typical EPBM**




## 4.7    Transit Structure Configuration

The design of underground structures along Flower Street has gone through various design iterations including double-track box for line track sections (close track centers of 14 ft), double crossover for operational purposes, 5th/Flower Street Station, and a pocket track. As stated in Section 4.2, practical construction of these structures is by cut-and-cover. Although the pocket track has been eliminated, a crossover is still needed between 2nd/Hope and 7th/Metro Center Station and is located at 6th & Flower Street, immediately North of the existing Blue Line tail tracks.

### 4.7.1    Deferred 5th/Flower Street Station

The DEIS/DEIR alignment included the underground 5th/Flower Street Station between 4th and 5th Streets under Flower Street. According to Metro's Design Criteria, the future station should be constructed on a 370 ft long tangent alignment with maximum vertical grade of one percent. The 5th/Flower Street Station, however, was eliminated due to cost considerations with LACMTA Board's direction for the design and alignment not to preclude future construction of a 5th/Flower Street station. The Advance Conceptual Engineering and the FEIS/FEIR documented the Locally Preferred Alternative (LPA) and the elimination of the future station with LACMTA Board's direction. Deletion of the future station resulted in a reduction of construction impact along Flower Street. The Baseline alignment using cut-and-cover construction allows the construction of a station in the future from the street surface. Discussion on each alternative with respect to the future 5th/Flower Street station is presented in Section 5.

### 4.7.2    Pocket Track

LACMTA Rail Operations at the onset of the project indicated a need to have a pocket track within the Regional Connector system to accommodate trains going out of service, systems disruption, or peak service. A pocket track permits a managed, quick recovery of the system when a train has to be taken out of service, so the required level of service can be maintained. The pocket track was deleted from the subsurface project area configuration and will be provided elsewhere in the system. The elimination of the pocket track enabled narrowing the width of cut-and-cover along Flower Street, thereby reducing construction impacts.

### 4.7.3    Profile Requirements for Rail Operations

Metro Design Criteria limits the grade of the track profile for 3-car trains. The ruling (maximum) grade is 5% for grade length of 500 to 1,000 ft between vertical points of intersection and 6% for grade length of less than 500 ft between vertical points of intersection. Simultaneous horizontal and vertical curves further reduce the maximum allowable grades, as can other operational considerations. Also the track profile can result in a reduced design speed that may not meet Metro Design Criteria requirement for operating headway. The grade constraints limit the track profile and the depth that can be considered for tunneling.

### 4.7.4    Crossovers

LACMTA Rail operations require a double crossover on Flower Street for operational flexibility. The project includes a double crossover with standard No. 10 turnouts, which will allow higher operating speed through the crossover during single track operations.


### 4.7.5   Tie-in at 7th/Metro Center Station

The Regional Connector must meet the existing tail tracks at the north end of the 7th/Metro Center Station. The existing tail track location and elevation is a control point for the project. The end wall of the existing 7th/Metro Center Station structure has a "knock-out panel" (a section of wall with minimal or no steel reinforcing). The knock-out panel facilitates extending the transit line by making it easy to demolish the panel without compromising the integrity of the structural tunnel walls. With the shallow cover over the existing structure, of about 20 ft, the future connection was expected to be made from a cut-and-cover excavation.

It is not possible to change the existing tail track elevation without reconstructing the entire existing structure, significantly and unacceptably impacting the active rail operations of the Blue and Expo Lines and likely closing down 7th/Metro Center Station. When the Expo Line is extended to Santa Monica in late 2015, LACMTA will operate two of the heaviest ridership LRT lines in the country. Re-configuration of 7th/Metro Center Station on a long-term basis of a year or more would not be acceptable. Reconstruction of the existing tail track was not addressed in the EIR and is outside the limits of the Regional Connector project. If this were proposed it would have major environmental, cost, and schedule impacts.

### 4.7.6   2nd/Hope Street Station

The 2nd/Hope Street Station in the northern end of the Flower Street section of the project is fixed in its horizontal plan location. The alignment proposed at this station has physical and right-of-way constraints. The minimum radius of curvature at both ends of the station is 583 ft for both right and left track centerline, which is the minimum radius a tunnel boring machine can operate. Curve radii cannot be increased because of the horizontal alignment and right-of-way constraints. Within certain limitations, vertical adjustments are possible.

### 4.7.7   4th Street Bridge Foundations

The existing 4th Street bridge foundations are on both sides of Flower Street, beneath the sidewalks and partially within the street footprint. It is understood that a seismic retrofit has been performed on the bridge structure.

In the LPA, the tunnels pass between the bridges' drilled shaft and battered pile foundations. During Preliminary Engineering an analysis was performed to evaluate the Regional Connector's pressurized-face TBM tunnel impact to the bridge foundations. As a result of this analysis, it was determined that there would be no significant impact to the bridge foundations.

The Low Alignment, discussed in details in Section 5.0, requires the pressurized-face TBMs to pass beneath the pile foundations. Further engineering analysis would be required to assess the impacts and design requirements for possible temporary support of the bridge foundations during construction, for example installation of foundation underpinning. The structure may also require permanent foundation modifications due to possible changes in foundation soil support. Temporary and permanent bridge modifications would require extensive coordination with and approvals by the City of Los Angeles. It is concluded based on the above discussions that there is substantial risk of mitigations being more costly with the Low Alignment than with LPA.


## 4.8    Underground Obstructions to Tunneling – Tiebacks

### 4.8.1   Tiebacks on Flower Street

The existing deep basement/parking garages along Flower Street used tiebacks (steel bars or cables grouted in the ground) to laterally support the original excavations during construction. The steel tiebacks extend deep below ground across the width of Flower Street from both sides along the alignment and have been abandoned in place. Tiebacks exist every six to eight feet in this reach of the project. There are hundreds of tiebacks that impact the alignment, particularly south of 4th Street and even more so south of 5th Street. Existing records show the number of tiebacks along Flower Street segment of the Regional Connector as over 500 and potentially up to 800. Figure 4-17 shows a typical arrangement of existing tiebacks under the Flower Street.

It is commonly considered an unnecessary effort to remove the tieback and industry practice is that tiebacks are left beneath the streets but untensioned. Also, where removal is intended for construction reasons or required by regulations, removal is not assured since the force required for removal has to overcome the tieback bond with the ground. Failure of the tieback tendon can occur, leaving the tieback irretrievably in the ground.

Use of tiebacks for temporary support of excavations came into practice in Los Angeles in the 1970's. The initial method of construction was to drill a large-diameter drill hole (12 inches, possibly larger), similar to that used to construct drilled-shaft foundations with or without an enlarged end, commonly called a belled end. In Los Angeles, the "Old Alluvium" and Fernando Formation constitute firm ground conditions, and resulted in stable drill holes without casing. The tieback tendon was cast in the concrete filled drill hole. Later developments in the construction industry led to smaller diameter drill holes (6 inch or less) and a pressure-grouted anchorage.

It has been found that exposed tiebacks can be pathways for water to flow into excavations or tunnels. Also, it should be noted that many of the existing tiebacks were installed relatively soon after tieback technology developed when quality control of drilling and concreting the holes was likely not well developed, thus adding to the numbers of leaky tiebacks. When encountered during tunneling, groundwater seepage along the periphery of the tieback could erode the soil, bringing soil and water into the tunnel. If uncontrolled, this can progressively lead to excessive settlement, which if allowed to continue can create a sinkhole at the ground surface.

---

**Figure 4-17: Existing Tiebacks on Flower Street**

### 4.8.2 Tieback Hazard for Pressurized-face Tunneling

In either the tensioned or untensioned state, tiebacks are a hazard to closed-face (pressurized-face) tunneling as the cutter head will be entangled in the tiebacks which can damage the machine, stall advancement of the excavation, and create excessive ground loss. Uncontrolled efforts to extract the tiebacks would lead to excessive ground loss (more soil excavated than tunnel size), which in turn leads to unacceptable settlements beneath utilities, roadway surfaces and overlying structures. If tiebacks were entangled with the cutterhead, the entangled and displaced tiebacks could disturb surrounding soils and raveling of the adjacent ground could occur, causing settlement and potential damage to overlying structures.

The TBM cutterhead is not capable of "chewing-up" or otherwise processing a steel tieback. The TBM will need to stop advancing and substantial down time will be required to work within or ahead (in front) of the TBM cutterhead to manually remove a tieback which could lead to ground loss. As can be seen in the photo of typical pressurized-face TBMs in Figure 4-15, the cutterhead is a huge barrier between tunnel workers and a tieback that would have to be removed. The pressurized-face machine is designed to control excavation of the soils, which in reverse, practically prohibits tunnel worker access ahead of the machine. The machines are designed with sectional doors in the cutterhead and/or a man-way hatch that can be used to access the ground and cutterhead interface to find, cut and remove a tieback. This design feature is to make access possible, but does not make the process easy or automatically safe.


Working through the spokes of the cutterhead (see Figure 4-15) or ahead of the cutterhead will add significant delay to the construction schedule, even if firm ground conditions are present. If ground water is present and soils are unstable, grouting would be required to create firm ground conditions or the work would have to be done under compressed air (hyperbaric conditions) with appropriate safety cautions instituted. Removal of one tieback would likely have to be done in several sections to free the steel tendon from the ground and cutterhead. Dealing with one or two tiebacks in this manner might be practical. The result would still be a substantial delay and significant cost increase. Encountering hundreds of tiebacks, which is the case here in this section of Flower Street, renders the use of a pressurized-face TBM not viable.

### 4.8.3   Tieback Hazard for Open Face Shield or SEM Tunneling

Tiebacks in the face of an open-face shield can be removed in a more direct manner compared to the pressurized-face TBM since the ground is directly accessible. However, instability of the face and potential for soil runs poses unacceptable risks and makes the method unsuitable for use in alluvial and fill materials without complete soil stabilization or ground treatment. An open-face shield to get access to tiebacks requires removing the soil from the tunnel face in the shield, thus there is no protection from the hood and breasting or from the excavated soils sloping on the breast tables or in the pan at the front of the shield.  This can lead to runs in the sandy silty soils. Another complication is that the tiebacks would cross the tunnel face at an angle. Removal of a tieback in the top heading (upper part of the tunnel face) would be relatively straight forward in comparison to the remaining portion of the tieback that went fully across the tunnel face. In the latter case, the tunnel heading would have to be excavated; the ground would have to be supported to exhume the tieback; and the tieback would be cut off at the tunnel shield periphery. A time consuming effort, including ground improvement for the unstable soil conditions, will be required. During construction of the Seattle Bus Tunnel, hundreds of tiebacks were removed from an open shield but there was substantial loss of ground and two sinkholes. See also discussion of risks associated with open-face shield tunneling in Section 4.3.

For SEM construction, tiebacks would be directly removable from the tunnel face. Absence of a shield, however, has consequences of increased risk of creating unstable conditions, where mixed-face soil conditions are present and any complications resulting from removal of tiebacks.

### 4.8.4   Advance Tieback Removal to Mitigate Tunneling Hazard

Removal of tiebacks in advance of tunneling can be done by constructing tieback removal pits or trenches to mitigate the tieback hazard. In practice, the location of tiebacks would need to be identified. Where their location is fairly well known, a few tiebacks encountered by TBM tunneling can be removed in advance where the value of more tunneling greatly outweighs the cost of proactive advance removal. This situation exists along Flower Street next to the Bank of America building (tunnel reach between Sta 19+00 and Sta 28+00). In this area, up to twenty tiebacks can be extracted by trenching, which allows tunneling a block further to the south. In this specific instance, mitigation by excavation and removal in advance of tunneling is planned.

A complicating condition is that as-built records may not be available or not reliably documented to be able to plan and execute such temporary works for advance tieback removal. Geophysical techniques, such as a magnetometer survey performed in the tunnel might be able to find some tiebacks, but if used in drilled holes, would be like "looking for a needle in a haystack." A geophysical method at the ground surface is not known to exist that can reliably and simply find the tiebacks at depths of possibly 40 to 80 ft below the ground surface. Thus even with rigorous study of records and field investigation, the risk of not finding and removing all the tiebacks to eliminate the tieback



hazards would remain. Also, even if the tunnel profile were to be established to avoid existing tiebacks with a specific clearance of several feet, there would still be the risk of encountering during tunneling a tieback that was installed longer than indicated by available records. The only feasible direct method to remove tiebacks for the substantial extent that are known to exist for safety on Flower Street would require an independent excavation, a trench with suitable ground support to explore, cut, and remove tiebacks. The task of digging trenches along Flower Street would have significant impacts to traffic and pedestrian disruption and may require utility relocations. In effect, it would have impacts like cut-and-cover construction.



# 5.0   ALTERNATIVE ALIGNMENTS AND TUNNELING METHODS

In February 2012, stakeholders on Flower Street requested LACMTA to investigate extending the bored tunnels further south, along Flower Street, and reduce the length of the cut-and-cover construction. To address the stakeholder concerns, an alternate lower tunnel profile ("Low Alignment") was developed to allow continuation of tunneling south of 4th Street, to a point south of 5th Street, which simultaneously reduced the overall length of the cut and cover construction. Based on then available existing building tieback information, the lower profile was developed to permit the extension of bored tunnels, at a Low Alignment, avoiding potential conflict with these tiebacks.

In the April 2012 LACMTA Board meeting, the Board approved the Project definition (the "Base Design" referred to herein as "Baseline") for the Regional Connector Transit Corridor Project. At this meeting, the Board directed staff to examine various value engineering and cost saving methods to determine if certain specific construction methods and design features could be incorporated to mitigate potential construction impacts along Flower Street, without causing an increase to the Life of Project (LOP) budget. If it can be completed within the current LOP budget then amend the Locally Preferred Alternative (LPA) of the Regional Connector Transit Corridor Project to include the design features. The Board further directed staff that if the analysis determined that the methods exceeded the LOP budget, the construction methods and design features shall be included during construction procurement, as bid options, to allow design-build proposers a process to include each feature and determine if it could be accomplished within the LOP budget.

At the time of the April 2012 Board Meeting the Flower Street mitigation method under consideration was the "Low Alignment". This alignment would extend tunneling from the termination of tunneling at south of 4th Street, to a point south of 5th Street, and would subsequently reduce the length of the cover and cut section along Flower Street. Construction impacts in the block between 4th and 5th Streets would be further mitigated by limiting the construction ingress and egress to points south of 5th Street.

Two tunneling Alternatives, A and B, have been advanced to determine if they reduce or mitigate construction impacts or lower the risks to construction safety, cost, and schedule compared to the Baseline. The Baseline consists of EPBM tunneling to south of 4th Street and the cut-and-cover with street decking system to the 7th/Metro Center Station along the LPA profile. Alternative A ("EPBM/Open Face Shield/SEM LPA Profile") would extend tunneling south to the 7th/Metro Center Station through the use of a combination of EPBM, open-face shield, and SEM tunneling along the LPA profile. Alternative B ("EPBM/SEM Low Alignment") would extend tunneling south of the 7th/Metro Center Station through the use of a combination of EPBM and SEM tunneling along the Low Alignment. Both Alternatives A and B would minimize cut-and-cover construction, limiting it to the tie-in with the 7th/Metro Center tail tracks and street-surface exit shafts.

In summary, the types of construction for the Baseline and these two tunneling alternatives are shown in Figure 5-1.

Metro

**Figure 5-1: Baseline and Tunneling Alternatives**





## 5.1    Baseline Alignment and Profile

The Baseline alignment is as presented in the Final Preliminary Engineering design. The Baseline alignment profile is presented in Figure 5-2.

This configuration assumes EPBM construction between the 2nd/Hope Street Station and 4th Street where a reception pit allows for the extraction of the EPBM for reuse on the second tunnel drive. In conformance with LACMTA's policies, and the ground conditions along the alignment, a pressurized closed-face TBM would be designated for the bored tunnel construction. Per the EIS/EIR, material excavated through the use of pressurized face TBM through 4th Street will be transported back along the alignment within the newly constructed tunnels and removed at the TBM insertion site in Little Tokyo at the northeast corner of 1st and Alameda. The depth of the tunnel was selected to avoid direct conflicts with and adverse impacts on the existing 4th Street bridge foundations, avoid most existing tiebacks between 3rd and 4th Streets, and provide sufficient ground cover over the tunnel at the reception pit south of 4th Street. Refer to Section 4.8 for discussion of tunneling and tiebacks.

Cut-and-cover methods of construction are assumed between 4th Street and the existing 7th/Metro Center Station interface. This will require the relocation of some utilities, and the installation of soldier piles which will begin to create the alignment structure box in Flower Street from 4th to 6th Street. In addition, the existing Pacific Electric tunnel will be encountered in the cut-and-cover section. Its portion within the cut-and-cover excavation will be demolished by top-down excavation. Excavation of the top portion of the street and a temporary concrete decking system between the soldier piles will take place using a phased approach to minimize impacts to traffic by allowing at least three lanes to remain open during the day time period. The Baseline alignment uses two locations within the cut-and-cover excavation along Flower Street to remove soil and construct the temporary and permanent structures. The alignment allows for construction of a track crossover, does not preclude the construction of a future station at 5th and Flower Streets, and allows for simple extraction of the existing tiebacks. An additional open cut excavation pit will be required for removal of existing abandoned tiebacks in the course of approximately 100 ft of EPBM tunneling south of 3rd Street along Flower Street.

The alignment is designed for light rail operating speed of 55 miles per hour (mph) along the Flower Street portion.

Metro Rail Design Criteria (MRDC) Section 10-Operations state the following requirements:

a. Light Rail operational headway to be no greater than 5-minute interval for single-line normal operations at the branch line, and 2-1/2 minute at the trunk segment and through junctions.

b. Light Rail design headway to be no greater than 200 seconds for single-line normal operations, and no greater than 100 seconds for trunk segments and through junctions.

The Baseline alignment satisfies the operational requirements listed above.



**Metro**

## 5.2   EPBM/Open Face Shield/SEM LPA Profile Alternative (Alternative A)

This alternative extends tunneling south to the 7th/Metro Center Station through the use of a combination of EPBM, open-face shield tunnel boring, and sequential excavation method (SEM) construction techniques in series.

Alternative A, as shown in Figure 5-3 is defined as follows: EPBM-bored tunnels are constructed following the Baseline/LPA alignment to south of 4th Street, then open face shield tunnel excavation from 4th Street to 5th Street (abandoning the shields underground), and SEM tunnel construction from 5th Street to the 7th/Metro Center Station tail tracks structure.

Without taking special mitigating measures, this alternative has substantial risk of instability of the tunnel face with the potential for soil runs during tunneling by open-face shield or SEM, particularly when dealing with tiebacks. The open-face shield section of the alignment has diminishing thickness of the Fernando Formation above the shield. There would be about 1 to 7 ft of Fernando Formation cover over the open-face shield section as shown on Figure 5-3. However, the top of the Fernando Formation is an erosional surface and the geologic profile is based on a limited number of borings. Thus the thickness of the Fernando Formation above the tunnel has substantial uncertainty and stability of the open-face shield tunnel face is not guaranteed. Ground improvement by jet grouting would be required.

The open-face shield tunneling in this alternative would encounter the Pacific Electric tunnel which may include pea gravel backfill between its final lining and the surrounding ground as commonly used in earlier tunneling methods. As the open-face shield tunnel approaches, this backfill may run into the new tunnel creating large voids around the Pacific Electric tunnel directly underneath Flower Street. Backfill will be necessary under this alternative at the location of the Pacific Electric tunnel to permit practical tunneling and minimize this risk.

For the SEM portion of the tunneling, the single twin-track tunnel is larger. The tunnel will have varying amounts of mixed geologic conditions in the tunnel face, and at portion of the tunnel crown will be in the alluvium. In this situation, there would be an unacceptable risk of creating subsidence or even sinkholes on Flower Street (see Section 4.1). Mitigation by jet grouting would be required, however it would encounter difficulties as discussed in Section 4.5.2. In addition significant risks are associated with the construction schedule and cost for this alternative. Switching among three tunneling techniques (EPBM, open-face shield, and SEM) for the relatively short tunnel drive in difficult ground conditions would cause significant schedule delay and cost increase due to equipment, labor, and procedure adjustments.

The jet grouting for the open-face shield and SEM portions would require drilling grout holes on a 6 foot by 6 foot pattern throughout the area to be grouted. Grout holes would extend from the ground surface through weak fill and alluvial soils to just into the relatively stronger Fernando Formation. A 50-foot-wide zone in Flower Street would be grouted and requires setting up a grout plant on Flower Street. Depending on the number of required grout holes, two to four drill rigs would be utilized to drill and grout. For Alternative A, approximately 1,900 grout holes would be drilled and grouted, and approximately 12 months (with risk of doubling to 24 months) would be anticipated to complete using two drill rigs as a feasible mitigation effort.

Although the jet grouting would improve the ground conditions for ground control during SEM tunneling, significant risk of ground loss and excessive settlement due to SEM will remain. The risk of tunnel collapse cannot be ruled out. This is because grouting must be done through a series of borings designed to have overlapping grout columns which do not always overlap in practice and



**Metro**

there is no guarantee that all of the ground within the columns will be adequately grouted. Ground water inflows and ground loss can still occur which could damage utilities and existing buildings/basements/structures and provide a safety threat to workers, the public, and building operations. Before tunneling, utility services may also be adversely impacted and interrupted by pressure grouting.

The vertical alignment for this alternative would be the same as that of the Baseline/LPA with the tunnel alignment located at a depth of approximately 40 ft to top of rail below street surface. The proposed horizontal alignment would differ from the Baseline/LPA and reduce the operational speed in the Flower Street section between 5th Street and the 7th/Metro Center Station from 55 mph under the Baseline/LPA to 35 mph for this alternative. The speed reduction in this segment is due to the constraints of the horizontal and vertical alignments to accommodate a future 5th/Flower Station and to miss the bridge foundation piles under 4th Street. The short distance available for transition from the wider track centers of the open-face shield tunnels at 5th Street to a narrower track center spacing to connect with the proposed double crossover north of the 7th/Metro Center Station limits the design speed to 35 mph. The speed reduction will have negative operational impacts on headway and runtimes. Under Alternative A, the 2nd/Hope Street Station would be at the same depth (96 ft) as the Baseline/LPA.

Configuration of a future 5th/Flower Street Station would have to be as a side platform station without a concourse. The center to center spacing of the tunnels do not permit construction of the center platform. The relatively shallow depth does not give sufficient distance for a concourse. Transit service would have to be interrupted for substantial lengths of time to permit some elements of construction to take place. Deviations would be required from Metro standards for the site-specific conditions.

There would be four separate cut-and-cover excavation sites: 1) for the train control room construction and connection at the end of the existing tail track tunnel south of 6th Street; 2) for emergency exit construction located south of 5th Street; 3) for emergency exit construction and EPBM retrieval south of 4th Street, and 4) an open cut excavation pit for removal of existing abandoned tiebacks in the course of approximately 100 ft of EPBM tunneling south of 3rd Street along Flower Street. Similar to the Baseline/LPA, cut-and-cover excavation materials would be handled from locations along Flower Street, while tunnel muck from the EPBM, open-face shield, and SEM operations would be handled through the Mangrove site in Little Tokyo. With a lengthening of tunneling further south on Flower Street using open face shield and SEM tunneling, there would be a corresponding increase in the excavated materials handled through Little Tokyo, an environmental justice community, over the Baseline/LPA conditions, and a corresponding decrease in excavated materials handled on Flower Street.

## 5.3   EPBM/SEM Low Alignment Alternative (Alternative B)

Alternative B extends tunneling south to the 7th/Metro Center Station through the use of a combination of EPBM and SEM construction techniques.

Alternative B, as shown in Figure 5-4, is defined as follows: EPBM-bored tunnels are constructed on a deep alignment to south of 5th Street and then when the track centers are too close to permit use of EPBMs, construction changes to SEM tunneling the remaining distance to the 7th/Metro Center Station tail track structure.

This alternative's horizontal alignment along Flower Street would be similar to the Baseline/LPA with the vertical alignment designed with a "sag" resulting in an alignment depth varying from 40 ft at the shallowest point to 105 ft to top of rail below street surface at the low point. This sag provides for a

flat spot at a one percent grade to accommodate the future 5th/Flower Station. Based on the provision of a double crossover north of 6th/Flower, a future 5th/Flower Street Station, and the maximum operational grades required at the approach/departure of a crossover, there is insufficient distance to provide horizontal and vertical alignments that support 55 mph operations. Therefore this segment's design speed of 55 mph under the Baseline/LPA is reduced to 35 mph under this alternative, which will have negative operational impacts with increased runtimes. Due to this alternative's greater depth, the alignment will not intersect the Pacific Electric tunnel but the 2nd/Hope Street Station would need to be lowered by 32 ft from the Baseline alignment and would have a depth to top of rail of 128 ft.

For the SEM portion of the tunneling, the single twin-track tunnel is larger and the tunnel will have varying amounts of mixed geologic conditions in the tunnel face. At some locations, the tunnel crown will be in the alluvium.  In this situation, there would be an unacceptable risk of creating subsidence or even sinkholes on Flower Street. Mitigation by jet grouting would be required, however would encounter difficulties discussed in Section 4.5.2. Refer to the discussion on jet grouting in Section 4.5. For Alternative B, approximately 1,000 grout holes would be drilled and grouted, and approximately 8 months (with risk of doubling to 16 months) would be anticipated to complete using two drill rigs.

The EPBM would be disassembled and removed through the tunnel to the Mangrove portal site with the EPBM shield left in place. With the extension of the tunneling further south to the 7th/Metro Center Station through the use of SEM, there would be a significant increase in excavated materials being handled through the Mangrove site in Little Tokyo over the Baseline/LPA conditions. Cut-and-cover excavation materials would be handled from locations along Flower Street, while tunnel muck from the EPBM and SEM operations would be handled through the Mangrove site in Little Tokyo. With a lengthening of tunneling further south on Flower Street using the EPBM and then SEM tunneling, there would be a corresponding increase in the excavated materials handled through Little Tokyo, an environmental justice community, over the Baseline/LPA conditions, and a corresponding decrease in excavated materials handled on Flower Street.

Configuration of a future 5th/Flower Street Station would have to be as a side platform station since the center to center spacing of the tunnels do not permit construction of the center platform. The tunnels are sufficiently deep such that a concourse can be constructed  The tunnel profile would need to be flattened, which will mean demolishing the previously constructed tunnels and establishing the invert of the new station. Transit service would have to be interrupted for substantial lengths of time (years) to permit this major construction work to take place. Deviations would be required from Metro standards for the site-specific conditions.



**Metro**

**Figure 5-2: Baseline/Locally Preferred Alternative Alignment Profile**



**REGIONAL CONNECTOR TRANSIT CORRIDOR PROJECT**

**Figure 5-3: EPBM/Open Face Shield SEM LPA Profile (Alternative A)**



**Figure 5-4: EPBM/SEM Low Alignment Alternative (Alternative B)**



**R E G I O N A L   C O N N E C T O R   T R A N S I T   C O R R I D O R   P R O J E C T**



# 6.0   SCHEDULE

## 6.1   General

The following key dates have been used in the development of the alternative schedules:

- NTP Construction – 21 March 2014

- Start of Tunneling – 22 June 2015 (about 15 months after NTP)

Schedules were developed for each alignment and compared against the Baseline schedule. In all cases, it was assumed the contractor would utilize one EPBM and, for Alternative A only, one Open-Face Shield. To facilitate direct comparison of the construction schedules among Baseline, Alternative A, and Alternative B, the schedules are presented in this report with a common date for start of tunneling.  As will be shown below, Alternative A and Alternative B have longer construction durations than the Baseline by 15 months and 7 months, respectively. These schedules are "as if" the alternative were being constructed instead of the Baseline without a delay and are not intended to match actual Metro Contract No. C0980 project status.

The schedules shown in Sections 6.3 through 6.4 encompass only the actual construction activities and do not include allowances for any potential schedule delays for, amongst others, any environmental process or resolutions of existing or potential future legal challenges. Influencing the cost and schedule impacts is the delay to the project due to any required environmental clearance documentation needed to allow LACMTA to incorporate any of these alternatives into construction. Cancellation of the current procurement and a reopening of the environmental documents would result in large delays to the project.

## 6.2   Environmental Process Schedule

Assuming that LACMTA is required to conduct a SEIS/SEIR in order to evaluate one or more of these alignment and construction method alternatives, a Notice of Preparation and Notice of Intent (NOP/NOI) per NEPA and CEQA would be developed in parallel with the decision making process to conduct the SEIS/SEIR. Effectively as of May 29, 2014, Metro started this process in advance of a firm determination of need for a SEIS/SEIR. Once provided a notice to proceed by the LACMTA Board of Directors, the NOP/NOI would be immediately filed with Federal, State and local agencies for public notice. There are a number of Regional Connector public meetings currently being held on a monthly basis. A scoping meeting could be held within the first month after the NOP/NOI is published. In parallel, a number of environmental technical studies can be initiated. This report contains sufficient detail and description of the alignment and construction methods to determine which technical studies need to be developed and what potential impacts need to be evaluated. It is anticipated that the studies would include Transportation/Traffic, Air Quality, Noise/Vibration, and Environmental Justice. These studies can be completed in approximately three months.

Post completion of the technical studies, an Administrative Draft SEIS/SEIR would be developed over a month and reviews by LACMTA and FTA would take approximately two months. FTA normally requires at least six weeks review for environmental documents. Upon completion of the review, the Draft SEIS/SEIR would be released for public circulation and comment for a 45 day period. A selection of one of the alignment and construction method alternatives would be made considering public comment and a Final SEIS/SEIR would be



developed in order to respond to the comments. The Final SEIS/SEIR would require up to three months to complete, again assuming at least a six week review by FTA before completion. After review by LACMTA and FTA, the document would be completed and available to the public. The Final SEIS/SEIR would go to the LACMTA Board, a two month process, in order to certify the SEIS/SEIR and approve the final project.

The SEIS/SEIR process (assuming no new major public issues) will take about 13 months from preparation to approval by LACMTA Board. After the SEIS/SEIR approval, LACMTA can begin to initiate design of the selected alignment and construction method alternative in preparation for a new procurement process. In parallel, the FTA will review the SEIS/SEIR and prepare a Record of Decision on the SEIS/SEIR. The design and procurement processes are estimated to take 16 months.

The total potential delay is 29 months (13 + 16 months) due to the time required for SEIS/SEIR, design, and procurement processes for Alternatives A and B described below in Sections 6.4 and 6.5. This delay has been included in the cost analysis described in Section 8.0 of this report.

## 6.3   Baseline Schedule

The Baseline schedule is based on the Final Preliminary Engineering design alignment (plan and profile) with a scheduled NTP Date of 21 March 2014. The schedule anticipates that the construction of the cut-and-cover section, along Flower Street, would occur concurrently with the excavation of the bored tunnels and other construction activities throughout the alignment. See Figure 6-1.

For the Flower Street segment of the Project, the schedule is based on the construction of 1,035 ft of twin bored tunnel between the 2nd and Hope Street Station and immediately south of the 4th Street Bridge, where a reception pit would be constructed for the extraction of the TBM. The balance of the segment is 1,356 ft of cut-and-cover construction between the TBM reception pit and the existing 7th/Metro Center Station interface. Construction would be facilitated by utilizing two excavation shafts along Flower Street to remove excavated soil and construct temporary and permanent structures for all the cut-and-cover section.

The alignment allows for construction of a track crossover, protection in place of utilities, and does not preclude the construction of a future station at 5th and Flower Streets, and allows for simple extraction of existing building tiebacks.



**Metro**

**Figure 6-1: Baseline Summary Schedule**




## 6.4    EPBM/Open Face Shield/SEM LPA Profile Schedule (Alternative A)

This alternative minimizes the amount of cut-and-cover construction on Flower Street by utilizing open-face shield for excavation of a portion of the guideway and SEM excavation for other portion of the underground guideway on Flower Street. It is based on the Final Preliminary Engineering horizontal alignment, with horizontal and vertical adjustments.  See Figure 6-2 for the construction schedule.

With this alternative, EPBM bored tunnels are excavated on the LPA alignment to a 4th street shaft similar to the Baseline. Open face shields are used to excavate tunnels from the 4th Street shaft to 5th Street abandoning the shields underground and constructing the balance of the tunnels by SEM tunneling methods to the 7th/Metro Station. This method requires muck removal through the westbound track (westbound for operations, designated the L track in design) tunnel to the Mangrove portal and thereby delays the construction of station facilities which are dependent on the completion of all tunneling operations. Jet grouting is required to improve the ground conditions above the open-face shield and SEM tunnels. See Section 4.5.

The length of the bored tunnels with EPBM is the same as in the Baseline alignment. Approximately 646 ft of twin tunnels are constructed using open-face shield and approximately 507 ft are constructed using sequential excavation method (SEM) techniques using the westbound tunnel and the Mangrove portal for tunnel excavation mucking and support. The alignment allows for the construction of a track crossover, and would not preclude the construction of a future station at 5th and Flower Streets.  See comment on constructing a future station in Section 5.2.

The Open-face shield and SEM approach requires extensive jet grouting to improve the ground conditions for tunneling between 4th Street and the 7th/Metro Station. The jet grouting can be performed concurrently with the EPBM tunneling and will have duration of approximately 12 to 24 months. Due to the requirement to remove spoils through the Mangrove portal, the westbound tunneling operation will continue until the SEM excavation work is complete thereby holding the start of station construction work until after tunneling is complete and holding the start of the 2nd/Broadway SEM cavern and cross passages. This will result in a total additional construction duration compared to the Baseline of approximately 15 months.



**Figure 6-2: EPBM/Open Face Shield SEM LPA Profile Alternative Summary Schedule (Alternative A)**



**REGIONAL CONNECTOR TRANSIT CORRIDOR PROJECT**



## 6.5    EPBM/SEM Low Alignment Schedule (Alternative B)

The EPBM and SEM excavation approach proposes a deep alignment profile of the EPBM bored tunnels on the LPA horizontal alignment to a location south of 5th Street from which an SEM cavern will be constructed for the balance of the guideway to the 7th/Metro station. This approach minimizes cut-and-cover work on Flower Street but requires jet grouting operations to modify the ground for the SEM tunneling between 5th Street and the 7th/Metro station. See Figure 6-3 for the construction schedule.

This approach extends the EPBM bored tunnels along Flower Street from 1,035 to 1,647 ft and constructs approximately 597 ft of SEM cavern from the end of the EPBM bored tunnels. The method requires removing the EPBM  through the portal at Mangrove abandoning the shields in place. When the westbound EPBM tunnel is completed and the EPBM removed, the westbound tunnel will be used to support the excavation and support of the SEM cavern from south of 5th Street to the 7th/Metro station. The alignment allows for the construction of a track crossover, and would not preclude the construction of a future station at 5th and Flower Streets.  See comment on constructing a future station in Section 5.3.

The SEM tunnel section requires extensive jet grouting to improve the ground conditions for tunneling between 5th Street and the 7th/Metro Station. The jet grouting can be performed concurrently with the EPBM tunneling and will have duration of approximately 8 to 16 months. Due to the requirement to remove spoils through the Mangrove portal, the tunneling operation will continue until the SEM excavation work is complete thereby holding the start of station construction work and holding the start of the 2nd/Broadway SEM cavern and all cross passages after tunneling is completed. This will require additional construction duration of approximately 7 months.

**Figure 6-3: EPBM/SEM Low Alignment Summary Schedule (Alternative B)**





## 6.6    Summary of Schedule Impacts

The delay in start of revenue operations including the delay necessary for SEIS/SEIR is summarized in Table 6-1.

**Table 6-1  Summary of Construction Duration and Schedule Delay**

|  | Duration of Construction (Months) | Extended Construction (Months) | SEIS Delay (Months) | Total Project Delay (Months) |
|---|---|---|---|---|
| Baseline | 78 | - | - | - |
| Alternative A | 93 | 15 | 29 | 44 |
| Alternative B | 85 | 7 | 29 | 35 |

Both alternatives take longer to construct, 15 months for Alternative A, and 7 months for Alternative B.  Both alternatives have the same 29 month delay for a change resulting from the SEIS/SEIR, design updates, and re-procurement.  In round numbers the combined, total delay is 3 or more years until the public would have the benefit of the project.



# 7.0  COST ESTIMATE

Cost estimates for alternatives were prepared on the basis of conceptual designs. The cost estimates utilized values and comparable unit prices from the detailed engineer's cost estimate prepared for the Baseline design in August 2013. See Table 7-1 below. This table summarizes the base cost estimates for the Flower Street section only. The estimated costs are based on design and construction of each alternative starting in 2014 and allow for costs of additional construction duration, where applicable, but do not include additional costs to construct the project in later years if the schedule is delayed due to a supplemental environmental process.

**Table 7-1: Base Cost Estimate for Flower Street Baseline and Alternatives Including Contingency ($M)**

|  | Baseline | Alternative A | Alternative B |
|---|---|---|---|
| Base Year Dollars | $152 | $250 | $206 |
| Year-Of-Expenditure (YOE) Dollars | $171 | $294 | $238 |



# 8.0   RISK IDENTIFICATION AND ASSESSMENT

## 8.1   Preface

This section describes the process used for identification and quantification of specific risks for the Flower Street tunneling alternatives. The objective is for the risk process to assist LACMTA in making an informed evaluation of the potential cost of each alternative.

In addition the intention is to provide the Board and the FTA with the confidence that LACMTA have made a significant effort in determining the potential cost for each alternative.

The structured process by which this study has been undertaken, with the involvement, consideration, and agreement, in the analysis and results of this study, by the study participants, provides the best current assessment of risk exposure for each alignment.

The risk assessment records and models the views of LACMTA and their consultant team during the study. The risk assessment addresses, at the point in time, issues that could arise on the alternatives given the experiences of LACMTA and their consultant team associated with the study.

The study is based on credible ranges of costs and possible schedule deviation.

## 8.2   Risk Assessment Methodology

At a Risk Assessment Workshop, held on June 19, 2012, a number of alternatives were analyzed for potential risks and a summary level risk register was developed which contained 13 specific risks to each alternative. Subsequent to this risk assessment, Alternatives A and B have been added to the study of Flower Street construction alternatives.

Similar to the risk analysis conducted in June 2012, Alternatives A and B were analyzed for potential risks and the risk register was further expanded to include a total of 17 risks pertaining to these alignment alternatives.

The identified specific risks for each alignment alternative, shown in Table 8-1 are itemized and include a description of the risk along with a discussion of the identified risks.



**Final Flower Street Tunnel Method Alternatives**
**8.0 – Risk Identification and Assessment**

### Table 8-1: Allocation of Risks per Alternative

| ID | Description | Comments | Baseline | Alt A | Alt B |
|----|-------------|----------|----------|-------|-------|
| 1 | Additional CEQA challenges from stakeholders | The construction staging and TBM recovery pit will change from base configurations within the FEIS/FEIR and could lead to CEQA challenges from stakeholders | | X | X |
| 2 | The FEIS/FEIR may have to be re-opened. | Additional spoils to Little Tokyo and environmental justice issues would also be a basis for re-opening the environmental document. (Alternatives A and B) | | X | X |
| 3 | Tiebacks could be encountered during tunnel construction of Alternative B. | The tunnel depth in Alternative B from 4th street to 5th street is designed to avoid potential tiebacks in this section. However there is still a possibility that tiebacks could be encountered thus delaying tunnel work. | | | X |
| 4 | Increased number of tiebacks to be removed | Both Baseline and Alternative A have risk of encountering more tiebacks than anticipated. Alternative A tunnels through tiebacks., while Baseline is open excavation.  Both situations could lead to construction delays. | X | X | |
| 5 | 4th Street Bridge Settlement analysis still to be approved by City of Los Angeles. Additional requirements may be required. | The base alternative anticipates that the construction will only induce a 3/8" settlement to 4th Street Bridge piers which is within acceptable tolerance. The analysis is still to be approved and agreed with City of Los Angeles | X | X | X |
| 6 | 4th Street Bridge retrofit requirement not fully understood | Baseline and all Alternatives anticipate that some retrofit to the 4th Street Bridge will be required and allowances are carried in each estimate. However exact requirement is unknown and allowances could increase with final designs. | X | X | X |
| 7 | Late approval of 4th Street Bridge retrofit designs by City of Los Angeles. Approval from City of LA for bridge retrofit designs | 4th Street Bridge retrofit designs will require City of Los Angeles approval which could delay construction start date. | X | X | X |

| ID | Description | Comments | Baseline | Alt A | Alt B |
|---|---|---|---|---|---|
| 8 | Limited worksite and laydown area. Further analysis required to assess construction impacts | Both Alternatives A and B requires shaft constructions at Blue Line connection and the emergency exit shaft at 5th Street. This will increase construction interface with public and traffic. | | X | X |
| 9 | Increased depth of 2nd and Hope Station. | Alternatives B will increase the overall depth of 2nd and Hope Station by 32 ft. The estimate has been increased to allow for the deeper excavation. And a soldier pile and timber lagging excavation support system is anticipated. | | | X |
| 10 | Depth of emergency exit shaft excavation increases overall construction risk | There is risk in support of excavation especially in deep sections. | | | X |
| 11 | Ground improvement (jet grouting) | Messy operation, utility impacts. Application from inside tunnel often difficult and time consuming. | | X | X |
| 12 | SEM Construction on Flower Street | Gas, settlement, and tunnel instability leading to collapse | | X | X |
| 13 | Using Open Face Shield | Gas, settlement, and tunnel face instability leading to collapse | | X | |
| 14 | TBM goes through existing Pacific Electric (PE) tunnel, Alternative A. | The PE is an obstruction, which may have disturbed ground outside of the lining. The PE is also a void, through which the TBM has to pass through. There is a risk of excessive surface settlement associated with tunneling in this complicated situation. | | X | |
| 15 | Operational requirements | Increase operational time, vehicle maintenance (need larger queuing area), fire life safety (emergency exits from station) | | X | X |
| 16 | Impact to revenue service date | Longer construction duration. | | X | X |
| 17 | Unacceptable excessive settlement possibly leading to collapse | Uncertain ground conditions with respect to alluvium-Fernando interface. | | X | X |



## 8.3    Cost Risk Analysis

In order to determine the potential cost range of each Flower Street alternative, a cost risk model was developed by the LACMTA Risk Manager.

### 8.3.1   Calculation of Capital Cost Estimate Allocated and Unallocated Contingency Ranges

For each alignment alternative, the cost model applies variance against a minimum and maximum percentage value, of the allocated contingency, for the Flower Street segment of the alternative only.

### 8.3.2   Delay/Consequential Cost Analysis

For each alignment alternative it is anticipated that the project would be required to execute a further SEIS process with subsequent re-design and procurement activities which could delay a construction contract NTP by 29 months, which was carried in this analysis as an approximate 3-year delay, for Alternatives A and B. The delay will result in an additional cost for environmental, engineering and agency support activities. This cost has been added as an additional cost within the model.

A delay of 3 years for construction NTP will incur an additional cost escalation factor as project construction will be moved out by an additional 3 years. For each alignment alternative the 3 years of additional escalation has been calculated into the cost risk model at a compounding factor of 3.5% per annum.

Per Section 6, Alternatives A and B would take longer than the current estimated duration of the Flower Street section with subsequent delay to the overall project completion. This anticipated additional duration has been factored into the base cost estimate for each alternative.

### 8.3.3   Comparison of Total Project Estimate for Each Alternative

Table 8-2 summarizes the results of the cost adjustments and risk analysis for the Flower Street tunneling alternatives, as set out above.

**Table 8-2: Summary Risk Analysis Results ($M)**

|  | **Base Cost YOE Estimate with Contingency** | **Min Expected Cost** | **Max Expected Cost** |
|---|---|---|---|
| Alternative A | $294 | $509 | $575 |
| Alternative B | $238 | $447 | $503 |

**APPENDIX B**

**REGULATORY FRAMEWORK**

## 1.1     Transportation Regulatory Framework

The "Regulatory Framework" in the 2010 Regional Connector Final EIS/EIR has remained unchanged and is hereby incorporated by reference. The 2010 Final EIS/EIR addressed the federal, state, regional, and local regulations, laws, policies, ordinances, and guidelines listed below.

**Federal and State**

- National Environmental Protection Agency (NEPA)
- California Environmental Quality Act (CEQA)

**Regional and Local**

- Los Angeles County Department of Transportation (LADOT)
- City of Los Angeles General Plan Circulation Element

The determination of whether a project may have a significant effect on the environment calls for careful judgement on the part of the public agency involved, based to the extent possible on scientific and factual data. There are few quantitative standards of significance related to transportation effects. The measurement and prediction of level of service (LOS) at potentially affected intersections is a standard that is used to evaluate the significance of potential traffic impacts. Predicted changes in level of service provide indications of how well road-based movements may function under the different alternatives, which may have implications for vehicular traffic, and certain types of transit and non-motorized transportation.

To represent the affected environment from a traffic operations perspective, only locations affected by the changes to the project description (extension of tunneling activities further south on Flower Street and the increase of muck truck activity to the Little Tokyo area) were analyzed. Updated 2014 traffic counts at key locations on Flower Street and within Little Tokyo were obtained from the LADOT. Additional count data was referenced from nearby projects and applicable growth rates were utilized where necessary.

### 1.1.1   Transit

Existing transit services within the project area that parallel the Regional Connector alignment were identified and tabulated to show destinations, existing headways, service characteristics, and operating time periods. No NEPA, or local thresholds are available for determining the significance of impacts to transit service. Changes to the transit network are described for each alternative in Section 3.3. This section analyzes transit impacts and benefits for each project refinement alternative by examining changes in transit performance. Transit performance includes travel speeds and times, transit service reliability, transit ridership, and passenger comfort and convenience. Evaluation criteria included:

- Transit travel times,
- Speed and reliability,
- Transit ridership, and
- Passenger comfort and convenience.

1

### 1.1.2   Traffic Circulation

Significant impacts generated by the project refinement alternatives were identified by comparing the LOS results to the Project. The reason for this is to determine the potential increase or decrease in significant impacts of the proposed alternatives compared to those already identified as part of the Project.

For purposes of this analysis, a focused study area was defined to be the locations where the changes to the project description could potentially affect LOS. Per the LADOT *Traffic Study Policies and Procedures* (June 2013), volume-to-capacity (v/c ratios) are used to analyze traffic operation conditions at study roadway segments.

Updated count data (counts taken in 2013 and 2014) for roadway segments within the Flower Street and Little Tokyo study areas were provided by LADOT in the form of daily traffic volumes (no intersection turning movements were provided). The roadway segment analysis was performed using these counts compared to the roadway capacity derived from the City's General Plan designations. Due to the nature of construction the proposed project (reduced lane capacity on Flower Street and increased truck traffic in Little Tokyo), only roadway segment impacts were considered. In the event that roadway segment impacts are identified, the intersections along the impacted segments would also be considered impacted.

Traffic circulation impacts at study roadway segments were evaluated based on the project-related increase in v/c ratio beyond the Project. Table 1-1 presents the applicable thresholds for this evaluation. For example, an alternative would have a significant impact at a roadway segment with existing LOS C if it increases the v/c ratio by 0.020. If a roadway segment continues to operate at LOS A or B during construction or after implementation of an alternative, the alternative is considered to have no substantial adverse impact on that facility.

More information regarding the methodology used for traffic circulation impact evaluation is available in Appendix L, Transportation Technical Memorandum of the Final EIS/EIR.

**Table 1-1: Roadway Significance Thresholds**

| Final LOS with Project | Roadway Thresholds<br>Change in v/c from LPA | Intersection Thresholds<br>Change in Delay (in seconds) from LPA |
|:---:|:---:|:---:|
| LOS A | ----- | ----- |
| LOS B | ----- | ----- |
| LOS C | equal to or greater than 0.040 | 6.0 |
| LOS D | equal to or greater than 0.020 | 4.0 |
| LOS E | equal to or greater than 0.010 | 2.5 |

| LOS F | equal to or greater than 0.010 | 2.5 |
|---|---|---|

Source: Los Angeles Department of Transportation, June 2013

### 1.1.3   Parking

An on-street parking evaluation was conducted to assess the number of spaces that may be removed due to each of the project refinement alternatives, compared to the Project. The analysis included a field inventory of the number of available on-street parking and loading spaces and identification of peak period parking restrictions, if applicable. No NEPA or local thresholds are available to guide the determination of the significance of impacts to parking. Reductions in parking are described for each alternative in Section 3.3. Evaluation of potential parking impacts included consideration of:

- The availability of parking within one-half mile walking distance; and
- The availability of loading zones in relation to the location of commercial enterprises.

Refer to Section 4.2, Displacement and Relocation in the Final EIS/EIR, for analysis of off-street parking impacts.

### 1.1.4   Other Modes

Bicycle and pedestrian circulation was evaluated as part of this transportation analysis. No NEPA or local thresholds are available to guide the determination of significance of impacts to bicycle and pedestrian circulations. Changes to the bicycle and pedestrian network are described for each alternative in Section 3.3. Evaluation of potential impacts to bicycle and pedestrian circulation included consideration of:

- Detours that might lengthen bicycle commutes or pedestrian routes (which would increase travel time); and
- Safety of alternate routes.

## 1.2    Visual Quality Regulatory Framework

Guidance for assessing potential visual impacts of the tunneling alternatives is identified in the National Historic Preservation Act (NHPA), and was used to evaluate potential visual and aesthetic effects under NEPA and findings for the Project are from the Final EIS/EIR. Multiple federal agencies have developed analytical frameworks for visual resource management, including:

- United States Department of Agriculture (USDA), Forest Service (USFS 1974, 1995)
- United States Department of Interior (USDOI), Bureau of Land Management (BLM 1978)
- United States Department of Transportation (USDOT), Federal Highway Administration (FHWA 1981)

The methodology and assumptions used to assess visual and aesthetic impacts of these alternatives build on the guidance developed by these federal agencies, as described in the Final EIS/EIR.

Analyzing potential visual impacts includes evaluating the following effects of implementing an infrastructure project:

- Conflicts with or compliments the existing visual character
- Changes in visual quality
- Intrudes on or blocks sensitive views (emphasizes views protected by local jurisdictions)
- Creation of shadows
- Creation of new light or glare sources

### 1.2.1   Thresholds of Significance

This analysis examines whether the alternatives under evaluation have the potential to cause significant visual impacts. Though NEPA offers no definition for "significance," the CEQA Guidelines define a significant impact as "... a substantial, or potentially substantial, adverse change in any of the physical conditions within the area affected by the project, including ... objects of ... aesthetic significance." The methodology applied to this assessment expands upon the CEQA definition and draws from methodology recommendations included in the Los Angeles CEQA Thresholds Guide, as followed in the Final EIS/EIR.

As outlined in Appendix G of the CEQA Guidelines, determination of a significant impact to visual and aesthetic resources is based on the following thresholds:
- Would the project have a substantial, adverse effect on a scenic vista?
- Would the project substantially damage scenic resources, including, but not limited to, trees, rock outcroppings, and historic buildings within [view from] a state scenic highway?
- Would the project substantially degrade the existing visual character or quality of a site and its surroundings?
- Would the project create a new source of substantial light or glare that would adversely affect day or nighttime views in the area?

The City of Los Angeles CEQA Thresholds Guide includes the following criteria for identifying and evaluating potentially significant visual resources impacts from proposed actions occurring within the City:
- Would project-related structures result in the shading of shadow-sensitive uses for more than three hours between the hours of 9:00 a.m. and 3:00 p.m. Pacific Standard Time (between late October and early April), or for more than four hours between the hours of 9:00 a.m. and 5:00 p.m. Pacific Standard Time (between early April and late October)?

Additional background information regarding visual resource evaluation methodology is available in Visual and Aesthetic Impacts Technical Memorandum (Appendix P) of the Final EIS/EIR.

## 1.3    Air Quality Regulatory Framework

The Regulatory Framework in the 2010 Regional Connector Final EIS/EIR has remained unchanged and is hereby incorporated by reference. The Final EIS/EIR addressed the federal and state regulations listed below:

- Clean Air Act
  - Clean Air Act 40 CFR 93, Subpart A Transportation Conformity Regulations
- California Clean Air Act

The Final EIS/EIR addressed the local plans and regulations listed below:

- Southern California Association of Governments (SCAG) Regional Transportation Plan;
- SCAG Regional Transportation Improvement Program; and
- South Coast Air Quality Management District (SCAQMD) Air Quality Management Plans

### 1.3.1. Standards of Significance

National ambient air quality standards (NAAQS) are used to determine air quality impacts under NEPA. The most recent CEQA thresholds of significance published by the SCAQMD were released in 2011. These thresholds supersede the City of Los Angeles thresholds; therefore, this analysis uses the most recent significance thresholds from the SCAQMD to determine construction air quality impacts under CEQA. CEQA thresholds of significance are also used to analyze NEPA compliance because NEPA does not contain thresholds specific to construction. Since CEQA has stricter requirements than NEPA, this is a conservative assumption. The SCAQMD construction significance thresholds include daily emission thresholds for regional air quality impacts, as listed in Table 1.3-1. These thresholds apply to total daily emissions from both on-site sources, such as construction equipment exhaust, and off-site sources, such as haul truck and worker commuting vehicle exhaust.

**Table 1.3-1: SCAQMD CEQA Construction Daily Emission Thresholds**

| Pollutant | Daily Emission Threshold (pounds/day) |
|-----------|---------------------------------------|
| VOC | 75 |
| NOx | 100 |
| CO | 550 |
| SO2 | 150 |
| PM10 | 150 |
| PM2.5 | 55 |

The SCAQMD has also developed significance thresholds for local air quality impacts. Localized significance thresholds (LSTs) are applicable to the following criteria pollutants: NOx, CO, PM10 and PM2.5. LSTs are analogous to NAAQS and CAAQS (pollutant levels below LSTs necessarily do not violate NAAQS and CAAQs). The SCAQMD has used dispersion modeling to develop LST emission look-up tables. The emission values in the tables depend on the size of the construction or operation area, the distance to the nearest receptor and the geographic source-receptor area. If the maximum daily on-site emissions are less than the emissions in the look-up tables, the emissions would not cause the LST to be exceeded.

## 1.4    Climate Change Regulatory Framework

The Regulatory Framework in the Final EIS/EIR hereby incorporated by reference. The 2010 Final EIS/EIR addressed the federal, state, and local regulations and policies listed below:

- Massachusetts et al. v. Environmental Protection Agency et al.
- Mandatory GHG Reporting Rule (U.S. Environmental Protection Agency (USEPA))
- Endangerment Finding (USEPA)
- American Clean Energy and Security Act of 2009
- Clean Energy Jobs and American Power Act
- California Assembly Bill 1493
- California Executive Order S-3-05
- Global Warming Solutions Act of 2006 (Assembly Bill 32)
- Senate Bill 97
- California Air Resources Board (CARB) Interim Significance Thresholds
- Senate Bill 375
- SCAQMD Guidelines and Regulations

Additional local plans related to climate change and GHG emission reductions recently adopted are described below:

- Los Angeles County Metropolitan Transportation Authority's Climate Action and Adaptation Plan, finalized in June 2012, identifies the regional GHG emissions inventory along with goals for future GHG emission reductions due to operation of Metro facilities.
- Los Angeles County Metropolitan Transportation Authority's Countywide Sustainability Planning Policy and Implementation Plan, adopted in December 2012, establishes goals for sustainable transportation solutions including provisions for clean-fueled, efficient, long-term transportation systems while minimizing material and resource use through conservation, re-use, recycling and re-purposing.

**Metro Polices/City of LA Policies**

The Council on Environmental Quality (CEQ) dictates requirements for reporting environmental consequences under the National Environmental Policy Act (NEPA). While there are no specific NEPA criteria for analyzing climate change impacts, the CEQ developed draft guidance that directs environmental impact statements (EISs) to consider "the GHG emissions effects of a proposed action and alternative actions" and "the relationship of climate change effects to a proposed action or alternative, including the relationship to proposal design, environmental impacts, mitigation and adaptation measures."  In addition, the South Coast Air Quality Management District (SCAQMD) developed *Interim GHG Significance Threshold Staff Proposal* (SCAQMD 2008) which states that an evaluation of project-level GHG emissions should be conducted and include direct, indirect, and, if possible, life-cycle emissions during construction and operation. The SCAQMD's recommendations regarding the quantification of emissions were followed for this project; however, the SCAQMD interim thresholds are largely geared towards industrial, residential, and commercial projects, and do

not specifically address transportation projects. Therefore, to establish additional context for considering the magnitude of a project alternative's construction-related GHG emissions, this analysis considers the following guidelines for identifying the levels of GHG emissions that would constitute a cumulatively considerable incremental contribution to the impact on climate change:

- Any residential, commercial, or industrial project that would generate more than 900 MT $CO_2$e per year would make a cumulatively considerable incremental contribution to climate change.

- Facilities (i.e., stationary, continuous sources of GHG emissions) that generate more than 25,000 MT $CO_2$e per year must report their GHG emissions to ARB, pursuant to AB 32.

The following additional significance criteria are based on Appendix G of the state CEQA Guidelines. The proposed project alternatives would result in a significant climate change and GHG emissions impact if they would:

- Result in an increase or reduce GHG emissions as compared to the existing environmental setting;
- Result in project emissions in excess of a threshold of significance that the lead agency determines applies to the project; or
- Result in non-conformance with regulations or requirements adopted to implement a statewide, regional, or local plan for the reduction or mitigation of GHG emissions. Such requirements must be adopted by the relevant public agency through a public review process and must reduce or mitigate the project's incremental contribution of GHG emissions. If there is substantial evidence that the possible effects of a particular project are still cumulatively considerable notwithstanding compliance with the adopted regulations or requirements, an EIR must be prepared for the project.

In order to evaluate the affected environment from a climate change perspective, GHG emissions from construction activities associated with the changes to the project description (extension of tunneling activities further south on Flower Street and the increase of muck truck activity to the Little Tokyo area) were analyzed.

## 1.5    Noise and Vibration Regulatory Framework

The Federal Noise Control Act of 1972 (Public Law 92-574) requires that all federal agencies administer their programs in a manner that promotes an environment free from noises that could jeopardize public health or welfare.  The operational impacts were evaluated using the guidelines set forth by the FTA's guidance manual on *Transit Noise and Vibration Assessment* (May 2006).

### 1.5.1    Construction Noise and Vibration Criteria

FTA guidelines address the potential for noise and vibration impacts during construction.  In the absence of local criteria, construction noise may be evaluated using the FTA criteria summarized in Table 1.5-1.  Similarly, the FTA guidelines also address the potential for construction-activity-induced vibration to damage buildings. The potential for ground-borne vibration to cause damage to a building

varies by the type of materials and structural techniques used to construct each building. FTA vibration damage criteria for various structural categories are shown in Table 1.5-2.  The same criteria shown in Table 1.5-2 are also used to assess human annoyance and interference.

**Table 1.5-1:  FTA Construction Airborne-Noise Criteria**

|  | General Assessment | | Detailed Assessment | | |
|---|---|---|---|---|---|
|  | 1-hour Leq (dBA) | | 8-hour Leq (dBA) | | Ldn (dBA) |
| Land Use | Day | Night | Day | Night | 30-day Avg. |
| Residential | 90 | 80 | 80 | 70 | 75[a] |
| Commercial | 100 | 100 | 85 | 85 | 80[b] |
| Industrial | 100 | 100 | 90 | 90 | 85[b] |

a - In urban areas with very high ambient noise levels (Ldn > 65 dB), Ldn from construction operations should not exceed existing ambient + 10 dB.
b - Twenty-four-hour Leq, not Ldn.

**Table 1.5-2:  FTA Construction Vibration Damage Criteria**

| Building Category | PPV (in/sec) | RMS (in VdB)[1] |
|---|---|---|
| I. Reinforced-concrete, steel or timber (no plaster) | 0.5 | 102 |
| II. Engineered concrete and masonry (no plaster) | 0.3 | 98 |
| III. Non-engineered timber and masonry buildings | 0.2 | 94 |
| IV. Buildings extremely susceptible to vibration damage | 0.12 | 90 |

1 RMS velocity in decibels (VdB) re 1 micro-inch/second

## 1.6   Geotechnical Regulatory Framework

Currently there are no federal regulations regarding geology, soils and seismicity issues. The International Building Code is modified by the State of California and incorporated into the California Building Code, which by state law must be used as minimum level of effort for designing structures in California. The design standards of these codes are also incorporated into Metro's design guidelines and safety standards. There are several hazardous materials regulatory agencies and policies in place that would apply to the monitoring and compliance of the Project and refinement alternatives including:

- United States Environmental Protection Agency (USEPA)
- Resources Conservation and Recovery Act (RCRA)
- Comprehensive Environmental Response, Compensation, and Liability Act (CERLA)
- Superfund Amendments and Reauthorization Act (SARA)
- Toxic Substances Control Act (TSCA)
- Federal Occupational Safety and Health Act (OSHA)

Detailed information on each can be found in Section 3.1.1 in the Final EIS/EIR. There have been no new regulatory updates from publication of the Final EIS/EIR to the evaluation of the two tunneling method alternatives that would apply.

The National Environmental Policy Act (NEPA) does not have specific requirements related to geologic hazards or soils. NEPA requires an evaluation of potential impacts related to hazardous materials, which may be categorized in two different ways. First, there is potential for hazardous materials associated with previous land use to pose an impact for the proposed project. Second, there is potential for the proposed project to generate hazardous material impacts to the surrounding human and natural environments. Impacts associated with hazardous materials may occur during construction or operation of the project.

### 1.6.1    Evaluation Methodology

In general, impacts related to hazardous materials associated with current or previous land use are most relevant to the project alternatives that entail property acquisition and/or construction and thus have the potential to encounter hazardous materials, including contaminated soil and/or groundwater that may exist in the area of potential impact. Generally, conditions along the Flower Street portion of the two tunneling method alternatives, compared to the Project, have remained unchanged. A reconnaissance of the regulatory database, field observations, historical information, and supplemental materials described in the Final EIS/EIR was completed. In addition, the Hazardous Materials Investigation and Analysis report (CDM 2009) identified sites along Flower Street and surrounding properties and provided a determination regarding level of concern associated with environmental contaminants and/or naturally occurring hazardous substances. The Hazardous Materials Investigation and Analysis report, and the Tunnel Feasibility Report form the basis of the evaluation of the two tunneling method alternatives and the potential for new impacts associated with any of these alternatives.

## 1.7    Energy Resources Regulatory Framework

The Regulatory Framework in the Final EIS/EIR has remained unchanged and is hereby incorporated by reference (Final EIS/EIR, pages 4-223 to 4-224). The 2010 Final EIS/FEIR addressed the federal, state, and local regulations and policies listed below:

- The Energy Policy and Conservation Act of 1975
- The Alternative Fuels Act of 1988
- Safe, Accountable, Flexible, Efficient Transportation Equity Act: A Legacy for Users (SAFETEA-LU)
- Senate Bill 1389
- Executive Order S-3-05
- Metro's Energy and Sustainability Policy

The Council on Environmental Quality (CEQ) dictates requirements for reporting environmental consequences under the National Environmental Policy Act (NEPA). While there are no specific NEPA criteria for analyzing impacts to energy resources, 40 CFR § 1502.16(e) directs that environmental impact statements (EISs) include a discussion of the "energy requirements and conservation potential of various alternatives," "natural or depletable resource requirements and conservation potential of various alternatives," and potential mitigation measures.  In addition, the following significance

criteria are based on Appendix G of the state CEQA Guidelines and the Los Angeles CEQA Thresholds Guide (2006). The tunneling alternatives would result in a significant impact to energy resources if they would:

- Require new (off-site) energy supply facilities and distribution infrastructure or capacity enhancing alterations to existing facilities
- Conflict with adopted energy conservation plans
- Use nonrenewable resources in a wasteful and inefficient manner
- Result in a need for new systems or substantial alterations to power or natural gas

In order to evaluate the affected environment from an energy resource perspective, energy usage from construction activities associated with the changes to the project description (extension of tunneling activities further south on Flower Street and the increase of muck truck activity to the Little Tokyo area) were analyzed.

## 1.8     Historic Resources Regulatory Framework

This SEIS specifically addresses requirements for environmental review under NEPA and NHPA. NEPA guidelines include compliance with related federal laws that require identification of historic properties and consideration of project-related effects on those properties. Section 106 of NHPA and NEPA procedures, particularly through involvement of Native American and other public constituents in the identification, evaluation, and mitigation processes, might address impact resolution required under other federal laws.

For historic resources, including built environment and archaeological resources, the most relevant laws, regulations, and standards include:

- National Environmental Policy Act of 1969 (NEPA)

- National Historic Preservation Act of 1966 (NHPA)

- FTA Transit Vibration and Noise Standards

### 1.8.1    NEPA and NHPA

Federal agencies must consider the effects of proposed projects on historic properties. Lead agencies evaluate potential impacts under NEPA and potential effects under NHPA to "historic properties" that are defined as resources that are listed in or eligible for listing in the National Register of Historic Places (NRHP) in an effort to avoid potential significant impacts and adverse effects. Resources that may be eligible for listing in the NRHP include districts, sites, buildings, structures, and objects that are at least 50 years old and are significant in American history, prehistory, architecture, archaeology, engineering, and culture. To be eligible for listing, the resource must meet one of the NRHP Criteria for Evaluation (36 CFR 60.4):

- Criterion A: A property is associated with events that have made a significant contribution to the broad patterns of our history; or

- Criterion B: A property is associated with the lives of a person or persons significant in our past; or

- Criterion C: A property embodies the distinctive characteristics of a type, period, or method of construction or that represent the work of a master, or that possesses high artistic values, or that represents a significant and distinguishable entity whose components may lack individual distinction; or

- Criterion D: A property has yielded, or may be likely to yield, information important in prehistory or history.

In addition, resources must possess integrity of location, design, setting, material, workmanship, feeling and association. Resources less than 50 years old may be eligible if they have exceptional importance and meet Criteria Consideration G, as described in the NPS's Bulletin No. 22, "How to Evaluate and Nominate Potential National Register Properties That Have Achieved Significance Within the Last 50 Years." Other types of resources that are typically not eligible for the NRHP, including religious properties, moved properties, birthplaces or graves, cemeteries, reconstructed properties, and commemorative properties may be eligible under other specific NRHP criteria considerations.

NEPA requires that environmental impacts to historic properties be evaluated and addressed during the EIS process, in coordination with procedures established by Section 106 of NHPA to address effects on historic properties. A significant impact and/or an adverse effect would occur if the project would directly or indirectly diminish any of the characteristics that qualify a historic property for NRHP eligibility or listing. Under NEPA, a significant impact may be resolved with mitigation measures to avoid the impact or to reduce the impact to a level of less-than-adverse. Under Section 106 of NHPA, adverse effects must be resolved through a consultation process between the federal lead agency, SHPO, interested parties, and the Advisory Council on Historic Preservation (ACHP). If an adverse effect cannot be avoided, mitigation may be agreed upon and documented in a signed MOA to resolve the adverse effect. If mitigation is not agreed upon through the Section 106 process, consultation is terminated and the ACHP may make comments on the procedure.

As part of the original EIS/EIR study for the Project and the tunneling method alternatives, historic properties located in the APE were identified, evaluated for NRHP eligibility, and assessed for effects under Section 106 of NHPA and the Criteria of Adverse Effects as contained in 36 CFR Part 800.5 (a)(1). On June 1, 2010, SHPO concurred with the determinations of eligibility and finding of effects by the FTA. An MOA was prepared and signed in September 2011 to address adverse effects. Section 106 consultation is an on-going process, and project changes may require further consultation and potential amendments to the existing signed MOA.

### 1.8.2    FTA Transit Noise and Vibration Impact Assessment

FTA's *Transit Noise and Vibration Impact Assessment Manual* (FTA-VA-90-1003-06) (Hanson 2006) provides standards by which it can be determined whether noise and ground-borne vibration (GBV) will cause damage to adjacent buildings and structures. Noise generated by construction equipment can cause adverse effects to historic properties and significant impacts to historical resources when exposure exceeds the "severe level" as established by FTA (Hanson 2006). Noise that reaches a severe level that cannot be reduced through mitigation or other measures may cause a reduction in use or access to historic properties or historical resources, and thus cause an adverse effect to historic properties or a significant impact to historical resources. For properties or resources where the sense of quiet represents a characteristic of its historical significance, increases in noise may also cause adverse effects and/or significant impacts. GBV generated by construction equipment can also cause adverse effects to historic properties and significant impacts to historical resources that are close to construction activities. Construction-related vibration can cause damage ranging from minor cosmetic damage to interior plaster or woodwork damage to major structural damage. Thus, GBV can harm the characteristics that make historic properties eligible for the NRHP and historical resources eligible for the CRHR.

GBV is established by measuring the vibratory potential of construction equipment, the distance between the equipment and a sensitive receptor (i.e., historical resource or historic property), and the structural category of the historic property and/or historical resource. When assessing the potential for building damage, GBV is usually expressed in terms of the peak particle velocity (PPV) in units of inches per second. FTA vibration damage criteria for various structural categories are listed in Table 1.8-1. The FTA threshold for Category IV buildings (i.e., buildings that are extremely susceptible to vibration damage) of 0.12 inches per second PPV.

**Table 1.8-1: FTA Construction Vibration Damage Criteria**

| Building Category and Description | PPV (in/sec) |
|---|---|
| I. Reinforced-concrete, steel, or timber (no plaster) | 0.5 |
| II. Engineered concrete and masonry (no plaster) | 0.3 |
| III. Non-engineered timber and masonry buildings | 0.2 |
| IV. Buildings extremely susceptible to vibration damage | 0.12 |

Source: U.S. Federal Transit Administration's Transit Noise and Vibration Impact Assessment Manual, May 2006. FTA-VA-90-1003-06. Table 12-3.

FTA guidelines address the potential for construction-activity-induced vibration to damage buildings. Project construction activities that have the potential for construction-related noise and vibration impacts include cut-and-cover construction, SEM construction, and TBM tunneling. Equipment, such as large bulldozers and drill rigs, would be the main source of construction vibration that could have the potential to cause vibration damage. Based on the FTA's minimum safe distances identified for Category IV buildings of 0.12 inches per second PPV, the minimum safe distance between construction activities (involving large bulldozers and drill rigs) and buildings would be 21 feet. As a

result, historic buildings within 21 feet of construction may be susceptible to vibration damage, and were identified in the MOA and MMRP.

## 1.9    Environmental Justice Regulatory Framework and Methodology

Executive Order (EO) 12898, **Federal Actions to Address Environmental Justice in Minority Populations and Low-Income Populations,** signed by President Clinton on April 11, 1994 directs federal agencies to take appropriate and necessary steps to identify and address disproportionately high and adverse environmental effects of federal agency actions (including transportation projects) on minority and low-income populations.  Following is a summary of other guidance and procedures that are used in the environmental justice analysis:

- **Environmental Justice Guidance under the National Environmental Policy Act (CEQ 1997):** Established guidance to assist federal agencies in effectively integrating the issue of environmental justice into their project development procedures.

- **United States Department of Transportation (USDOT) Updated Final Order on Environmental Justice, 5610.2(a) (USDOT 2012):** Provides detailed procedures for identifying environmental justice populations and for determining disproportionately high and adverse effects to the targeted populations.

- **FTA Circular 4703.1 Environmental Justice Policy Guidance for Federal Transit Administration Recipients (FTA 2012):** Provides guidance for incorporating environmental justice principles into plans, projects, and activities receiving funding from FTA.

The strategies developed under **FTA Circular 4703.1** are intended to ensure that communities are offered the opportunity to provide input on the planning and design of a federal action, as well as effects and mitigation measures, and disproportionately high and adverse effects on minority or low-income populations are appropriately addressed.  The general methodology for addressing EO 12898 involves identifying the environmental justice populations within the study area and assessing whether the Project would result in disproportionately high and adverse effects on environmental justice populations, taking into consideration mitigation and enhancement measures and Project benefits, as appropriate. As part of the project, future public outreach efforts could include involvement of environmental justice groups when the outreach efforts are initiated given potential impacts to the Little Tokyo area.

The study area for the environmental justice analysis includes the Census block groups that fall within 1/4-mile of a proposed alignment.  The assessment of the potential for disproportionate high and adverse effects is based upon the environmental impact information developed for the overall Project. Using the results of the technical studies conducted for the Project, the physical locations of adverse impacts were identified, and a map analysis was conducted to determine whether patterns or concentrations of adverse effects occurred in areas with environmental justice populations.

The data sources used in this SEIS analysis for the identification of minority, low-income, and LEP populations was the American Community Survey (ACS) 5-year average data for 2008-2012.

13

### 1.9.1   Identifying Low-Income and Minority Populations

The USDOT Order on Environmental Justice (5610.2a) and FTA Circular 4703.1 provide definitions of minority and low-income populations.  These populations are as follows:

- **Minority Populations:** Any readily identifiable groups of minority persons who live in geographic proximity, and if circumstances warrant, geographically dispersed/transient persons (such as migrant workers or Native Americans) who would be similarly affected by a proposed FTA program, policy, or activity.  Minority includes persons who are American Indian or Alaskan Native, Asian American, Native Hawaiian or Other Pacific Islander, Black (not of Hispanic Origin), and Hispanic or Latino.

- **Low-Income Population:** Any readily identifiable group of low-income persons whose household income is at or below the US Department of Health and Human Services (DHHS) poverty guidelines, and if circumstances warrant, geographically dispersed/transient persons (such as migrant workers or Native Americans) who would be similarly affected by a proposed USDOT program, policy, or activity.  As established by the DHHS, the poverty guidelines in 2012 are shown in Table 1.9-1 (Health and Human Services Poverty Guidelines, 2012).

**Table 1.9-1: Health and Human Services Poverty Guidelines, 2012**

| Persons in Family | Annual Median Household Income Poverty Levels in 48 Contiguous States and Washington, D.C. |
|---|---|
| 1 | $11,170 |
| 2 | $15,130 |
| 3 | $19,090 |
| 4 | $23,050 |
| 5 | $27,010 |
| 6 | $30,970 |
| 7 | $34,930 |
| 8 | $38,890 |
| For each additional person, add | $3,960 |

SOURCE: *Federal Register*, Vol. 77, No. 17, January 26, 2012, pp. 4034-4035.

When identifying environmental justice communities of concern, FTA calls for the analyses to include "reasonable efforts to identify the presence of distinct minority and/or low-income communities residing both within, and in close proximity to, the proposed project, or activity."  The first step in the process relied on the use of thresholds based on CEQ guidance provided in *Environmental Justice Guidance under NEPA* (CEQ 1997).  An environmental justice community was defined to include any Census block group in which the minority or low-income population meets either of the following thresholds:

a)  Minority population or low-income households in the Census block group exceeds 50 percent;

b)  Percentage of a minority population in the affected area is meaningfully greater than the lowest percentage in either the county or study area; and

c)  Percentage of low-income households in the affected area is meaningfully greater than the lowest percentage in either the county or the study area.  For low-income populations, FTA encourages the use of a locally developed threshold, such as that used for FTA's grant program (Public Law 112-141), or a percentage of median income for the area, provided that the threshold is at least as inclusive as the DHHS poverty guidelines.

The CEQ guidance does not define the specific percentage that should be used for determining if the minority or low-income household is "meaningfully greater" than the average in the surrounding jurisdiction.  However, it is consistent with the CEQ guidance to set a threshold that is higher than (not the same as) the average of the low-income or minority population in the surrounding jurisdictions.  For this Project, it was determined that the minority or low-income population is "meaningfully greater" than the average in the surrounding jurisdictions if it is higher than the average for the Los Angeles County.

Minority population and low-income household data from the U.S. Census Bureau were compiled at the state, county, and study area levels to provide a basis for identifying areas with high levels of environmental justice populations.  Geographic Information System (GIS) maps were developed to illustrate the minority and income characteristics of the population in the study area.

**Evaluating Potential Effects on Minority and Low-Income Populations**

Disproportionately High and Adverse Effect on Minority and Low-income Populations means an adverse effect that:

- Is predominantly borne by a minority population and/or a low-income population; or

- Will be suffered by the minority population and/or low-income population and is appreciably more severe or greater in magnitude than the adverse effect that will be suffered by the non-minority population and/or non-low-income population.

Determinations of whether a project would have disproportionately high and adverse effects must take into consideration "mitigation and enhancements measures that will be taken and all offsetting benefits to the affected minority and low-income populations..." (USDOT Order, Section 8.b).  The FTA Circular explains how benefits are considered in making this determination:

> *"...your analysis also should include consideration of offsetting benefits to the affected minority and low-income populations.  This is particularly important for public transit projects because they often involve both adverse effects (such as short-term construction impacts, increases in bus traffic, etc.) and positive benefits (such as increased transportation options, improved connectivity, or overall improvement in air quality).  The NEPA environmental justice analysis will include a review of the totality of the circumstances before determining whether there will be disproportionately high and adverse effects on environmental justice populations."* (See FTA Circular 4703.1, p. 46.)

15

The potential environmental impacts related to operations would remain the same as was determined in the Final EIS/EIR for the Project. As such, analysis of potential environmental justice-related impacts focused on the potential construction impacts of each alternative. Section 2 describes the alternatives that are evaluated in this document.

## 1.10   NEPA Guidance

An analysis of cumulative impacts is required by NEPA, as defined in 40 CFR 1508.7. The NEPA analysis of cumulative impacts follows the guidance of the Council on Environmental Quality (CEQ) 1997 document, Considering Cumulative Effects under the National Environmental Policy Act. In accordance with this guidance, the significance of impacts is evaluated based on context and intensity. Considerations of context and intensity also include a discussion of the severity of the impacts and the likelihood of their occurrence. The standards of significance for cumulative impacts depend on "the type of resource being analyzed, the condition of the resource, and the importance of the resource as an issue (as identified through scoping)" (CEQ 1997, p.45). Therefore, the standards of significance used for cumulative impacts are discipline-specific and may follow the same standards of significance established for the direct and indirect impacts of the project on each resource area. For some resources, limited details about other projects may prevent analysis from reaching the level of precision implied in the standards of significance for the direct and indirect impacts.

**APPENDIX C**

**AIR QUALITY**

# Metro's Regional Connector Transit Corridor Supplemental Environmental Impact Study - Air Quality Appendix

**Prepared June 2014**

| Air Quality Appendix Index | |
|---|---|
| **Table No.** | **Table Name** |
| Table 1-1 | Summary of Maximum Daily Emissions |
| Table 1-2 | Summary of Annual Construction Emissions - Locally Preferred Alternative |
| ████ | ████ |
| | |
| Table 1-5 | Summary of Annual Construction Emissions - Alternative A |
| Table 1-6 | Summary of Annual Construction Emissions - Alternative B |
| Table 2-1 | Hourly, Daily and Annual Emissions Summary (Construction Equipment) - Locally Preferred Alternative |
| ████ | ████ |
| | |
| Table 2-4 | Hourly, Daily and Annual Emissions Summary (Construction Equipment) - Alternative A |
| Table 2-5 | Hourly, Daily and Annual Emissions Summary (Construction Equipment) - Alternative B |
| Table 2-6 | Daily and Annual Emissions Summary (Haul Trucks) - Locally Preferred Alternative |
| ████ | ████ |
| | |
| Table 2-9 | Daily and Annual Emissions Summary (Haul Trucks) - Alternative A |
| Table 2-10 | Daily and Annual Emissions Summary (Haul Trucks) - Alternative B |
| Table 2-11 | Daily and Annual Emissions Summary (Worker Commute) - Locally Preferred Alternative |
| ████ | ████ |
| | |
| Table 2-14 | Daily and Annual Emissions Summary (Worker Commute) - Alternative A |
| Table 2-15 | Daily and Annual Emissions Summary (Worker Commute) - Alternative B |
| Table 2-16 | Daily and Annual Fugitive Dust Emissions Summary - Locally Preferred Alternative |
| ████ | ████ |
| | |
| Table 2-19 | Daily and Annual Fugitive Dust Emissions Summary - Alternative A |
| Table 2-20 | Daily and Annual Fugitive Dust Emissions Summary - Alternative B |
| Table 3-1 | LST Analysis - Locally Preferred Alternative |
| ████ | ████ |
| | |
| Table 3-4 | LST Analysis - Alternative A |
| Table 3-5 | LST Analysis - Alternative B |